LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty, & the Environment
450 Geary Street, Suite 500
San Francisco, CA, 94102
415/346-4179 • fax 415/346-8723

NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3538
907/345-5595 • fax 907/345-3629

Attorneys for Plaintiffs Enoch Adams, Jr., Leroy Adams, Andrew Koenig, Jerry Norton, David Swan and Joseph Swan

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -1  AM 11: 29

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>TECK COMINCO ALASKA INCORPORATED<br><br>    Defendant. | Case No. A04-49 CV (JWS)<br><br>STIPULATION FOR TWO-DAY EXTENSION IN BRIEFING OF SUMMARY JUDGMENT REPLY |

BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, the plaintiffs Enoch Adams, Jr., *et al.*, and the defendant Teck Cominco Alaska Incorporated enter into the following stipulation in the interests of justice and judicial economy. Given that Teck Cominco Alaska Incorporate served, on November 21, 2005, by U.S. Mail the discovery documents responsive to this Court's Order of November 2, 2005; and given that plaintiffs' counsel did not received these documents until November 29, 2005, plaintiffs' and defendants' counsel stipulate to a two business day extension in the due date for plaintiffs' reply in support of motion for partial summary judgment, from Friday, December 2, 2005, to Tuesday, December 6, 2005.

STIPULATION ON EXTENSION

122

IT IS SO STIPULATED:

November 21 2005

CENTER ON RACE, POVERTY
& THE ENVIRONMENT

_____
Luke W. Cole
Attorneys for Plaintiffs Enoch Adams et al.

November 30th, 2005

HARTIG RHODES HOGE & LEKISCH

_____
Larry Hartig
Attorneys for Defendant Teck Cominco Alaska Inc.

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

_____
JUDGE OF THE DISTRICT COURT

**FILED**
DEC 0 2 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

This stipulation is approved, but is subject to reconsideration by a judicial officer within ten days from the date hereof.
CLERK OF COURT
Date: 12-2-05  By: Pam Richter
Deputy Clerk

A04-0049--CV (JWS)   12-2-05
-----------------------------------------
✓ D. CASE                    ✓ L. COLE
✓ L. HARTIG (HARTIG)
✓ J. TORGERSON (HELLER)

STIPULATION ON EXTENSION