1  LUKE W. COLE, California Bar No. 145,505
   CAROLINE FARRELL, California Bar No. 202,871
2  BRENT J. NEWELL, California Bar No. 210,312
   Center on Race, Poverty, & the Environment
3  450 Geary Street, Suite 500
   San Francisco, CA, 94102
4  415/346-4179 • fax 415/346-8723

5  NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
   Law Offices of Nancy S. Wainwright
6  13030 Back Road, Suite 555
   Anchorage, AK 99515-3538
7  907/345-5595 • fax 907/345-3629

8  Attorneys for Plaintiffs Enoch Adams, Jr., Leroy
   Adams, Andrew Koenig, Jerry Norton, David
9  Swan and Joseph Swan

FILED
DEC 0 7 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN,

  Plaintiffs,

  v.

TECK COMINCO ALASKA INCORPORATED

  Defendant.

NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH,

  Intervenors-Defendants.

Case No. A04-49 cv (JWS)

PLAINTIFFS' MOTION TO FILE BRIEF OVER LOCAL RULE 10.1(1) LIMIT AND CERTIFICATION OF LUKE COLE

Plaintiffs respectfully request that this Court grant them an excuse from Local Rule 10.1(1) and allow them to file a Reply Brief that is 107 pages long, rather than the required 25. Plaintiffs' counsel have endeavored to make plaintiffs' reply brief as short as practicable in light of the number of violations involved and the length of Teck Cominco's Opposition. Cole

PLAINTIFFS' MOTION TO
FILE OVERLENGTH BRIEF

123

1  certification ¶3. The Reply brief is designed to help the Court resolve more than 1,926

2  violations. Id. at ¶4. To adequately discuss the complex factual and legal issues surrounding

3  these violations in a fashion to make them understandable to the Court, especially in light of the

4  issues raised by Teck Cominco's 110-page Opposition requires significant detail and explication.

5  Id. at ¶5. Plaintiffs thus request the additional pages in which to make their case. Id. at ¶6.

7  Dated this 5 day of December 2005.

Respectfully submitted,

CENTER ON RACE, POVERTY
& THE ENVIRONMENT

_____
Luke W. Cole

LAW OFFICES OF NANCY S. WAINWRIGHT

Attorneys for Plaintiffs
Enoch Adams, Jr., Leroy Adams, Andrew Koenig,
Jerry Norton, David Swan and Joseph Swan

**CERTIFICATION OF LUKE W. COLE**

I, Luke Cole, declare:

1. I am over 18 and not a party to this action.

2. I am lead counsel for plaintiffs.

3. I have endeavored to make plaintiffs' reply brief as short as practicable.

4. The Reply brief may help the Court resolve more than 1,926 violations.

5. To adequately discuss the complex factual and legal issues surrounding these 1,926 violations in a fashion to make them understandable to the Court, especially in light of the issues raised by Teck Cominco's 110 page Opposition was impossible in 25 pages.

6. Plaintiffs request the additional pages to make their case.

PLAINTIFFS' MOTION TO
FILE OVERLENGTH BRIEF                - 1 -

1  Signed under penalty of perjury this 5th day of December 2005 at San Francisco,
2  California.

4  Luke Cole

**FILED**
DEC 09 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

7  [~~PROPOSED~~] ORDER

8  Good cause appearing therefore, Plaintiffs motion to file overlength brief is GRANTED.

9  Date: 12-8-05

10  John W. Sedwick, District Judge

14  CERTIFICATION OF SERVICE

15  I certify that on the 5th day of December 2005, a true and correct copy of the MOTION TO FILE OVERLENGTH
16  BRIEF were served via first class mail, postage prepaid, on the following counsel of record:

17  Lawrence Hartig                David Case
    Sean Halloran                  Landye Bennet Blumstein
18  Hartig Rhodes                  701 West Eighth Avenue, Suite 1200
    717 K Street                   Anchorage, AK 99501
19  Anchorage, AK 99501

20  Nancy S. Wainwright            James E. Torgerson
    Law Offices of Nancy S. Wainwright   Heller Ehrman
21  13030 Back Road, Suite 555     510 L Street, Suite 500
    Anchorage, AK 99515            Anchorage, AK 99501

23                                 A04-0049--CV (JWS)    12-9-05
                                   ✓ D. CASE
24  Luke W. Cole                   ✓ L. HARTIG (HARTIG)
                                   ✓ J. TORGERSON (HELLER)
25                                 ✓ L. COLE

PLAINTIFFS' MOTION TO
FILE OVERLENGTH BRIEF           - 2 -