1    LUKE W. COLE, California Bar No. 145,505
     CAROLINE FARRELL, California Bar No. 202,871
2    BRENT J. NEWELL, California Bar No. 210,312
     Center on Race, Poverty, & the Environment
3    450 Geary Street, Suite 500
     San Francisco, CA, 94102
4    415/346-4179  •  fax 415/346-8723

5    NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
     Law Offices of Nancy S. Wainwright
6    13030 Back Road, Suite 555
     Anchorage, AK 99515-3538
7    907/345-5595• fax 907/345-3629

8    Attorneys for Plaintiff

9

10

11
                    IN THE UNITED STATES DISTRICT COURT
12
              FOR THE DISTRICT OF ALASKA AT ANCHORAGE
13

14   ENOCH ADAMS, JR., LEROY ADAMS,            Case No. A04-49 CV (JWS)
     ANDREW KOENIG, JERRY NORTON,
15   DAVID SWAN, and JOSEPH SWAN,             [PROPOSED]
                                             **ORDER GRANTING
16        Plaintiffs                         PLAINTIFFS' MOTION TO
                                             ALTER OR AMEND
17        v.                                 JUDGMENT UNDER
                                             F.R.C.P. 59**
18   TECK COMINCO ALASKA INCORPORATED,

19        Defendant.

20   _____

21        Because plaintiffs Enoch Adams, Jr., et al. have proven that the 618 violations of Teck

22   Cominco Alaska Incorporated's 1998 monthly average TDS permit limitations were ongoing

23   after the filing of this suit in March 2004, I alter the judgment entered on July 28, 2006 to enter

24   judgment on those violations for Adams.

25

26                                        _____

27                                        JUDGE OF THE DISTRICT COURT

28
     Order Granting Plaintiffs'
     Motion to Alter or Amend
     Judgment under Rule 59(e)