1  LUKE W. COLE, California Bar No. 145,505
   CAROLINE FARRELL, California Bar No. 202,871
2  BRENT J. NEWELL, California Bar No. 210,312
   Center on Race, Poverty, & the Environment
3  450 Geary Street, Suite 500
   San Francisco, CA, 94102
4  415/346-4179 • fax 415/346-8723

5  NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
   Law Offices of Nancy S. Wainwright
6  13030 Back Road, Suite 555
   Anchorage, AK 99515-3538
7  907/345-5595• fax 907/345-3629

8  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, and JOSEPH SWAN, <br><br> Plaintiffs <br><br> v. <br><br> TECK COMINCO ALASKA INCORPORATED, <br><br> Defendant. | Case No. A04-49 CV (JWS) <br><br> **DECLARATION OF LUKE COLE IN SUPPORT OF PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGMENT UNDER F.R.C.P. 59** |

I, Luke Cole, declare:

1. I am over 18 and not a party to this action.

2. On June 13, 2006 I filed as Exhibit 311 the Compliance Order by Consent entered into by Teck Cominco Alaska Incorporated and the United States Environmental Protection Agency, which was entered at Docket 129. For the convenience of the Court I am attaching a true and

Declaration of Luke Cole in Support
of Motion to Alter or Amend
Judgment under Rule 59(e)

1  correct copy of Exhibit 311 to this declaration.

2      3. As part of the evidence supporting plaintiffs' motion for summary judgment (Docket 72), Adams filed excerpts of the May 2004 Discharge Monitoring Report filed by Teck Cominco Alaska, as Exhibit 87. For the convenience of the Court I am attaching a true and correct copy of page 4 of Exhibit 87 to this declaration. That page demonstrates that during May 2004 – a month which was entirely under the 1998 TDS permit limits and which was after the March 2004 filing of this suit – the monthly average TDS discharge was 2747 mg/l, far above the permit limit of 170 mg/l.

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of August, 2006 at San Francisco, California.

[signature]

Declaration of Luke Cole in Support
of Motion to Alter or Amend
Judgment under Rule 59(e)    - 1 -