1
2
3
4
5                                    excerpt of
6
7                              **EXHIBIT 87**
8                               (filed July 1, 2005)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  Declaration of Luke Cole in Support
    of Motion to Alter or Amend
    Judgment under Rule 59(e)                    - 3 -

# National Pollutant Discharge Elimination System (NPDES)
## Discharge Monitoring Report (DMR)

**Permittee Name:** Teck Cominco Alaska Incorporated
3105 Lakeshore Drive, Bld. A, Ste. 101
Anchorage, Alaska 99517

Red Dog Operations
Kotzebue, Alaska 99752

**Permit No.:** AK-003865-2
**Discharge No.:** 001 A
**Monitoring Period:** From: 04-05-01  To: 04-05-31

| Parameter (32-37) | | Quantity/Loading | | | Quantity or Concentrations | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Average | Maximum | Units | Minimum | Average | Maximum | Units | # of Ex. | Freq | Sample Type |
| Toxicity, Ceriodaphnia Chronic 61426 1 0 0 Effluent Gross Value | Sample Measurement | | | | | 4.9 | 5.9 | TUc | 0 | 2/month | Composite |
| | Permit Requirement | | | | n/a | 9.7 | 12.2 | | | monthly | 24 comp |
| Toxicity, Pimephales Chronic 61428 1 0 0 Effluent Gross Value | Sample Measurement | | | | | <1.0 * | <1.0 | TUc | 0 | 1/month | Composite |
| | Permit Requirement | | | | n/a | 9.7 | 12.2 | | | monthly | 24 comp |
| Solids Total Dissolved 70295 1 0 0 Effluent Gross Value | Sample Measurement | | | | | 2747 | 2870 | mg/L | 0 | 3/month | Grab |
| | Permit Requirement | | | | n/a | 3900 | 3900 | | | weekly | 24 comp |
| Mercury, Total (as HG) 71900 1 0 0 Effluent Gross Value | Sample Measurement | | | | | <0.1 ** | <0.1 | µg/L | 0 | 2/month | Composite |
| | Permit Requirement | | | | n/a | 0.50 | 0.50 | | | monthly | 24 comp |
| Flow 74076 0 0 0 | Sample Measurement | | 231.1 | MG/Year | | | | | 0 | cont | continuous |
| | Permit Requirement | | YTD Total | | | | | | | cont | continuous |
| Flow 74076 1 0 0 | Sample Measurement | | 231.1 | MG/Month | | | | | n/a | cont | continuous |
| | Permit Requirement | | Monthly Total | | | | | | n/a | cont | continuous |
| Organics, Tot Purge Ables (Method 624) 76029 1 0 0 Effluent Gross Value | Sample Measurement | | | | | ND | ND | | | 1/month | 24 comp |
| | Permit Requirement | | | | n/a | REPORT | REPORT | | | May, July Sept | 24 comp |

**Name/Title Principal Executive Officer:** R.G. Scott, General Manager
**Telephone:** 907-426-9127
**Date:** 04-06-15

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiries of the persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

**Comments & Explanations:**
* Indicates the number of non detect values used

page 4 of 5

Exh. 87
4 of 4