Lawrence L. Hartig
Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska  99501
Phone:  (907) 276-1592
Fax:     (907) 277-4352
Firm email:  mail@hartig.law.pro
Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, JOSEPH SWAN, Plaintiffs, vs. TECK COMINCO ALASKA INCORPORATED, Defendant, NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH, Intervenor-Defendants. | **DEFENDANTS' JOINT STATUS REPORT**<br><br>Case No.: A04-00049 CV (JWS) |

This status report is jointly filed by defendants in response to the court's September 13, 2006 order. The defendants continue to be interested in attempting to mediate all of plaintiffs' claims in this action. Plaintiffs and defendants have jointly identified potential mediators and are scheduled to interview four candidates between December 18 – 20, 2006 in San Francisco and Seattle. The parties intend to confer shortly after these interviews to attempt to agree on a single mediator. During the interviews they intend to discuss the

HARTIG RHODES HOGE & LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE: (907) 276-1592
FAX: (907) 277-4352

JOINT STATUS REPORT
*Adams et. al. v. Teck Cominco Alaska,* A04-00049 CV (JWS)
Page 1 of 3

mediator's availability for mediation as early as the latter half of January, 2007. The parties being interested in proceeding to mediation without any unnecessary delay. One of the candidates to be interviewed has already advised his mediation schedule does not allow for mediation of this complexity in January. The parties will be exploring the earliest alternative dates with this candidate during his interview.

The defendants suggest supplementing this status report on or before January 5, 2007 at which time they anticipate they will be able to advise the court if plaintiffs and defendants have agreed on a mediator and the time set for the mediation.

Respectfully submitted this ____ day of December, 2006 by defendants' counsel of record for each party in this case.

> HARTIG RHODES HOGE & LEKISCH, P.C.
> Attorneys for Teck Cominco Alaska Incorporated
>
> By: ___/s/ Larry Hartig_____
>   Lawrence L. Hartig, ABA # 8310125
>   Sean Halloran

**HARTIG RHODES HOGE & LEKISCH, P.C.**
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE: (907) 276-1592
FAX: (907) 277-4352

CERTIFICATE OF SERVICE
I hereby certify that on the 8th day of December, 2006,
a true and correct copy of the foregoing was served,
via electronic service, on the below identified parties of
record:

Luke W. Cole
Center on Race, Poverty, & the Environment
450 Geary Street, Suite 500
San Francisco, California 94102

Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

/s/ Larry Hartig
Hartig Rhodes Hoge & Lekisch PC

F:\Docs\62880\184\PLEADINGS\Joint Status Report3.DOC

**HARTIG RHODES
HOGE &
LEKISCH, P.C.**
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352