Lawrence L. Hartig
Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska  99501
Phone:  (907) 276-1592
Fax:     (907) 277-4352
Firm email:  mail@hartig.law.pro
Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, JOSEPH SWAN, <br>       Plaintiffs, <br><br> vs. <br><br> TECK COMINCO ALASKA INCORPORATED, <br>       Defendant, <br><br> NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH, <br>       Intervenor-Defendants. | **JOINT STATUS REPORT OF THE PARTIES REGARDING MEDIATION** <br> Case No.  A04-00049 CV (JWS) |

      The parties jointly interviewed four potential mediators between December 18 – 20, 2006 in San Francisco and Seattle and agreed on a mediator.  The mediation is scheduled for the week of April 9, 2007.  Although the parties would have preferred an earlier date for the mediation, this was the first date the mediator had open on his schedule.  The mediator will be visiting the Village of Kivalina and the Red Dog Mine prior to the mediation.

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

The parties will be providing settlement briefs to the mediator on or before March 23, 2007. The briefs will also be provided to the other parties in the case. If any party wishes to provide information confidentially to the mediator they may include that information in a second brief that does not need to be shared with the other parties.

The parties recognize that the key component of any settlement they might reach will be one or more Supplemental Environmental Projects (SEPs), which are projects performed in lieu of the payment of penalties. Unlike civil penalties paid to the U.S. Treasury, SEPs can be structured to benefit the local community in which the money is invested. The parties will be identifying potential SEPs and gathering engineering and cost information on them prior to the mediation. Plaintiffs' counsel anticipates meeting with his clients in Kivalina the week of January 31 to discuss potential SEPs that could become part of a settlement. The parties agree that no later than February 16, 2007 they will exchange lists of potential SEPs they believe could become part of a mediated settlement. The parties shall use the time between February 16 and the April 9 mediation to further analyze the feasibility and costs of the potential SEPs.

The parties have also agreed that, unless otherwise directed by the Court, they will not be filing any substantive motions in this case prior to completion of the mediation. The parties agree that at this stage it is preferable to spend energy to try to resolve this case through mediation, rather than motion practice. Teck Cominco, however, shall immediately provide plaintiffs and file a copy with the court of any final NPDES permit which affects any of the discharges that are a subject of this litigation as ordered in the Court's June 15, 2006 order from chambers.

**HARTIG RHODES HOGE & LEKISCH, P.C.**
**ATTORNEYS AT LAW**
**717 K STREET**
**ANCHORAGE, ALASKA**
**99501-3397**
**TELEPHONE:**
**(907) 276-1592**
**FAX:**
**(907) 277-4352**

Respectfully submitted this 5th day of January, 2007 by counsel of record for each party in this case.

                        HARTIG RHODES HOGE & LEKISCH, P.C.
                        Attorneys for Teck Cominco Alaska Incorporated

                        By: ___/s/ Lawrence L. Hartig_____
                             Lawrence L. Hartig, ABA# 8310125
                             Sean Halloran, ABA# 9211080

                        HELLER EHRMAN WHITE & MCAULIFFE LLP
                        Attorneys for Intervenor-Defendants
                        NANA Regional Corporation

DATED: _____    By: ___/s/ James E. Torgerson (consent given)
                        James E. Torgerson, ABA# 8509120

                        LANDYE BENNETT BLUMSTEIN LLP
                        Attorneys for Intervenor-Defendants
                        Northwest Arctic Borough

DATED: _____    By: ___/s/David S. Case (consent given)
                        David S. Case, P.C., ABA# 7505010

                        CENTER ON RACE, POVERTY, & THE
                           ENVIRONMENT
                        Attorneys for Plaintiffs

DATED: _____    By: ___/s/Luke W. Cole (consent given)
                        Luke W. Cole, CBA# 145,505

**HARTIG RHODES HOGE & LEKISCH, P.C.**
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE: (907) 276-1592
FAX: (907) 277-4352

JOINT STATUS REPORT                                              Page 3 of 4
*Adams et. al. v. Teck Cominco Alaska,* A04-00049 CV (JWS)

CERTIFICATE OF SERVICE
I hereby certify that on the 5th day of January, 2007,
a true and correct copy of the foregoing was served,
via electronic service, on the below identified parties of
record:

Luke W. Cole
Center on Race, Poverty, & the Environment
450 Geary Street, Suite 500
San Francisco, California 94102

Nancy S. Wainwright (via U.S. Mail)
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

/s/ Larry Hartig
Hartig Rhodes Hoge & Lekisch PC

F:\Docs\62880\184\PLEADINGS\Joint Status Report5 - clean.DOC

**HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352**

JOINT STATUS REPORT                                                                                      Page 4 of 4
*Adams et. al. v. Teck Cominco Alaska,* A04-00049 CV (JWS)