MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*ENOCH ADAMS JR., et al.*     v.    *TECK COMINCO ALASKA INC.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:04-cv-00049-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  January 8, 2007

    The court has reviewed the status report at docket 146 and commends the parties for pursuing what appears to be an exceedingly wise approach to the resolution of this dispute.  Unless closing papers are sooner filed, the parties shall file a joint status report on **May 7, 2007.**