Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska  99501
Phone:  (907) 276-1592
Fax:    (907) 277-4352
Firm email:  mail@hartig.law.pro
Attorney for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, JOSEPH SWAN,<br>    Plaintiffs,<br><br>vs.<br><br>TECK COMINCO ALASKA INCORPORATED,<br>    Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br>    Intervenor-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: A04-00049 CV (JWS)<br>) |

## NOTICE OF FILING NPDES PERMIT

On June 16, 2006, at Docket 132, this court ordered that a copy of the final NPDES permit for the Red Dog Mine be filed with the court. The new permit has now been issued by the Environmental Protection Agency, and is filed herewith.

DATED at Anchorage, Alaska, this 13th day of March, 2007.

HARTIG RHODES HOGE & LEKISCH, P.C.
Attorneys for Teck Cominco Alaska, Inc.


By:    s/ Sean Halloran

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

Notice of Filing
Adams et al. v. Teck Cominco\ A04-00049 CV (JWS)                                         Page 1 of 2

717 K Street
Anchorage, Alaska  99501
Phone:  (907) 276-1592
Fax:     (907) 277-4352
Email:  mail@hartig.law.pro

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of March, 2007, a true and correct copy of the foregoing was served electronically on:

Luke W. Cole
Center on Race, Poverty, & the Environment
450 Geary Street, Suite 500
San Francisco, California 94102

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK  99501

**And via First Class Mail**
Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

s/ Sean Halloran

F:\Docs\62880\184\PLEADINGS\Notice of filing_permit.doc

**HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352**