JAMES E. TORGERSON (Alaska Bar No. 8509120)
MATTHEW COHEN (Washington Bar No. 11232)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920

E-mail: jim.torgerson@hellerehrman.com

Attorneys for Intervenor
NANA REGIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>    Plaintiffs,<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>    Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>    Intervenor-Defendants. | Case No.: A04-cv-00049-JWS<br><br>**JOINT STATUS REPORT OF THE PARTIES REGARDING MEDIATION** |

On April 9, 2007, the parties' negotiating teams, which in total numbered about 25 people, and their mediator, Robert Alsdorf, toured the Red Dog Mine and The Village of Kivalina. They then met and mediated in Kotzebue beginning on April 10, 2007, and continuing through April 12, 2007, at which time they recessed the mediation. The parties have made significant progress but some issues remained unresolved. Accordingly, they are continuing to mediate with the assistance of Mr. Alsdorf. They

have discussed meeting again to resume direct negotiations, but no date for such a meeting has yet been set.

    The parties respectfully ask that they be given until June 15, or until the mediation is completed, whichever happens first, to report back to the Court.

    Respectfully submitted this 7th day of May, 2007, by counsel of record for each party in this case

Dated:   May 7, 2007      CENTER ON RACE, POVERTY, & THE ENVIRONMENT
Attorneys for Plaintiffs

By    */s/ Luke W. Cole (consent given)*
    LUKE W. COLE, CBA 145,505
    450 Geary Street, Suite 500
    San Francisco, CA  94102
    E-Mail:  luke@igc.org

Dated:   May 7, 2007      HARTIG RHODES HOGE & LEKISCH, PC
Attorneys for Teck Cominco Alaska Incorporated

By    */s/ Sean Halloran (consent given)*
    SEAN HALLORAN, ABA 9211080
    717 K Street
    Anchorage, AK  99501
    E-Mail:  sean.halloran@hartig.com

Dated:   May 7, 2007      LANDYE BENNETT BLUMSTEIN LLP
Attorneys for Intervenor-Defendants
  Northwest Arctic Borough

By    */s/ David S. Case (consent given)*
    DAVID S. CASE, ABA 7505010
    701 West 8th Avenue, Suite 1200
    Anchorage, AK  99501
    E-Mail:  dcase@lbblawyers.com

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900

Dated:  May 7, 2007    HELLER EHRMAN LLP
Attorneys for Intervenor-Defendants
  NANA Regional Corporation

By  */s/ James E. Torgerson*
JAMES E. TORGERSON (BAR NO. 8509120)
MATTHEW COHEN (BAR NO. 11232)
510 L Street, Suite 500
Anchorage, AK  99501
E-Mail: jim.torgerson@hellerehrman.com

**CERTIFICATE OF SERVICE**

This is to certify that on the 7th day of May, 2007, a true and correct copy of the foregoing JOINT STATUS REPORT OF THE PARTIES REGARDING MEDIATION was served, via electronic service, on the below identified parties of record:

Luke W. Cole
Center on Race, Poverty & the Environment
450 Geary Street, Suite 500
San Francisco, CA  94102

Nancy S. Wainwright (via U.S. Mail)
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK  99515-3538

Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, AK  99501

David S. Case
Landye Bennett Blumstein LLP
701 West 8th Avenue, Suite 1200
Anchorage, AK  99501

 */s/ James E. Torgerson*
James E. Torgerson
Heller Ehrman LLP
510 L Street, Suite 500
Anchorage, AK  99501
jim.torgerson@hellerehrman.com

SE 2210381 v1
5/7/07 3:05 PM (38576.0002)

JOINT STATUS REPORT OF THE PARTIES REGARDING MEDIATION
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A04-0049 CIVIL (JWS)**
PAGE 3 OF 3