LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty, & the Environment
47 Kearny Street, Suite 804
San Francisco, CA, 94108
415/346-4179 • fax 415/346-8723

NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3538
907/345-5595 • fax 907/345-3629

Attorneys for Plaintiffs Enoch Adams, Jr., Leroy Adams, Andrew Koenig, Jerry Norton, David Swan and Joseph Swan

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>TECK COMINCO ALASKA INCORPORATED<br><br>    Defendant.<br>———————————————<br>NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH,<br><br>    Intervenors-Defendants.<br>——————————————— | Case No. A04-49 (JWS)<br><br>NOTICE OF CHANGE OF ADDRESS |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take note that effective immediately, plaintiffs' counsel Center on Race, Poverty & the Environment has relocated to 47 Kearny Street, Suite 804, San Francisco, CA 94108.  Our

NOTICE OF CHANGE OF ADDRESS

1 | telephone, fax and email remain the same.

2

3 |                                          Respectfully submitted,

4 |                                          CENTER ON RACE, POVERTY
                                             & THE ENVIRONMENT

5

6

7 |                                          _/S/ Luke Cole_____
                                             Luke Cole

8 |                                          Attorney for Plaintiffs

9

10

CERTIFICATION OF SERVICE

11

I certify that on the 20th day of June 2007, a true and correct copy of the Plaintiffs' Notice of Change of Address

12 | were served via electronic mail on the following counsel of record:

13 |                                         David Case

Sean Halloran                               Landye Bennet Blumstein

14 | Hartig Rhodes                           701 West Eighth Avenue, Suite 1200
    717 K Street                            Anchorage, AK 99501

15 | Anchorage, AK 99501

16 | Nancy S. Wainwright                     James E. Torgerson
    Law Offices of Nancy S. Wainwright      Heller Ehrman

17 | 13030 Back Road, Suite 555              510 L Street, Suite 500
    Anchorage, AK 99515                     Anchorage, AK 99501

18

19

    __/s/ Luke Cole_____

20 | Luke W. Cole

21

22

23

24

25

26

27

28

NOTICE OF CHANGE OF ADDRESS               - 1 -