1  LUKE W. COLE, California Bar No. 145,505
   CAROLINE FARRELL, California Bar No. 202,871
2  BRENT J. NEWELL, California Bar No. 210,312
   Center on Race, Poverty, & the Environment
3  47 Kearny Street, Suite 804
   San Francisco, CA, 94108
4  415/346-4179 • fax 415/346-8723

5  NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
   Law Offices of Nancy S. Wainwright
6  13030 Back Road, Suite 555
   Anchorage, AK 99515-3538
7  907/345-5595 • fax 907/345-3629

8  Attorneys for Plaintiffs Enoch Adams, Jr., Leroy
   Adams, Andrew Koenig, Jerry Norton, David
9  Swan and Joseph Swan

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>TECK COMINCO ALASKA INCORPORATED<br><br>    Defendant.<br><br>NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH,<br><br>    Intervenors-Defendants. | Case No. A04-49 (JWS)<br><br>PLAINTIFFS' STATUS REPORT AND REQUEST FOR PRE-TRIAL CONFERENCE |

      Plaintiffs file this Status Report and Request for Pre-Trial Conference, pursuant to the Court's Order of May 8, 2007 (docket 151) and Local Rule 16.1(d).  After three months of mediation, including three days of in-person meetings in Kotzebue following a tour of the mine site and the Village of Kivalina in April, plaintiffs are not sanguine about the possibility of

Plaintiffs Status Report and
Request For Pre-Trial Conference

settlement in this case and wish to proceed to trial at the earliest possible opportunity. Given the lack of progress in settlement negotiations over the past two months, plaintiffs feels any further delay in setting a trial date would not be productive. (Plaintiffs will, of course, remain ready to continue settlement discussions while preparing for trial.)

    Plaintiffs request, pursuant to Local Rule 16.1(d), a telephonic pre-trial conference with the Court and all parties as soon after July 2, 2007 as is convenient to the Court. At this conference the parties will be able to determine if all remaining legal issues are resolved before trial; plaintiffs expect Teck Cominco to continue to comply with its ongoing duty to supplement discovery under Rule 26, particularly with the discharge monitoring reports and internal compliance memoranda for the 2007 discharge season. Plaintiffs also request that following the pre-trial conference, the Court set a trial date at the earliest possible time in the Court's calendar. Without the supplemental discovery disclosures from Teck Cominco, plaintiffs are today hesitant to move under Local Rule 40.3(a) for a trial date, but hopefully any remaining discovery issues can be resolved at the pre-trial conference. We look forward to the Court's guidance.

                                        Respectfully submitted,

                                        CENTER ON RACE, POVERTY
                                        & THE ENVIRONMENT

                                        /S/ Luke Cole
                                        Luke Cole

                                        Attorney for Plaintiffs

Plaintiffs Status Report and
Request For Pre-Trial Conference          - 1 -

CERTIFICATION OF SERVICE

I certify that on the 20th day of June 2007, a true and correct copy of the Plaintiffs' Status Report and Request for Pre-trial Conference were served via electronic mail on the following counsel of record:

| | |
|---|---|
| Sean Halloran<br>Hartig Rhodes<br>717 K Street<br>Anchorage, AK 99501 | David Case<br>Landye Bennet Blumstein<br>701 West Eighth Avenue, Suite 1200<br>Anchorage, AK 99501 |
| Nancy S. Wainwright<br>Law Offices of Nancy S. Wainwright<br>13030 Back Road, Suite 555<br>Anchorage, AK 99515 | James E. Torgerson<br>Heller Ehrman<br>510 L Street, Suite 500<br>Anchorage, AK 99501 |

\_\_/s/ Luke Cole_____
Luke W. Cole

Plaintiffs Status Report and
Request For Pre-Trial Conference            - 2 -