MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*Adams, et al. v. Teck Cominco, et al.*

THE HONORABLE JOHN W. SEDWICK          3:04-cv-00049 JWS

PROCEEDINGS:          **ORDER FROM CHAMBERS**          July 12, 2007

At docket 153, plaintiffs filed a status report requesting a pretrial conference. A pretrial conference is hereby set for **August 9, 2007**, at **8:30 AM**, in court room **3**.