JAMES E. TORGERSON (Alaska Bar No. 8509120)
MATTHEW COHEN (Washington Bar No. 11232)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920

E-mail: jim.torgerson@hellerehrman.com

Attorneys for Intervenor
NANA REGIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>     Plaintiffs,<br><br> v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>     Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>     Intervenor-Defendants. | Case No.: A04-cv-00049-JWS<br><br>**REQUEST FOR TELEPHONIC PARTICIPATION IN PRETRIAL CONFERENCE** |

  James E. Torgerson, Counsel for Intervenor-Defendant, NANA Regional Corporation, hereby requests permission to appear telephonically at the Pretrial Conference currently scheduled for Thursday, August 9, 2007, at 8:30 am.

Dated: July 12, 2007            HELLER EHRMAN LLP
                                Attorneys for Intervenor-Defendants
                                  NANA Regional Corporation


                                By      */s/ James E. Torgerson*
                                   JAMES E. TORGERSON (BAR NO. 8509120)
                                   MATTHEW COHEN (BAR NO. 11232)
                                   510 L Street, Suite 500
                                   Anchorage, AK  99501
                                   E-Mail:  jim.torgerson@hellerehrman.com

**CERTIFICATE OF SERVICE**

This is to certify that on the 12th day of July, 2007, a true and correct copy of the foregoing REQUEST FOR TELEPHONIC PARTICIPATION IN PRETRIAL CONFERENCE was served, via electronic service, on the below identified parties of record:

Luke W. Cole
Center on Race, Poverty & the Environment
47 Kearny Street, Suite 804
San Francisco, CA  94108
luke@igc.org

Nancy S. Wainwright (via U.S. Mail only – not electronically)
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK  99515-3538

Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, AK  99501
sean.halloran@hartig.com

David S. Case
Landye Bennett Blumstein LLP
701 West 8th Avenue, Suite 1200
Anchorage, AK  99501
dcase@lbblawyers.com



      */s/ James E. Torgerson*
James E. Torgerson
Heller Ehrman LLP
510 L Street, Suite 500
Anchorage, AK  99501
jim.torgerson@hellerehrman.com
SE 2218113 v1
7/17/07 3:54 PM (38576.0002)

REQUEST FOR TELEPHONIC PARTICIPATION IN PRETRIAL CONFERENCE
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A04-0049 CIVIL (JWS)**
PAGE 2 OF 2