JAMES E. TORGERSON (Alaska Bar No. 8509120)
MATTHEW COHEN (Washington Bar No. 11232)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK  99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920

E-mail:  jim.torgerson@hellerehrman.com

Attorneys for Intervenor
NANA REGIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>    Plaintiffs,<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>    Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>    Intervenor-Defendants. | Case No.: A04-cv-00049-JWS<br><br>**[PROPOSED] ORDER GRANTING TELEPHONIC PARTICIPATION IN PRETRIAL CONFERENCE** |

IT IS HEREBY ORDERED that counsel for Intervenor-Defendant, NANA Regional Corporation, may participate telephonically in the Pretrial Conference scheduled for Thursday, August 9, 2007, at 8:30 am.

DATED: _____

_____
U.S. District Court Judge
District of Alaska

[PROPOSED] ORDER GRANTING TELEPHONIC PARTICIPATION IN PRETRIAL CONFERENCE
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A04-0049 CIVIL (JWS)**
PAGE 1 OF 2

**CERTIFICATE OF SERVICE**

This is to certify that on the 12th day of July, 2007, a true and correct copy of the foregoing [PROPOSED] ORDER GRANTING TELEPHONIC PARTICIPATION IN PRETRIAL CONFERENCE was served, via electronic service, on the below identified parties of record:

Luke W. Cole
Center on Race, Poverty & the Environment
47 Kearny Street, Suite 804
San Francisco, CA  94108
luke@igc.org

Nancy S. Wainwright (via U.S. Mail only – not electronically)
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK  99515-3538

Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, AK  99501
sean.halloran@hartig.com

David S. Case
Landye Bennett Blumstein LLP
701 West 8th Avenue, Suite 1200
Anchorage, AK  99501
dcase@lbblawyers.com

        */s/ James E. Torgerson*
James E. Torgerson
Heller Ehrman LLP
510 L Street, Suite 500
Anchorage, AK  99501
jim.torgerson@hellerehrman.com

SE 2218114 v1
7/17/07 3:55 PM (38576.0002)

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900

[PROPOSED] ORDER GRANTING TELEPHONIC PARTICIPATION IN PRETRIAL CONFERENCE
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A04-0049 CIVIL (JWS)**
PAGE 2 OF 2