IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>                    Plaintiffs,<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>                    Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>                    Intervenor-Defendants. | Case No.: A04-cv-00049-JWS<br><br>**ORDER GRANTING TELEPHONIC PARTICIPATION IN PRETRIAL CONFERENCE** |

IT IS HEREBY ORDERED that counsel for Intervenor-Defendant, NANA Regional Corporation, may participate telephonically in the Pretrial Conference scheduled for Thursday, August 9, 2007, at 8:30 am. Counsel should call the court's case management clerk at 677-6127 to obtain the phone number to call the day of the conference.

DATED: <u>July 26, 2007</u>

                                      <u>/s/  JOHN W. SEDWICK</u>
                                      U.S. District Court Judge
                                      District of Alaska

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900