1  LUKE W. COLE, California Bar No. 145,505
   CAROLINE FARRELL, California Bar No. 202,871
2  BRENT J. NEWELL, California Bar No. 210,312
   Center on Race, Poverty, & the Environment
3  450 Geary Street, Suite 500
   San Francisco, CA, 94102
4  415/346-4179  •  fax 415/346-8723

5  NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
   Law Offices of Nancy S. Wainwright
6  13030 Back Road, Suite 555
   Anchorage, AK 99515-3538
7  907/345-5595  •  fax 907/345-3629

8  Attorneys for Plaintiffs Enoch Adams, Jr., Leroy
   Adams, Andrew Koenig, Jerry Norton, David
9  Swan and Joseph Swan

10

**IN THE UNITED STATES DISTRICT COURT**

11

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

12

13  ENOCH ADAMS, JR., LEROY ADAMS,      | Case No. A04-cv-00049-JWS
    ANDREW KOENIG, JERRY NORTON         |
14  DAVID SWAN and JOSEPH SWAN,         |
                                         | REQUEST FOR TELEPHONIC
15      Plaintiffs,                      | PARTICIPATION IN PRETRIAL
                                         | CONFERENCE
16      v.                               |

17  TECK COMINCO ALASKA INCORPORATED

18      Defendant.

19  NANA REGIONAL CORPORATION, and
    NORTHWEST ARCTIC BOROUGH,
20
        Intervenor-Defendants.
21  _____

22

23      Luke W. Cole, Counsel for Plaintiffs Enoch Adams, Jr., Leroy Adams, Andrew Koenig,

24  Jerry Norton, David Swan, and Joseph Swan, hereby requests permission to appear telephonically

25  at the Pretrial Conference currently scheduled for Thursday, August 9, 2007, at 8:30 am.

26

27

28

REQUEST FOR TELEPHONIC PARTICIPATION IN PRETRIAL CONFERENCE

| | | |
|---|---|---|
| 1 | | |
| 2 | July 30, 2007 | CENTER ON RACE, POVERTY & THE ENVIRONMENT |
| 3 | | |
| 4 | | /s/ Luke W. Cole |
| | | Luke W. Cole |
| 5 | | Nancy S. Wainwright |
| | | Attorneys for Plaintiffs Enoch Adams et al. |

Certificate of Service

This is to certify that on the 30th day of July, 2007, a true and correct copy of the foregoing REQUEST FOR TELEPHONIC PARTICIPATION IN PRETRIAL CONFERENCE was served, via electronic service, on the below identified parties of record:

Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, AK 99501
sean.halloran@hartig.com

David S. Case
Landye Bennet Blumstein LLP
701 West 8th Avenue, Suite 1200
Anchorage, AK 99501
dcase@lbblawyers.com

James E. Torgerson
510 L Street, Suite 500
Anchorage, AK 99501
jim.torgerson@hellerehrman.com

Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3538
nsw@alaska.com


    /s/ Luke W. Cole
Luke W. Cole
Nancy S. Wainwright
Attorneys for Plaintiffs Enoch Adams et al.

REQUEST FOR TELEPHONIC PARTICIPATION IN PRETRIAL CONFERENCE