David S. Case, P.C.
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail: dcase@lbblawyers.com

Attorneys for Northwest Arctic Borough

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>TECK COMINCO ALASKA INCORPORATED, <br><br>　　　　　Defendant. <br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH, <br><br>　　　　Intervenor-Defendants | Case No. 3:04-cv-00049 JWS <br><br>**MOTION AND APPLICATION FOR NON-RESIDENT ATTORNEY TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA** |

    Pursuant to Local Rule 83.1(d), Intervenor-Defendant Northwest Arctic Borough moves to admit Thane W. Tienson of the law firm Landye Bennett Blumstein LLP 1300 SW 5th Avenue, Suite 3500, Portland, OR 97201 (503-224-4100) to practice before this Court for the purposes of this case only.

David S. Case, co-counsel and a partner in Mr. Tienson's law firm, is a member of the Alaska State Bar who is also admitted to practice before this court. He will act as associate counsel with Mr. Tienson as required by Local Rule 83.1(d).

This motion is supported by Mr. Tienson's Affidavit and certificate of good standing filed with this motion.

Dated this 2nd day of August, 2007.

LANDYE BENNETT BLUMSTEIN LLP
Attorneys for Northwest Arctic Borough

s/David S. Case
David S. Case
Alaska Bar No. 7505010

Certificate of Service

On August 2, 2007, a true and correct copy of the foregoing Motion and Application for Non-resident Attorney to Appear and Participate was served, via electronic service, on the below identified parties of record:

Sean Halloran
Hartig Rhodes Hoge & Lekisch
717 K Street
Anchorage, AK  99501
sean.halloran@hartig.com

Luke W. Cole
Center on Race, Poverty & the Environment
450 Geary Street, Suite 500
San Francisco, CA  94102
luke@igc.org

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Nancy S. Wainwright (Via U.S. Mail)
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK  99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, AK  99501
jim.torgerson@hellerhrman.com


s/David S. Case
David S. Case

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Adams v. Teck Cominco
Case No. 3:04-cv-00049-JWS
Motion and Application for Non-Resident Attorney to Appear
Page 3 of 3