David S. Case
Landye Bennett Blumstein LLP
701 West 8th Avenue, Suite 1200
Anchorage, Alaska 99501
Phone: (907) 276-5152
Facsimile: (907) 276-8433
E-mail: dcase@lbblawyers.com

Attorneys for Intervenor-Defendant
Northwest Arctic Borough

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN, <br><br> Plaintiffs, <br><br> v. <br><br> TECK COMINCO ALASKA INCORPORATED, <br><br> Defendant. <br><br> NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH, <br><br> Intervenor-Defendants | Case No. 3:04-cv-00049 JWS <br><br> **ORDER GRANTING MOTION FOR NON-RESIDENT ATTORNEY TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA (Proposed)** |

IT IS HEREBY ORDERED that Thane W. Tienson may appear and participate *pro hac vice* on behalf of Northwest Arctic Borough in the above-captioned case.

---

Adams v. Teck Cominco
Case No. 3:04-cv-00049-JWS
Proposed Order Granting Motion and Application for Non-Resident Attorney to Appear and Participate
Page 1 of 2

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Dated:_____

_____
U.S. District Court Judge
District of Alaska

Certificate of Service

On August 2, 2007, a true and correct copy of the foregoing Order Granting Telephonic Participation in Pretrial Conference (Proposed) was served, via electronic service, on the below identified parties of record:

Sean Halloran
Hartig Rhodes Hoge & Lekisch
717 K Street
Anchorage, AK  99501
sean.halloran@hartig.com

Luke W. Cole
Center on Race, Poverty & the Environment
450 Geary Street, Suite 500
San Francisco, CA  94102
luke@igc.org

Nancy S. Wainwright (Via U.S. Mail)
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK  99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, AK  99501
jim.torgerson@hellerhrman.com


s/David S. Case
David S. Case

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433