David S. Case
Thane W. Tienson
Landye Bennett Blumstein LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR 97201
Telephone: (503) 224-4100
Facsimile: (503) 224-4133
E-mail: ttienson@landye-bennett.com

Attorneys for Defendant-Intervenor
Northwest Arctic Borough

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

ENOCH ADAMS, JR., LEROY ADAMS,
ANDREW KOENIG, JERRY NORTON,
DAVID SWAN and JOSEPH SWAN,

    Plaintiffs,

    v.

TECK COMINCO ALASKA
INCORPORATED,

    Defendant.

NANA REGIONAL CORPORATION, and
NORTHWEST ARCTIC BOROUGH,

    Intervenor-Defendants

Case No. A04-cv-00049-JWS

**AFFIDAVIT OF THANE W. TIENSON IN SUPPORT OF MOTION/ORDER FOR ADMITTANCE *PRO HAC VICE***

STATE OF OREGON    )
                         ) ss.
County of Multnomah  )

    I, **THANE W. TIENSON**, being first duly sworn, do depose and say that:

//////

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

1.  I am an attorney in good standing with the Oregon State Bar, and am admitted to practice in all Oregon courts. I have not been disbarred or formally censured by any court of record or by any state bar association, and no disciplinary proceedings are pending against me.

2.  I am also known as Thane Walker Tienson, and my office/residence addresses are as follows:

> **Office:**
> 1300 SW 5th Avenue, Ste. 3500
> Portland, OR 97201
> 503-224-4100
> 503-224-4133 (facsimile)
> *ttienson@landye-bennett.com*
>
> **Residence:**
> 2067 NW Irving
> Portland, OR  97210

3.  Attached as Exhibit "A" to this Affidavit is an original certificate from the State of Oregon certifying that I was admitted to practice in all courts in the State of Oregon on September 26, 1977, and am presently in good standing.

4.  I understand that I am charged with knowing and complying with all applicable local rules.

5.  I am not the subject of any disciplinary proceedings and have not been the subject of any past suspensions, disbarment or similar events.

//////

//////

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

6. I request admission to practice in the above-captioned matter with David S. Case, who is already admitted to practice before this Court.

DATED this 27th day of July, 2007.

_____
Thane W. Tienson

SUBSCRIBED AND SWORN to before me this 27th day of July, 2007.

_____
(Notary Public for Oregon)

OFFICIAL SEAL
JERI G ZWICK
NOTARY PUBLIC-OREGON
COMMISSION NO. 417215
MY COMMISSION EXPIRES MAY 31, 2011



STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

THANE W. TIENSON

as an Attorney of this Court.

I, as State Court Administrator of the State of Oregon, certify that on the 26th day of September, 1977,

THANE W. TIENSON

was admitted to the practice of law in the Supreme Court and all other courts of the State of Oregon, and is now an attorney in good standing.

July 25, 2007

Kingsley W. Click
State Court Administrator

By: *Stephanie Hudson*

Authorized Representative of the
State Court Administrator

