David S. Case
Landye Bennett Blumstein LLP
701 West 8th Avenue, Suite 1200
Anchorage, Alaska 99501
Phone: (907) 276-5152
Facsimile: (907) 276-8433
E-mail: dcase@lbblawyers.com

Attorneys for Defendant-Intervenor
Northwest Arctic Borough

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

|  |  |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN, ) Plaintiffs, ) v. ) TECK COMINCO ALASKA INCORPORATED, ) Defendant. ) NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH, ) Intervenor-Defendants ) | Case No. 3:04-cv-00049 JWS **REQUEST FOR TELEPHONIC PARTICIPATION IN PRETRIAL CONFERENCE** |

The Northwest Arctic Borough requests permission pursuant to Local Rule 7.3 for its counsel, Thane Tienson, to appear telephonically at the Pretrial Conference currently scheduled for Thursday, August 9, 2007, at 8:30 am. Mr. Tienson resides out of state, and telephonic appearance for this pretrial conference will save substantial travel costs and time. The

telephonic appearance of Northwest Arctic Borough's counsel is not likely to pose substantial prejudice to the other parties, given that Plaintiff's counsel also resides out of state.

Dated this 2nd day of August, 2007.

LANDYE BENNETT BLUMSTEIN, LLP
Attorneys for Defendant-Intervenor
Northwest Arctic Borough

s/Davis S. Case
David S. Case
Alaska Bar No. 7505010
Landye Bennett Blumstein LLP
701 West 8th Avenue, Suite 1200
Anchorage, Alaska 99501
Phone: (907) 276-5152
Fax: (907) 276-8433
E-mail: dcase@lbblawyers.com

Certificate of Service

On August 2, 2007, a true and correct copy of the foregoing Request for Telephonic Participation in Pretrial Conference was served, via electronic service, on the below identified parties of record:

Sean Halloran
Hartig Rhodes Hoge & Lekisch
717 K Street
Anchorage, AK  99501
sean.halloran@hartig.com

Luke W. Cole
Center on Race, Poverty & the Environment
450 Geary Street, Suite 500
San Francisco, CA  94102
luke@igc.org

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Nancy S. Wainwright (Via U.S. Mail)
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK  99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, AK  99501
jim.torgerson@hellerhrman.com


s/David S. Case
David S. Case

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Adams v. Teck Cominco
Case No. 3:04-cv-00049-JWS
Request for Telephonic Participation in Pretrial Conference
Page 3 of 3