IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>　　　　　　Defendant.<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>　　　　　Intervenor-Defendants | Case No. 3:04-cv-00049 JWS<br><br>**ORDER GRANTING MOTION FOR NON-RESIDENT ATTORNEY TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA** |

IT IS HEREBY ORDERED that Thane W. Tienson may appear and participate *pro hac vice* on behalf of Northwest Arctic Borough in the above-captioned case. This order is conditioned upon payment of the pro hac vice fee to the Clerk of Court within 10 days from the date of this order.

Dated: <u>August 3, 2007</u>

　　　　　　　　　　　　　　　　　　/s/ JOHN W. SEDWICK
　　　　　　　　　　　　　　　　　　U.S. District Court Judge

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200