IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN, <br><br>    Plaintiffs, <br><br> v. <br><br> TECK COMINCO ALASKA INCORPORATED, <br><br>    Defendant. <br><br> NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH, <br><br>    Intervenor-Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 3:04-cv-00049 JWS

**ORDER GRANTING TELEPHONIC PARTICIPATION IN PRETRIAL CONFERENCE**

IT IS HEREBY ORDERED that counsel for Intervenor-Defendant, Northwest Arctic Borough, may participate telephonically in the Pretrial Conference scheduled for Thursday, August 9, 2007, at 8:30 am. Counsel are instructed to call (907) 677-6247 to participate telephonically.

Dated: August 3, 2007

/s/ JOHN W. SEDWICK
U.S. District Court Judge

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200