```
        UNITED STATES
       DISTRICT COURT
         District of Alaska
         Anchorage Division

       # 00130877 - PS
        August 3, 2007


   Code    Case #    Qty      Amount

   6855XX-N 04-49             150.00 CK


   TOTAL→              150.00



   FROM: LANDYE BENNETT BLUMSTEIN LLP
         FOR THANE W. TIENSON
         PRO HAC VICE
         3:04-CV-00049 JWS
```