```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

     ENOCH ADAMS, JR., et al      vs.  TECK COMINCO ALASKA, INC., et al

BEFORE THE HONORABLE  JOHN W. SEDWICK     CASE NO. 3:04-CV-00049-JWS

DEPUTY CLERK/RECORDER:           SUZANNETTE LUCERO

APPEARANCES:    PLAINTIFF:    LUKE W. COLE - TELEPHONIC
                              NANCY S. WAINWRIGHT

                DEFENDANT:    SEAN HALLORAN
                              DAVID CASE
                              THANE W. TIENSON - TELEPHONIC
```

PROCEEDINGS: PRETRIAL CONFERENCE HELD 8/09/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:45 a.m. court convened.

Mr. Torgerson not present.

Court and counsel heard re Joint Status Report (Dkt 141), estimated length of trial, discovery, expert reports and witnesses.

Defendant to provide Plaintiff copies of monitoring reports by **August 31, 2007.**

Parties to update their expert opinions and reports through December 31, 2007. Updated expert reports to be exchanged by **January 18, 2008.**

Plaintiff may file a motion re additional expert testimony by **August 31, 2007.**

Court and counsel heard re expert witness Randall Fisher; Court ruled that the Plaintiff's expert witness Randall Fisher may testify by deposition. Defendant may file a motion re Court's ruling by **August 31, 2007.**

Continued To Page 2

DATE:      August 9, 2007        DEPUTY CLERK'S INITIALS:   SCL

Revised 6/18/07

```
                    Continuation - Page 2
     Enoch Adams, Jr., et al vs. Teck Cominco Alaska Inc., et al
                          3:04-cv-00049-JWS
                         Pretrial Conference
                           August 9, 2007
----------------------------------------------------------------
```

Plaintiff may file a motion to amend the complaint by **August 31, 2007.**

Court will send parties an order re trial date and time to commence no earlier than February 19, 2008 and motions deadlines.

At 9:28 a.m. court adjourned.

DATE:_____August 9, 2007_____  DEPUTY CLERK'S INITIALS:___SCL___

Revised 6/18/07