LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty, & the Environment
47 Kearny Street, Suite 804
San Francisco, CA, 94108
415/346-4179 • fax 415/346-8723

NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3538
907/345-5595 • fax 907/345-3629

Attorneys for Plaintiffs Enoch Adams, Jr., Leroy
Adams, Andrew Koenig, Jerry Norton and Joseph Swan

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN, <br><br> Plaintiffs, <br><br> v. <br><br> TECK COMINCO ALASKA INCORPORATED <br><br> Defendant. | Case No. A04-49 (JWS) <br><br> **NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT** |
| NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH, <br><br> Intervenors-Defendants. | F.R.C.P. Rule 15(d) |

Plaintiffs Enoch Adams, Jr., Leroy Adams, Andrew Koenig, Jerry Norton, and Joseph Swan (collectively "Adams") move for leave to file a Supplemental Complaint in order to add additional violations of the Clean Water Act by the Defendant Teck Cominco Alaska Incorporated pursuant to Fed.R.Civ.P. 15(d). This Motion is based on the Memorandum of Points and Authorities filed concurrently herewith, as well as the Proposed Supplemental

1  Revised Complaint also filed herewith.  A Proposed Order is lodged with this Notice.

2      Because Teck Cominco has continued to violate its Clean Water Act permits during the

3  pendency of this lawsuit, Adams must supplement the Complaint in this suit or file a new suit

4  and move to consolidate it.  As supplementation should be liberally granted under Ninth Circuit

5  precedent, Adams is choosing this path and respectfully requests the right to file the

6  Supplemental Complaint on or after October 8, 2007.

7  Date: August 31, 2007                    Respectfully submitted,

8                                      CENTER ON RACE, POVERTY
                                       & THE ENVIRONMENT

9

10                                      */s/ Luke W. Cole*
                                        Luke W. Cole

11                                      Nancy S. Wainwright
                                        Attorneys for Plaintiffs Enoch Adams et al.

12

13  Certificate of Service
    This is to certify that on the 31st day of August, 2007, a true and correct copy of the foregoing
14  MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT, POINTS AND
    AUTHORITIES IN SUPPORT OF MOTION, with PROPOSED SUPPLEMENTAL
15  COMPLAINT was served, via electronic service, on the below identified parties of record:

16  Sean Halloran
    Hartig Rhodes Hoge & Lekisch, P.C.
17  717 K Street
    Anchorage, AK 99501
18  sean.halloran@hartig.com

19  David S. Case
    Landye Bennet Blumstein LLP
20  701 West 8th Avenue, Suite 1200
    Anchorage, AK 99501
21  dcase@lbblawyers.com

22  James E. Torgerson
    510 L Street, Suite 500
23  Anchorage, AK 99501
    jim.torgerson@hellerehrman.com
24
    Nancy S. Wainwright
25  Law Offices of Nancy S. Wainwright
    13030 Back Road, Suite 555
26  Anchorage, AK 99515-3538
    nsw@alaska.com
27

28

Notice of Motion and Motion
for Leave to File Supplemental Complaint        - 1 -

1

2      /s/ Luke W. Cole
Luke W. Cole
3  Nancy S. Wainwright
Attorneys for Plaintiffs Enoch Adams et al.
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Motion and Motion
for Leave to File Supplemental Complaint         - 2 -