1  LUKE W. COLE, California Bar No. 145,505
   CAROLINE FARRELL, California Bar No. 202,871
2  BRENT J. NEWELL, California Bar No. 210,312
   Center on Race, Poverty, & the Environment
3  47 Kearny Street, Suite 804
   San Francisco, CA, 94108
4  415/346-4179 • fax 415/346-8723

5  NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
   Law Offices of Nancy S. Wainwright
6  13030 Back Road, Suite 555
   Anchorage, AK 99515-3538
7  907/345-5595 • fax 907/345-3629

8  Attorneys for Plaintiffs Enoch Adams, Jr., Leroy
   Adams, Andrew Koenig, Jerry Norton and Joseph Swan
9

10              **IN THE UNITED STATES DISTRICT COURT**

11              **FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

12

13  ENOCH ADAMS, JR., LEROY ADAMS,                    Case No. A04-49 (JWS)
    ANDREW KOENIG, JERRY NORTON
14  DAVID SWAN and JOSEPH SWAN,
                                                     **[PROPOSED]**
15          Plaintiffs,                              **ORDER GRANTING**
                                                     **MOTION FOR LEAVE TO**
16      v.                                           **FILE SUPPLEMENTAL**
                                                     **COMPLAINT**
17  TECK COMINCO ALASKA INCORPORATED

18          Defendant.
    _____
19  NANA REGIONAL CORPORATION and                    F.R.C.P. Rule 15(d)
    NORTHWEST ARCTIC BOROUGH,
20
            Intervenors-Defendants.
21  _____

22

23          Plaintiffs Enoch Adams, Jr., Leroy Adams, Andrew Koenig, Jerry Norton, and Joseph

24  Swan (collectively "Adams") moved for leave to file a Supplemental Complaint in order to add

25  additional violations of the Clean Water Act by the Defendant Teck Cominco Alaska

26  Incorporated pursuant to Fed.R.Civ.P. 15(d). After considering the arguments for and against the

27  motion, this Court hereby ORDERS:

28

Order Granting Motion for Leave
to File Supplemental Complaint

1.  That plaintiffs are granted leave to file a Supplemental Revised Complaint on or after October 8, 2007.

IT IS SO ORDERED.

Date: _____
Judge of the District Court