Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax:    (907) 277-4352
Firm email: mail@hartig.com
Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, JOSEPH SWAN, <br>　　　　Plaintiffs, <br><br> vs. <br><br> TECK COMINCO ALASKA INCORPORATED, <br>　　　　Defendant, <br><br> NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH, <br>　　　　Intervenor-Defendants. | Case No.: A04-00049 CV (JWS) |

## ORDER

The clerk is directed to amend the electronic court filing service list to remove attorney Larry Hartiq: larry@hartig.law.pro. Other addresses for Teck Cominco's counsel remain valid.

Dated this _____ day of September, 2007.

_____
JUDGE SEDWICK