Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax:   (907) 277-4352
Firm email: mail@hartig.com
Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, JOSEPH SWAN, Plaintiffs, vs. TECK COMINCO ALASKA INCORPORATED, Defendant, NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH, Intervenor-Defendants. | Case No.: A04-00049 CV (JWS) |

## TECK COMINCO's OPPOSITION TO MOTION TO SUPPLEMENT COMPLAINT

Discovery in this case is closed, witnesses have all been identified, and the parties are now preparing for a lengthy and complicated trial. Despite all of this, the plaintiffs now seek permission to supplement their complaint in October of this year to allege that on 574 out of 772 separate occasions, Teck Cominco did in some manner violate one or more of the conditions of its NPDES permit at Red Dog Mine. [Docket 174 at 5.] Their motion should be denied.

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

"Under the Rule, allowance or denial of leave to file a supplemental pleading is addressed to the sound discretion of the District Court." United States use of Atkins v. Reiten, 313 F.2d 673, 675 (9th Cir. 1963). Under Rule 15(d), leave to supplement should only be granted when doing so "will promote the economic and speedy disposition of the controversy between the parties, will not cause undue delay or trial inconvenience, and will not prejudice the rights of any other party". Bornholdt v. Brady, 869 F.2d 57, 68 (2nd Cir. 1989); citing 6A Wright, Miller, & Kane, *Federal Practice and Procedure: Civil 2D* § 1504 (1971). The claims that the plaintiffs seek to add involve factual issues not attendant to any of the pre-existing claims, and will require the presentation of additional factual and expert evidence. [Halloran Affidavit.] For example, the plaintiffs are asserting claims that Teck Cominco violated a 3900 mg/l "end of pipe" parameter for TDS that was first incorporated into Teck Cominco's permit in July, 2003. Defending these claims will require the addition of expert and factual testimony about what the 3900 parameter is, how it is properly applied to Teck Cominco's discharge, and how to read the data attendant to this parameter. Similarly, where certain parameters of the 2003 permit modifications affecting discharge during the grayling spawning season were stayed as a result of the plaintiffs' administrative appeal of those modifications[1], the plaintiffs apparently now seek to assert that the TDS monthly average in June of each year is somehow

---

[1]    Following the appeal of the 2003 permit, the EPA incorporated standards for the discharge of TDS during spawning season into the 2007 permit. The plaintiffs again appealed so as to obtain a further stay.

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

lower than the value established in the permit.[2] Defending against such a claim will require additional expert and factual testimony regarding what the monthly average limitation is during June, and whether Teck Cominco met that standard in June of each of the past several years. The simple fact is that adding claims to this litigation at this late date will not promote the economic and speedy disposition of the controversy because it will require additional time for discovery, and the preparation of substantial additional testimony at trial. In light of the fact that this case is already stretching the court's ability to accommodate a trial, the established contours of this case should remain in place, and any new claims that the plaintiffs may want to bring should await their next round of litigation.

The plaintiffs have made clear that they intend to sue Teck Cominco for as long as Red Dog Mine discharges into the Red Dog Creek. Accordingly, the plaintiffs assert that they will file a separate suit if they are not allowed to amend their complaint in this litigation. [Id. at 2, 3-4.] That alone is sufficient reason for the court to deny amendment. As the Ninth Circuit Court has recognized, "leave to file a supplemental pleading will be denied where the supplemental pleading could be the subject of a separate action". Planned Parenthood v. Neely,

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

---

[2] We say "apparently", because the information in the supplemental complaint is insufficient to determine exactly what the claim is without further discovery. Because spawning season could last anywhere from three days to two weeks, and sometimes extends into the first days of June, we assume that the plaintiffs are contending that they are entitled to enforce some, as yet unspecified, lower monthly average during that month.

OPPOSITION TO MOTION TO SUPPLEMENT COMPLAINT                                   Page 3 of 4
*Adams et. al. v. Teck Cominco Alaska,* A04-00049 CV (JWS)

130 F.3d 400, 402 (9th Cir. 1997); quoting 6A Wright, Miller, & Kane, *Federal Practice and Procedure: Civil 2D* § 1509 (1990).

DATED at Anchorage, Alaska, this 19th day of September, 2007

HARTIG RHODES HOGE & LEKISCH, P.C.
Attorneys for Teck Cominco Alaska Incorporated

By: _____
Sean Halloran

CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of September, 2007, a true and correct copy of the foregoing was served, via electronic service, on the below identified parties of record:

Luke W. Cole
Center on Race, Poverty, & the Environment
47 Kearny Street, Suite 804
San Francisco, California 94108

Nancy S. Wainwright (via U.S. Mail only)
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

_____
Hartig Rhodes Hoge & Lekisch PC

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

OPPOSITION TO MOTION TO SUPPLEMENT COMPLAINT                    Page 4 of 4
*Adams et. al. v. Teck Cominco Alaska*, A04-00049 CV (JWS)