JAMES E. TORGERSON (Alaska Bar No. 8509120)
MATTHEW COHEN (Washington Bar No. 11232)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920

Attorneys for Intervenor
NANA REGIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>Plaintiffs,<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>Intervenor-Defendants. | Case No.: A04-0049 CV (JWS)<br><br>**STATEMENT OF FRCP 7.1 DISCLOSURE** |

NANA Regional Corporation, through its counsel, Heller Ehrman LLP, and pursuant to F.R.Civ.P. 7.1(a), states that there are no parent corporations of NANA Regional Corporation , and no publicly held corporation owns 10% or more of NANA Regional Corporation's stock.

|   |   |
|---|---|
| Dated:  September 27, 2007 | Respectfully submitted, |
|   | HELLER EHRMAN LLP |
|   | By  */s/ James e. Torgerson*<br>JAMES E. TORGERSON (BAR NO. 8509120)<br>MATTHEW COHEN (BAR NO. 11232)<br>Intervenor-Defendant<br>NANA REGIONAL CORP. |

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing STATEMENT OF FRCP 7.1 DISCLOSURE was served via the method indicated below this 27th day of September, 2007, on the following parties:

| | |
|---|---|
| Luke W. Cole<br>Center on Race, Poverty & the Environment<br>450 Geary Street, Suite 500<br>San Francisco, CA  94102 | Counsel for Plaintiffs<br>Served via:<br>☐ Facsimile  ☐ Regular U. S. Mail<br>☐ Hand Delivery  ☒ Electronic transmission |
| Nancy S. Wainwright<br>Law Offices of Nancy S. Wainwright<br>13030 Back Road, Suite 555<br>Anchorage, AK  99515-3538 | Counsel for Plaintiffs<br>Served via:<br>☐ Facsimile  ☒ Regular U. S. Mail<br>☐ Hand Delivery  ☐ Electronic transmission |
| Sean Halloran<br>Hartig Rhodes Hoge & Lekisch, P.C.<br>717 K Street<br>Anchorage, AK  99501 | Counsel for Defendant Teck Cominco<br>Served via:<br>☐ Facsimile  ☐ Regular U. S. Mail<br>☐ Hand Delivery  ☒ Electronic transmission |
| David S. Case<br>Landye Bennett Blumstein LLP<br>701 West 8th Avenue, Suite 1200<br>Anchorage, AK  99501 | Counsel for Intervenor-Defendant Northwest Arctic Borough<br>Served via:<br>☐ Facsimile  ☐ Regular U. S. Mail<br>☐ Hand Delivery  ☒ Electronic transmission |

       */S/ James E. Torgerson*
JAMES E. TORGERSON (BAR NO. 8509120)
MATTHEW COHEN (BAR NO. 11232)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK  99501
Telephone:  907-277-1900
Facsimile:  907-277-1920
james.torgerson@hellerehrman.com
matthew.cohen@hellerehrman.com

SE 2224651 v1
9/27/07 1:27 PM (38576.0002)

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900

**STATEMENT OF FRCP 7.1 DISCLOSURE**
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A04-0049 CIVIL (JWS)**
PAGE 3 OF 3