Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax:   (907) 277-4352
Firm email: mail@hartig.com
Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, JOSEPH SWAN,<br>　　　　Plaintiffs,<br><br>vs.<br><br>TECK COMINCO ALASKA INCORPORATED,<br>　　　　Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br>　　　　Intervenor-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: A04-00049 CV (JWS)<br>) |

## NOTICE OF PERMIT WITHDRAWAL

Teck Cominco gives notice to the court that the EPA has withdrawn the 2007 NPDES permit that it earlier issued to Red Dog Mine and that was subject to an administrative appeal by the plaintiffs. [See Docket 148.]

DATED at Anchorage, Alaska, this 3rd day of October, 2007

HARTIG RHODES HOGE & LEKISCH, P.C.
Attorneys for Teck Cominco Alaska Incorporated

By: _____
　　Sean Halloran

HARTIG RHODES HOGE & LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

NOTICE OF PERMIT WITHDRAWL
*Adams et. al. v. Teck Cominco Alaska*, A04-00049 CV (JWS)
Page 1 of 2

Page 2 of 2

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October, 2007,
a true and correct copy of the foregoing was served,
via electronic service, on the below identified parties of
record:

Luke W. Cole
Center on Race, Poverty, & the Environment
450 Geary Street, Suite 500
San Francisco, California 94102

Nancy S. Wainwright (via U.S. Mail only)
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

_____
Hartig Rhodes Hoge & Lekisch PC

F:\Docs\62880\184\PLEADINGS\Mtn to Cease Service.doc

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 10**
1200 Sixth Avenue, Suite 900
Seattle, Washington 98101-3140

Reply To
Attn Of: OWW-135

SEP 27 2007

John Knapp
General Manager
Teck Cominco Alaska, Incorporated
Red Dog Operations
3105 Lakeshore Drive, Bldg. A, Suite 101
Anchorage, Alaska 99517

Re: Teck Cominco Alaska Incorporated, Red Dog Mine
NPDES Permit No. AK-003865-2

Dear Mr. Knapp:

EPA is withdrawing the National Pollutant Discharge Elimination System (NPDES) permit reissuance for the Red Dog Mine dated March 7, 2007. We are taking this action in order to revise our National Environmental Policy Act (NEPA) analysis for the NPDES permit. Enclosed is the NPDES permit withdrawal and our withdrawal notice to the Environmental Appeals Board (EAB).

The administratively extended NPDES permit conditions that were in effect prior to the March 7, 2007 permit reissuance remain in effect. A follow-up communication will clarify the effective permit conditions.

We intend to incorporate the NEPA analysis for the reissuance of this NPDES permit into the ongoing Red Dog Mine – Aqqaluk Supplemental Environmental Impact Statement (SEIS). EPA has already issued a Notice of Intent to prepare a supplemental EIS for the Red Dog Mine and Aqqaluk project and will conduct scoping meetings on October 2 through 5, 2007.

If you have questions regarding the NPDES permit please contact Mike Lidgard at (206) 553-1755 or Cindi Godsey at (907) 271-6561. Contact Patty McGrath at (206) 553-0979 with questions regarding the Red Dog Mine – Aqqaluk SEIS.

Sincerely,

Michael F. Gearheard
Director, Office of Water and Watersheds

Enclosures
Cc: Lynn Kent, ADEC

Withdrawal of NPDES Permit - September 27, 2007

Permit No. AK-003865-2
Page 1 of 1

United States Environmental Protection Agency
Region 10
1200 Sixth Avenue, Suite 900
Seattle, Washington 98101

## Withdrawal of Permit Under the
## National Pollutant Discharge Elimination System

The following permit reissuance, which is subject to a pending appeal before the Environmental Appeals Board (Appeal Nos. NPDES 07-08 & 07-09), is hereby withdrawn pursuant to 40 CFR § 124.19(d):

NPDES Permit No.: AK-003865-2
Permittee: Teck Cominco Alaska, Inc.
Facility: Red Dog Mine
Signed: March 7, 2007

The administratively extended NPDES permit conditions that were in effect prior to that March 7, 2007, permit reissuance remain in effect.

Signed this 27th day of September, 2007

Michael F. Gearheard
Director, Office of Water & Watersheds
U.S. Environmental Protection Agency, Region 10