LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty, & the Environment
47 Kearny Street, Suite 804
San Francisco, CA, 94108
415/346-4179  •  fax 415/346-8723

NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3538
907/345-5595  •  fax 907/345-3629

Attorneys for Plaintiffs Enoch Adams, Jr., Leroy Adams, Andrew Koenig, Jerry Norton and Joseph Swan

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN,<br><br>Plaintiffs,<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED<br><br>Defendant.<br><br>NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH,<br><br>Intervenors-Defendants. | Case No. A04-49 (JWS)<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE LIMITED SUMMARY ADJUDICATION MOTION ON FOUR OUTSTANDING LEGAL ISSUES** |

Good cause appearing therefore, Plaintiffs' Motion for Leave to File a Limited Summary Adjudication Motion on the four legal issues outlined in that Motion, Docket 185, is GRANTED. A summary judgment motion addressing only these four legal issues shall be

ORDER GRANTING MOTION FOR LEAVE TO
FILE LIMITED SUMMARY ADJUDICATION MOTION

1 | served and filed no later than January 22, 2008.

3 | Date: _____

Judge of the District Court

ORDER GRANTING MOTION FOR LEAVE TO
FILE LIMITED SUMMARY ADJUDICATION MOTION - 1