1  LUKE W. COLE, California Bar No. 145,505
   CAROLINE FARRELL, California Bar No. 202,871
2  BRENT J. NEWELL, California Bar No. 210,312
   Center on Race, Poverty, & the Environment
3  47 Kearny Street, Suite 804
   San Francisco, CA, 94108
4  415/346-4179 • fax 415/346-8723

5  NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
   Law Offices of Nancy S. Wainwright
6  13030 Back Road, Suite 555
   Anchorage, AK 99515-3538
7  907/345-5595 • fax 907/345-3629

8  Attorneys for Plaintiffs Enoch Adams, Jr., Leroy
   Adams, Andrew Koenig, Jerry Norton and Joseph Swan
9

10           IN THE UNITED STATES DISTRICT COURT

11            FOR THE DISTRICT OF ALASKA AT ANCHORAGE

12

13  ENOCH ADAMS, JR., LEROY ADAMS,              Case No. A04-49 (JWS)
    ANDREW KOENIG, JERRY NORTON
    DAVID SWAN and JOSEPH SWAN,
14
                                                NOTICE OF LODGING
        Plaintiffs,                             EXHIBITS WITH COURT
15                                              [D.Al. LR 39.3(6)[B]] AND
        v.                                      FINAL EXHIBIT LIST
16
    TECK COMINCO ALASKA INCORPORATED
17
        Defendant.
18  ─────────────────────────────────────
19  NANA REGIONAL CORPORATION and
    NORTHWEST ARCTIC BOROUGH,
20
        Intervenors-Defendants.
21  ─────────────────────────────────────

22

23  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

24      Please note that on January 22, 2008, plaintiffs Enoch Adams, Jr., et al. lodged the

25  following exhibits with the District Court. The numbers given here are the numbers affixed to

26  the Exhibit label on each exhibit. These exhibits were marked, inspected and reviewed with the

27  Clerk of the Court on January 18, 2008.

28

NOTICE OF LODGING EXHIBITS
AND FINAL EXHIBIT LIST

| Exh. | Description |
|---|---|
| 1. | Teck Cominco Discharge Monitoring Report ("DMR"), October 2007 (November 15, 2007), TC 050583 RD-TC 050637 RD. (ADM) |
| 2. | Teck Cominco Notice Letter (November 12, 2007), TC 050870 RD-TC 050871 RD. (ADM) |
| 3. | Request for Admission No. 313 and Teck Cominco Response (October 12, 2004). (ADM) |
| 4. | Letter from Randall F. Smith, Director, U.S. EPA Office of Water, to Robert M. Jacko, President, Teck Cominco Alaska, Inc., Re: Teck Cominco Incorporated, Red Dog Mine NPDES Permit No.: AK-003865-2, Appeal No.: NPDES 03-09 (October 2, 2003). (ADM) |
| 5. | NPDES Appeal No. 03-09, *In re: Teck Cominco Alaska, Inc., Red Dog Mine*, NPDES Permit No. AK-003865-2 (decided June 15, 2004) (excerpt). (ADM) |
| 6. | 2007 Permit Withdrawal (September 27, 2007). (ADM) |
| 7. | Curriculum vitae of Dr. Robert Moran (ID) |
| 8. | DMR, May 1999 (June 15, 1999), 000560-000610. (ID) |
| 9. | DMR, June 1999 (July 13, 1999), TC 000234 RD-TC 000279 RD. (ID) |
| 10. | DMR, July 1999 (August 15, 1999), TC 000280 RD-TC 000341 RD. (ID) |
| 11. | DMR, August 1999 (September 14, 1999), TC 000350 RD-TC 000414 RD. (ID) |
| 12. | DMR, September 1999 (October 12, 1999), TC 000776 RD-TC 000835 RD. (ID) |
| 13. | DMR, June 2000 (July 15, 2000), 001019-001076. (ID) |
| 14. | DMR, July 2000 (August 15, 2000), 001082-001144. (ID) |
| 15. | DMR, August 2000 (September 14, 2000), 001145-001202. (ID) |
| 16. | DMR, September 2000 (October 15, 2000), 001222-001283. (ID) |
| 17. | DMR, October 2000 (November 15, 2000), 001284-001339. (ID) |
| 18. | DMR, June 2001 (July 16, 2001), 001533-001612. (ID) |
| 19. | DMR, July 2001 (August 15, 2001), 001613-001669. (ID) |
| 20. | DMR, August 2001 (September 17, 2001), 001682-001703. (ID) |
| 21. | DMR, September 2001 (October 15, 2001), 001742-001789. (ID) |
| 22. | DMR, May 2002 (June 17, 2002), TC 001352 RD-TC 001398 RD. (ID) |
| 23. | DMR, June 2002 (July 15, 2002), TC 001399 RD-TC 001451 RD. (ID) |

24. DMR, July 2002 (August 14, 2002), 003625-003674. (ID)

25. DMR, August 2002 (September 16, 2002), 003675-003723. (ID)

26. DMR, September 2002 (October 14, 2002), TC 005747 RD-TC 005795 RD. (ID)

27. DMR, October 1-6 2002 (November 13, 2002), 003724-003774. (ID)

28. DMR, May 2003 (June 14, 2003), TC 012835 RD-TC 012889 RD. (ID)

29. Revised DMR, May 2003 (August 6, 2003), TC 012890 RD-TC012896 RD. (ID)

30. DMR, July 2003 (August 15, 2003), TC 012965 RD-TC 013044 RD. (ID)

31. DMR, August 2003 (September 13, 2003), TC 013045 RD-TC 013111 RD. (ID)

32. DMR, May 2004 (June 15, 2004). (ID)

33. DMR, June 2004 (July 15, 2004). (ID)

34. DMR, July 2004 (August 15, 2004). (ID)

35. DMR, July 2005 (August 15, 2005), TC 035377 RD-TC 035458 RD. (ID)

36. DMR, August 2005 (September 15, 2005), TC 035459 RD-TC 035515 RD. (ID)

37. DMR, September 2005 (October 16, 2005), TC 035516 RD-TC 035603 RD. (ID)

38. DMR, May 2006 (June 15, 2006), TC 036674 RD-TC 036763 RD. (ID)

39. DMR, May 2007 (June 15, 2007), TC 038199 RD-TC 038269 RD. (ID)

40. DMR, June 2007 (July 15, 2007), TC 038270 RD-TC 038324 RD. (ID)

41. DMR, September 2007 (October 14, 2007), TC 050729 RD-TC 050794 RD. (ID)

42. Lab Reports, Cyanide (May 1999), including TC 003131 RD. (ADM)

43. Lab Reports, Cyanide (June 2000), including TC 016408 RD, TC 016454 RD. (ADM)

44. Lab Reports, Cyanide (August 2001), including TC 015949 RD, TC 015855 RD, TC 015842 RD. (ADM)

45. Lab Reports, TDS (May 2005), including TC 045936-045937 RD, TC 045962-045963 RD, TC 046082-046083 RD. (ADM)

46. Lab Reports, TDS (June 2005), including TC 046277-046281 RD, TC 046398 RD, TC 046442 RD, TC 043058-043062 RD, TC 043102-043106 RD, TC 043144-043148 RD. (ADM)

47. Lab Reports, TDS (July 2005), including TC 046544 RD, TC 046628 RD, TC 046649 RD, TC 043253-043257 RD, TC 043358-043362 RD, TC 043386-043390 RD. (ADM)

48. Lab Reports, TDS (August 2005), including TC 046705-046709 RD, TC 046762-046766 RD, TC 046914-046918 RD, TC 046998-047002 RD, TC 047064-047068 RD. (ADM)

49. Lab Reports, TDS (September 2005), including TC 047154-047158 RD, TC 047181-047185 RD, TC 047243-047247 RD, TC 047293-047297 RD, TC 047374-047378 RD, TC 043587-043591 RD. (ADM)

50. Lab Reports, TDS (October 2005), including TC 043840-043844 RD. (ADM)

51. Lab Reports, Cyanide (May 2005), including TC 046195-046198 RD, TC 046204 RD, TC 046220-046224 RD, TC 045926 RD, TC 045941 RD, TC 045967 RD, TC 046087 RD. (ADM)

52. Lab Reports, Cyanide (August 2005), including TC 046710 RD, TC 046761 RD, TC 046919 RD, TC 046997 RD, TC 047069 RD, TC 047090 RD, TC 043493-043497 RD, TC 043489 RD, TC 043484 RD, TC 043446 RD. (ADM)

53. Lab Reports, Cyanide (September 2005), including TC 047159 RD, TC 047186 RD, TC 047251 RD, TC 047301 RD, TC 047379 RD, TC 043592 RD, TC 047463-047468 RD, TC 047490-047495 RD, TC 047496-047501 RD, TC 047515 RD. (ADM)

54. Lab Reports, Cyanide (October 2005), including TC 043845 RD, TC 047551 RD-047556 RD, TC 043790-043793 RD. (ADM)

55. Lab Reports, Cyanide (May 2006), including TC 044129 RD, TC 044192 RD, TC 044147 RD, TC 043926 RD, TC 043972 RD, TC 044036 RD, TC 044246 RD, TC 043902 RD, TC 044101 RD, TC 044115 RD. (ADM)

56. Lab Reports, Cyanide (June 2006), including TC 047763 RD, TC 047763 RD, TC 047845 RD, TC 044317 RD, TC 047650 RD, TC 047710-047711 RD, TC 047722 RD. (ADM)

57. Lab Reports, Cyanide (July 2006), including TC 048045 RD, TC 048057 RD, TC 048133 RD, TC 047912 RD, TC 047916 RD, TC 044469 RD, TC 044472 RD, TC 048021 RD, TC 048033 RD. (ADM)

58. Lab Reports, Cyanide (August 2006), including TC 048173 RD, TC 048267 RD, TC 044622 RD, TC 048339 RD, TC 044518 RD, TC 044570 RD, TC 044596 RD, TC 044607 RD. (ADM)

59. Lab Reports, Cyanide (September 2006), including TC 044706 RD, TC 044724 RD, TC 048455 RD, TC 048602 RD, TC 048679 RD, TC 048737 RD, TC 048756 RD, TC 048767 RD. (ADM)

60. Lab Reports, Cyanide (October 2006), including TC 044924 RD, TC 048792 RD. (ADM)

61. Lab Reports, TDS (May 2006), including TC 043966-043970 RD, TC 044030-044034 RD, TC 044241-044245 RD, TC 044147 RD, TC 043926 RD. (ADM)

62. Lab Reports, TDS (June 2006), including TC 044315 RD, TC 047651 RD, TC 047845 RD. (ADM)

63. Lab Reports, TDS (September 2006), including TC 044723 RD, TC 048454 RD, TC

NOTICE OF LODGING EXHIBITS
AND FINAL EXHIBIT LIST           - 3 -

|   |     |                                                                                                                                          |
|---|-----|------------------------------------------------------------------------------------------------------------------------------------------|
| 1 |     | 048604 RD. (ADM)                                                                                                                         |
| 2 | 64. | Lab Reports, TDS (October 2006), including TC 044924 RD. (ADM)                                                                           |
| 3 | 65. | Lab Reports, TDS (May 2007), including TC 045139 RD. (ADM)                                                                               |
| 4 | 66. | Lab Reports, TDS (June 2007), including TC 045466 RD, TC 045247 RD, TC 045388 RD, TC 045609 RD. (ADM)                                    |
| 5 | 67. | Lab Reports, TDS (August 2007), including TC 049737 RD, TC 049685 RD. (ADM)                                                              |
| 6 | 68. | Lab Reports, TDS (September 2007), including TC 045783 RD. (ADM)                                                                         |
| 7 | 69. | Lab Reports, Cyanide (August 2007), including TC 049949 RD, TC 049983 RD, TC 050113 RD, TC 049596-049597 RD, TC 049684 RD, TC 049736 RD. (ADM) |
| 8 | 70. | Lab Reports, Cyanide (September 2007), including TC 050489 RD, TC 050499 RD, TC 050523 RD. (ADM)                                         |
| 9 | 71. | Teck Cominco spreadsheet, Red Dog 1998-2003 NPDES data. (ADM)                                                                            |
|10 | 72. | Teck Cominco spreadsheet, Red Dog Water Samples 1-1-03 to 10-1-04. (ADM)                                                                 |
|11 | 73. | Station 10 2002-2003 TDS Data, TC 027459-027461 RD. (ADM)                                                                                |
|12 | 74. | Teck Cominco Notice Letter (June 9, 1999), 003837. (ADM)                                                                                 |
|13 | 75. | Teck Cominco Notice Letter (June 23, 1999), 003842. (ADM)                                                                                |
|14 | 76. | Teck Cominco Notice Letter (July 1, 1999), 003843-003844. (ADM)                                                                          |
|15 | 77. | Teck Cominco Notice Letter (July 21, 1999), 003845. (ADM)                                                                                |
|16 | 78. | Teck Cominco Notice Letter (July 26, 1999), TC 001614 RD. (ADM)                                                                          |
|17 | 79. | Teck Cominco Notice Letter (August 9, 1999), TC 001618 RD. (ADM)                                                                         |
|18 | 80. | Teck Cominco Notice Letter (September 16, 1999), TC 001626 RD. (ADM)                                                                     |
|19 | 81. | Teck Cominco Notice Letter (November 1, 1999), TC 001621 RD. (ADM)                                                                       |
|20 | 82. | Teck Cominco Notice Letter (June 16, 2000), TC 001630 RD. (ADM)                                                                          |
|21 | 83. | Teck Cominco Notice Letter (July 3, 2000), TC 001631 RD. (ADM)                                                                           |
|22 | 84. | Teck Cominco Notice Letter (July 17, 2000), TC 001633 RD. (ADM)                                                                          |
|23 | 85. | Teck Cominco Notice Letter (July 17, 2000), TC 001634 RD. (ADM)                                                                          |
|24 | 86. | Teck Cominco Notice Letter (July 17, 2000), TC 001635 RD. (ADM)                                                                          |
|25 | 87. | Teck Cominco Notice Letter (August 22, 2000), TC 001640 RD. (ADM)                                                                        |
|26 | 88. | Teck Cominco Notice Letter (July 15, 2001), TC 001668 RD. (ADM)                                                                          |

NOTICE OF LODGING EXHIBITS
AND FINAL EXHIBIT LIST                - 4 -

| | | |
|---|---|---|
| 1 | | |
| 2 | 89. | Teck Cominco Notice Letter (August 13, 2001), TC 001667 RD. (ADM) |
| 3 | 90. | Teck Cominco Notice Letter (August 29, 2001), 003804-003805. (ADM) |
| 4 | 91. | Teck Cominco Notice Letter (September 11, 2001), 003813-003816. (ID) |
| 5 | 92. | Teck Cominco Notice Letter (May 9, 2002), 003818. (ADM) |
| 6 | 93. | Teck Cominco Notice Letter (May 10, 2002), 003820. (ADM) |
| 7 | 94. | Teck Cominco Notice Letter (May 20, 2002), 003822. (ADM) |
| 8 | 95. | Teck Cominco Notice Letter (May 23, 2002), 003823. (ADM) |
| 9 | 96. | Teck Cominco Notice Letter (May 24, 2002), 003824. (ADM) |
| 10 | 97. | Teck Cominco Notice Letter (June 3, 2002), 003830. (ADM) |
| 11 | 98. | Teck Cominco Notice Letter (June 7, 2002), 003831. (ADM) |
| 12 | 99. | Teck Cominco Notice Letter (June 7, 2002), 003832. (ADM) |
| 13 | 100. | Teck Cominco Notice Letter (October 12, 2004), TC 031550 RD-TC 031552 RD. (ID) |
| 14 | 101. | Teck Cominco Notice Letter (November 12, 2007), TC 050872 RD-TC 050873 RD. (ADM) |
| 15 | 102. | Interrogatory No. 4 and Teck Cominco Response (August 30, 2004). (ADM) |
| 16 | 103. | Interrogatory No. 5 and Teck Cominco Response (August 30, 2004). (ADM) |
| 17 | 104. | Interrogatory No. 6 and Teck Cominco Response (August 30, 2004). (ADM) |
| 18 | 105. | Interrogatory No. 7 and Teck Cominco Response (August 30, 2004). (ADM) |
| 19 | 106. | Interrogatory No. 8 and Teck Cominco Response (August 30, 2004). (ADM) |
| 20 | 107. | Interrogatory No. 9 and Teck Cominco Response (August 30, 2004). (ADM) |
| 21 | 108. | Interrogatory No. 11 and Teck Cominco Response (August 30, 2004). (ADM) |
| 22 | 109. | Interrogatory No. 12 and Teck Cominco Response (August 30, 2004). (ADM) |
| 23 | 110. | Interrogatory No. 13 and Teck Cominco Response (August 30, 2004). (ADM) |
| 24 | 111. | Interrogatory No. 10 and Teck Cominco Response (August 30, 2004). (ADM) |
| 25 | 112. | Request for Admission No. 315 and Teck Cominco Response (October 12, 2004). (ADM) |
| 26 | 113. | Request for Admission No. 316 and Teck Cominco Response (October 12, 2004). (ADM) |
| 27 | 114. | Request for Production No. 175 and Teck Cominco Response (October 12, 2004). (ADM) |
| 28 | | |

NOTICE OF LODGING EXHIBITS
AND FINAL EXHIBIT LIST                - 5 -

115. Red Dog Mine Property Summary/Overview for January through December 1998, TC 035015-35073 RD. (ADM)

116. Red Dog Mine Property Summary/Overview for January through December 1999, TC 034870-34929 RD. (ADM)

117. Red Dog Mine Property Summary/Overview for January through December 2000, TC 034818-34869 RD. (ADM)

118. Red Dog Mine Property Summary/Overview for January through December 2001, TC 034930-35014 RD. (ADM)

119. Red Dog Mine 2002 Operating Monthly Reports (January through December), TC 034774-34817 RD. (ADM)

120. Red Dog Mine 2003 Compliance Report (January through December), TC 034762-34773 RD. (ADM)

121. Red Dog Mine Compliance Report (January 2004 through March 2005), TC 034747-34761 RD. (ADM)

122. Red Dog Mine Quarterly Environment, Health, Safety & Community Reports (1998 through First Quarter 2002), TC 035074-35107 RD. (ADM)

123. Teck Cominco Limited, Red Dog Mine, Quarterly Environment, Health, Safety & Community Reports 2003, TC 035108-35132 RD. (ADM)

124. Teck Cominco Limited, Red Dog Mine, Quarterly Environment, Health, Safety & Community Reports 2004, TC 035133-35158 RD. (ADM)

125. Teck Cominco Limited, Red Dog Mine, Quarterly Environment, Health, Safety & Community Reports Quarter 1 2005, TC 035164-35170 RD. (ADM)

126. Teck Cominco Limited, Red Dog Mine, Quarterly Environment, Health, Safety & Community Reports Quarter 2 2005, TC 038020-38027 RD. (ADM)

127. Teck Cominco Limited, Red Dog Mine, Quarterly Environment, Health, Safety & Community Reports Quarter 3 2005, TC 038028-38036 RD. (ADM)

128. Teck Cominco Limited, Red Dog Mine, Quarterly Environment, Health, Safety & Community Report, Quarter 4, 2005, TC 038037-38043 RD. (ADM)

129. Teck Cominco Limited, Red Dog Mine, Quarterly Environment, Health, Safety & Community Reports, Quarter 1, 2006, TC 038044-038050 RD. (ADM)

130. Teck Cominco Limited, Red Dog Mine, Quarterly Environment, Health, Safety & Community Reports, Quarter 2, 2006, TC 038051-038057 RD. (ADM)

131. Teck Cominco Limited, Red Dog Mine, Quarterly Environment, Health, Safety & Community Reports, Quarter 3, 2006, TC 038058-038071 RD. (ADM)

132. Teck Cominco Limited, Red Dog Mine, Quarterly Environment, Health, Safety & Community Reports, Quarter 4, 2006, TC 050882-050893 RD. (ADM)

133. Teck Cominco Limited, Red Dog Mine, Quarterly Environment, Health, Safety & Community Reports 2007 (including Quarters 1-3 only, TC 050894-050927). (ADM)

134. Letter from James Kulas to Enoch Adams, 004101-004102 (October 11, 2002) (Chemical Inventory attached). (ID)

135. Letter from James Kulas to Enoch Adams (October 13, 2002). (ADM)

136. Curriculum vitae of Ken Fucik (ID)

137. Curriculum vitae of Randolph Fischer (ID)

138. International Network for Acid Prevention (INAP), *Treatment of Sulphate in Mine Effluents* (October 2003), TC 027530-027568 RD. (ADM)

139. Kempton, H., M. Martin, and T. Martin. 2003. *Comparative Cost Analysis of Technologies for Treating Sulfate- and Metal-Contaminated Groundwater*. Acid Rock Drainage Sixth International Conference, 12-18 July, Cairns, North Queensland, Australia, 7474-7487. (ID)

140. "An Economic and Technical Evaluation of Regional Treatment Options for Point Source Gold Mine Effluents Entering the Vaal Barrage Catchment," Final Report 2000, Report No. 800/1/00, 7466-7473. (ID)

141. "Reverse Osmosis Water Treatment Description," March 1, 2001, 7455-7465. (ID)

142. Memorandum from Randy Fischer, Dames & Moore to Bill Sessions et al, re Jasper County, Missouri Superfund Site - Remedial Cost Estimate for the Wild Goose (Thomas) Pit (May 9, 1997), 7488-7495. (ID)

143. MEND Manual, Volume 5 - Treatment, MEND 5.4.2e (December 2000), 7516. (ID)

144. MEND Manual, Foreword, 7517. (ID)

145. Curriculum vitae of Dr. Michael Kavanaugh (ID)

146. Michael Kavanaugh, Revised Expert Report including Rebuttal Report of Michael Kavanaugh (ID)

147. DVD of Videotape taken by Stanley Hawley at DMTS Port Site, 8/11/02-8/13/02. (ID)

148. Compliance Order By Consent and Request for Information, In the Matter of: Cominco Alaska, Inc., Docket No. CWA-10-99-0167 (July 2, 1999), 00092-100. (ADM)

149. Complaint, *United States of America v. Cominco Alaska Incorporated*, No. A97-267-CIV (JKS) (filed July 14, 1997). (ADM)

150. Consent Decree, *United States of America v. Cominco Alaska Incorporated*, No. A97-267-CIV (JKS) (filed November 25, 1997). (ADM)

151. Cominco Alaska Incorporated, Financial Statements (December 31, 1998), TC 027767-027780 RD. (ADM)

152. Cominco Alaska Incorporated, Financial Statements (December 31, 1999), TC 027747-027766 RD. (ADM)

153. Teck Cominco Alaska Incorporated, Financial Statements (December 31, 2000), TC 027727-027746 RD. (ADM)

154. Teck Cominco Alaska Incorporated, Financial Statements (December 31, 2001), TC 027706-027726 RD. (ADM)

155. Teck Cominco Alaska Incorporated, Financial Statements (December 31, 2002), TC 027803-027817 RD. (ADM)

156. Teck Cominco Alaska Incorporated, Financial Statements (December 31, 2003), TC 027690-027705 RD. (ADM)

157. Teck Cominco Alaska Incorporated, Financial Statements (December 31, 2004), TC 050530-050545RD. (ADM)

158. Teck Cominco Alaska Incorporated, Financial Statements (December 31, 2005), TC 050546-050562RD. (ADM)

159. Teck Cominco Alaska Incorporated, Financial Statements (December 31, 2006), TC 050563-050582RD. (ADM)

160. Cominco Alaska Annual Report, 1999 (ID)

161. Cominco Alaska Annual Report, 2000 (excerpt) (ID)

162. Teck Cominco Annual Report, 2001 (ID)

163. Teck Cominco Annual Report, 2003 (ID)

164. Teck Cominco Annual Report, 2006 (excerpt) (ID)

165. Andrews, G., T. Mudder, M. Botz, and D. Howe. 1996. *Effluent Treatment and Water Management for TDS Control – Red Dog Mine*. December 1996 for Cominco Alaska, Inc., TC 031117-031162 RD. (ADM)

166. Andrews, G., T. Mudder, M. Botz, and D. Howe. 1997. *Effluent Treatment and Water Management for TDS Control – Red Dog Mine*. September 1997 for Cominco Alaska, Inc. (ADM)

167. Andrews, G., T. Mudder, M. Botz, and D. Howe. 1999. *Effluent Treatment and Water Management for TDS Control – Red Dog Mine – 1999 Update*. March 1999 for Cominco Alaska, Inc., TC 004209-004257 RD. (ADM)

168. Andrews, G. 2004. *Expert Report of Gene Andrews*. Case No. A04-00049 CV. November 15, 2004. (ID)

169. Brix, K., R. Gerdes, and M. Grosell. February 2005. *Toxicity Identification Evaluation for Teck Cominco Red Dog Mine*. (ID)

170. Quackenbush, L. & J. Citta, *Metals and Organocholorine Concentrations in Bearded Seals (Erignathus barbatus) Harvets by Subsistence Hunders Near Kivalina, Alaska in*

NOTICE OF LODGING EXHIBITS
AND FINAL EXHIBIT LIST                - 8 -

*2005.* TC 037335-037365 RD.  (ID)

**DEPOSITION TRANSCRIPTS LODGED** (deposition testimony from each of these transcripts is designated in the separately-filed in Plaintiffs' Final Witness List, per the Court's September 21, 2007 Order [Docket 177]):

171.    Deposition of Eugene Andrews, February 2, 2004 (ADM)

172.    Deposition of Michael Botz, March 9, 2005 (ADM)

173.    Deposition of JoAnne Bozek, March 2, 2005 (ADM)

174.    Deposition of Kevin Brix, February 22, 2005 (ADM)

175.    Deposition of Robert Fuhrman, February 24, 2005 (ADM)

176.    Deposition of Peter Guthrie, May 9, 2005 (ADM)

177.    Deposition of Wayne Hall, May 6, 2005 (ADM)

178.    Deposition of Robert Jacko, May 7, 2005 (ADM)

179.    Deposition of John Key, May 9, 2005 (ADM)

180.    Deposition of James Kulas, March 2, 2005 (ADM)

181.    Deposition of James Kulas, May 31, 2005 (ADM)

182.    Deposition of Charlotte MacCay, March 3, 2005 (ADM)

183.    Deposition of Mark Thompson, March 3, 2005 (ADM)

184.    Deposition of Joyce Tsuji, February 1, 2004 (ADM)

In addition to the above exhibits, plaintiffs expect to rely at trial on several filings with this Court, including the Complaint and attachments [Docket 1], Teck Cominco's Answer [Docket 6], the Supplemental Complaint and attachments [Docket 183], Teck Cominco's Answer to the Supplemental Complaint [Docket 184], and Teck Cominco's admissions in its Opposition to Motion for Summary Judgment [Docket 100].

/////

/////

NOTICE OF LODGING EXHIBITS
AND FINAL EXHIBIT LIST       - 9 -

Dated this 22nd day of January 2008.

                                                            Respectfully submitted,

                                                            CENTER ON RACE, POVERTY
                                                            & THE ENVIRONMENT

                                                             /S/ Luke Cole
                                                           Luke W. Cole

                                                           LAW OFFICES OF NANCY S. WAINWRIGHT

                                                           Attorneys for Plaintiffs
                                                           Enoch Adams, Jr., Leroy Adams, Andrew Koenig,
                                                           Jerry Norton, and Joseph Swan

<u>CERTIFICATION OF SERVICE</u>

I certify that on the 22nd day of January 2008, a true and correct copy of the Notice of Lodging Exhibits and Final Exhibit List was served via electronic mail on the following counsel of record.

| | |
|---|---|
| Sean Halloran<br>Hartig Rhodes<br>717 K Street<br>Anchorage, AK 99501<br>(sean.halloran@hartig.com) | David Case<br>Landye Bennet Blumstein<br>701 West Eighth Avenue, Suite 1200<br>Anchorage, AK 99501<br>(dcase@lbblawyers.com) |
| Nancy S. Wainwright<br>Law Offices of Nancy S. Wainwright<br>13030 Back Road, Suite 555<br>Anchorage, AK 99515<br>(nsw@alaska.com) | James E. Torgerson<br>Heller Ehrman<br>510 L Street, Suite 500<br>Anchorage, AK 99501<br>(JTorgerson@HEWM.com) |
| Thane Tienson<br>Landye Bennet Blumstein<br>1300 Southwest Fifth Ave, Suite 3500<br>Portland, OR 97201<br>(ttienson@landye-bennett.com) | |

In addition, Exhibits 1-9 and 42-170 were served on the following counsel of record by Federal Express, Overnight delivery. Per stipulation of counsel, Exhibits 10-41 were not served.

Sean Halloran
Hartig Rhodes
717 K Street
Anchorage, AK 99501

James E. Torgerson
Heller Ehrman
510 L Street, Suite 500
Anchorage, AK 99501

NOTICE OF LODGING EXHIBITS
AND FINAL EXHIBIT LIST                                        - 10 -

1  Thane Tienson
   Landye Bennet Blumstein
2  1300 Southwest Fifth Ave, Suite 3500
   Portland, OR 97201
3

4
     __/s/ Luke Cole_____
5  Luke W. Cole

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF LODGING EXHIBITS
AND FINAL EXHIBIT LIST                    - 11 -