David S. Case, P.C.
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail: dcase@lbblawyers.com

Thane W. Tienson
Landye Bennett Blumstein LLP
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon 97201
Telephone: (503) 224-4100
Facsimile: (503) 224-4133
ttienson@landye-bennett.com

Attorneys for Northwest Arctic Borough

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN, <br><br> Plaintiff, <br><br> v. <br><br> TECK COMINCO ALASKA INCORPORATED <br><br> Defendant. <br><br> NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH, <br><br> Intervenor-Defendants | Case No. A04-0049 CV (JWS) <br><br> NOTICE OF LODGING EXHIBITS WITH COURT [LR 39.3(6)[B]] AND FINAL EXHIBIT LIST |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please note that on January 22, 2008, Intervenor-Defendant, Northwest Arctic Borough lodged the following exhibits with the District Court. The numbers given here are the numbers affixed to the Exhibit label on each exhibit. These exhibits were marked, inspected and reviewed with the Clerk of Court on January 18, 2008.

| Exh. | Description |
|---|---|
| 2000 | The 2007 Northwest Arctic Borough Legislative Priorities were adopted by the NAB Assembly in 2007. Legislative Priority No. 1 indicates that the NAB desires to acquire the Delong Mountain Transportation System, which links the Red Dog Mine to the port. No. 7 States that the borough continues to support the residents of Kivalina to provide a safe environment until the community is relocated. (ID). |
| 2001 | The Third Amended, Restated Contract for Services is an agreement by and between NAB and Teck Cominco Alaska Incorporated, dated October 17, 2003 (the "Contract"). The Contract is a cooperative agreement between the parties that provides a clear understanding of tax liability of the Red Dog Mine. The amounts paid by Teck Cominco to NAB under the Contract represent a substantial portion of the annual revenue collected by NAB. (ID) |
| 2002 | Chapter 6.08 of the NAB Code establishes the borough's Taxation and Economic Development Policy as it relates to the taxation of mining activities occurring within its borders, as required under the Contract. (ID) |
| 2003 | Title 9 of the NAB Code governs land management and land use within the borough, as required under the borough's home rule charter and Alaska Statutes 29.35.180(b). (ID) |

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

In addition to the above exhibits, Intervenors-Defendants expect to rely at trial on several filings with this Court, including the Complaint and attachments [Docket 1], Teck Cominco's Answer [Docket 6], the Supplemental Complaint and attachments [Docket 183], Teck Cominco's Answer to the Supplemental Complaint [docket 184], Teck Cominco's admissions in its Opposition to Motion for Summary Judgment [Docket 100], and Unopposed Motion for Leave to Intervene with Attached Proposed Answer [Docket 16].

Respectfully submitted this 22nd day of January, 2008.

LANDYE BENNETT BLUMSTEIN LLP
Attorneys for Northwest Arctic Borough


s/David S. Case
David S. Case
Alaska Bar No. 7505010

Certificate of Service

On January 22, 2008, a true and correct of the Notice of lodging Exhibits and Final Exhibit List was served on via electronic mail on the following counsel of record.

Sean Holloran
Hartig Rhodes Hoge & Lekisch
717 K Street
Anchorage, AK 99501

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959

Luke W. Cole

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

```
Caroline Farrell
Brent J. Newell
J. Mijin Cha
Center on Race, Proverty, & the Environment
450 Geary Street, Suite 500
San Francisco, CA 94102

Nancy S. Wainwright
Law Office of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3538

In addition, Exhibits 2000-2003 were served on the following
counsel of record by the following manner:

Sean Halloran   - Hand Delivery
Hartig Rhodes Hoge & Lekisch
717 K Street
Anchorage, AK 99501

James E. Torgerson  - Hand Delivery
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959

Luke W. Cole    - Express Mail
Caroline Farrell
Brent J. Newell
J. Mijin Cha
Center on Race, Proverty, & the Environment
450 Geary Street, Suite 500
San Francisco, CA 94102



    s/David S. Case
```

Adams v. Teck Cominco
Case No. 3:04-cv-00049-JWS
Notice of Lodging Exhibits with Court and Final Exhibit List
Page 4 of 4