JAMES E. TORGERSON (Alaska Bar No. 8509120)
MATTHEW COHEN (Washington Bar No. 11232)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
jim.torgerson@hellerehrman.com
matt.cohen@hellerehrman.com

Attorneys for Intervenor
NANA REGIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>    Plaintiffs,<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>    Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>    Intervenor-Defendants. | Case No.: A04-cv-00049-JWS<br><br>**NOTICE OF SUBMISSION OF PROPOSED ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE LIMITED SUMMARY ADJUDICATION MOTION** |

     NANA Regional Corporation (NANA), by and through its attorneys, Heller Ehrman LLP, and Teck Cominco Alaska Incorporated (Teck), by and through its attorneys, Hartig Rhodes Hoge & Lekisch PC, hereby submit a proposed order to accompany the Joint Opposition to Plaintiffs' Motion for Leave to File Limited Summary Adjudication Motion filed at docket 189.

Dated: January 22, 2008          Respectfully submitted,

HELLER EHRMAN LLP
Intervenor-Defendant
NANA REGIONAL CORP.

By _____/s/ James e. Torgerson_____
   JAMES E. TORGERSON (BAR NO. 8509120)
   MATTHEW COHEN (BAR NO. 11232)
   510 L Street, Suite 500
   Anchorage, AK  99501-1959
   Telephone: (907) 277-1900
   Facsimile: (907) 277-1920
   jim.torgerson@hellerehrman.com
   matt.cohen@hellerehrman.com

Dated: January 22, 2008          Respectfully submitted,

HARTIG RHODES HOGE & LEKISCH
Defendant
TECK COMINCO ALASKA INCORPORATED

By _____/s/ Sean Halloran_____
   SEAN HALLORAN (BAR NO. 9211080)

**CERTIFICATE OF SERVICE**
This is to certify that a true and correct copy of the foregoing NOTICE OF SUBMISSION OF PROPOSED ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE LIMITED SUMMARY ADJUDICATION MOTION was served via the method indicated below this 22nd day of January, 2008, on the following parties:

| | |
|---|---|
| Luke W. Cole<br>Center on Race, Poverty & the Environment<br>450 Geary Street, Suite 500<br>San Francisco, CA  94102 | Counsel for Plaintiffs<br>Served via:<br>☐ Facsimile  ☐ Regular U. S. Mail<br>☐ Hand Delivery  ☒ Electronic transmission |
| Nancy S. Wainwright<br>Law Offices of Nancy S. Wainwright<br>13030 Back Road, Suite 555<br>Anchorage, AK  99515-3538 | Counsel for Plaintiffs<br>Served via:<br>☐ Facsimile  ☒ Regular U. S. Mail<br>☐ Hand Delivery  ☒ Electronic transmission |

NOTICE OF SUBMISSION OF PROPOSED ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE LIMITED SUMMARY ADJUDICATION MOTION;
**ADAMS, ET AL. V. TECK COMINCO ALASKA INCORPORATED, ET AL.;**
**CASE NO.: A04-0049 CIVIL (JWS)**
PAGE 2 OF 3

| | |
|---|---|
| Sean Halloran<br>Hartig Rhodes Hoge & Lekisch, P.C.<br>717 K Street<br>Anchorage, AK 99501 | Counsel for Defendant Teck Cominco<br>Served via:<br>☐ Facsimile ☐ Regular U. S. Mail<br>☐ Hand Delivery ☒ Electronic transmission |
| David S. Case<br>Landye Bennett Blumstein LLP<br>701 West 8th Avenue, Suite 1200<br>Anchorage, AK 99501 | Counsel for Intervenor-Defendant Northwest Arctic Borough<br>Served via:<br>☐ Facsimile ☐ Regular U. S. Mail<br>☐ Hand Delivery ☒ Electronic transmission |

*/S/ James E. Torgerson*
JAMES E. TORGERSON (BAR NO. 8509120)
MATTHEW COHEN (BAR NO. 11232)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907-277-1900
Facsimile: 907-277-1920
james.torgerson@hellerehrman.com
matthew.cohen@hellerehrman.com

SE 2239486 v1
1/22/08 4:12 PM (38576.0002)

NOTICE OF SUBMISSION OF PROPOSED ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE LIMITED SUMMARY ADJUDICATION MOTION;
**ADAMS, ET AL. V. TECK COMINCO ALASKA INCORPORATED, ET AL.;**
**CASE NO.: A04-0049 CIVIL (JWS)**
PAGE 3 OF 3