JAMES E. TORGERSON (Alaska Bar No. 8509120)
MATTHEW COHEN (Washington Bar No. 11232)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
jim.torgerson@hellerehrman.com
matt.cohen@hellerehrman.com

Attorneys for Intervenor
NANA REGIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>　　　　　　　　　　　Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>　　　　　　　　　　　Intervenor-Defendants. | Case No.: A04-cv-00049-JWS<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE LIMITED SUMMARY ADJUDICATION MOTION [Re: Motion at Docket 185]** |

　　　The Court has reviewed Plaintiffs' Motion for Leave to File Limited Summary Adjudication Motion at docket 185, Defendants' Joint Opposition at docket 189, and the reply thereto.

　　　Because Plaintiffs' Motion requests rulings on issues on which the Court already has either explicitly reserved judgment or ruled and is untimely, Plaintiffs' Motion at docket 185 is **DENIED**.

DATED at Anchorage, Alaska this ____ day of _____ 2008:

                                                    _____
                                                    JOHN W. SEDWICK
                                            UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

This is to certify that on the 22nd day of January, 2008, a true and correct copy of the foregoing [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE LIMITED SUMMARY ADJUDICATION MOTION was served, via electronic service, on the below identified parties of record:

Luke W. Cole  
Center on Race, Poverty & the Environment  
47 Kerny Street, Suite 804  
San Francisco, CA 94108  
luke@igc.org  

Counsel for Plaintiffs  
Served via:  
☐ Facsimile ☐ Regular U. S. Mail  
☐ Hand Delivery ☒ Electronic transmission  

Nancy S. Wainwright  
Law Offices of Nancy S. Wainwright  
13030 Back Road, Suite 555  
Anchorage, AK 99515-3538  
nsw@alaska.com  

Counsel for Plaintiffs  
Served via:  
☐ Facsimile ☒ Regular U. S. Mail  
☐ Hand Delivery ☒ Electronic transmission  

Sean Halloran  
Hartig Rhodes Hoge & Lekisch, P.C.  
717 K Street  
Anchorage, AK 99501  
sean.halloran@hartig.com  

Counsel for Defendant Teck Cominco  
Served via:  
☐ Facsimile ☐ Regular U. S. Mail  
☐ Hand Delivery ☒ Electronic transmission  

David S. Case  
Landye Bennett Blumstein LLP  
701 West 8th Avenue, Suite 1200  
Anchorage, AK 99501  
dcase@lbblawyers.com  

Counsel for Intervenor-Defendant Northwest Arctic Borough  
Served via:  
☐ Facsimile ☐ Regular U. S. Mail  
☐ Hand Delivery ☒ Electronic transmission  

      */S/ James E. Torgerson*  
JAMES E. TORGERSON (BAR NO. 8509120)  
MATTHEW COHEN (BAR NO. 11232)  
HELLER EHRMAN LLP  
510 L Street, Suite 500  
Anchorage, AK 99501  
Telephone: 907-277-1900  
Facsimile: 907-277-1920  
james.torgerson@hellerehrman.com  
matthew.cohen@hellerehrman.com  

SE 2239342 v1  
1/22/08 4:13 PM (38576.0002)

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE LIMITED SUMMARY ADJUDICATION MOTION; **ADAMS, ET AL. V. TECK COMINCO ALASKA INCORPORATED, ET AL.; CASE NO.: A04-0049 CIVIL (JWS)**  
PAGE 2 OF 2

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900