JAMES E. TORGERSON (Alaska Bar No. 8509120)
MATTHEW COHEN (Washington Bar No. 11232)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK  99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
jim.torgerson@hellerehrman.com
matt.cohen@hellerehrman.com

Attorneys for Intervenor
NANA REGIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>Plaintiffs,<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>Intervenor-Defendants. | Case No.: A:04-cv-0049 (JWS)<br><br>**JOINT DESIGNATION OF DEPOSITION TESTIMONY TO PRESENT AT TRIAL** |

NANA Regional Corporation (NANA), by and through its attorneys, Heller Ehrman LLP, and Teck Cominco Alaska Incorporated (Teck), by and through its attorneys, Hartig Rhodes Hoge & Lekisch PC, hereby designate the following portions of deposition testimony of the following witnesses to be introduced at trial.

**1. Deposition of Adams, Enoch Jr.  (July 8, 2003: Case No. A02-231)**

Page 4, lines 4 – 21
Page 6, line 21 through page 12, line 12

Page 19, lines 9 - 25
Page 24, line 2 through page 25, line 25
Page 26, line 19 through page 27, line 25
Page 29, lines 8 – 17
Page 36, lines 11 - 25
Page 41, line 1 through page 59 line 1
Page 59, line 14 through page 63, line 16
Page 66, line 1 through page 89, line 20
Page 90, line 1 through page 93, line 12
Page 93, line 17 through page 100, line 3
Page 100, line 13 through page 104, line 13
Page 104, line 19 through page 115, line 10
Page 115, line 19 through page 119, line 15
Page 132, line 17 through page 139, line 12

Teck and NANA reserve the right to use all the deposition testimony of **Enoch Adams** for impeachment or rebuttal purposes.

**2.  Deposition of Adams, Enoch Jr.  (May 4, 2005)**

Page 4, line 4 through page 17, line 16
Page 17, line 25 through page 19, line 22
Page 20, line 6 through page 58, line 14
Page 63, line 4 through page 97, line 18
Page 105, line 8 through page 109, line 5
Page 109, line 24 through page 111, line 11

Teck and NANA reserve the right to use all the deposition testimony of **Enoch Adams** for impeachment or rebuttal purposes.

**3.  Deposition of Adams, Leroy (July 9, 2003: Case No. A02-231)**

Page 4, line 4 through page 40, line 4
Page 42, line 11 through page 43, line 3
Page 46, line 3 through page 53, line 10

Teck and NANA reserve the right to use all the deposition testimony of **Leroy Adams** for impeachment or rebuttal purposes.

**JOINT DESIGNATION OF DEPOSITION TESTIMONY TO PRESENT AT TRIAL**
**ENOCH ADAMS, ET AL. V. TECK COMINCO ALASKA INCORPORATED, ET AL.;**
**CASE NO.: A:04-CV-0049 (JWS)**
PAGE 2 OF 5

**4. Deposition of Adams, Leroy (May 6, 2005)**

Page 4, line 4 through page 41, line 4
Page 42, line 10 through page 47, line 19

Teck and NANA reserve the right to use all the deposition testimony of **Leroy Adams** for impeachment or rebuttal purposes.

**5. Deposition of Koenig, Andrew (July 9, 2003: Case No. A02-231)**

Page 4, line 4 through page 58, line 14
Page 59, line 17 through page 64, line 7
Page 77, line 1 through page 78, line 19

Teck and NANA reserve the right to use all the deposition testimony of **Andrew Koenig** for impeachment or rebuttal purposes.

**6. Telephonic Deposition of Koenig, Andrew (May 27, 2005)**

Page 4, line 4 through page 48, line 16

Teck and NANA reserve the right to use all the deposition testimony of **Andrew Koenig** for impeachment or rebuttal purposes.

**7. Deposition of Norton, Jerry (July 9, 2003: : Case No. A02-231)**

Page 4, line 4 through page 5, line 2
Page 6, line 11 through page 56, line 13
Page 61, line 3 through page 71, line 19

Teck and NANA reserve the right to use all the deposition testimony of **Jerry Norton** for impeachment or rebuttal purposes.

**8. Telephonic Deposition of Norton, Jerry (May 27, 2005)**

Page 4, line 4 through page 65, line 1

Teck and NANA reserve the right to use all the deposition testimony of **Jerry Norton** for impeachment or rebuttal purposes.

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900

**9. Deposition of Swan, Joseph Sr. (July 9, 2003: Case No. A02-231)**

Page 4, line 4 through page 14, line 7
Page 20, line 11 through page 48, line 4
Page 53, line 13 through page 56, line 5

Teck and NANA reserve the right to use all the deposition testimony of **Joseph Swan** for impeachment or rebuttal purposes.

**10. Deposition of Swan, Joseph (May 4, 2005)**

Page 4, line 4 through page 9, line 15
Page 12, line 1 through page 25, line 16
Page 26, line 10 through page 31, line 7

Teck and NANA reserve the right to use all the deposition testimony of **Joseph Swan** for impeachment or rebuttal purposes.

Dated: January 22, 2008                Respectfully submitted,

                                       HELLER EHRMAN LLP
                                       Intervenor-Defendant
                                       NANA REGIONAL CORP.

                                       By _____*/s/ James e. Torgerson*_____
                                          JAMES E. TORGERSON (BAR NO. 8509120)
                                          MATTHEW COHEN (BAR NO. 11232)
                                          510 L Street, Suite 500
                                          Anchorage, AK  99501-1959
                                          Telephone: (907) 277-1900
                                          Facsimile: (907) 277-1920
                                          jim.torgerson@hellerehrman.com
                                          matt.cohen@hellerehrman.com

Dated: January 22, 2008                Respectfully submitted,

                                       HARTIG RHODES HOGE & LEKISCH
                                       Defendant
                                       TECK COMINCO ALASKA INCORPORATED

                                       By _____*/s/ Sean Halloran*_____
                                          SEAN HALLORAN (BAR NO. 9211080)

**JOINT DESIGNATION OF DEPOSITION TESTIMONY TO PRESENT AT TRIAL**
**ENOCH ADAMS, ET AL. V. TECK COMINCO ALASKA INCORPORATED, ET AL.;**
**CASE NO.: A:04-CV-0049 (JWS)**
PAGE 4 OF 5

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing JOINT DESIGNATION OF DEPOSITION TESTIMONY TO PRESENT AT TRIAL was served via the method indicated below this 22nd day of January, 2008, on the following parties:

| | |
|---|---|
| Luke W. Cole<br>Center on Race, Poverty & the Environment<br>450 Geary Street, Suite 500<br>San Francisco, CA  94102 | Counsel for Plaintiffs<br>Served via:<br>☐ Facsimile  ☐ Regular U. S. Mail<br>☐ Hand Delivery  ☒ Electronic transmission |
| Nancy S. Wainwright<br>Law Offices of Nancy S. Wainwright<br>13030 Back Road, Suite 555<br>Anchorage, AK  99515-3538 | Counsel for Plaintiffs<br>Served via:<br>☐ Facsimile  ☒ Regular U. S. Mail<br>☐ Hand Delivery  ☒ Electronic transmission |
| Sean Halloran<br>Hartig Rhodes Hoge & Lekisch, P.C.<br>717 K Street<br>Anchorage, AK  99501 | Counsel for Defendant Teck Cominco<br>Served via:<br>☐ Facsimile  ☐ Regular U. S. Mail<br>☐ Hand Delivery  ☒ Electronic transmission |
| David S. Case<br>Landye Bennett Blumstein LLP<br>701 West 8th Avenue, Suite 1200<br>Anchorage, AK  99501 | Counsel for Intervenor-Defendant Northwest Arctic Borough<br>Served via:<br>☐ Facsimile  ☐ Regular U. S. Mail<br>☐ Hand Delivery  ☒ Electronic transmission |

　　　*/S/ James E. Torgerson*
JAMES E. TORGERSON (BAR NO. 8509120)
MATTHEW COHEN (BAR NO. 11232)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK  99501
Telephone:  907-277-1900
Facsimile:  907-277-1920
james.torgerson@hellerehrman.com
matthew.cohen@hellerehrman.com

SE 2239136 v1
1/22/08 4:10 PM (38576.0002)

**JOINT DESIGNATION OF DEPOSITION TESTIMONY TO PRESENT AT TRIAL**
**ENOCH ADAMS, ET AL. V. TECK COMINCO ALASKA INCORPORATED, ET AL.;**
**CASE NO.: A:04-CV-0049 (JWS)**
PAGE 5 OF 5