Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska  99501
Phone:  (907) 276-1592
Fax:     (907) 277-4352
Firm email:  mail@hartig.law.pro
Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, JOSEPH SWAN,<br>　　　　Plaintiffs,<br><br>vs.<br><br>TECK COMINCO ALASKA INCORPORATED,<br>　　　　Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br>　　　　Intervenor-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: A04-00049 CV (JWS)<br>) |

JOINT EXHIBIT LIST

　　Defendant Teck Cominco Alaska Incorporated,  NANA Regional Corporation and the Plaintiffs hereby stipulate to the admission of the following as joint exhibits of these parties. The exhibits are numbered in accordance with the earlier stipulation of the parties.

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

DEFENDANTS TECK COMINCO & NANA'S EXHIBIT LIST
*Adams et. al. v. Teck Cominco Alaska,* A04-00049 CV (JWS)
Page 1 of 4

| No. | Description | Bates # | Status |
|---|---|---|---|
| 3000 | 1998 Mine Permit | TC 034572-34619 RD | ADM |
| 3001 | 2003 Modified Mine Permit | TC 03571-3615 RD | ADM |
| 3002 | 1999 Port Permit | TC 03776-3814 RD | ADM |
| 3003 | 2006 Port Permit | TC 037368-37403 RD | ADM |
| 3004 | EPA 1999 Modified Mine COBC dated May 23, 2001 | 000111-000118 | ADM |
| 3005 | EPA 1999 Modified Mine COBC dated May 30, 2000 | 000102-000109 | ADM |
| 3006 | EPA 1999 Modified Mine COBC dated May 17, 2002 | 000120-000128 | ADM |
| 3007 | EPA 2004 Mine COBC dated May 7, 2004 | NA | ADM |
| 3008 | Environmental Assessment, Revised January 2006 | TC 037615-37653 RD | ADM |
| 3009 | Appendix A-Estimated Construction Costs | NA | ADM |
| 3010 | October 1999 Mine DMR | TC 000495-551 RD | ADM |
| 3011 | May 2000 Mine DMR | TC 000563-618 RD | ADM |
| 3012 | May 2001 Mine DMR | TC 005700-5746 RD | ADM |
| 3013 | October 1-10, 2001 Mine DMR | TC 001255-1311 RD | ADM |
| 3014 | June 2003 Mine DMR | TC 012897-12964 RD | ADM |
| 3015 | August 2003 Mine DMR | TC 013045-13111 RD | ADM |
| 3016 | August 2004 Mine DMR | TC 031374-31444 RD | ADM |
| 3017 | September 2004 Mine DMR | TC 031448-31535 RD | ADM |
| 3018 | May 2005 Mine DMR | TC 035251-35321 RD | ADM |
| 3019 | June 2005 Mine DMR | TC 035322-35376 RD | ADM |
| 3020 | October 2005 Mine DMR | TC 035775-35840 RD | ADM |
| 3021 | June 2006 Mine DMR | TC 036845-36900 RD | ADM |
| 3022 | July 2006 Mine DMR | TC 36909-36987 RD | ADM |
| 3023 | August 2006 Mine DMR | TC 037001-37056 RD | ADM |
| 3024 | September 2006 Mine DMR | TC 037094-37166 RD | ADM |
| 3025 | October 2006 Mine DMR | TC 037896-37965 RD | ADM |
| 3026 | May 2007 and June 2007 Mine DMR Revisions | TC 038187-38198 RD | ADM |
| 3027 | July 2007 Mine DMR | TC 038333-38413 RD | ADM |
| 3028 | August 2007 Mine DMR | TC 050583-50637 RD | ADM |
| 3029 | October 2007 Mine DMR | TC 050729-50794 RD | ADM |
| 3030 | April 1999 Port DMR with Revised dated May 7, 1999 | TC 001728-1740 RD | ADM |
| 3031 | August 1999 Port DMR | TC 001741-1755 RD | ADM |
| 3032 | May 2000 Port DMR | TC 001756-1767 RD | ADM |
| 3033 | May 18, 2000 letter re May 8, 2000 sample | TC 001891 RD | ADM |
| 3034 | June 7, 2000 letter re May 29, 2000 sample | TC 001884 RD | ADM |

**HARTIG RHODES HOGE & LEKISCH, P.C.**
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE: (907) 276-1592
FAX: (907) 277-4352

| 3035 | June 2000 Port DMR | TC 001768-1779 RD | ADM |
| 3036 | July 15, 2000 letter re June 10, 2000 Port TSS sample | TC 001885 RD | ADM |
| 3037 | February 2001 Port DMR | TC 01792-1800 RD | ADM |
| 3038 | February 12, 2001 letter re February samples | TC 01864 RD | ADM |
| 3039 | July 2001 Port DMR | TC 011251-11262 RD | ADM |
| 3040 | September 17, 2001 letter re July 2001 WET Report | TC 005012-5013 RD | ADM |
| 3041 | August 2001 Port DMR | TC 001801-1812 RD | ADM |
| 3042 | September 29, 2001 letter re August 2001 WET Report | TC 004996-4997 RD | ADM |
| 3043 | September 2001 Port DMR | TC 005417-5430 RD | ADM |
| 3044 | November 7, 2001 letter re September 2001 WET Report | TC 005008-5009 RD | ADM |
| 3045 | July 21, 2003 letter re Port WET Report | TC 031630-31632 RD | ADM |
| 3046 | April 2002 Port DMR | TC 001813-1826 RD | ADM |
| 3047 | May 10, 2002 letter re April 2002 fecal coliform sample | TC 001850 RD | ADM |
| 3048 | November 1, 2002 letter re results of April 2002 fecal coliform samples | TC 004939-4944 RD | ADM |
| 3049 | May 2002 Port DMR | TC 001827-1840 RD | ADM |
| 3050 | May 9, 2002 letter re Port May 9, 2002 bypass of water | TC 001841-1848 RD | ADM |
| 3051 | May 10, 2002 letter re Port May 10, 2002 bypass of water | TC 001851-1858 RD | ADM |
| 3052 | June 7, 2002 letter re Port May 21, 2002 TSS sample | TC 005207 RD | ADM |

DATED at Anchorage, Alaska, this 22nd day of January, 2008.

HARTIG RHODES HOGE & LEKISCH, P.C.
Attorneys for Teck Cominco Alaska, Inc.

By: ___s/Sean Halloran
   717 K Street
   Anchorage, AK 99501
   Phone: (907) 276-1592
   (907) 277-4352
   Email: mail@hartig.law.pro

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of January, 2007,
a true and correct copy of the foregoing was served,
via electronic service, on the below identified parties of
record:

Luke W. Cole
Center on Race, Poverty, & the Environment
47 Kearny Street, Suite 804
San Francisco, California 94108

Nancy S. Wainwright (via U.S. Mail only)
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

s/ Sean Halloran
Hartig Rhodes Hoge & Lekisch PC

F:\Docs\62880\184\PLEADINGS/Defendant's Exhibit List.doc

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352