Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax:   (907) 277-4352
Firm email: mail@hartig.com
Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, JOSEPH SWAN,<br>     Plaintiffs,<br><br>vs.<br><br>TECK COMINCO ALASKA INCORPORATED,<br>     Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br>     Intervenor-Defendants. | Case No.: A04-00049 CV (JWS) |

## TECK COMINCO ALASKA INCORPORATED'S
## MOTION TO ADD WITNESS

Teck Cominco moves to supplement its witness list by adding Robert Napier.

Mr. Napier is a Teck Cominco employee who was hired as an Environmental

Coordinator at Red Dog Mine in 2007. He can offer testimony as to facts concerning

claims first presented in the supplemental complaint filed by the plaintiffs in the

autumn of 2007, and DMR's that were prepared in late 2007 and 2008 that the

plaintiffs have asserted are at issue. It would have been impossible to add Mr. Napier to the witness list prior to the deadline, since he had no involvement in any aspect of this case prior to that time and his testimony only became relevant much later. Other persons on the witness list are not able to address some of the facts recently placed in issue, and Teck Cominco would be fundamentally prejudiced if Mr. Napier was not permitted to testify at trial.

DATED at Anchorage, Alaska, this 22nd day of January, 2008.

HARTIG RHODES HOGE & LEKISCH, P.C.
Attorneys for Teck Cominco Alaska, Inc.

By: _____
/Sean Halloran

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2007,
a true and correct copy of the foregoing was served,
via electronic service, on the below identified parties of
record:

Luke W. Cole
Center on Race, Poverty, & the Environment
47 Kearny Street, Suite 804
San Francisco, California 94108

Nancy S. Wainwright (via U.S. Mail only)
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

_____
Hartig Rhodes Hoge & Lekisch PC
F:\Docs\62880\184\PLEADINGS/Motion to Add Napier.doc

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352