Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
Firm email: mail@hartig.law.pro
Attorney for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, JOSEPH SWAN,<br>    Plaintiffs,<br><br>vs.<br><br>TECK COMINCO ALASKA INCORPORATED,<br>    Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br>    Intervenor-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: A04-00049 CV (JWS)<br>) |

**NOTICE OF FILING PROPOSED ORDER**

On January 22, 2008, at Docket 199, Teck Cominco filed a motion to supplement its witness list by adding Robert Napier. The proposed order is filed herewith.

DATED at Anchorage, Alaska, this 24th day of January, 2007.

                HARTIG RHODES HOGE & LEKISCH, P.C.
                Attorneys for Teck Cominco Alaska, Inc.

                By: _____
                     Sean Halloran

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2008,
a true and correct copy of the foregoing was served
electronically on:

Luke W. Cole
Center on Race, Poverty, & the Environment
47 Kearny St, Suite 804
San Francisco, California 94108

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

**And via First Class Mail**
Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

*Becky Lewis*
Hartig Rhodes Hoge & Lekisch

F:\Docs\62880\184\PLEADINGS\Notice of filing_permit.doc