Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax:    (907) 277-4352
Firm email:  mail@hartig.com
Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, JOSEPH SWAN, Plaintiffs, | ) ) ) ) ) |
| vs. | ) ) |
| TECK COMINCO ALASKA INCORPORATED, Defendant, | ) ) ) ) |
| NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH, Intervenor-Defendants. | ) ) ) Case No.: A04-00049 CV (JWS) |

**PROPOSED ORDER**

Teck Cominco Alaska seeks an order at Docket 199 to allow them to supplement their witness list by adding Robert Napier. Teck Cominco's Motion is granted.

DATED this ___ day of _____, 2008.

_____
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of January, 2007,
a true and correct copy of the foregoing was served,
via electronic service, on the  below identified parties of
record:

Luke W. Cole
Center on Race, Poverty, & the Environment
47 Kearny Street, Suite 804
San Francisco, California 94108

Nancy S. Wainwright (via U.S. Mail only)
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

*Becky Lewis*
Hartig Rhodes Hoge & Lekisch PC

F:\Docs\62880\184\PLEADINGS/Proposed Order Supp Witness List.doc