Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
Firm email: mail@hartig.law.pro
Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, JOSEPH SWAN,<br>　　　　Plaintiffs,<br><br>vs.<br><br>TECK COMINCO ALASKA INCORPORATED,<br>　　　　Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br>　　　　Intervenor-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: A04-00049 CV (JWS) |

**DEFENDANT TECK COMINCO ALASKA INCORPORATED'S
SUPPLEMENTAL DISCLOSURES**

Defendant, TECK COMINCO ALASKA INCORPORATED, hereby supplements its disclosures pursuant to Rule 26. The following documents are attached:

1. Fecal Coliform results from on-site Analytical Lab for May 2005 through September 2007 (Bate stamp no. TC 038662 RD – TC 038692).

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

2. Whole Effluent Toxicity (WET) Reports from 2005 through 2007 (Bate stamp no. TC 038693 RD – TC 042903 RD).

3. Contract Analytical Reports through from 2005 through 2007 (Bate stamp no. TC 042904 – TC 045886 RD )

DATED at Anchorage, Alaska, this 15th day of November 2007.

HARTIG RHODES HOGE & LEKISCH, P.C.
Attorneys for Teck Cominco Alaska, Inc.

By: _____
Sean Halloran

CERTIFICATE OF SERVICE

I hereby certify that on the 15 day of November 2007 a true and correct copy of the foregoing was served, via First Class Mail, on the below identified parties of record:

Luke W. Cole
Center on Race, Poverty & the Environment
47 Kearny Street, Suite 804
San Francisco, CA 94108

Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

_____
Hartig Rhodes Hoge & Lekisch PC

F:\Docs\62880\184\DISCOVERY\Supp disclosure11-15-07.doc

HARTIG RHODES HOGE & LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

Teck Cominco's Supplemental Disclosures
Adams et al v. Teck Cominco\A04-00049 CV (JWS)                                    Page 2 of 2