# HARTIG RHODES HOGE & LEKISCH, P.C.

ROBERT L. HARTIG (1928-1980)
JAMES D. RHODES (RETIRED)
G. KENT EDWARDS (RETIRED)

CHRISTINA M. PASSARD
ROBERT C. BRINK
ROBERT B. FLINT
CHRISTINE FOOTE HYATT
SEAN HALLORAN
ANDREW E. HOGE

ATTORNEYS AT LAW

www.hartig.law.pro
717 K STREET
ANCHORAGE, ALASKA 99501-3397
TELEPHONE (907) 276-1592
FACSIMILE (907) 277-4352

MICHAEL JUNGREIS
PETER A. LEKISCH
DOUGLAS C. PERKINS
MARGARET J. RAWITZ
TODD J. TIMMERMANS

January 3, 2008

**Via Fed Ex**
Luke W. Cole
Center on Race, Poverty & the Environment
450 Geary Street, Suite 500
San Francisco, California 94102

      Re: Supplemental Disclosure
      File No.: 62880-184

Dear Mr. Cole:

    Please find enclosed copies of additional lab reports that were inadvertently missed by the copy company, as noted in my January 2nd email. The lab reports range from documents Bates numbered TC 045887-50529 RD.

    We are also enclosing updated financial statements for Teck Cominco to supplement our responses to Request for Productions 164-166 and 179, Bates numbers TC 050530-50582 RD.

                    Sincerely,

                    HARTIG RHODES HOGE & LEKISCH, P.C.

                    By: *Rachel Davis*
                    Rachel Davis, Paralegal for
                    SEAN HALLORAN

cc: Jim Torgerson w/ attachments