1   LUKE W. COLE, California Bar No. 145,505
    CAROLINE FARRELL, California Bar No. 202,871
2   BRENT J. NEWELL, California Bar No. 210,312
    Center on Race, Poverty & the Environment
3   47 Kearny St, Suite 804
    San Francisco, CA 94108
4   415/346-4179 • fax 415/346-8723

5   NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
    Law Offices of Nancy S. Wainwright
6   13030 Back Road, Suite 555
    Anchorage, AK 99515-3358
7   907/345-5595 • fax 907/345-3629

8   Attorneys for Plaintiffs Enoch Adams, Jr., Leroy
    Adams, Andrew Koenig, Jerry Norton, David
9   Swan and Joseph Swan

10

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE DISTRICT OF ALASKA AT ANCHORAGE

13  ENOCH ADAMS, JR., LEROY ADAMS,            Case No. A04-49 (JWS)
    ANDREW KOENIG, JERRY NORTON
14  DAVID SWAN and JOSEPH SWAN,               [PROPOSED] ORDER
                                              GRANTING PLAINTIFFS'
15          Plaintiffs,                       MOTION IN LIMINE TO
                                              BAR TESTIMONY BY
16          v.                                CERTAIN PROFFERED
                                              EXPERTS
17  TECK COMINCO ALASKA INCORPORATED

18          Defendant.
    _____
19
    NANA REGIONAL CORPORATION and
20  NORTHWEST ARCTIC BOROUGH,

21          Intervenors-Defendants.
    _____
22

23          This Court issued a Pre-Trial Order governing disclosure of witnesses for trial.

24  According to the Order, each side was to file and serve its witness lists by January 22, 2008.

25  Docket 177 at 2.  The Court's instructions were clear: "Expert witnesses will be identified as

26  such and as to their area(s) of expertise, and a statement of each expert's qualifications will be

27  appended to the witness list."  Docket 177 at 3.

28

ORDER GRANTING MOTION IN LIMINE
TO BAR CERTAIN EXPERTS

1    Although the deadline has passed, Teck Cominco Alaska Incorporated did not provide a

2  statement of qualifications for five of the experts it listed in its Penalty Phase Witness List: John

3  Houghton, John Middaugh, Fred DeCicco, Al Townsend and Phyllis Weber-Scannell.  Plaintiffs

4  have moved to exclude those witnesses from testifying at trial.

5    GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED THAT:

6    John Houghton, John Middaugh, Fred DeCicco, Al Townsend and Phyllis Weber-

7  Scannell will not be permitted to testify at trial in any manner.

8

9  DATE:  _____

    Judge of the District Court

10

11  CERTIFICATE OF SERVICE

12  I hereby certify that on the 29th day of January 2008, a true and correct copy of the foregoing Proposed Order Granting Motion
    in Limine to Bar Testimony by Certain Proffered Experts, via electronic mail, on the below identified parties of record:

13  Sean Halloran
    Hartig Rhodes

14  717 K Street
    Anchorage, AK 99501

15

16  Nancy S. Wainwright
    Law Offices of Nancy S. Wainwright

17  13030 Back Road, Suite 555
    Anchorage, Alaska 99515-3538

18  James E. Torgerson
    Heller Ehrman White & McAuliffe LLP

19  510 L Street, Suite 500
    Anchorage, Alaska 99501-1959

20

21  David S. Case
    Landye Bennett Blumstein LLP

22  701 W. 8th Ave., Suite 1200
    Anchorage, AK 99501

23  Thane Tienson
    Landye Bennet Blumstein

24  1300 Southwest Fifth Ave, Suite 3500
    Portland, OR 97201

25  _____

26  /S/ Luke Cole

27  Luke Cole

28

ORDER GRANTING MOTION IN LIMINE
TO BAR CERTAIN EXPERTS                    1