LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty & the Environment
47 Kearny St, Suite 804
San Francisco, CA 94108
415/346-4179 • fax 415/346-8723

NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3358
907/345-5595 • fax 907/345-3629

Attorneys for Plaintiffs Enoch Adams, Jr., Leroy Adams, Andrew Koenig, Jerry Norton, David Swan and Joseph Swan

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN,<br><br>Plaintiffs,<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED<br><br>Defendant.<br><br>NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH,<br><br>Intervenors-Defendants. | Case No. A04-49 (JWS)<br><br>**[PROPOSED] ORDER GRANTING OBJECTIONS TO LIABILITY WITNESS LIST AND MOTIONS IN LIMINE TO EXCLUDE WITNESSES FOR FAILURE TO ADEQUATELY SPECIFY TESTIMONY** |

ORDER GRANTING ADAMS OBJECTION TO LIABILITY WITNESS
LIST AND MOTION TO EXCLUDE WITNESSES FOR
FAILURE TO ADEQUATELY SPECIFY TESTIMONY

This Court's Pre-Trial Order instructed: "As to each witness so listed (even though the witness may have been deposed), counsel will disclose the testimony expected to be elicited from that witness at trial. *The disclosure will be specific and not general*, the purpose being to avoid surprise and delay at trial and *to give opposing counsel an adequate basis for developing cross-examination*." Docket 177 at 3 (emphasis added). Teck Cominco has filed a witness list for the liability phase of trial. Docket 197. The Adams plaintiffs have moved to exclude 11 witnesses because of Teck Cominco's alleged failure to adequately specify the testimony expected to be elicited from each. The Court has reviewed Docket 197, and GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED THAT:

1. The testimony of Joyce Tsuji as to "work performed by Exponent for Red Dog Mine" is barred from trial as this description lacked the requisite specificity.

2. Richard Brown, Peter Chapman, Greg Horner, Kevin Lackey, Jackie Lundberg, Mike Schierman, Mike Stanoway, William Stubblefield and Jason Weakley are barred from testifying at the liability phase as the description of their testimony lacked the requisite specificity.

3. The testimony of Kathleen Willman as to "water balance issues" is barred from trial as the description of this testimony lacks the requisite specificity.

IT IS SO ORDERED.

DATE: _____
                                            Judge of the District Court

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January 2008, a true and correct copy of the foregoing Proposed Order Granting Objections to Liability Witness List and Motion to Exclude Witnesses for Failure to Adequately Specify Testimony, was served, via electronic mail, on the below identified parties of record:

Sean Halloran
Hartig Rhodes
717 K Street
Anchorage, AK 99501

Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

Thane Tienson
Landye Bennet Blumstein
1300 Southwest Fifth Ave, Suite 3500
Portland, OR 97201

_____/S/Luke Cole_____
Luke Cole

ORDER GRANTING ADAMS OBJECTION TO LIABILITY WITNESS
LIST AND MOTION TO EXCLUDE WITNESSES FOR
FAILURE TO ADEQUATELY SPECIFY TESTIMONY        2