

*The future of web testing is open*

# Commercial Grade Opensource Web Automation Testing Tool

[ search ]
○ WWW ●
http://wet.qantom.org
Search powered by Google

| Home | Download | Docs | Support | Project |
| Home | News | Why WET? | Testimonials | Articles | About us |



**An active product**

**At a glance:**

- Easy test development using the WET UI
- Excellent extensibility through powerful scripting ability
- Object depot for good script maintainability
- Object identification using multiple parameters.
- 'Test definitions' for robust test management
- Slick HTML results
- Integrated checkpoints support
- Integrated Datatable support
- Reliable popup handling

Full »

WET is a opensource web automation testing tool which uses Watir as the library to drive web pages. You dont have to download / install Watir separately or know anything about Watir. Watir is the library that WET uses and it is automatically installed for you.

WET drives an IE Browser directly and so the automated testing done using WET is equivalent to how a user would drive the web pages. Using WET, you can perform all the operations required for testing web applications - like automatically clicking a link, entering text in a textfield, clicking a button etc. WET allows you to perform various checks as a part of the testing process by using Checkpoints

**Who should use WET:** Any level of test engineer who wants to automate his web testing.

An **Advanced test automation engineer** can directly take the full advantages of the WET Core engine. Since WET is written using Ruby, it exposes a tremendous amount of raw horse power. While WET has many built in testing abilities, a tester can also add libraries / use existing libraries to achelve just about any level of test automation. Your test automation is only gated by your ability to imagine.

The various tools in the Wet UI helps to reduce the learning curve for a **Beginner** to jump into the world of test automation The WET UI, uses an innovative technique called **Proxied UI** of Testing using a simulated view. In this technique, you follow the same steps as in the manual test case, but in this case, you use a simulated browser view to perform these actions. With this technique, you get the convenience of a test script recorder, and at the same time, are able to overcome most of the inherent problems associated with test recorders

WET scripts that are created by either writing from the ground up or by using a simulated browser have the same syntax. This allows a

**Help Links**

If you have been able to succesfully download and install WET and need more information about about how to automate your web application or you are having problems when trying to install / use WET, you can seek out help from the following links

- Docs home page
- FAQ
- Known Issues
- Bug Tracker
- User Forum

**Quick Links**

- Download
- WET UI - Philosophy
- WET's activeness
- Roadmap for 1.0
- Commercial support
- Opensource community
- XRM for Quicktest

**Easier path to Scripting**



**Comparision chart**

Exhibit 3
1 of 2

test team to define their own balance between scripting and script generatin.

***WET offers the convenience of recorders, without compromising on the requirements of a true test automation tool***

| Testimonials | News |
|---|---|
| ■ **I Like WET**<br>I really like WET and looking over its code has strongly influenced the direction that i want to take Watir in.<br>*Bret Pettichord*<br>-<br>*Renowned test specialist & lead author of **Watir***<br><br>More » | ■ **1.0.0 Beta released**<br>1.0.0 release came after a good delay of delay. The main reason for the delay is that WET has undergone a major revamp in terms of its implementation. The core functionality of WET itself has not changed though. The two major changes in WET are a) The WET UI has been disintegrated and made into separate components and b) dependancy on the RPC server to identify objects has been removed.<br><br>More » |

WET is a opensource automated web testing tool which uses Watir as the library to drive web pages. WET drives an IE Browser directly and so the automated testing done using WET is equivalent to how a user would drive the web pages. WET extends the scripting abilities of Watir and also offers the convenience of recorders. It is licensed under LGPL and BSD style open source licenses.

*Exhibit 3*
*2 of 2*