1  LUKE W. COLE, California Bar No. 145,505
   CAROLINE FARRELL, California Bar No. 202,871
2  BRENT J. NEWELL, California Bar No. 210,312
   Center on Race, Poverty & the Environment
3  47 Kearny St, Suite 804
   San Francisco, CA 94108
4  415/346-4179 • fax 415/346-8723

5  NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
   Law Offices of Nancy S. Wainwright
6  13030 Back Road, Suite 555
   Anchorage, AK 99515-3358
7  907/345-5595 • fax 907/345-3629

8  Attorneys for Plaintiffs Enoch Adams, Jr., Leroy
   Adams, Andrew Koenig, Jerry Norton, David
9  Swan and Joseph Swan

10

11              **IN THE UNITED STATES DISTRICT COURT**

12           **FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

13  ENOCH ADAMS, JR., LEROY ADAMS,            Case No. A04-49 (JWS)
    ANDREW KOENIG, JERRY NORTON
14  DAVID SWAN and JOSEPH SWAN,               [PROPOSED] ORDER GRANTING
                                              PLAINTIFFS' OBJECTION
15         Plaintiffs,                        TO UNDISCLOSED
                                              EXHIBITS AND MOTION *IN
16         v.                                 LIMINE* TO EXCLUDE
                                              DOCUMENTS NOT
17  TECK COMINCO ALASKA INCORPORATED          TIMELY DISCLOSED
                                              (Fed. R. Civ. Proc. 26 and 37)
18         Defendant.

19  ─────────────────────────────────
    NANA REGIONAL CORPORATION and
20  NORTHWEST ARCTIC BOROUGH,

21         Intervenors-Defendants.
    ─────────────────────────────────
22

23

24

25

26

27

28
    ORDER GRANTING PLAINTIFFS' OBJECTIONS
    TO EXHIBITS AND MOTION IN LIMINE TO
    EXCLUDE DOCUMENTS

1    Teck Cominco filed an Exhibit List [Docket 194] and lodged the exhibits with the Court.

2  Plaintiffs object, in part, because a number of the exhibits have not been previously disclosed in

3  this litigation, in violation of Rule 26 of the Federal Rules of Civil Procedure and this Court's

4  Pre-Trial Order of August 7, 2007 [Docket 167].  Pursuant to Federal Rules of Civil Procedure

5  Rule 37, and good cause appearing therefore, IT IS ORDERED that the following exhibits,

6  which were not timely disclosed, are excluded from trial and are not to be used for any purpose

7  in this case.

8

9

| Lab Reports | | |
|---|---|---|
| **Exhibit No.** | **Description** | **Bates No.** |
| 1116 | Final Report-Toxicity Evaluation of Outfall 001 to Ceriodaphnia by Parametrix dated August 2000 | TC 051054-51090 RD |
| 1218 | Short-Term Chronic Toxicity of Effluents from Red Dog Mine to Pimephales promelas by ENSR dated July 2002 | TC 051134-51373 RD |
| 1230 | Report of Short-Term Chronic Toxicity Testing using Ceriodaphnia by ENSR dated September 6, 2002 | TC 051374-51444 RD |
| 1231[1] | Bioassay Report conducted August 7 through 14, 2002 by CH2MHill dated August 2002 | TC 051733-51766 RD |
| 1232[2] | Bioassay Report conducted August 30 through September 3, 2002 by CH2MHill dated September 4, 2002 | TC 051767-51798 RD |
| 1264 | Short-Term Chronic Toxicity of Effluents from Red Dog Mine to Ceriodaphnia by ENSR dated October 2002 | TC 051858-52087 RD |
| 1341 | Report of Short-Term Chronic Toxicity Testing using Ceriodaphnia by ENSR dated August 2004 | TC 051017-51053 RD |
| 1635 | Acute Toxicity of Effluent from Red Dog Mine, Port Outfall 001 & 005 to Mysid Shrimp by ENSR dated July/August 2001 | TC 052088-52146 RD |

24

25

—————————————

26    [1] Exhibit labeled 2231.

27    [2] Exhibit labeled 2232.

28
ORDER GRANTING PLAINTIFFS' OBJECTIONS
TO EXHIBITS AND MOTION IN LIMINE TO
EXCLUDE DOCUMENTS                    1

| Lab Reports | | |
|---|---|---|
| 1636 | Acute Toxicity of Effluent from Red Dog Mine, Port Outfall 001 & 005 to Topsmelt by ENSR dated July/August 2001 | TC 052147-52208 RD |
| 1637 | Acute Toxicity of Effluent from Red Dog Mine, Port Outfall 001 & 005 to Mysid Shrimp by ENSR dated August 2001 | TC 052209-52338 RD |
| 1638 | Acute Toxicity of Effluent from Red Dog Mine, Port Outfall 001 to Topsmelt by ENSR dated September 2001 | TC 052339-52399 RD |

| Internal Memoranda and Procedures | | |
|---|---|---|
| 1648 | Discharge TDS SOP | NA |
| 1649 | Sodium Sulfide Dosage Changes SOP dated 2003 | NA |
| 1651 | Sodium Sulfide System Process Description | NA |
| 1652 | In-stream Control of TDS at Red Dog Mine | NA |

| Biomonitoring Studies | | |
|---|---|---|
| 1656 | 2000 Aquatic Biomonitoring at Red Dog Mine dated May 15, 2001 | NA |
| 1658 | 2002 Aquatic Biomonitoring at Red Dog Mine dated 2003, Report No. 03-03 | NA |
| 1663 | 2006 Aquatic Biomonitoring at Red Dog Mine dated June 2007, Report No. 07-03 | NA |

| Photos | | |
|---|---|---|
| 1671 | Aerial View of Red Dog Creek pre-mining | NA |
| 1672 | Aerial View of Tailings pond | NA |
| 1673 | Aerial View of Outfall 001 | NA |
| 1674 | Side View of Outfall 001 | NA |
| 1675 | Area map of Red Dog Mine | NA |
| 1676 | Red Dog Mine Mixing Zones: Sta. 150, 9 & 10 | NA |

ORDER GRANTING PLAINTIFFS' OBJECTIONS
TO EXHIBITS AND MOTION IN LIMINE TO
EXCLUDE DOCUMENTS                    2

| | Photos | |
|---|---|---|
| 1677 | Red Dog Mine Mixing Zones: Sta. 151, 20, 12 | NA |
| 1678 | Origin of the Opportunity photograph | NA |
| 1679 | Water Balance, Tailings pond diagram | NA |
| 1680 | Map of TDS Limits | NA |
| 1681 | Graph: Impoundment TDS 1999-2007 | NA |
| 1682 | Chart: Discharge Performance by Month to Red Dog Creek | NA |
| 1683 | Pond Elevation Since 1998 | NA |
| 1684 | Photograph of Red Dog Clean Water Bypass/Diversion System | NA |
| 1685 | Photographs of Middle Fork-Before and After | NA |
| 1686 | Red Dog Operations tailings impoundment photograph | NA |
| 1687 | Photograph of Sulfur Creek, pre-mining | NA |
| 1688 | Photograph of Alvinella Seep | NA |
| 1689 | Photograph of Red Dog Diversion | NA |
| 1690 | Photograph of Clean Water Bypass Upgrades | NA |
| 1691 | Photographs of Clean Water Bypass Upgrades 4 | NA |
| 1692 | Diversion Ditch 4 Construction | NA |
| 1693 | Tailing Pond & Dam Locations Map | NA |
| 1694 | Back Dam Diagram | NA |
| 1695 | Photograph of Water Treatment Plants | NA |
| 1696 | Photograph of Fourth Sandfilter | NA |
| 1697 | Photograph of New Sandfilter Building | NA |
| 1698 | Photograph of Water Treatment Plant 3 | NA |
| 1699 | Aerial photograph of Outfall 001 | NA |
| 1700 | Water Management Diagram of tailings impoundment | NA |
| 1701 | Map: Streams and Sample Locations in the Immediate Vicinity of Red Dog Mine | NA |

ORDER GRANTING PLAINTIFFS' OBJECTIONS
TO EXHIBITS AND MOTION IN LIMINE TO
EXCLUDE DOCUMENTS                    3

| Photos | | |
|---|---|---|
| 1702 | Map: Streams and Rivers Downstream of Red Dog Mine | NA |
| 1703 | Photograph of Middle fork Red Dog Creek at point where effluent enters creek dated July 1995 | NA |
| 1704 | Map: Red Dog Creek identification of TDS zones | NA |
| 1705 | Map: Red Dog Creek identification of spawning areas | NA |
| 1741 | Oversize Map of Red Dog Mine Environmental Stations | NA |
| 1742 | Oversize Map of Red Dog Mine Environmental Stations including Station1 and Chukchi Sea | NA |
| 1743 | Oversize Map of Kivalina Area Use | NA |
| 1744 | Oversize Map of Kivalina Community | NA |

| Charts | | |
|---|---|---|
| 1664 | Chart: Sulfate & TDS at Station 1 & 2 | NA |
| 1665 | Chart: Total Cyanide and WAD Cyanide at Station 2 | NA |
| 1666 | Chart: Total Cyanide and Wad Cyanide at Station 2 | NA |
| 1667 | Graph: Comparison of Returns - Actual Dow Jones v. Kavanaugh Assumptions July 1, 1999-January 11, 2008 | NA |
| 1668 | Chart: Summary of Economic Benefit Results Using The correct Financial Methodology | NA |
| 1669 | Chart: Methodology that disregards the Distinction Between Ex-Post and Ex-Ante Information | NA |
| 1670 | Chart: Economic Benefit Methodology Based on the Distinction Between Ex-Post and Ex-Ante | NA |
| 1707 | Chart: Station 1 Average TDS 1991 to 2005 | NA |
| 1708 | Chart: Station 1 Average TDS 1999 to 2005 | NA |
| 1709 | Spreadsheet: TDS Data Station 10 for 2002 and 2003 | NA |
| 1710 | Spreadsheet: Estimated TDS Concentration at Station 10 on July 7, 1999 | NA |
| 1711 | Figure 104: Dolly Varden Kidney Tissue, Cadmium | NA |

ORDER GRANTING PLAINTIFFS' OBJECTIONS
TO EXHIBITS AND MOTION IN LIMINE TO
EXCLUDE DOCUMENTS                4

**IT IS SO ORDERED.**

DATE:
_____
Judge of the District Court

CERTIFICATE OF SERVICE
I hereby certify that on the 29th day of January 2008, a true and correct copy of the foregoing Proposed Order Granting Objections to Exhibit List and Motion to Exclude Undisclosed Documents  was served, via electronic mail, on the below identified parties of record:

Sean Halloran
Hartig Rhodes
717 K Street
Anchorage, AK 99501

Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

Thane Tienson
Landye Bennet Blumstein
1300 Southwest Fifth Ave, Suite 3500
Portland, OR 97201

_____
          /S/
_____

Luke Cole

ORDER GRANTING PLAINTIFFS' OBJECTIONS
TO EXHIBITS AND MOTION IN LIMINE TO
EXCLUDE DOCUMENTS                    5