1    LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
2    BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty & the Environment
3    47 Kearny St, Suite 804
San Francisco, CA 94108
4    415/346-4179 • fax 415/346-8723

5    NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
6    13030 Back Road, Suite 555
Anchorage, AK 99515-3358
7    907/345-5595 • fax 907/345-3629

8    Attorneys for Plaintiffs Enoch Adams, Jr., Leroy
Adams, Andrew Koenig, Jerry Norton, David
9    Swan and Joseph Swan

10

## IN THE UNITED STATES DISTRICT COURT
11

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE
12

| | |
|---|---|
| 13   ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON 14   DAVID SWAN and JOSEPH SWAN, | Case No. A04-49 (JWS) |
| 15       Plaintiffs, | DECLARATION OF LUKE COLE IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO TECK COMINCO & NANA'S FINAL EXHIBIT LIST |
| 16 | |
| 17       v. | |
| 18   TECK COMINCO ALASKA INCORPORATED | |
| 19       Defendant. | |
| 20   NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH, | |
| 21 | |
| 22       Intervenors-Defendants. | |

23

24

25

26

27

28

I, Luke Cole, declare:

1. I am over 18 and not a party to this action.

2. The federal Environmental Protection Agency has withdrawn the 2007 permit to Teck Cominco's Red Dog Mine. Following that withdrawl, the state withdrew its 401 certification as well. I know this as I filed the administrative appeals that led to both withdrawls, so I have been served with such notices as counsel for appellants.

3. In response to the earlier KRPC litigation and this litigation, Teck Cominco made a wholesale set of revisions to its DMRs in 2003 and again in 2005, often "revising" data that had been submitted to EPA more than five years earlier.

4. The revisions are perhaps most brazen in the cyanide context. On May 19, 2005 – long after the close of document discovery in this case – Teck Cominco amended 15 of its DMRs, from June 1999 to September 2002, to show a different monthly average cyanide number in the DMR's table. Teck Cominco revised 15 out of the 16 DMRs that Adams alleged demonstrated a monthly cyanide violation. It did not revise any other DMRs at this time except those which demonstrated cyanide monthly violations.

5. In late May 2005, after the document discovery cut-off, as Adams was finishing preparing its summary judgment motion, Teck Cominco sent it 15 new revised DMRs, and subsequently refused to stipulate to the use of the 15 earlier DMRs which it had authenticated in the KRPC litigation.

6. As Teck Cominco well knows, the only WET violations at the mine that Adams has alleged all have to do with toxicity exceedances in the test of *Ceriodaphnia dubia* (also known as the "water flea"), not *Pimephales promelas* (also known as the "fathead minnow").

_____I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of January 2008 at San Francisco, California.

_____ /s/ Luke Cole_____

1

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January 2008, a true and correct copy of the foregoing Declaration of Luke Cole in

2  Support of Objections to Teck Cominco's Final Exhibit List was served, via electronic mail, on the below identified parties of
record:

3

Sean Halloran

4  Hartig Rhodes
717 K Street

5  Anchorage, AK 99501

6  Nancy S. Wainwright
Law Offices of Nancy S. Wainwright

7  13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

8

James E. Torgerson

9  Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500

10  Anchorage, Alaska 99501-1959

11  David S. Case
Landye Bennett Blumstein LLP

12  701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

13

Thane Tienson

14  Landye Bennet Blumstein
1300 Southwest Fifth Ave, Suite 3500

15  Portland, OR 97201

16  _____

_____ /S/ _____
17

Luke Cole
18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF LUKE COLE IN SUPPORT
OF PLAINTIFFS' OBJECTIONS TO TECK
COMINCO'S FINAL EXHIBIT LIST          2