JAMES E. TORGERSON (Alaska Bar No. 8509120)
MATTHEW COHEN (Washington Bar No. 11232)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
jim.torgerson@hellerehrman.com
matt.cohen@hellerehrman.com

Attorneys for Intervenor
NANA REGIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>　　　　　　　　　　Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>　　　　　　　　　　Intervenor-Defendants. | Case No.: A04-cv-00049-JWS<br><br>**OBJECTIONS TO PLAINTIFFS' EXHIBITS** |

NANA Regional Corporation (NANA) objects to Plaintiffs' Exhibits as follows:

1. NANA objects to Plaintiffs' Exhibits 7, 136 – 146 on the grounds that they are inadmissible hearsay.  ER 802

2. NANA reserves the right to object to the following Plaintiffs' Exhibits on the grounds that Plaintiffs failed to disclose the underlying documents to NANA during the course of discovery in this case in violation of Federal Rules of Civil

OBJECTIONS TO PLAINTIFFS' EXHIBITS; **ADAMS, ET AL. V. TECK COMINCO ALASKA INCORPORATED, ET AL.;**
**CASE NO.: A04-0049 CIVIL (JWS)**
PAGE 1 OF 3

Procedure 26.  NANA anticipates resolving this issue with Plaintiffs, in which case it will drop this objection.  If NANA is unable to reach a satisfactory resolution, however, NANA will so inform the court.  Accordingly it reserves objections on this basis to Exhibits 13-21, 24, 25, 27, 32, 33, 34.

3. NANA joins in the objections to Plaintiffs' Exhibits made by Teck Cominco Alaska, Inc. in its January 29, 2008 Objections to Plaintiffs' Exhibits.

Dated:  January 29, 2008              Respectfully submitted,

HELLER EHRMAN LLP
Intervenor-Defendant
NANA REGIONAL CORP.

By        */s/ James e. Torgerson*
JAMES E. TORGERSON (BAR NO. 8509120)
MATTHEW COHEN (BAR NO. 11232)
510 L Street, Suite 500
Anchorage, AK  99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
jim.torgerson@hellerehrman.com
matt.cohen@hellerehrman.com

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing OBJECTIONS TO PLAINTIFFS' EXHIBITS was served via the method indicated below this 29th day of January, 2008, on the following parties:

| | |
|---|---|
| Luke W. Cole<br>Center on Race, Poverty & the Environment<br>450 Geary Street, Suite 500<br>San Francisco, CA  94102 | Counsel for Plaintiffs<br>Served via:<br>☐ Facsimile  ☐ Regular U. S. Mail<br>☐ Hand Delivery  ☒ Electronic transmission |
| Nancy S. Wainwright<br>Law Offices of Nancy S. Wainwright<br>13030 Back Road, Suite 555<br>Anchorage, AK  99515-3538 | Counsel for Plaintiffs<br>Served via:<br>☐ Facsimile  ☒ Regular U. S. Mail<br>☐ Hand Delivery  ☒ Electronic transmission |

| | |
|---|---|
| Sean Halloran<br>Hartig Rhodes Hoge & Lekisch, P.C.<br>717 K Street<br>Anchorage, AK 99501 | Counsel for Defendant Teck Cominco<br>Served via:<br>☐ Facsimile ☐ Regular U. S. Mail<br>☐ Hand Delivery ☒ Electronic transmission |
| David S. Case<br>Landye Bennett Blumstein LLP<br>701 West 8th Avenue, Suite 1200<br>Anchorage, AK 99501 | Counsel for Intervenor-Defendant Northwest Arctic Borough<br>Served via:<br>☐ Facsimile ☐ Regular U. S. Mail<br>☐ Hand Delivery ☒ Electronic transmission |

      */S/ James E. Torgerson*
JAMES E. TORGERSON (BAR NO. 8509120)
MATTHEW COHEN (BAR NO. 11232)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907-277-1900
Facsimile: 907-277-1920
james.torgerson@hellerehrman.com
matthew.cohen@hellerehrman.com

SE 2240391 v1
1/29/08 4:55 PM (38576.0002)

OBJECTIONS TO PLAINTIFFS' EXHIBITS; **ADAMS, ET AL. V. TECK COMINCO ALASKA INCORPORATED, ET AL.;**
**CASE NO.: A04-0049 CIVIL (JWS)**
PAGE 3 OF 3