1  JAMES E. TORGERSON (Alaska Bar No. 8509120)
   MATTHEW COHEN (Washington Bar No. 11232)
2  HELLER EHRMAN LLP
   510 L Street, Suite 500
3  Anchorage, AK  99501-1959
   Telephone: (907) 277-1900
4  Facsimile: (907) 277-1920
   jim.torgerson@hellerehrman.com
5  matt.cohen@hellerehrman.com

6
   Attorneys for Intervenor
7  NANA REGIONAL CORPORATION

8

9              IN THE UNITED STATES DISTRICT COURT

10               FOR THE DISTRICT OF ALASKA

11

12  ENOCH ADAMS, JR., LEROY ADAMS,
    ANDREW KOENIG, JERRY NORTON,
13  DAVID SWAN and JOSEPH SWAN,

14                                    Plaintiffs,        Case No.: A04-cv-00049-JWS

15       v.

16  TECK COMINCO ALASKA                          **[PROPOSED] ORDER GRANTING**
    INCORPORATED,                                **MOTION TO STRIKE**
17                                               **PLAINTIFFS' NEW EXPERT**
                                    Defendant,   **REPORTS**
18
    NANA REGIONAL CORPORATION, and
19  NORTHWEST ARCTIC BOROUGH,

20                          Intervenor-Defendants.

21

22

23       The Court has reviewed Teck Cominco Alaska Incorporated's and NANA

24  Regional Corporation's Motion to Strike Plaintiffs' New Expert Reports, and the

25  opposition and reply thereto.

26       Because Plaintiffs' New Expert Reports violate the Court's Order allowing reports

27  to be updated "to take into account any effects resulting from the passage of time," the

28  Motion to Strike Plaintiffs' New Expert Reports is **GRANTED** as follows:

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900

**1.**    Dr. Moran's new report is struck, except for those portions highlighted on the pages in Exhibit B to the Motion;

**2.**    Mr. Fucik's new report is struck, except for those portions highlighted on the pages in Exhibit C to the Motion;

**3.**    Mr. Fischer's new report is struck, except for those portions highlighted on the pages in Exhibit D to the Motion;

**4.**    Dr. Kavanaugh's new report, attached as Exhibit E to the Motion, is struck in its entirety; and

**5.**    Dr. Moran, Mr. Fucik, and Dr. Kavanaugh will not be permitted to testify at trial in any event unless they promptly comply with all of the Rule 26(a)(2)(B) disclosure requirements.

DATED at Anchorage, Alaska this _____ day of _____ 2008:


_____
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**
This is to certify that on the 29th day of January, 2008, a true and correct copy of the foregoing [PROPOSED] ORDER GRANTING MOTION TO STRIKE PLAINTIFFS' NEW EXPERT REPORTS was served, via electronic service, on the below identified parties of record:

| | |
|---|---|
| Luke W. Cole | Counsel for Plaintiffs |
| Center on Race, Poverty & the Environment | Served via: |
| 47 Kerny Street, Suite 804 | ☐ Facsimile  ☐ Regular U. S. Mail |
| San Francisco, CA  94108 | ☐ Hand Delivery  ☒ Electronic transmission |
| luke@igc.org | |
| | |
| Nancy S. Wainwright | Counsel for Plaintiffs |
| Law Offices of Nancy S. Wainwright | Served via: |
| 13030 Back Road, Suite 555 | ☐ Facsimile  ☒ Regular U. S. Mail |
| Anchorage, AK  99515-3538 | ☐ Hand Delivery  ☒ Electronic transmission |
| nsw@alaska.com | |

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900

1

Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.

2

717 K Street
Anchorage, AK  99501

3

sean.halloran@hartig.com

Counsel for Defendant Teck Cominco
Served via:
☐ Facsimile  ☐ Regular U. S. Mail
☐ Hand Delivery  ☒ Electronic transmission

4

David S. Case
Landye Bennett Blumstein LLP

5

701 West 8th Avenue, Suite 1200
Anchorage, AK  99501

6

dcase@lbblawyers.com

Counsel for Intervenor-Defendant Northwest Arctic
Borough
Served via:
☐ Facsimile  ☐ Regular U. S. Mail
☐ Hand Delivery  ☒ Electronic transmission

7

8

_____ /S/ James E. Torgerson _____

JAMES E. TORGERSON (BAR NO. 8509120)
MATTHEW COHEN (BAR NO. 11232)

9

HELLER EHRMAN LLP

10

510 L Street, Suite 500
Anchorage, AK  99501

11

Telephone:  907-277-1900
Facsimile:  907-277-1920

12

james.torgerson@hellerehrman.com
matthew.cohen@hellerehrman.com

13

SE 2240192 v1
1/29/08 5:03 PM (38576.0002)

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING MOTION TO STRIKE PLAINTIFFS' NEW EXPERT REPORTS; ADAMS,
ET AL. V. TECK COMINCO ALASKA INCORPORATED, ET AL.;
CASE NO.: A04-0049 CIVIL (JWS)**
PAGE 3 OF 3