JAMES E. TORGERSON (Alaska Bar No. 8509120)
MATTHEW COHEN (Washington Bar No. 11232)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
jim.torgerson@hellerehrman.com
matt.cohen@hellerehrman.com

Attorneys for Intervenor
NANA REGIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>       Plaintiffs,<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>       Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>       Intervenor-Defendants. | Case No.: A04-cv-00049-JWS<br><br>**DECLARATION OF JAMES E. TORGERSON IN SUPPORT OF MOTION TO STRIKE PLAINTIFFS' NEW EXPERT REPORTS** |

I, James E. Torgerson, declare as follows:

1.   I am an attorney for Defendant-Intervenor NANA Regional Corp., Inc. in the above-entitled case.

2.   Attached as Exhibit A is a true and correct copy of the Declaration of Yvonne Lamoureux.

3.   Attached as Exhibit B is a true and correct copy of Robert Moran's January 2008 report.

4. Attached as Exhibit C is a true and correct copy of Ken Fucik's January 2008 report.

5. Attached as Exhibit D is a true and correct copy of Randolph Fischer's January 2008 report.

6. Attached as Exhibit E is a true and correct copy of Michael Kavanaugh's January 2008 report.

7. Attached as Exhibit F is a true and correct copy of Robert Moran's November 2004 report.

8. Attached as Exhibit G is a true and correct copy of Robert Moran's January 2005 rebuttal report.

9. Attached as Exhibit H is a true and correct copy of Robert Moran's February 2005 rebuttal report.

10. Attached as Exhibit I is a true and correct copy of Ken Fucik's November 2004 report.

11. Attached as Exhibit J is a true and correct copy of Ken Fucik's January 2005 rebuttal report.

12. Attached as Exhibit K is a true and correct copy of Ken Fucik's February 2005 supplemental report.

13. Attached as Exhibit L is a true and correct copy of Randolph Fischer's January 2005 rebuttal report.

14. Attached as Exhibit M is a true and correct copy of Michael Kavanaugh's December 2004 report.

15. Attached as Exhibit N is a true and correct copy of Michael Kavanaugh's January 2005 rebuttal report.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29th day of January, 2008, at Anchorage, Alaska.

*/S/ James E. Torgerson*
James E. Torgerson

DECLARATION OF JAMES E. TORGERSON IN SUPPORT OF MOTION TO STRIKE PLAINTIFFS' NEW EXPERT REPORTS; **ADAMS, ET AL. V. TECK COMINCO ALASKA INCORPORATED, ET AL.; CASE NO.: A04-0049 CIVIL (JWS)**
PAGE 2 OF 3

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing DECLARATION OF JAMES E. TORGERSON IN SUPPORT OF MOTION TO STRIKE PLAINTIFFS' NEW EXPERT REPORTS was served via the method indicated below this 29th day of January, 2008, on the following parties:

| | |
|---|---|
| Luke W. Cole<br>Center on Race, Poverty & the Environment<br>450 Geary Street, Suite 500<br>San Francisco, CA  94102 | Counsel for Plaintiffs<br>Served via:<br>☐ Facsimile  ☐ Regular U. S. Mail<br>☐ Hand Delivery  ☒ Electronic transmission |
| Nancy S. Wainwright<br>Law Offices of Nancy S. Wainwright<br>13030 Back Road, Suite 555<br>Anchorage, AK  99515-3538 | Counsel for Plaintiffs<br>Served via:<br>☐ Facsimile  ☒ Regular U. S. Mail<br>☐ Hand Delivery  ☒ Electronic transmission |
| Sean Halloran<br>Hartig Rhodes Hoge & Lekisch, P.C.<br>717 K Street<br>Anchorage, AK  99501 | Counsel for Defendant Teck Cominco<br>Served via:<br>☐ Facsimile  ☐ Regular U. S. Mail<br>☐ Hand Delivery  ☒ Electronic transmission |
| David S. Case<br>Landye Bennett Blumstein LLP<br>701 West 8th Avenue, Suite 1200<br>Anchorage, AK  99501 | Counsel for Intervenor-Defendant Northwest Arctic Borough<br>Served via:<br>☐ Facsimile  ☐ Regular U. S. Mail<br>☐ Hand Delivery  ☒ Electronic transmission |

    */S/ James E. Torgerson*
JAMES E. TORGERSON (BAR NO. 8509120)
MATTHEW COHEN (BAR NO. 11232)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK  99501
Telephone:  907-277-1900
Facsimile:  907-277-1920
james.torgerson@hellerehrman.com
matthew.cohen@hellerehrman.com

SE 2240273 v1
1/29/08 4:26 PM (38576.0002)