# TABLE OF CONTENTS
## IN SUPPORT OF TECK COMINCO ALASKA, INC.'S AND NANA REGIONAL CORPORATION'S JOINT MOTION TO STRIKE PLAINTIFFS' NEW EXPERT REPORTS

Declaration of Yvonne Lamoureux ...................................................................... Exhibit A

Robert Moran's January 2008 report.................................................................Exhibit B

Ken Fucik's January 2008 report .....................................................................Exhibit C

Randolph Fischer's January 2008 report ........................................................ Exhibit D

Michael Kavanaugh's January 2008 report.......................................................Exhibit E

Robert Moran's November 2004 report ............................................................ Exhibit F

Robert Moran's January 2005 rebuttal report ................................................... Exhibit G

Robert Moran's February 2005 rebuttal report ................................................. Exhibit H

Ken Fucik's November 2004 report ....................................................................Exhibit I

Ken Fucik's January 2005 rebuttal report ...........................................................Exhibit J

Ken Fucik's February 2005 supplemental report ................................................ Exhibit K

Randolph Fischer's January 2005 rebuttal report....................................................Exhibit L

Michael Kavanaugh's December 2004 report........................................................Exhibit M

Michael Kavanaugh's January 2005 rebuttal report............................................. Exhibit N

JAMES E. TORGERSON (Alaska Bar No. 8509120)
MATTHEW COHEN (Washington Bar No. 11232)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK  99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
jim.torgerson@hellerehrman.com
matt.cohen@hellerehrman.com

Attorneys for Intervenor
NANA REGIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>　　　　　　　　　Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>　　　　　　Intervenor-Defendants. | Case No.: A04-cv-00049-JWS<br><br>**DECLARATION OF YVONNE LAMOUREUX IN SUPPORT OF MOTION TO STRIKE PLAINTIFFS' NEW EXPERT REPORTS** |

I, Yvonne Lamoureux, declare as follows:

1.　　I am an attorney at Heller Ehrman LLP, which serves as counsel for NANA Regional Corporation (NANA) in the above-entitled case.  I have personal knowledge of the facts stated herein.

2.　　I attended a meeting with Teck Cominco Alaska Incorporated's (Teck Cominco) and Plaintiffs' counsel on January 18, 2008.

DECLARATION OF YVONNE LAMOUREUX IN SUPPORT OF MOTION TO STRIKE PLAINTIFFS' NEW EXPERT REPORTS; **ADAMS, ET AL. V. TECK COMINCO ALASKA INCORPORATED, ET AL.;** **CASE NO.: A04-0049 CIVIL (JWS)** PAGE 1 OF 3

Exhibit A Page 1 of 3

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900

3.    Teck Cominco's counsel hand delivered its updated expert reports to Plaintiffs' counsel at that meeting.

4.    Also at that meeting, Plaintiffs' counsel announced that he had elected to not bring his experts' updated reports to that meeting, but to mail them from San Francisco.

5.    NANA received Plaintiffs' new expert reports on January 22, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this _29th_ day of January, 2008, at Anchorage, Alaska.

_Yvonne Lamoureux_
YVONNE LAMOUREUX

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing DECLARATION OF YVONNE LAMOUREUX IN SUPPORT OF MOTION TO STRIKE PLAINTIFFS' NEW EXPERT REPORTS was served via the method indicated below this 29th day of January, 2008, on the following parties:

| | |
|---|---|
| Luke W. Cole<br>Center on Race, Poverty & the Environment<br>450 Geary Street, Suite 500<br>San Francisco, CA 94102 | Counsel for Plaintiffs<br>Served via:<br>☐ Facsimile ☐ Regular U. S. Mail<br>☐ Hand Delivery ☒ Electronic transmission |
| Nancy S. Wainwright<br>Law Offices of Nancy S. Wainwright<br>13030 Back Road, Suite 555<br>Anchorage, AK 99515-3538 | Counsel for Plaintiffs<br>Served via:<br>☐ Facsimile ☒ Regular U. S. Mail<br>☐ Hand Delivery ☒ Electronic transmission |
| Sean Halloran<br>Hartig Rhodes Hoge & Lekisch, P.C.<br>717 K Street<br>Anchorage, AK 99501 | Counsel for Defendant Teck Cominco<br>Served via:<br>☐ Facsimile ☐ Regular U. S. Mail<br>☐ Hand Delivery ☒ Electronic transmission |

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900

DECLARATION OF YVONNE LAMOUREUX IN SUPPORT OF MOTION TO STRIKE PLAINTIFFS' NEW EXPERT REPORTS; ADAMS, ET AL. V. TECK COMINCO ALASKA INCORPORATED, ET AL.;
CASE NO.: A04-0049 CIVIL (JWS)
PAGE 2 OF 3

David S. Case
Landye Bennett Blumstein LLP
701 West 8th Avenue, Suite 1200
Anchorage, AK  99501

Counsel for Intervenor-Defendant Northwest Arctic
Borough
Served via:
☐ Facsimile  ☐ Regular U. S. Mail
☐ Hand Delivery  ☒ Electronic transmission

_____/S/ James E. Torgerson_____
JAMES E. TORGERSON (BAR NO. 8509120)
MATTHEW COHEN (BAR NO. 11232)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK  99501
Telephone:  907-277-1900
Facsimile:  907-277-1920
james.torgerson@hellerehrman.com
matthew.cohen@hellerehrman.com

SE 2240338 v1
1/29/08 3:43 PM (38576.0002)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900

DECLARATION OF YVONNE LAMOUREUX IN SUPPORT OF MOTION TO STRIKE PLAINTIFFS' NEW
EXPERT REPORTS; ADAMS, ET AL. V. TECK COMINCO ALASKA INCORPORATED, ET AL.;
CASE NO.: A04-0049 CIVIL (JWS)
PAGE 3 OF 3

Exhibit A Page 3 of 3