LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty & the Environment
47 Kearny St, Suite 804
San Francisco, CA 94108
415/346-4179 • fax 415/346-8723

NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3358
907/345-5595 • fax 907/345-3629

Attorneys for Plaintiffs Enoch Adams, Jr., Leroy Adams, Andrew Koenig, Jerry Norton, David Swan and Joseph Swan

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN,<br><br>Plaintiffs,<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED<br><br>Defendant.<br>_____<br>NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH,<br><br>Intervenors-Defendants.<br>_____ | Case No. A04-49 (JWS)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' OBJECTION TO NORTHWEST ARCTIC BOROUGH'S UNDISCLOSED EXHIBITS AND MOTION *IN LIMINE* TO EXCLUDE EXHIBITS NOT TIMELY DISCLOSED<br>(Fed. R. Civ. Proc. 26 and 37) |

On January 22, 2008, Northwest Arctic Borough filed an Exhibit List [Docket 191] and lodged the exhibits with the Court. The Adams Plaintiffs object because the exhibits were not previously disclosed to them in this litigation, in violation of Rule 26 of the Federal Rules of Civil Procedure. Pursuant to Federal Rules of Civil Procedure Rule 37, and good cause appearing therefore, IT IS ORDERED that the following exhibits, which were not timely disclosed, are excluded from trial and are not to be used for any purpose in this case.

| Exhibit | Description |
| --- | --- |
| 2000 | The 2007 Northwest Arctic Borough Legislative Priorities |
| 2001 | The Third Amended, Restated Contract for Services (an agreement between NAB and Teck Cominco Alaska, Incorporated dated October 17, 2003) |
| 2002 | Chapter 6.08 of the NAB Code |
| 2003 | Title 9 of the NAB Code |

**IT IS SO ORDERED.**

DATE: _____

                                                    Judge of the District Court

[PROPOSED] ORDER GRANTING PLAINTIFFS' OBJECTIONS
TO EXHIBITS AND MOTION IN LIMINE TO
EXCLUDE EXHIBITS                    1

CERTIFICATE OF SERVICE
I hereby certify that on the 29th day of January 2008, a true and correct copy of the foregoing [Proposed] Order Granting Objections to Exhibit List and Motion to Exclude Undisclosed Exhibts  was served, via electronic mail, on the below identified parties of record:

Sean Halloran
Hartig Rhodes
717 K Street
Anchorage, AK 99501

Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

Thane Tienson
Landye Bennet Blumstein
1300 Southwest Fifth Ave, Suite 3500
Portland, OR 97201

_____
          /S/  Luke Cole

Luke Cole

[PROPOSED] ORDER GRANTING PLAINTIFFS' OBJECTIONS
TO EXHIBITS AND MOTION IN LIMINE TO
EXCLUDE EXHIBITS                                         2