1  LUKE W. COLE, California Bar No. 145,505
2  CAROLINE FARRELL, California Bar No. 202,871
   BRENT J. NEWELL, California Bar No. 210,312
3  Center on Race, Poverty & the Environment
   47 Kearny St, Suite 804
4  San Francisco, CA 94108
5  415/346-4179 • fax 415/346-8723

6  NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
7  Law Offices of Nancy S. Wainwright
   13030 Back Road, Suite 555
8  Anchorage, AK 99515-3358
   907/345-5595 • fax 907/345-3629
9

10 Attorneys for Plaintiffs Enoch Adams, Jr., Leroy
   Adams, Andrew Koenig, Jerry Norton, David
11 Swan and Joseph Swan

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN,<br><br>    Plaintiffs,<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED<br><br>    Defendant.<br>────────────────────────<br>NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH,<br><br>    Intervenors-Defendants.<br>──────────────────────── | Case No. A04-49 (JWS)<br><br>**[PROPOSED] ORDER GRANTING OBJECTIONS TO LIABILITY WITNESS LIST AND MOTIONS IN LIMINE TO EXCLUDE WITNESSES AND EVIDENCE THAT IS NOT RELEVANT**<br>(Evidence Code §402) |

PROPOSED ORDER GRANTING
PLAINTIFFS' OBJECTIONS TO WITNESS LIST
AND MOTIONS TO EXCLUDE WITNESSES

Teck Cominco and NANA jointly filed a list of 45 witnesses they anticipate calling at the liability phase of trial. Docket 197. Plaintiffs object on grounds of relevance to 33 of the witnesses, and request that the testimony of another nine be limited to relevant items. GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED:

1. Roland Booth, Bert Adams, Sr., Theodore Booth, Alvin Ott and Joyce Tsuji are precluded from testifying at trial during the liability phase as their proffered testimony is not relevant to liability.

2. Nancy Sonafrank and Sharmon Stambaugh are precluded from testifying at trial during the liability phase as their proffered testimony is not relevant to liability.

3. Wayne Hall, Chuck Hingsbergen, John Key, Ed Koon, Jackie Lundberg, Keith Malone, John Martinisko, Robert Napier and Mike Schierman are precluded from testifying at trial during the liability phase as their proffered testimony is not relevant to liability.

4. Sue Barkey, Richard Brown, Stan Capps, Peter Chapman, David DeForest, James Dryden, Steven Eide, Greg Horner, Kevin Lackey, Kent Patton, David Pillard, Mike Prieve, Mike Stanoway, William Stubblefield, and Jason Weakley are precluded from testifying at trial during the liability phase as their proffered testimony is not relevant to liability.

5. Eva Chun and Keith Cohon are precluded from testifying at trial during the liability phase as their proffered testimony is not relevant to liability.

6. If Mark Thompson is called as a witness at the liability phase of trial, he is precluded from testifying as to "issues pertaining to maintenance of the water balance at Red Dog, policies and procedures employed within his department, the history of waste water permitting, and efforts to comply with existing and past permits and to obtain workable permit."

7. If Kevin Brix is called as a witness at the liability phase of trial, he is precluded from testifying about "water quality assessments for the protection of aquatic life," and "toxicological issues pertaining to effluent."

8. If Mike Botz is called as a witness at the liability phase of trial, he is precluded from testifying about cyanide.

9. If Jeffrey Clark and Gary Coulter are called as witnesses at the liability phase of trial, they are precluded from testifying about "the company's environmental management system, mineralization, and water balance issues."

10. If Anna Echter or Gretchen Mitchell are called as witnesses at the liability phase of trial, they are precluded from testifying as to conductivity based claims and WET testing.

11. If Kathleen Willman is called as a witness at the liability phase of trial, she is precluded from testifying about water balance issues.

12. If James Kulas is called as a witness at the liability phase of trial, he is precluded from testifying as to "issues pertaining to maintenance of the water balance at Red Dog, policies and procedures employed within his department, the history of waste water permitting, and efforts to comply with existing and past permits and to obtain workable permits."

DATE:                                     _____
                                          Judge of the District Court

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January 2008, a true and correct copy of the foregoing [Proposed] ORDER granting Plaintiffs' Objections to Witness List and Motions to Exclude Witnesses was served, via electronic mail, on the below identified parties of record:

Sean Halloran
Hartig Rhodes
717 K Street
Anchorage, AK 99501

Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

Thane Tienson
Landye Bennet Blumstein
1300 Southwest Fifth Ave, Suite 3500
Portland, OR 97201

  /S/ Luke Cole  

Luke Cole

PROPOSED ORDER GRANTING
PLAINTIFFS' OBJECTIONS TO WITNESS LIST
AND MOTIONS TO EXCLUDE WITNESSES      4