**teckcominco**

November 15, 2007



PLAINTIFF'S EXHIBIT
CASE NO. A04-049 CV (JWS)
EXHIBIT NO. 1 ADM

Mr. Michael F. Gearheard
Director, Office of Water, Region 10
United States Environmental Protection Agency
1200 Sixth Avenue, Suite 900, OW-133
Seattle, WA 98101

Subject: NPDES Permit #AK-003865-2 (Mine Site), Discharge Monitoring Report, October 2007

Dear Mr. Gearheard:

Attached are the results of monitoring as required by the NPDES Wastewater Discharge Permit #AK-003865-2 (Permit) for the Teck Cominco Alaska Incorporated (Teck Cominco) Red Dog Mine.

On August 22, 2003 a modification to the Permit became effective. On August 28, 2003 the permit expired and was administratively extended until a renewed permit is issued.

A renewed permit was issued effective April 12, 2007. On September 27, 2007, the renewed permit, which had been subject to a pending appeal, was withdrawn by EPA. Teck Cominco continues to report as required by the August 23, 2003 renewed permit.

The permit regulates Outfall 001, Industrial Treated Wastewater Effluent, and Outfall 002, Domestic Sewage Treatment Plant Effluent.

## OUTFALL 001

I.  INORGANIC PARAMETERS

   Discharge from Outfall 001 was suspended on October 5, 2007. Monitoring results for this DMR reflect monitoring results from October 1, 2007 through October 5, 2007.

   Inorganic monitoring for NPDES permit parameters were conducted and the results are contained in Attachment 1. The in-stream total dissolved solids concentration was maintained below the State Water Quality standard of 1,500 mg/L for the reporting period.

   Table A contains results of an expanded cyanide sampling program conducted in October 2007. This is a small portion of a much larger ongoing cyanide analytical investigation. Teck Cominco plans to conduct monthly sampling similar to what is contained in the Table while operating under the August 23, 2003 renewed permit.

1 of 65

Teck Cominco Alaska Incorporated
Red Dog Operations, 3105 Lakeshore Drive, Bld. A, Ste. 101, Anchorage, AK 99517 • (907) 266-4567 • Fax (907) 266-4568
TC050729 RD

NPDES Permit #AK-003865-2 DMR, October 2007                                Page 2

Table A. Outfall 001 Cyanide Analysis, October 2007

| Date | Lab | Not Sulfide Field Fixed | | Sulfide Field Fixed | |
|---|---|---|---|---|---|
| | | Total CN (µg/l) | WAD CN (µg/l) | Total CN (µg/l) | WAD CN (µg/l) |
| 10-01-07 | ACZ | 22$^J$ | 4$^J$ | 67 | 11 |
| | NCA | 46 | 4.88 | 55.7 | 26.6 |
| | | 37.8 | 5.35 | 54.1 | 29.2 |

J – Estimated value between the MDL and MRL.

As Table A indicates, samples were split between two separate analytical laboratories and each sample was split again, with one split being field treated to fix sulfides per the permit specified cyanide analytical method, SM 4500 CN. As has been discussed with members of your staff on numerous occasions, the total cyanide method continues to yield highly variable results.

The average value of 32 µg/l total cyanide, not sulfide fixed, was reported in Attachment I. Notification of this result was submitted to EPA 24-hour hotline on November 12, 2007, the date on which all the data and corresponding quality assurance was received and reviewed. Both laboratories observed abundant precipitate in the samples that likely caused positive interference in the analysis. The laboratories were unable to investigate the samples further, as the entire sample was consumed verifying the results. Given the highly variable results for the cyanide method observed in the past and the observed precipitate in these samples, Teck Cominco does not feel these cyanide results represent the true value.

II. ORGANIC PARAMETERS

An Organic Priority Pollutant Scan (OPPS) was not required or conducted during the reporting period.

III. WHOLE EFFLUENT TOXICITY

Whole Effluent Toxicity (WET) tests were conducted in October 2007 and the results for *Pimephales promelas* and *Ceriodaphnia dubia* are contained in Attachment I. WET test results were within permitted limits for both species tested. In addition to the permit required WET tests, tests were conducted on a mock effluent that contained an identical concentration and total dissolved solids (TDS) composition as the Outfall 001 water tested. The test was designed to mimic the TDS toxicity of the effluent without any other possible toxin present. Table D contains the results of the WET and mock effluent tests.

Table D. Results of *C. dubia* Tests Conducted on Outfall 001, October 2007

| First Aliquot Collection Date | Lab | Whole Effluent (TUc) | Mock Effluent (TUc) |
|---|---|---|---|
| 09/05/2007 | ENSR | 3.37 | 3.09 |
| 09/05/2007 | CH2M Hill | 3.27 | 4.04 |

TC050730 RD

# National Pollutant Discharge Elimination System (NPDES)
## Discharge Monitoring Report (DMR)

**Permittee Name**
Teck Cominco Alaska Incorporated
3105 Lakeshore Drive, Bld. A, Ste. 101
Anchorage, Alaska 99517

Red Dog Operations
Kotzebue, Alaska 99752

**Permit No.** AK-003865-2   **Discharge No.** 001 A

**Monitoring Period** From: 07-10-01  To: 07-10-05

☐ No Discharge

| Parameter (32-37) | | Quantity/Loading | | | Quantity or Concentrations | | | (62-63) # of Ex. | (64-68) Freq | (69-70) Sample Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Average (46-53) | Maximum (54-61) | Units | Minimum (38-45) | Average (46-53) | Maximum (54-61) | Units | | |
| Temperature, Water, Deg. Centigrade 00010 1 0 0 Effluent Gross Value | Sample Measurement | | | | n/a | 6.0 | 7.0 | °C | n/a | 2/day | grab |
| | Permit Requirement | | | | | | | | | daily | grab |
| Turbidity 00070 1 0 0 Effluent Gross Value | Sample Measurement | | | | n/a | REPORT | REPORT | NTU | n/a | 1/month | Composite |
| | Permit Requirement | | | | | 0.30 | 0.30 | | | weekly | 24 comp |
| BOD (Biochemical Oxygen Demand), 5 Day (20 Deg. C) 00310 1 0 0 Effluent Gross Value | Sample Measurement | | | | n/a | <1.02* | <1.02 | mg/L | n/a | 1/month | Composite |
| | Permit Requirement | | | | | REPORT | REPORT | | | monthly | 24 comp |
| pH 00400 1 0 0 Effluent Gross Value | Sample Measurement | | | | 9.2 | | 9.5 | S.U. | 0 | 2/day | grab |
| | Permit Requirement | | | | 6.0 | n/a | 10.5 | | | weekly | grab |
| Solids Total Suspended 00530 1 0 0 Effluent Gross Value | Sample Measurement | | | | n/a | <5.0* | <5.0 | mg/L | 0 | 1/month | Composite |
| | Permit Requirement | | | | | 20.0 | 30.0 | | | weekly | 24 comp |
| Nitrogen, Ammonia Total (As N) 00610 1 0 0 Effluent Gross Value | Sample Measurement | | | | n/a | 4.5 | 4.5 | mg/L | 0 | 1/month | Composite |
| | Permit Requirement | | | | | REPORT | REPORT | | | weekly | 24 comp |
| Cyanide, total (As CN) 00720 1 0 0 Effluent Gross Value | Sample Measurement | | | | n/a | 32+ | 32+ | µg/L | 1+ | 1/month | Grab |
| | Permit Requirement | | | | n/a | 9.0 | 9.0 | | | weekly | grab |

**Name/Title Principal Executive Officer**
John B. Knapp
General Manager

Signature: [signed]

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiries of the persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

**Telephone** 907-426-9127 (area code - number)

**Date** 2007-11-15 (year mo day)

Comments & Explanations:
* indicates the number of non detect values used
+ See Cover letter

EPA Form 3320-1 (08-95)

page 1 of 5

TC0050734 RD