BEFORE THE
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

In the Matter of:                          )
                                           )   Docket No. CWA-10-2006-0263
TECK COMINCO ALASKA, INC.                  )
Red Dog Mine,                              )   COMPLIANCE ORDER BY
Kotzebue, Alaska                           )   CONSENT and REQUEST
                                           )   FOR INFORMATION
NPDES Permit No. AK-003865-2               )
                                           )
_____)

## I.   STATUTORY AUTHORITY

1.1.   The following FINDINGS AND CONCLUSIONS are made, and COMPLIANCE ORDER BY CONSENT AND REQUEST FOR INFORMATION ("Order") issued, under the authority that Sections 308 and 309(a) of the Clean Water Act ("Act"), 33 U.S.C. §§ 1318 and 1319(a), vest in the Administrator of the United States Environmental Protection Agency ("EPA").

1.2.   This authority has been delegated to the Regional Administrator, Region 10, and has been duly redelegated to the undersigned Director, Office of Compliance and Enforcement, Region 10.

## II.   FINDINGS AND CONCLUSIONS

**Regulatory Basis**

2.1.   Section 301(a) of the Act, 33 U.S.C. § 1311(a), prohibits the discharge of pollutants by any person, except as authorized by a National Pollutant Discharge Elimination

---

CONSENT AGREEMENT AND FINAL ORDER - 1
Docket No. CWA-10-2006-0263

U.S. Environmental Protection A[gency]
1200 Sixth Avenue
Seattle, Washington 98101
(206) 553-1037



DEFENDANT
EXHIBIT NO. 2002
ADMITTED ☐  ID
3:04-cv-00049-JWS
(CASE NUMBER)

1  new data, ADEC adopted a site-specific criterion for TDS during Arctic grayling spawning of 1,500 mg/l in the Main Stem of Red Dog Creek, which EPA approved on April 21, 2006.

2.11.   On February 2, 2006, EPA issued for public notice, a draft NPDES permit for the Red Dog Mine ("2006 Draft Permit"). The 1,500 mg/l site-specific criterion for TDS during Arctic grayling spawning was included in the 2006 Draft Permit. The public notice period ended on March 27, 2006. Due to the large number of comments received, EPA will not be able to reissue the permit prior to the beginning of the 2006 Outfall 001 discharge season, which generally begins in May. Because EPA Region 10 has not yet reissued the permit as of the date of this Order, the 1998 Permit's original more stringent TDS limits, as set forth in Paragraph 2.5, remain the effective effluent limits during Arctic grayling spawning.

**Permit Exceedances**

2.12.   At times during the months of September 1998, May - October 1999, May - October 2000, May - October 2001, May - October 2002, May - August 2003, May - June 2004, and May - June 2005, Teck Cominco violated the TDS effluent limits in Part I.A.1 of the 1998 Permit.

2.13.   Teck Cominco's violations of the TDS limits in Part I.A.1 of the 1998 Permit constitute violations of Section 301(a) of the Act, 33 U.S.C. § 1311(a).

2.14.   Teck Cominco submitted information suggesting that it will not be in compliance with the 1998 Permit's TDS limits during the 2006 discharge season.

2.15.   <u>Discharge Volume Needs; Expected Exceedance of Maximum In-Stream TDS Levels</u>. Because of the manner in which TDS is introduced into the Mine's wastewater during the wastewater treatment process, the TDS concentration in the receiving water is directly related

CONSENT AGREEMENT AND FINAL ORDER - 5
Docket No. CWA-10-2006-0263

U.S. Environmental Protection Agency
1200 Sixth Avenue
Seattle, Washington 98101
(206) 553-1037

Exhibit 1002
Page 5 of 11