LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty & the Environment
47 Kearny St, Suite 804
San Francisco, CA 94108
415/346-4179 • fax 415/346-8723

NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3358
907/345-5595 • fax 907/345-3629

Attorneys for Plaintiffs Enoch Adams, Jr., Leroy Adams, Andrew Koenig, Jerry Norton, David Swan and Joseph Swan

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN,<br><br>   Plaintiffs,<br><br>   v.<br><br>TECK COMINCO ALASKA INCORPORATED<br><br>   Defendant.<br><br>NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH,<br><br>   Intervenors-Defendants. | Case No. A04-49 (JWS)<br><br>ERRATA CONCERNING DOCKETS 208 & 220 |

Earlier today, plaintiffs Enoch Adams et al. filed Objections to Teck Cominco's Exhibit List and Motion in Limine to Exclude Undisclosed Exhibits at Docket 208 and Objections to Northwest Arctic Borough's Exhibit List and Motion in Limine to Exclude Undisclosed Exhibits

ERRATA

at Docket 220. Due to an editing error, Federal Rule of Civil Procedure 26 is incorrectly cited at Docket 208, page 7, line 8 and Docket 220, page 2, line 28. Rather than Fed. R. Civ. Proc. 26(a)(1)(B), the correct citation should read: Fed. R. Civ. Proc. R. 26(a)(1)(A)(ii). Counsel apologizes for any inconvenience this error caused.

Respectfully submitted,

    /s/ Luke Cole
Luke Cole
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January 2008, a true and correct copy of the foregoing Errata was served, via electronic mail, on the below identified parties of record:

Sean Halloran
Hartig Rhodes
717 K Street
Anchorage, AK 99501

Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

Thane Tienson
Landye Bennet Blumstein
1300 Southwest Fifth Ave, Suite 3500
Portland, OR 97201

    /S/

Luke Cole

ERRATA    1