1  LUKE W. COLE, California Bar No. 145,505
   CAROLINE FARRELL, California Bar No. 202,871
2  BRENT J. NEWELL, California Bar No. 210,312
   Center on Race, Poverty & the Environment
3  47 Kearny St, Suite 804
   San Francisco, CA 94108
4  415/346-4179 • fax 415/346-8723

5  NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
   Law Offices of Nancy S. Wainwright
6  13030 Back Road, Suite 555
   Anchorage, AK 99515-3358
7  907/345-5595 • fax 907/345-3629

8  Attorneys for Plaintiffs Enoch Adams, Jr., Leroy
   Adams, Andrew Koenig, Jerry Norton, David
9  Swan and Joseph Swan

10

11                    **IN THE UNITED STATES DISTRICT COURT**

12                    **FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

13  ENOCH ADAMS, JR., LEROY ADAMS,                    Case No. A04-49 (JWS)
    ANDREW KOENIG, JERRY NORTON
14  DAVID SWAN and JOSEPH SWAN,                       [PROPOSED] ORDER GRANTING
                                                      PLAINTIFFS' OBJECTION
15        Plaintiffs,                                 TO BOROUGH'S UNDISCLOSED
                                                      WITNESS AND MOTION *IN
16        v.                                          LIMINE* TO EXCLUDE
                                                      TESTIMONY OF WITNESS NOT
17  TECK COMINCO ALASKA INCORPORATED                  TIMELY DISCLOSED
                                                      (Fed. R. Civ. Proc. R. 26 and 37)
18        Defendant.

19  ─────────────────────────────────
    NANA REGIONAL CORPORATION and
20  NORTHWEST ARCTIC BOROUGH,

21        Intervenors-Defendants.

22  ─────────────────────────────────

23

24

25

26

27

28
    [PROPOSED] ORDER GRANTING PLAINTIFFS' OBJECTION
    TO NORTHWEST ARCTIC BOROUGH'S WITNESS AND
    MOTION IN LIMINE TO EXCLUDE WITNESS

1    Northwest Arctic Borough filed a Final Witness List on January 22, 2008.  Plaintiffs object because the proffered witness, the Borough Mayor, Siikauraq Martha Whiting, was not previously disclosed in this litigation, in violation of Rule 26 of the Federal Rules of Civil Procedure and this Court's Pre-Trial Order of September 21, 2007 [Docket 177].  Pursuant to Federal Rules of Civil Procedure Rule 37 and this Court's Pre-Trial Order, and good cause appearing therefore, IT IS ORDERED that the Borough is precluded from calling any witness at trial not timely disclosed.  The testimony of Mayor Whiting is thus barred.

**IT IS SO ORDERED.**

DATE: _____

   Judge of the District Court

[PROPOSED] ORDER GRANTING PLAINTIFFS' OBJECTION
TO NORTHWEST ARCTIC BOROUGH'S WITNESS AND
MOTION IN LIMINE TO EXCLUDE WITNESS         1

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January 2008, a true and correct copy of the foregoing [Proposed] Order Granting Objection to Northwest Arctic Borough's Witness List and Motion to Exclude Testimony of Undisclosed Witness was served, via electronic mail, on the below identified parties of record:

Sean Halloran
Hartig Rhodes
717 K Street
Anchorage, AK 99501

Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

Thane Tienson
Landye Bennet Blumstein
1300 Southwest Fifth Ave, Suite 3500
Portland, OR 97201

_____/S/   Luke Cole_____

Luke Cole

[PROPOSED] ORDER GRANTING PLAINTIFFS' OBJECTION
TO NORTHWEST ARCTIC BOROUGH'S WITNESS AND
MOTION IN LIMINE TO EXCLUDE WITNESS           2