LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty & the Environment
47 Kearny St, Suite 804
San Francisco, CA 94108
415/346-4179 • fax 415/346-8723

NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3358
907/345-5595 • fax 907/345-3629

Attorneys for Plaintiffs Enoch Adams, Jr., Leroy
Adams, Andrew Koenig, Jerry Norton, David
Swan and Joseph Swan

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN,<br><br>Plaintiffs,<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED<br><br>Defendant.<br><br>NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH,<br><br>Intervenors-Defendants. | Case No. A04-49 (JWS)<br><br>**[PROPOSED] ORDER GRANTING OBJECTIONS TO PENALTY WITNESS LIST AND MOTIONS IN LIMINE TO EXCLUDE WITNESSES FOR FAILURE TO ADEQUATELY SPECIFY TESTIMONY** |

ORDER GRANTING ADAMS OBJECTION TO PENALTY WITNESS
LIST AND MOTION TO EXCLUDE WITNESSES FOR
FAILURE TO ADEQUATELY SPECIFY TESTIMONY

This Court's Pre-Trial Order instructed: "As to each witness so listed (even though the witness may have been deposed), counsel will disclose the testimony expected to be elicited from that witness at trial. *The disclosure will be specific and not general*, the purpose being to avoid surprise and delay at trial and *to give opposing counsel an adequate basis for developing cross-examination*." Docket 177 at 3 (emphasis added). Teck Cominco has filed a revised witness list for the penalty phase of trial. Docket 203. The Adams plaintiffs have moved to exclude 68 witnesses because of Teck Cominco's alleged failure to adequately specify the testimony expected to be elicited from each. The Court has reviewed Docket 203, and GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED THAT:

1. The testimony of Joyce Tsuji as to "work performed by Exponent for Red Dog Mine" is barred from trial as this description lacked the requisite specificity.

2. Richard Brown, Peter Chapman, Greg Horner, Kevin Lackey, Jackie Lundberg, Mike Schierman, Mike Stanoway, William Stubblefield, Jason Weakley, Roland Booth, Raymond Hawley, John Rense, Gerry Booth, Philip Driver, Jon Houghton, Alvin Ott, Karen Kelly, Gene Andrews, Steven Day, Walter Kuit, Brigitte Lacouture, Carl Overpeck, George Thornton, Jeff Weaver, Ted Zigarlick, Sue Barkey, Mike Botz, Kevin Brix, Stan Capps, David DeForest, Anna Echter, Gretchen Mitchell, Steven Eide, Wayne Hall, Chuck Hingsbergen, Lynda Huckstein, John Key, Ed Koon, Keith Malone, John Martinisko, Robert Napier, Kent Patton, David Pillard, Mike Prieve, Kathleen Collins, Craig Paulsen, John Middaugh, Scott Arnold, JoAnne Bozek, Gerry Brown, Steven Pannone, Larry Peterson, Scott Shock, Bert Adams, Sr., Theodore Booth, Chuck Greene, Walter Sampson, Robert Sheldon, Jim Dau, Alfred DeCicco, Lee Johnson, Al Townsend, Kevin Thomas, Rose Barr, Helvi Sandvik, and James Kulas are barred from testifying at the penalty phase as the description of their testimony lacked the requisite specificity.

3. The testimony of Kathleen Willman as to "water balance issues" is barred from trial as the description of this testimony lacks the requisite specificity.

IT IS SO ORDERED.

DATE: _____

   Judge of the District Court

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January 2008, a true and correct copy of the foregoing Proposed Order Granting Objections to Penalty Witness List and Motion to Exclude Witnesses for Failure to Adequately Specify Testimony, was served, via electronic mail, on the below identified parties of record:

Sean Halloran
Hartig Rhodes
717 K Street
Anchorage, AK 99501

Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

Thane Tienson
Landye Bennet Blumstein
1300 Southwest Fifth Ave, Suite 3500
Portland, OR 97201

_____/S/Luke Cole____

Luke Cole

ORDER GRANTING ADAMS OBJECTION TO PENALTY WITNESS
LIST AND MOTION TO EXCLUDE WITNESSES FOR
FAILURE TO ADEQUATELY SPECIFY TESTIMONY            2