Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax:     (907) 277-4352
Firm email: mail@hartig.com
Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, JOSEPH SWAN, Plaintiffs, <br><br> vs. <br><br> TECK COMINCO ALASKA INCORPORATED, Defendant, <br><br> NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH, Intervenor-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: A04-00049 CV (JWS) |

## TECK COMINCO'S
## OBJECTIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS
## AND
## COUNTER DESIGNATIONS

As to all witnesses whose testimony has been designated, Teck Cominco objects to

the use of deposition testimony when the witness will be available to testify at trial in person.

**James Kulas**:

Objection:    In the absence of a foundation being laid, the testimony appears to be hearsay. As well, testimony concerning potential discharges other than under the NPDES permit at issue is irrelevant when offered in a vacuum.


**Charlotte MacCay**:

Objection:    Ms. MacCay testifies on page 51 that she does not know the relationship between defendant Teck Cominco Alaska and the company Teck Cominco Limited. Her testimony as to persons involved with Teck Cominco Limited is without foundation, is irrelevant, and is hearsay. See also DiLuzio Declaration at Docket 62. (Individuals addressed in questions to Ms. MacCay are officers of Teck Cominco Alaska in addition to being employees of Teck Cominco Limited.)

Counter designation:  Pages 38, 46-48


**John Key**:

Objection:    Pages 103-105 are irrelevant and improperly attempts to place settlement negotiations into record. Pagers 108-109 are irrelevant, and call for speculation.

Counter designation:  Pages 11, 86


**Robert Jacko**:

Objection: Pages 12-13 consists of irrelevant testimony. Page 24 The witness lacks personal knowledge, hearsay. Pages 32-33 Testimony acks foundation, hearsay. Pages 66-67 Witness

lacks personal knowledge.  Page 74 Testimony is irrelevant.  Pages 96-99 Designated testimony improperly attempts to place settlement negotiations into record.


**Joanne Bozek**:

Objection:  As to the relationship between Teck Cominco American and Teck Cominco Limited, the witness lacks personal knowledge, and her testimony is speculation.  As to Teck Cominco Limited documents, Ms. Bozek testified at 37 that she was not involved in their preparation.  As to each reference to Teck Cominco Limited documents, she has no ability to authenticate the documents which are themselves not relevant.

Counter designation 37, 58-59, 69, 74, 77, 80, 81, 82, 104


**Peter Guthrie**:

Objection:  As to testimony involving Teck Cominco Limited, it is irrelevant, and the witness lacks a foundation to provide it.

Counter Designation 13, 15, 18, 31 to 32 line 4, 51, 52, 54, 65, 68, 69, 72, 73, 74,


DATED at Anchorage, Alaska, this 29th day of January, 2008.

HARTIG RHODES HOGE & LEKISCH, P.C.
Attorneys for Teck Cominco Alaska, Inc.


By: _____
Sean Halloran

TCAK Objection to plaintiffs' depo. testimony
*Adams et. al. v. Teck Cominco Alaska*, A04-00049 CV (JWS)                    Page 3 of 4

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 29th day of January, 2007,
a true and correct copy of the foregoing was served,
via electronic service, on the  below identified parties of
record:

Luke W. Cole
Center on Race, Poverty, & the Environment
47 Kearny Street, Suite 804
San Francisco, California 94108

Nancy S. Wainwright (via U.S. Mail only)
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

Hartig Rhodes Hoge & Lekisch PC

TCAK Objection to plaintiffs' depo. testimony
*Adams et. al. v. Teck Cominco Alaska*, A04-00049 CV (JWS)                Page 4 of 4