LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty & the Environment
47 Kearny St, Suite 804
San Francisco, CA 94108
415/346-4179 • fax 415/346-8723

NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3358
907/345-5595 • fax 907/345-3629

Attorneys for Plaintiffs Enoch Adams, Jr., Leroy Adams, Andrew Koenig, Jerry Norton, David Swan and Joseph Swan

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN,<br><br>Plaintiffs,<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED<br><br>Defendant.<br>_____<br><br>NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH,<br><br>Intervenors-Defendants.<br>_____ | Case No. A04-49 (JWS)<br><br>**[PROPOSED] ORDER GRANTING OBJECTIONS TO PENALTY WITNESS LIST AND MOTIONS IN LIMINE TO EXCLUDE WITNESSES AND EVIDENCE THAT IS NOT RELEVANT**<br>(Evidence Code §402) |

PROPOSED ORDER GRANTING PLAINTIFFS'
OBJECTIONS TO PENALTY WITNESS LIST
AND MOTIONS TO EXCLUDE WITNESSES

Teck Cominco and NANA jointly filed a revised list of 85 witnesses they anticipate calling at the penalty phase of trial. Docket 203. Plaintiffs object on grounds of relevance to 56 of the witnesses. GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED:

1. Roland Booth, Bert Adams, Sr., Theodore Booth, Alvin G. Ott, Joyce Tsuji, Raymond Hawley, Philip Driver, Jon Houghton, Gerry Booth, John Rense, Karen Kelly, Craig Paulsen, John Middaugh, Scott Arnold, Gerry Brown, Steven R. Pannone, Larry Peterson, Scott Shock, Chuck Greene, Walter Sampson, Robert Sheldon, Jim Dau, Alfred DeCicco, Lee Johnson, Al Townsend, Phyllis Weber-Scannell, and Rose Barr are precluded from testifying at trial during the penalty phase as their proffered testimony as described is not relevant to any of the penalty factors.

2. Wayne Hall, Chuck Hingsbergen, John Key, Ed Koon, Jackie Lundberg, Keith Malone, John Martinisko, Robert Napier, Mike Schierman, Steven Day, Walter Kuit, Brigitte Lacouture, George Thorton, Jeff Weaver and Ted Zigarlick are precluded from testifying at trial during the penalty phase as their proffered testimony as described is not relevant to any of the penalty factors.

3. Sue Barkey, Richard Brown, Stan Capps, Peter Chapman, David DeForest, Steven Eide, Greg Horner, Kevin Lackey, Kent Patton, David Pillard, Mike Prieve, Mike Stanoway, William Stubblefield, and Jason Weakley are precluded from testifying at trial during the penalty phase as their proffered testimony as described is not relevant to any of the penalty factors.

DATE: _____

                                                Judge of the District Court

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January 2008, a true and correct copy of the foregoing [Proposed] ORDER granting Plaintiffs' Objections to Penalty Phase Witness List and Motions to Exclude Witnesses was served, via electronic mail, on the below identified parties of record:

Sean Halloran
Hartig Rhodes
717 K Street
Anchorage, AK 99501

Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

Thane Tienson
Landye Bennet Blumstein
1300 Southwest Fifth Ave, Suite 3500
Portland, OR 97201

  /S/ Luke Cole  

Luke Cole

PROPOSED ORDER GRANTING PLAINTIFFS'
OBJECTIONS TO PENALTY WITNESS LIST
AND MOTIONS TO EXCLUDE WITNESSES        3