JAMES E. TORGERSON (Alaska Bar No. 8509120)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
jim.torgerson@hellerehrman.com

Attorney for Intervenor
NANA REGIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN, <br><br> Plaintiffs, <br><br> v. <br><br> TECK COMINCO ALASKA INCORPORATED, <br><br> Defendant, <br><br> NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH, <br><br> Intervenor-Defendants. | Case No.: A04-cv-00049-JWS <br><br> **JOINT REQUEST FOR SCHEDULING ORDER** |

Teck Cominco Alaska Incorporated, NANA Regional Corporation, and Northwest Arctic Borough (collectively, Defendants) ask the Court to clarify deadlines for responding to pending motions.

On January 29, 2008, Plaintiffs filed nine motions objecting to exhibits and witnesses. The Order for Pre-Trial Proceedings and Final Pre-Trial Conference sets various pretrial deadlines,[1] including deadlines that clearly govern some of Plaintiffs'

---

[1] Doc. 177.

JOINT REQUEST FOR SCHEDULING ORDER;
**ADAMS, ET AL. V. TECK COMINCO ALASKA INCORPORATED, ET AL.;**
**CASE NO.: A04-0049 CIVIL (JWS)**
PAGE 1 OF 4

motions. The applicable deadlines for some of Plaintiffs' motions are not as evident, however. To ensure that no deadlines are missed, Defendants request confirmation of the deadlines to oppose Plaintiffs' following pending motions:

**1.** Plaintiffs' Objections to Undisclosed Exhibits and Motion in Limine to Exclude Documents Not Timely Disclosed (Doc. 208), Plaintiffs' Objections to Final Exhibit List (Doc. 215), and Plaintiffs' Objection to Northwest Arctic Borough's Undisclosed Exhibits and Motion in Limine to Exclude Exhibits Not Timely Disclosed (Doc. 220): Defendants understand that the February 5, 2008 deadline in the Court's Order for Pre-Trial Proceedings and Final Pre-Trial Conference[2] applies to this motion.

**2.** Plaintiffs' five motions in limine regarding Defendants' witnesses, Docs. 210, 211, 221, 224, 225, and 227. The Order for Pre-Trial Proceedings and Final Pre-Trial Conference does not appear to set a specific deadline for responding to these motions. Under Rule 7.1(e) of the Local Rules, the opposition to these motions appears to be due on February 19, 2008, with any reply due on February 29, 2008. Defendants ask that the Court so order.

The undersigned are authorized to represent that counsel for Plaintiffs join in this motion.

Dated: January 31, 2008           Respectfully submitted,

                                  HELLER EHRMAN LLP
                                  Intervenor-Defendant
                                  NANA REGIONAL CORP.

                                  By _____ */s/ James E. Torgerson* _____
                                       JAMES E. TORGERSON (BAR NO. 8509120)

---

[2] Doc. 177 at 4.

JOINT REQUEST FOR SCHEDULING ORDER;
**ADAMS, ET AL. V. TECK COMINCO ALASKA INCORPORATED, ET AL.;**
**CASE NO.: A04-0049 CIVIL (JWS)**
PAGE 2 OF 4

510 L Street, Suite 500
Anchorage, AK  99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
jim.torgerson@hellerehrman.com

Dated:  January 31, 2008          Respectfully submitted,


HARTIG RHODES HOGE & LEKISCH
Defendant
TECK COMINCO ALASKA INCORPORATED

By _____*/s/ Sean Halloran*_____
   SEAN HALLORAN (BAR NO. 9211080)

Dated:  January 31, 2008          Respectfully submitted,


LANDYE BENNETT BLUMSTEIN, LLP
Intervenor-Defendant
NORTHWEST ARCTIC BOROUGH

By _____*/s/ David Case*_____
   DAVID CASE (BAR NO. 7505010)

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing JOINT REQUEST FOR SCHEDULING ORDER was served via the method indicated below this 31st day of January, 2008, on the following parties:

| | |
|---|---|
| Luke W. Cole<br>Center on Race, Poverty & the Environment<br>450 Geary Street, Suite 500<br>San Francisco, CA  94102 | Counsel for Plaintiffs<br>Served via:<br>☐ Facsimile  ☐ Regular U. S. Mail<br>☐ Hand Delivery  ☒ Electronic transmission |
| Nancy S. Wainwright<br>Law Offices of Nancy S. Wainwright<br>13030 Back Road, Suite 555<br>Anchorage, AK  99515-3538 | Counsel for Plaintiffs<br>Served via:<br>☐ Facsimile  ☒ Regular U. S. Mail<br>☐ Hand Delivery  ☒ Electronic transmission |
| Sean Halloran<br>Hartig Rhodes Hoge & Lekisch, P.C.<br>717 K Street<br>Anchorage, AK  99501 | Counsel for Defendant Teck Cominco<br>Served via:<br>☐ Facsimile  ☐ Regular U. S. Mail<br>☐ Hand Delivery  ☒ Electronic transmission |

JOINT REQUEST FOR SCHEDULING ORDER;
**ADAMS, ET AL. V. TECK COMINCO ALASKA INCORPORATED, ET AL.;**
**CASE NO.: A04-0049 CIVIL (JWS)**
PAGE 3 OF 4

| | |
|---|---|
| David S. Case<br>Landye Bennett Blumstein LLP<br>701 West 8th Avenue, Suite 1200<br>Anchorage, AK 99501 | Counsel for Intervenor-Defendant Northwest Arctic Borough<br>Served via:<br>☐ Facsimile ☐ Regular U. S. Mail<br>☐ Hand Delivery ☒ Electronic transmission |

　　　　/S/ James E. Torgerson
JAMES E. TORGERSON (BAR NO. 8509120)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907-277-1900
Facsimile: 907-277-1920
james.torgerson@hellerehrman.com

SE 2240571 v3
1/31/08 3:47 PM (38576.0002)

JOINT REQUEST FOR SCHEDULING ORDER;
**ADAMS, ET AL. V. TECK COMINCO ALASKA INCORPORATED, ET AL.;**
**CASE NO.: A04-0049 CIVIL (JWS)**
PAGE 4 OF 4