JAMES E. TORGERSON (Alaska Bar No. 8509120)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
jim.torgerson@hellerehrman.com

Attorney for Intervenor
NANA REGIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>    Plaintiffs,<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>    Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>    Intervenor-Defendants. | Case No.: A04-cv-00049-JWS<br><br>**[PROPOSED] SCHEDULING ORDER** |

The Court has reviewed the Joint Request for Scheduling Order. The Joint Request for Scheduling Order is **GRANTED** as follows:

**1.** Defendants shall file and serve their responses to Plaintiffs' motions at docket 208, 215, and 220 on or before February 5, 2008; and

**2.** Defendants shall file and serve their responses to Plaintiffs' motions at docket 210, 211, 221, 224, 225, and 227 on or before February 19, 2008, with any reply due on or before February 29, 2008.

DATED at Anchorage, Alaska this ____ day of _____ 2008:

                                          JOHN W. SEDWICK
                                 UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

This is to certify that on the 31st day of January, 2008, a true and correct copy of the foregoing [PROPOSED] SCHEDULING ORDER was served, via electronic service, on the below identified parties of record:

| | |
|---|---|
| Luke W. Cole<br>Center on Race, Poverty & the Environment<br>47 Kerny Street, Suite 804<br>San Francisco, CA 94108<br>luke@igc.org | Counsel for Plaintiffs<br>Served via:<br>☐ Facsimile ☐ Regular U. S. Mail<br>☐ Hand Delivery ☒ Electronic transmission |
| Nancy S. Wainwright<br>Law Offices of Nancy S. Wainwright<br>13030 Back Road, Suite 555<br>Anchorage, AK 99515-3538<br>nsw@alaska.com | Counsel for Plaintiffs<br>Served via:<br>☐ Facsimile ☒ Regular U. S. Mail<br>☐ Hand Delivery ☒ Electronic transmission |
| Sean Halloran<br>Hartig Rhodes Hoge & Lekisch, P.C.<br>717 K Street<br>Anchorage, AK 99501<br>sean.halloran@hartig.com | Counsel for Defendant Teck Cominco<br>Served via:<br>☐ Facsimile ☐ Regular U. S. Mail<br>☐ Hand Delivery ☒ Electronic transmission |
| David S. Case<br>Landye Bennett Blumstein LLP<br>701 West 8th Avenue, Suite 1200<br>Anchorage, AK 99501<br>dcase@lbblawyers.com | Counsel for Intervenor-Defendant Northwest Arctic Borough<br>Served via:<br>☐ Facsimile ☐ Regular U. S. Mail<br>☐ Hand Delivery ☒ Electronic transmission |

      */S/ James E. Torgerson*
JAMES E. TORGERSON (BAR NO. 8509120)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907-277-1900
Facsimile: 907-277-1920
james.torgerson@hellerehrman.com

SE 2240573 v3
1/31/08 3:49 PM (38576.0002)

[PROPOSED] SCHEDULING ORDER; **ADAMS, ET AL. V. TECK COMINCO ALASKA INCORPORATED, ET AL.;**
**CASE NO.: A04-0049 CIVIL (JWS)**
PAGE 2 OF 2

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900