IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>          Plaintiffs,<br><br> v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>          Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>          Intervenor-Defendants. | Case No.: A04-cv-00049-JWS<br><br>**SCHEDULING ORDER** |

  The Court has reviewed the Joint Request for Scheduling Order. The Joint Request for Scheduling Order is **GRANTED** as follows:

  **1.** Defendants shall file and serve their responses to Plaintiffs' motions at docket 208, 215, and 220 on or before February 5, 2008; and

**2.**     Defendants shall file and serve their responses to Plaintiffs' motions at docket 210, 211, 221, 224, 225, and 227 on or before February 19, 2008, with any reply due on or before February 29, 2008.

DATED this 5th day of February 2008.

                                                 /s/ JOHN W. SEDWICK
                                      UNITED STATES DISTRICT JUDGE