**Tienson, Thane**

| | |
|---|---|
| **From:** | Luke Cole [luke@igc.org] |
| **Sent:** | Tuesday, January 22, 2008 4:24 PM |
| **To:** | Tienson, Thane |
| **Subject:** | RE: stipulated facts |

I don't see its relevance to the issues at play here, which are Teck Cominco's liability for Clean Water Act violations. I'm not saying I'll object if Martha wants to say it from the witness stand, that is her/your prerogative.

Luke


LUKE W. COLE

EXECUTIVE DIRECTOR
CENTER ON RACE, POVERTY & THE ENVIRONMENT
47 KEARNY STREET, SUITE 804
SAN FRANCISCO, CA 94108
415-346-4179 x2 + 415-346-8723 FAX
LUKE@IGC.ORG + WWW.CRPE-EJ.ORG

PROVIDING LEGAL AND TECHNICAL ASSISTANCE TO THE GRASSROOTS MOVEMENT FOR ENVIRONMENTAL JUSTICE

**From:** Tienson, Thane [mailto:TTienson@landye-bennett.com]
**Sent:** Tuesday, January 22, 2008 4:13 PM
**To:** Luke Cole
**Subject:** RE: stipulated facts

Luke, what is your concern with the rest of the statement I have proposed? It is clearly accurate factually and relevant to the Borough's interest in the remedial phase of the litigation. What am I missing? As you know, the mayor has really tried to cultivate a positive relationship with Kivalina and we want the Borough's relevant legally mandated interests identified

**From:** Luke Cole [mailto:luke@igc.org]
**Sent:** Tuesday, January 22, 2008 3:12 PM
**To:** 'Sean Halloran'; 'Jim Torgerson'; Tienson, Thane; 'David Case'
**Subject:** RE: stipulated facts

We are good with those additional facts. Thanks, Sean.


LUKE W. COLE

EXECUTIVE DIRECTOR
CENTER ON RACE, POVERTY & THE ENVIRONMENT
47 KEARNY STREET, SUITE 804
SAN FRANCISCO, CA 94108
415-346-4179 x2 + 415-346-8723 FAX
LUKE@IGC.ORG + WWW.CRPE-EJ.ORG

PROVIDING LEGAL AND TECHNICAL ASSISTANCE TO THE GRASSROOTS MOVEMENT FOR ENVIRONMENTAL JUSTICE

2/1/2008

Exhibit E
Page 1 of 2

**Tienson, Thane**

**From:** Luke Cole [luke@igc.org]
**Sent:** Tuesday, January 22, 2008 5:14 PM
**To:** 'David Case'; Zwick, Jeri; sean.halloran@hartig.com; jim.torgerson@hellerehrman.com
**Cc:** Tienson, Thane
**Subject:** RE: Thane Tienson wants following added - NW Arctic Borough

You all can have one of your witnesses say that, I have no problem with that. I think it is irrelevant to liability or penalties in a Clean Water Act suit, so doesn't belong in the joint facts.

Luke


LUKE W. COLE

EXECUTIVE DIRECTOR
CENTER ON RACE, POVERTY & THE ENVIRONMENT
47 KEARNY STREET, SUITE 804
SAN FRANCISCO, CA 94108
415-346-4179 x2 + 415-346-8723 FAX
LUKE@IGC.ORG + WWW.CRPE-EJ.ORG

PROVIDING LEGAL AND TECHNICAL ASSISTANCE TO THE GRASSROOTS MOVEMENT FOR ENVIRONMENTAL JUSTICE

**From:** David Case [mailto:dcase@lbblawyers.com]
**Sent:** Tuesday, January 22, 2008 4:47 PM
**To:** Luke Cole; Zwick, Jeri; sean.halloran@hartig.com; jim.torgerson@hellerehrman.com
**Cc:** Tienson, Thane
**Subject:** RE: Thane Tienson wants following added - NW Arctic Borough

Luke--

How about this instead of the second sentence:

"The borough provides for mandatory planning, platting and land use regulation as required under Alaska Statutes 29 35.180(b)."

That statute states: "Sec. 29.35.180(b) A home rule borough shall provide for planning, platting and land use regulation."

Thanks,
Dave Case


**From:** Luke Cole [mailto:luke@igc.org]
**Sent:** Tuesday, January 22, 2008 2:15 PM
**To:** 'Zwick, Jeri'; sean.halloran@hartig.com; jim.torgerson@hellerehrman.com
**Cc:** David Case; 'Tienson, Thane'
**Subject:** RE: Thane Tienson wants following added - NW Arctic Borough

I am comfortable with the first sentence only.

Exhibit E
Page 2 of 2

2/1/2008