Tienson, Thane

**From:** Luke Cole [luke@igc.org]
**Sent:** Tuesday, January 22, 2008 3:15 PM
**To:** Zwick, Jeri; sean.halloran@hartig.com; jim.torgerson@hellerehrman.com
**Cc:** 'David Case'; Tienson, Thane
**Subject:** RE: Thane Tienson wants following added - NW Arctic Borough

I am comfortable with the first sentence only

Luke


LUKE W. COLE

EXECUTIVE DIRECTOR
CENTER ON RACE, POVERTY & THE ENVIRONMENT
47 KEARNY STREET, SUITE 804
SAN FRANCISCO, CA 94108
415-346-4179 x2  +  415-346-8723 FAX
LUKE@IGC.ORG  +  WWW.CRPE-EJ.ORG

PROVIDING LEGAL AND TECHNICAL ASSISTANCE TO THE GRASSROOTS MOVEMENT FOR ENVIRONMENTAL JUSTICE

**From:** Zwick, Jeri [mailto:JZwick@landye-bennett.com]
**Sent:** Tuesday, January 22, 2008 2:17 PM
**To:** luke@igc.org; sean.halloran@hartig.com; jim.torgerson@hellerehrman.com
**Cc:** David Case; Tienson, Thane
**Subject:** Thane Tienson wants following added - NW Arctic Borough


The Northwest Arctic Borough is the regional government encompassing the NANA Region and includes the DeLong Mountain Transportation System (DMTS). The Borough has entered into an Agreement with Teck Cominco which provides monies to the Borough from mine operations which constitute the principal source of the Borough's revenue.

The Borough has legally mandated responsibilities set forth in Title 9 of its Code regarding ecosystem protection, including protection of freshwater, and the subsistence lifestyle of Borough residents, including the plaintiffs.


Jeri Zwick, for Thane Tienson
Legal Assistant to Thane W. Tienson, P.C.
Landye Bennett Blumstein LLP
1300 SW 5th Avenue, Ste. 3500
Portland, OR 97201
503.224.4100
503.224.4133 (facsimile)
*jzwick@landye-bennett.com*

++++++++++++++++++++++++++++++++++++++++++

This e-mail is for the sole use of the intended recipient(s) and contains information belonging to Landye Bennett Blumstein LLP, which is confidential and/or legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance on the contents of this e-mail information is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by reply e-mail and destroy all copies of the original message.

IRS Circular 230 notice. Any tax advice contained herein was not intended or written to be used, and cannot be used, by you or any other person (i) in promoting, marketing, or recommending any transaction, plan, or arrangement or (ii) for the purpose of avoiding penalties that may be imposed under federal tax law.

Exhibit F
Page 1 of 1

2/1/2008