*1/18/08 "work in progress"*

Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
Firm email: mail@hartig.law.pro
Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ENOCH ADAMS, JR., LEROY ADAMS, )
ANDREW KOENIG, JERRY NORTON, )
DAVID SWAN, JOSEPH SWAN, )
      Plaintiffs, )
       )
vs. )
       )
TECK COMINCO ALASKA )
INCORPORATED, )
      Defendant, )
       )
NANA REGIONAL CORPORATION, and )
NORTHWEST ARCTIC BOROUGH, )
      Intervenor-Defendants. ) Case No.: A04-00049 CV (JWS)

DEFENDANT'S EXHIBIT LIST

Defendant, Teck Cominco Alaska Incorporated, hereby files its Exhibit List as follows:

| No. | Description | Bates # | Status |
|-----|-------------|---------|--------|
| A | 1998 Mine Permit | | OK |
| B | 2003 Modified Mine Permit | | OK |
| C | 2007 Mine Permit | | |
| D | 1999 Port Permit | | OK |
| E | 2006 Port Permit | | OK |
| F | EPA 1999 Modified Mine COBC dated May 30, 2000 | | OK |
| G | EPA 1999 Modified Mine COBC dated May 23, 2001 | | OK |

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

TECK COMINCO'S MOTION FOR EXTENSION OF TIME
*Adams et. al. v. Teck Cominco Alaska*, A04-00049 CV (JWS)

*Exh 2* Page 1 of 10

| | | | |
|---|---|---|---|
| | EPA 1999 Modified Mine COBC dated May 17, 2002 | | OK |
| | EPA 2004 Mine COBC dated May 7, 2004 | | OK |
| | EPA 2005 Mine COBC dated May 9, 2005 | No - Bates | |
| | EPA 2006 Mine COBC dated May 8, 2006 | No Bates | |
| | ADEC 2002 COBC dated June 2, 2002 | NO | |
| | ADEC 2004 COBC dated May 10, 2004 | NO | |
| | 1998 ADEC 401 Certification dated July 22, 1998 | NO | |
| | 2003 ADEC 401 Certification dated June 23, 2003 | NO | |
| | 2007 ADEC 401 Certification dated February 12, 2007 | NO | |
| | | | |
| | May 1999 Mine DMR | TC 11191-11193 RD; TC 000185-233 RD | |
| | June 9, 1999 letter re WET samples | TC 001607 RD | |
| | Final Toxicity Evaluation of Outfall 001 by Parametrix, Inc,. dated June 1999 | TC 002176-2322 RD | |
| | June 4, 1999 CAS Analytical Report for 5/21/99 samples | TC 017592-17603 RD | |
| | June 10, 1999 CAS Analytical Report for 5/29/99 samples | TC 017604-17624 RD | |
| | June 4, 1999 CAS Analytical Report fro 5/24/99 samples | TC 017625-17647 RD | |
| | June 4, 1999 CAS Analytical Report for 5/17/99 samples | TC 017648-17668 RD | |
| | June 8, 1999 CAS Analytical Report for 5/25/99 samples | TC 017669-17694 RD | |
| | June 8, 1999 CAS Analytical Report for 5/28/99 samples | TC 017695-17715 RD | |
| | June 1999 Mine DMR | TC 011203-11206 RD; TC 000234-279 RD | |
| | June 23, 1999 email re May & June 1999 WET samples | TC 001612-1613 RD | |
| | Final Toxicity Evaluation of Outfall 001 by Parametrix Inc., dated June 1999 | TC 002323-2476 RD | |
| | June 15, 1999 CAS Analytical Report for 6/5/99 samples | TC 017479-17492 RD | |
| | June 16, 1999 CAS Analytical Report for 6/8/99 samples | TC 017493-17506 RD | |
| | June 30, 1999 CAS Anlaytical Report for 6/9/99 samples | TC 017557-17588 RD | |

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

TECK COMINCO'S MOTION FOR EXTENSION OF TIME
*Adams et. al. v. Teck Cominco Alaska*, A04-00049 CV (JWS)

Ex 2   Page 2 of 10

| | | | |
|---|---|---|---|
| | June 25, 1999 CAS Analytical Report for 6/15/99 samples | TC 017507-17512 RD | |
| | June 23, 1999 CAS Analytical Report for 6/15/99 samples | TC 017513-17526 RD | |
| | July 6, 1999 CAS Anlaytical Report for 6/24/99 samples | TC 017527-17540 RD | |
| | July 9, 1999 CAS Analytical Report for 6/28/99 samples | TC 017404-17417 RD | |
| | July 8, 1999 CAS Anlaytical Report for 6/15/99 samples | TC 017461-17478 RD | |
| | June 22, 1999 CAS Analytical Report for 6/4/99 samples | TC 017541-17556 RD | |
| | July 1999 Mine DMR | TC 011194-11199 RD; TC 000280-349 RD | |
| | Revised July 1999 Mine DMR | TC 024109-24111 RD | |
| | July 26, 1999 facsimile re July WET samples | TC 001614-1617 RD | |
| | August 9, 1999 letter re July WET results | TC 001618-1620 RD | |
| | July 28, 1999 email re 7/27/99 TDS at Station 7 | TC 001625 Rd | |
| | July 24, 1999 CAS Anlaytical Report for 7/3/99 samples | TC 017381-17403 RD | |
| | July 28, 1999 CAS Anlaytical Report for 7/6/99 samples | TC 017418-17431 RD | |
| | July 30, 1999 CAS Analytical Report for 7/13/99 samples | TC 017337-17360 RD | |
| | July 29, 1999 CAS Analytical Report for 7/15/99 samples | TC 017331-17336 RD | |
| | August 2, 1999 CAS Analytical Report for 7/8/99 samples | TC 017361-17380 RD | |
| | August 5, 1999 CAS Analytical Report for 7/22/99 samples | TC 017432-17445 RD | |
| | August 8, 1999 CAS Analytical Report for 7/27/99 samples | TC 017446-17460 RD | |
| | August 8, 1999 CAS Anlaytical Report for 7/21/99 samples | TC 017309-17330 RD | |
| | August 1999 Mine DMR | TC 000350-414 RD | |
| | Final Toxicity Evaluation of Outfall 001 by Parametrix, Inc. dated August 1999 | TC 002477-2629 RD | |

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

TECK COMINCO'S MOTION FOR EXTENSION OF TIME
*Adams et. al. v. Teck Cominco Alaska*, A04-00049 CV (JWS)

Exh 2    Page 3 of 10

| | Description | Bates Range | |
|---|---|---|---|
| | Final Toxicity Evaluation of Outfall 001 for Pimephales promelas by Parametrix, Inc. dated August 1999 | TC 002630-2709 RD | |
| | August 12, 1999 CAS Analytical Report for 8/3/99 samples | TC 017220-17255 RD | |
| | August 20, 1999 CAS Analytical Report for 8/10/99 samples | TC 017266-17279 RD | |
| | August 26, 1999 CAS Analytical Report for 8/6/99 samples | TC 017201-17219 RD | |
| | August 31, 1999 CAS Analytical Report for 8/2/99 Samples | TC 017220-17255 RD | |
| | September 1, 1999 CAS Anlaytical Report for 8/13/99 samples | TC 017181-17200 RD | |
| | September 3, 1999 CAS Anlaytical Report for 8/21/99 samples | TC 017163-17180 RD | |
| | September 3, 1999 CAS Analytical Report for 8/23/99 samples | TC 017280-17293 RD | |
| | September 9, 1999 CAS Analytical Report for 8/28/99 samples | TC 017294-17308 RD | |
| | September 13, 1999 CAS Analyitcal Report for 8/25/99 samples | TC 017139-17162 RD | |
| | September 1999 Mine DMR | TC 00419-477 RD | |
| | September 16, 1999 letter re 9/12/99 TDS sample | TC 001626 RD | |
| | September 19, 1999 CAS Analytical Report for 9/4/99 samples | TC 017093-17106 RD | |
| | September 27, 1999 CAS Analytical Report for 9/4/99 samples | TC 017057-17081 RD | |
| | September 27, 1999 CAS Analytical Report for 9/6/99 samples | TC 017041-17056 RD | |
| | September 30, 1999 CAS Anlayitcal Report for 9/17/99 samples | TC 016999-17015 RD | |
| | October 1, 1999 CAS Analytical Report for 9/14/99 samples | TC 017016-17040 RD | |
| | October 1, 1999 CAS Analytical Report for 9/20/99 samples | TC 016982-16998 RD | |
| | Octoer 1, 1999 CAS Analytical Report for 9/21/99 samples | TC 017107-17118 RD | |
| | October 7, 1999 CAS Analyitcal Report for 9/27/99 samples | TC 017119-17132 RD | |
| | October 18, 1999 CAS Anlaytical Report for 9/27/99 samples | TC 017133-17138 RD | |
| | October 1999 Mine DMR | TC 00495-551 | |

HARTIG RHODES HOGE & LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

TECK COMINCO'S MOTION FOR EXTENSION OF TIME
*Adams et. al. v. Teck Cominco Alaska*, A04-00049 CV (JWS)

Exh. 2   Page 4 of 10

|   |   | RD |   |
|---|---|---|---|
|   | October 16, 1999 CAS Analytical Report for 9/17/99 samples | TC 016918-16931 RD |   |
|   | October 16, 1999 CAS Analytical Report for 10/5/99 samples | TC 016903-16917 RD |   |
|   | October 22, 1999 CAS Analyitcal Report for 10/1/99 samples | TC 016849-16871 RD |   |
|   | October 25, 1999 CAS analytical Report for 10/3/99 samples | TC 016872-16902 RD |   |
|   | October 30, 1999 CAS Analytical Report for 10/5/99 samples | TC 016932-16961 RD |   |
|   | November 1, 1999 CAS Analytical Report for 10/16/99 samples | TC 016962-16978 RD |   |
|   | November 24, 1999 CAS Analyitcal Report for 10/5/99 samples | TC 016979-16982 RD |   |

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

TECK COMINCO'S MOTION FOR EXTENSION OF TIME  Ex 2 Page 5 of 10
*Adams et. al. v. Teck Cominco Alaska*, A04-00049 CV (JWS)

| | | | |
|---|---|---|---|
| | April 1999 Port DMR | TC 001734-1733 RD | |
| | August 1999 Port DMR | TC 001741-1755 RD | |
| | May 2000 Port DMR | TC 001756-1767 RD | |
| | May 18, 2000 letter re May 8, 2000 sample | TC 001891 RD | |
| | June 7, 2000 letter re May 29, 2000 sample | TC 001884 RD | |
| | June 2000 Port DMR | TC 001768-1779 RD | |
| | July 15, 2000 letter re June 10, 2000 Port TSS sample | TC 001885 RD | |
| | February 2001 Port DMR | TC 01792-1800 RD | |
| | February 12, 2001 letter re February samples | TC 01864 RD | |
| | July 2001 Port DMR | TC 011251-11262 RD | |

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

TECK COMINCO'S MOTION FOR EXTENSION OF TIME
*Adams et. al. v. Teck Cominco Alaska*, A04-00049 CV (JWS)

Exh 2    Page 6 of 10

| | | | |
|---|---|---|---|
| | September 17, 2001 letter re July 2001 WET Report | TC 005012-5013 RD | |
| | August 2001 Port DMR | TC 001801-1812 RD | |
| | September 29, 2001 letter re August 2001 WET Report | TC 004996-4997 RD | |
| | September 2001 Port DMR | TC 005417-5430 RD | |
| | November 7, 2001 letter re September 2001 WET Report | TC 005008-5009 RD | |
| | July 21, 2003 letter re Port WET Report | TC 031630-31632 RD | |
| | April 2002 Port DMR | TC 001813-1826 RD | |
| | May 10, 2002 letter re April 2002 fecal coliform sample | TC 001850 RD | |
| | November 1, 2002 letter re results of April 2002 fecal coliform samples | TC 004939-4944 RD | |
| | May 2002 Port DMR | TC 001827-1840 RD | |
| | May 9, 2002 letter re Port May 9, 2002 bypass of water | TC 001841-1848 RD | |
| | May 10, 2002 letter re Port May 10, 2002 bypass of water | TC 001851-1858 RD | |
| | June 7, 2002 letter re Port May 21, 2002 TSS sample | TC 005207 RD | |
| | | | |
| | | | |
| | EPA Region 10 Guidance for WQBEL's Below Analytical Detection/Quantitation Level | TC 004872-4882 RD | |
| | EPA Quality Assurance Memorandum dated April 16, 1999 for TDS Project Samples Total Metals in Water; Total Hardness from Stephanie Le to Michael Letourneau | TC 004258-4285 RD | |
| | EPA Memorandum dated June 9, 1999 from Dave Mount to Mike Letourneau re Results of TDS Toxicity Testing | TC 004286-4294 RD | |
| | EPA Guidance on Water quality Based Effluent Limits Set Below Analytical Detection/Quantitation Limits dated April 25, 2005 | TC 034652-34654 RD | |
| | August 21, 2006 letter from Micheal Gearheard, EPA to Lynn Kent, ADEC re EPA Review of Main Stem Red Dog Creek Site-Specific Criterion for TDS for Arctic Grayling spawning period | TC 037222-37224 RD | |

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

| | | | |
|---|---|---|---|
| | Letter dated July 23, 1999 from ADF&G, Alvin Ott to Roger Mochnick, US EPA re TDS | TC 004318-4319 RD | |
| | Public Health Evaluation of Exposure of Kivalina and Noatak Residents to Heavy Metals from Red Dog Mine dated October 25, 2001 by Division of Public Health Section of Epidemiology | | |
| | ADEC Decision Document for a TDS Site-Specific Criterion for Red Dog Creek dated January 13, 2006 | TC 037210-37221 RD | |
| | EPA Environmental Assessment for Red Dog Mine Project NPDES Permit Renewal, Revised January 2006 | TC 037615-37653 RD | |
| | Kivalina Sanitary Survey dated May 2004 by ASCG Incorporated | TC 030574-30694B RD | |
| | Discharge TDS SOP | | |
| | Sodium Sulfide Dosage Changes SOP dated 2003 | | |
| | Sodium Sulfide Dosage Changes SOP | TC 037880-37895 RD | |
| | Sodium Sulfide System Description | | |
| | In-Stream Control of TDS at Red Dog Mine | | |
| | Toxicity Reduction Evaluation by EVS Environmental Consultants dated December 1999 | | |
| | Toxicity Identification Evaluation for Red Dog Mine, Phase I, dated March 2000 EVS Environmental Consultants | | |
| | Toxicity Reduction Evaluation Report dated August 2003 | | |
| | 2000 Aquatic Biomonitoring at Red Dog Mine dated May 15, 2001, Report No. 01-04 | | |
| | 2001 Aquatic Biomonitoring at Red Dog Mine dated May 2002, Report No. 02-04 | TC 004863 RD | |
| | 2002 Aquatic Biomonitoring at Red Dog Mine dated 2003, Report No. 03-03 | | |
| | 2003 Aquatic Biomonitoring at Red Dog Mine dated April 2004, Report No. 04-02 | TC 030695-30836 RD B | |
| | 2004 Aquatic Biomonitoring at Red Dog Mine dated May 2005, Report No. 05-03 | TC 035773 RD | |
| | 2005 Aquatic Biomonitoring at Red Dog Mine dated May 2006, Report No. 06-03 | TC 037323 RD | |
| | 2006 Aquatic Biomonitoring at Red Dog Mine dated June 2007, Report No. 07-03 | | |
| | Enoch Adams 7/8/03 Deposition | | |
| | Enoch Adams 5/4/05 Deposition | | |
| | Leroy Adams 7/9/03 Deposition | | |

HARTIG RHODES HOGE & LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE: (907) 276-1592
FAX: (907) 277-4352

TECK COMINCO'S MOTION FOR EXTENSION OF TIME
*Adams et. al. v. Teck Cominco Alaska*, A04-00049 CV (JWS)

Exh 2    Page 8 of 10

| Leroy Adams 5/6/05 Deposition | | |
|---|---|---|
| Andrew Koenig 7/9/03 Deposition | | |
| Andrew Koenig 5/27/05 Deposition | | |
| Jerry Norton 7/9/03 Deposition | | |
| Jerry Norton 5/27/05 Deposition | | |
| Joseph Swan 5/4/05 Deposition | | |
| Joseph Swan 7/9/03 Deposition | | |

DATED at Anchorage, Alaska, this _____ day of January, 2008.

HARTIG RHODES HOGE & LEKISCH, P.C.
Attorneys for Teck Cominco Alaska, Inc.

By: _____
Sean Halloran

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

TECK COMINCO'S MOTION FOR EXTENSION OF TIME
Adams et. al. v. Teck Cominco Alaska, A04-00049 CV (JWS)

Exh 2    Page 9 of 10

CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of January, 2007,
a true and correct copy of the foregoing was served,
via electronic service, on the below identified parties of
record:

Luke W. Cole
Center on Race, Poverty, & the Environment
47 Kearny Street, Suite 804
San Francisco, California 94108

Nancy S. Wainwright (via U.S. Mail only)
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

_____
Hartig Rhodes Hoge & Lekisch PC

F:\Docs\62880\184\PLEADINGS/Defendant's Exhibit List.doc

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352