## Luke Cole

**From:** Rachel Davis [RKD@hartig.com]
**Sent:** Saturday, January 19, 2008 11:32 AM
**To:** Luke Cole
**Subject:** RE: Exhibits

We agree to stipulate to your excerpts if you stipulate to admission of our lab reports in whole.

*Rachel K. Davis*
Paralegal
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, AK 99501
Phone: (907) 276-1592
Fax: (907) 277-4352

The information contained in this message (including any attachments) may be privileged, confidential, or protected from disclosure. It is intended to be sent only to the designated recipient(s). If you are not an intended recipient, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful. Thank you.

---

**From:** Luke Cole [mailto:luke@igc.org]
**Sent:** Saturday, January 19, 2008 10:18 AM
**To:** Rachel Davis
**Subject:** Re: Exhibits

Rachel:

I wanted to confirm that you are also stipulating to the admission of my lab report excerpts -- I think it will be easier for us to just use specific pages. My understanding from Sean yesterday was that was OK, but like you I want to be sure before I mark them today. Thanks.

Luke

-----Original Message-----
From: Rachel Davis
Sent: Jan 18, 2008 10:11 PM
To: Luke Cole
Subject: Exhibits

Are you stipulating to the admission of all our lab reports as long as your pages are included? I know you stipulated to the two months that you looked at and thought you said yes to the rest but wanted to make sure before I marked them final.

*Rachel K. Davis*
Paralegal
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, AK 99501
Phone: (907) 276-1592
Fax: (907) 277-4352

Exh 4
1 of 2

2/1/2008

The information contained in this message (including any attachments) may be privileged, confidential, or protected from disclosure. It is intended to be sent only to the designated recipient(s). If you are not an intended recipient, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful. Thank you.

Luke Cole

\*\*\* PLEASE NOTE NEW OFFICE ADDRESS \*\*\*

Center on Race, Poverty & the Environment
47 Kearny Street, Suite 804
San Francisco, CA  94108
415-346-4179  +  fax 415-346-8723

Providing legal and technical assistance to the grassroots movement for environmental justice

Exh 4
2 q 2

2/1/2008