Lawrence L. Hartig
Robert J. Mahoney
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska  99501
Phone:  (907) 276-1592
Fax:    (907) 277-4352

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KIVALINA RELOCATION PLANNING COMMITTEE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. A02-231 CV (JWS) |
| TECK COMINCO ALASKA INCORPORATED, | ) ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) | |

DEFENDANT'S ANSWERS TO SIXTH SET OF REQUESTS FOR ADMISSIONS

The Defendant, by and through counsel, submit their answers to Plaintiff's Sixth Set of Request for Admissions as follows:

REQUEST FOR ADMISSION NO. 121

Admit that the document attached hereto as Exhibit 121 is a true and correct copy of a Letter from Mark Thompson, Cominco Alaska, to Randall Smith, EPA, re NPDES Permit #AK –003865-2 (Mine Site) – Outfall 001 [May 25, 29 exceedences], June 16, 2000.  TC 001630 RD.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

Exh S
1 of 13

RESPONSE: Admitted.


REQUEST FOR ADMISSION NO. 122

Admit that the document attached hereto as Exhibit 122 is a true and correct copy of a Letter from Wayne Hall, Cominco Alaska, to Randall Smith, EPA, re NPDES Permit #AK –003865-2 (Mine Site)–Outfall 001 [July 13 exceedence], July 3, 2000.  TC 001631 RD.

RESPONSE: Admitted.


REQUEST FOR ADMISSION NO. 123

Admit that the document attached hereto as Exhibit 123 is a true and correct copy of a Letter from Wayne Hall, Cominco Alaska, to Randall Smith, EPA, re NPDES Permit #AK –003865-2 –Outfall 001 [June 13 exceedence], July 10, 2000.  TC 001632 RD.

RESPONSE: Admitted, however, the letter reporting the apparent violation was corrected by the revised DMR dated March 1, 2003 bates numbers TC 011207-11211 RD, previously provided in defendant's first supplemental disclosures.


REQUEST FOR ADMISSION NO. 124

Admit that the document attached hereto as Exhibit 124 is a true and correct copy of a Letter 1 from Mark Thompson, Cominco Alaska, to Randall F. Smith, US EPA, re:

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

KRPC v. TCAK-Answers to Request for Admissions
A02-231 CV (JWS)
Page 2 of  13

Exh S
2 of 13

Compliance Order Docket No. CWA-10-99-0167 – TDS (re June violations), July 17, 2000. TC 001634 RD.

    RESPONSE: Admitted.


REQUEST FOR ADMISSION NO. 125

    Admit that the document attached hereto as Exhibit 125 is a true and correct copy of a Letter 2 from Mark Thompson, Cominco Alaska, to Randall F. Smith, US EPA, re: Compliance Order Docket No. CWA-10-99-0167 – TDS (re July violations), July 17, 2000. TC 001635 RD.

    RESPONSE: Admitted.


REQUEST FOR ADMISSION NO. 126

    Admit that the document attached hereto as Exhibit 126 is a true and correct copy of a Letter 3 from Mark Thompson, Cominco Alaska, to Randall Smith, EPA, re NPDES Permit #AK –003865-2 –Outfall 001 [June 13 exceedence], July 17, 2000. TC 001636 RD.

    RESPONSE: Admitted, however, the letter reporting the apparent violation was corrected by the revised DMR dated March 1, 2003 bates numbers TC 011207-11211 RD, previously provided in defendant's first supplemental disclosures.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

KRPC v. TCAK-Answers to Request for Admissions
A02-231 CV (JWS)
Page 3 of 13

Exh S
3 of 13

REQUEST FOR ADMISSION NO. 127

Admit that the document attached hereto as Exhibit 127 is a true and correct copy of a Letter 4 from Mark Thompson, Cominco Alaska, to Randall Smith, EPA, re NPDES Permit #AK –3865-2 – (Mine Site) Outfall 001 [June 10, 24 exceedence], July 17, 2000. TC 001633 RD.

RESPONSE: Admitted, however, the letter reporting the apparent violation was corrected by the revised DMR dated March 1, 2003 bates numbers TC 011207-11211 RD, previously provided in defendant's first supplemental disclosures.

REQUEST FOR ADMISSION NO. 128

Admit that the document attached hereto as Exhibit 128 is a true and correct copy of a Letter 5 from Mark Thompson, Cominco Alaska, to Robert Grandinetti, EPA, re NPDES Permit #AK –003865-2 (Mine Site) [unperformed analysis], July 17, 2000. TC 001637 RD.

RESPONSE: Admitted, however, subsequent information was obtained and reported in a fax from Wayne Hall to Rob Grandinetti dated July 31, 2000 and a cover letter from Mark Thompson to Randall Smith with attached revised DMR dated December 1, 2002 , bates numbers TC 000641-000644 RD, previously provided in defendant's initial disclosures.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

**KRPC v. TCAK-Answers to Request for Admissions**
**A02-231 CV (JWS)**
**Page 4 of 13**

Exh 5
4 of 13

REQUEST FOR ADMISSION NO. 129

Admit that the document attached hereto as Exhibit 129 is a true and correct copy of a Letter from Mark Thompson, Cominco Alaska, to Randall Smith, EPA, re Compliance Order Docket No. CWA-10-99-0167-TDS [with table detailing the number of hours that the estimated TDS concentration exceeded...during June and July], July 19, 2000.  TC 001638-001639 RD.

RESPONSE: Admitted.


REQUEST FOR ADMISSION NO. 130

Admit that the document attached hereto as Exhibit 130 is a true and correct copy of a Letter from Wayne Hall, Cominco Alaska, to Randall Smith, EPA, re NPDES Permit: AK –003865-2 (Mine) –WET Test Results [exceedences of August 8, 10, 12], August 22, 2000.  TC 001640 RD.

RESPONSE: Admitted, however, the letter reporting the apparent violation was supplemented by the revised DMR dated March 1, 2003 bates numbers TC 011212-11215, previously provided in defendant's first supplemental disclosures.


REQUEST FOR ADMISSION NO. 131

Admit that the document attached hereto as Exhibit 131 is a true and correct copy of a Letter from Wayne Hall, Cominco Alaska, to Robert Grandinetti, EPA, re Connie

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

Exh 5
5 of 13

Creek Drop Box Collection System [dam overflow June 6], June 12, 2001.  003806.

RESPONSE: Admitted.


REQUEST FOR ADMISSION NO. 132

Admit that the document attached hereto as Exhibit 132 is a true and correct copy of a Letter from Mark Thompson, Cominco Alaska, to Randall F. Smith, US EPA, re: Mine Site Permit AK-003865, July 15, 2001.  TC 001668 RD.

RESPONSE: Admitted.


REQUEST FOR ADMISSION NO. 133

Admit that the document attached hereto as Exhibit 133 is a true and correct copy of a Letter from Mark Thompson, Cominco Alaska, to Randall F. Smith, US EPA, re: Mine Site Compliance Order Docket No. CWA-10-99-0167, July 26, 2001.  003807-003808.

RESPONSE: Admitted.


REQUEST FOR ADMISSION NO. 134

Admit that the document attached hereto as Exhibit 134 is a true and correct copy of a Letter from James Kulas, Cominco Alaska, to Randall F. Smith, US EPA, re NPDES Permits AK-003865-2 and AK-004064-9, August 6, 2001.  003810-003811.

RESPONSE: Admitted.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

Exh S
6 of 13

REQUEST FOR ADMISSION NO. 135

Admit that the document attached hereto as Exhibit 135 is a true and correct copy of a Letter from Wayne Hall, Teck Cominco, to Randall F. Smith, US EPA, re: NPDES Permit AK-003865-2 (Mine) - Wet Test Results, August 27, 2001.  TC  001671 RD.

RESPONSE: Admitted, however, the letter reporting the apparent violation was supplemented by the revised DMR dated March 1, 2003 bates numbers TC 011219-11222 RD, previously provided in defendant's first supplemental disclosures.

REQUEST FOR ADMISSION NO. 136

Admit that the document attached hereto as Exhibit 136 is a true and correct copy of a Letter from Wayne Hall, Teck Cominco, to Randall F. Smith, US EPA, re: Mine Site Compliance Order Docket No. CWA-10-99-0167, August 29, 2001.  003804-003805.

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 137

Admit that the document attached hereto as Exhibit 137 is a true and correct copy of a E-mail from Mark Thompson, Teck Cominco, to Robert Grandinetti, US EPA, re: August WET tests, September 11, 2001, with one page fax cover sheet dated September 13, 2001, and 3 page Toxicity Reduction Evaluation Work Plan.  003812-003816.

RESPONSE: Admitted, however, the email reporting the apparent violation was

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

KRPC v. TCAK-Answers to Request for Admissions
A02-231 CV (JWS)
Page 7 of 13

Exh 5
7 of 13

supplemented by the revised DMR dated March 1, 2003 bates numbers TC 011219-11222

RD, previously provided in defendant's first supplemental disclosures.


REQUEST FOR ADMISSION NO. 138

Admit that the document attached hereto as Exhibit 138 is a true and correct copy

of a Letter from Mark Thompson, Teck Cominco, to Randall F. Smith, US EPA, re: Mine

Site Compliance Order Docket No. CWA-10-99-0167, September 12, 2001. TC 001669

RD.

RESPONSE: Admitted.


REQUEST FOR ADMISSION NO. 139

Admit that the document attached hereto as Exhibit 139 is a true and correct copy

of a Letter from Mark Thompson, Teck Cominco, to Randall F. Smith, US EPA, re: NPDES

Permit AK-004064-9 (Port Site), March 18, 2002. 003817.

RESPONSE: Admitted.


REQUEST FOR ADMISSION NO. 140

Admit that the document attached hereto as Exhibit 140 is a true and correct copy

of a Letter from Mark Thompson, Teck Cominco, to Randall F. Smith, US EPA, re: NPDES

Permit AK-004064-9, May 9, 2002. 003818.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

KRPC v. TCAK-Answers to Request for Admissions
A02-231 CV (JWS)
Page 8 of 13

Exh S
8 of 13

RESPONSE: Admitted.


REQUEST FOR ADMISSION NO. 141

Admit that the document attached hereto as Exhibit 141 is a true and correct copy of a Letter from Mark Thompson, Teck Cominco, to Randall F. Smith, US EPA, re: NPDES Permit AK-004064-9 (Port Site), May 10, 2002.  003819.

RESPONSE: Please see Response to Request for Admission #79.


REQUEST FOR ADMISSION NO. 142

Admit that the document attached hereto as Exhibit 142 is a true and correct copy of a Letter from Mark Thompson, Teck Cominco, to Randall F. Smith, US EPA, re: NPDES Permit AK-004064-9, May 10, 2002.  003820-003821.

RESPONSE: Admitted.


REQUEST FOR ADMISSION NO. 143

Admit that the document attached hereto as Exhibit 143 is a true and correct copy of a Letter from Mark Thompson, Teck Cominco, to Randall F. Smith, US EPA, re: Mine Site Permit AK-003865, May 20, 2002.  003822.

RESPONSE: Admitted.


HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

KRPC v. TCAK-Answers to Request for Admissions
A02-231 CV (JWS)
Page 9 of 13

Exh 5
9 of 13

REQUEST FOR ADMISSION NO. 144

Admit that the document attached hereto as Exhibit 144 is a true and correct copy of a Letter from Mark Thompson, Teck Cominco, to Randall F. Smith, US EPA, re: Mine Site Permit AK-003865, May 23, 2002.  003823.

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 145

Admit that the document attached hereto as Exhibit 145 is a true and correct copy of a Letter from Mark Thompson, Teck Cominco, to Randall F. Smith, US EPA, re: Mine Site Permit AK-003865, May 24, 2002.  003824-003825.

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 146

Admit that the document attached hereto as Exhibit 146 is a true and correct copy of a Letter from Mark Thompson, Teck Cominco, to Pete McGee, ADEC, Re NPDES Permit AK-003865-2, Draft 2002 State COBC for TDS, May 29, 2002.  003828-003829.

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 147

Admit that the document attached hereto as Exhibit 147 is a true and correct copy

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

KRPC v. TCAK-Answers to Request for Admissions
A02-231 CV (JWS)
Page 10 of 13

Exh 5
10 of 13

of a Letter from John Martinisko, Teck Cominco, to Pete McGee, ADEC, Re NPDES

Permit AK-003865-2, Draft 2002 State COBC for TDS, June 3, 2002. 003830.

RESPONSE: Admitted.


REQUEST FOR ADMISSION NO. 148

Admit that the document attached hereto as Exhibit 148 is a true and correct copy

of a Letter from Mark Thompson, Teck Cominco, to Randall F. Smith, US EPA, re: Port

Site Permit AK-004064-9, OUtfall 005, June 7, 2002. 003831.

RESPONSE: Admitted.


REQUEST FOR ADMISSION NO. 149

Admit that the document attached hereto as Exhibit 149 is a true and correct copy

of a Letter from Mark Thompson, Teck Cominco, to Pete McGee, ADEC, Re NPDES

Permit AK-003865-2, Draft 2002 State COBC for TDS, June 7, 2002. 003832.

RESPONSE: Admitted.


REQUEST FOR ADMISSION NO. 150

Admit that the document attached hereto as Exhibit 150 is a true and correct copy

of a letter from Wayne Hall, Teck Cominco, to Robert Grandinetti, US EPA, re: NPDES

(Port) Permit, AK-004064-9, August 8, 1999. TC 001939 RD.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

KRPC v. TCAK-Answers to Request for Admissions
A02-231 CV (JWS)
Page 11 of 13

Exh S
11 of 13

RESPONSE: Admitted.


REQUEST FOR ADMISSION NO. 151

Admit that the document attached hereto as Exhibit 151 is a true and correct copy of an e-mail from Ken Brock, "RDOG" to Wayne Hall, "RDOG," August 7, 1999. TC 001941 RD.

RESPONSE: Admitted.


DATED this 21st day of March, 2003, at Anchorage, Alaska.

HARTIG RHODES HOGE & LEKISCH, P.C.
Attorneys for Defendant

By: _____
Lawrence L. Hartig, ABA #8310125


By: _____
Robert J. Mahoney, ABA # 6711029


CERTIFICATE OF SERVICE

I certify that on the 21 day of March, 2003,
a true and correct copy of the foregoing document
severed via First Class Mail, postage prepaid,
to the following counsel of record:

Luke W. Cole
Caroline Farrell
Brent J. Newell
Center on Race, Poverty & the Environment

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

**KRPC v. TCAK-Answers to Request for Admissions**
**A02-231 CV (JWS)**
**Page 12 of  13**

Exh 5
12 of 13

450 Geary St., Ste. 500
San Francisco, CA 94102

*Margaret Sutler*

F:\Docs\62880\164\Discovery\TC answers to RFA set 6.wpd

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

**KRPC v. TCAK-Answers to Request for Admissions**
**A02-231 CV (JWS)**
**Page 13 of 13**

Exh 5
13 of 13