Lawrence L. Hartig
Robert J. Mahoney
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIVALINA RELOCATION PLANNING COMMITTEE, <br><br> Plaintiff, <br><br> v. <br><br> TECK COMINCO ALASKA INCORPORATED, <br><br> Defendant. | Case No. A02-231 CV (JWS) |

### DEFENDANT'S ANSWERS TO FIFTH SET OF REQUESTS FOR ADMISSIONS

The Defendant, by and through counsel, submit their answers to Plaintiff's Fifth Set of Request for Admissions as follows:

REQUEST FOR ADMISSION NO. 76

Admit that the document attached hereto as Exhibit 76 is a true and correct copy of an e-mail from Jim Kulas, Teck Cominco, to Robert Grandinetti and Phyllis Weber-

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

Exh 6
1 of 5

Scannell, re TDS exceedence at Station 7S [on July 27, 1999], July 28, 1999. TC 001625 RD.

RESPONSE: Admitted; however, the email reporting the apparent violation was supplemented by the revised DMR dated March 1, 2003 bates numbers TC 011194-11199 RD, previously provided in defendant's first supplemental disclosures.

REQUEST FOR ADMISSION NO. 77

Admit that the document attached hereto as Exhibit 77 is a true and correct copy of a letter from Mark Thompson, Teck Cominco, to Randall Smith, EPA, re NPDES Permit # AK-003865 Outfall 001 and cyanide exceedance on July 22 and 30, August 13, 2001. TC 001667 RD.

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 78

Admit that the document attached hereto as Exhibit 78 is a true and correct copy of a letter from Mark Thompson, Teck Cominco, to Randall Smith, EPA, re NPDES Permit #AK-004064-9 [and the 5/9/02 pipeline leak and effluent on tundra with attached Oil & Hazardous Substances Spill Report], May 9, 2002. TC 001841-1848 RD.

RESPONSE: Admitted.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

KRPC v. TCAK-Answers to Request for Admissions
A02-231 CV (JWS)
Page 2 of 18

Ex 6
2 of 5

REQUEST FOR ADMISSION NO. 79

Admit that the document attached hereto as Exhibit 79 is a true and correct copy of a letter from Mark Thompson, Teck Cominco, to Randall Smith, EPA, re NPDES Permit #AK-004064-9 [and the absent analytical result for fecal coliform], May 10, 2002. TC 001850 RD.

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 80

Admit that the document attached hereto as Exhibit 80 is a true and correct copy of a letter from Mark Thompson, Teck Cominco, to Randall Smith, EPA, re NPDES Permit #AK-004064-9 [and the 5/10/02 runoff of untreated water to tundra because of overflow of retention ponds with attached Oil & Hazardous Substances Spill Report], May 10, 2002. TC001851-1858 RD.

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 81

Admit that the document attached hereto as Exhibit 81 is a true and correct copy of a fax from John Martinisko, Teck Cominco, to Joe Roberto, re UV system problems and

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

KRPC v. TCAK-Answers to Request for Admissions
A02-231 CV (JWS)
Page 3 of 18

Ex 6
3 of 5

fecal coliform exceedence [with attached Northern Testing lab fax to Ed Grant, Teck Cominco, re fecal count exceedence], June 29, 1999. TC 001936-1938 RD.

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 82

Admit that the document attached hereto as Exhibit 82 is a true and correct copy of a fax transmittal sheet from John Martinisko, Teck Cominco, to Joe Roberto, EPA, re UV system malfunction [and the 6/24 fecal colioform exceedence], June 29, 1999. TC 003980 RD.

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 83

Admit that the document attached hereto as Exhibit 83 is a true and correct copy of NPDES Permit #AK-003865-2 (Mine Site), Discharge Monitoring Report, June 2002, dated July 15, 2002. TC 001399-1451 RD.

RESPONSE: Admitted.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

KRPC v. TCAK-Answers to Request for Admissions
A02-231 CV (JWS)
Page 4 of 18

Exh 6
4 of 5

REQUEST FOR ADMISSION NO. 84

Admit that the document attached hereto as Exhibit 84 is a true and correct copy of NPDES Permit #AK-003865-2 (Mine Site), Discharge Monitoring Report, July 2002, dated August 14, 2002.   003625-003674.

RESPONSE: Admitted.


REQUEST FOR ADMISSION NO. 85

Admit that the document attached hereto as Exhibit 85 is a true and correct copy of NPDES Permit #AK-003865-2 (Mine Site), Discharge Monitoring Report, August 2002, dated September 16, 2002.   003675-003723.

RESPONSE: Admitted.


REQUEST FOR ADMISSION NO. 86

Admit that the document attached hereto as Exhibit 86 is a true and correct copy of NPDES Permit #AK-003865-2 (Mine Site), Discharge Monitoring Report, September 2002, dated October 14, 2002.   TC 005747-5795 RD.

RESPONSE: Admitted.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

KRPC v. TCAK-Answers to Request for Admissions
A02-231 CV (JWS)
Page 5 of 18

Exh 6
5 of 5

REQUEST FOR ADMISSION NO. 87

Admit that the document attached hereto as Exhibit 87 is a true and correct copy of NPDES Permit #AK-003865-2 (Mine Site), Discharge Monitoring Report, October 1-6, 2002, dated November 13, 2002. 003724-003774.

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 88

Admit that the document attached hereto as Exhibit 88 is a true and correct copy of NPDES Permit #AK-004064-9 (Port Site), Discharge Monitoring Report, February 2000, dated March 10, 2000. 003775-003785.

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 89

Admit that the document attached hereto as Exhibit 89 is a true and correct copy of NPDES Permit #AK-004064-9 (Port Site), Discharge Monitoring Report, March 2000, dated April 5, 2000. TC 005573-5584 RD.

RESPONSE: Admitted.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

KRPC v. TCAK-Answers to Request for Admissions
A02-231 CV (JWS)
Page 6 of 18