Lawrence L. Hartig
Robert J. Mahoney
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax:   (907) 277-4352

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIVALINA RELOCATION PLANNING COMMITTEE, <br><br> Plaintiff, <br><br> v. <br><br> TECK COMINCO ALASKA INCORPORATED, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. A02-231 CV (JWS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT'S ANSWERS TO SEVENTH SET OF REQUESTS FOR ADMISSIONS

The Defendant, by and through counsel, submit their answers to Plaintiff's Seventh Set of Request for Admissions as follows:

REQUEST FOR ADMISSION NO. 152

Admit that the document attached hereto as Exhibit 152 is a true and correct copy of Letter from Mark Thompson, Cominco Alaska, to Randall Smith, EPA, re Compliance Order Docket No. CWA-10-99-0167-TDS [with table detailing the number of hours that the

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

Exh. 7
1 of 6

estimated TDS concentration exceeded...during June and July], July 19, 2000. 003835-003836

RESPONSE: Please see Response to Request for Admission # 129.

REQUEST FOR ADMISSION NO. 153

Admit that the document attached hereto as Exhibit 153 is a true and correct copy of Letter from Wayne Hall, Cominco Alaska, to Randall Smith, EPA, re NPDES Permit AK-003865 [report of "potential exceedence" in May 1999], June 9, 1999. 003837

RESPONSE: Admitted, however, the letter reporting the apparent violation was supplemented by the revised DMR dated March 1, 2003 bates numbers TC 011191-11193 RD, previously provided in defendant's first supplemental disclosures.

REQUEST FOR ADMISSION NO. 154

Admit that the document attached hereto as Exhibit 154 is a true and correct copy of Letter from Wayne Hall, Cominco Alaska, to Robert Grandinetti, EPA, re NPDES (Mine) Permit AK-003865-2 [exceedence of TDS limit on September 12], September 16, 1999. 003838

RESPONSE: Please see Response to Request for Admission #119.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

KRPC v. TCAK-Answers to Request for Admissions
A02-231 CV (JWS)
Page 2 of 18

Exh 7
2 of 6

REQUEST FOR ADMISSION NO. 155

Admit that the document attached hereto as Exhibit 155 is a true and correct copy of Letter from Wayne Hall, Cominco Alaska, to Robert Grandinetti, EPA, re NPDES (Mine) Permit AK-003865-2 [exceedence on October 1st and 5th], November 1, 1999.  003839

RESPONSE: Please see Response to Request for Admission #120.


REQUEST FOR ADMISSION NO. 156

Admit that the document attached hereto as Exhibit 156 is a true and correct copy of Fax from James Kulas, Cominco Alaska, to Robert Grandinetti, EPA, re NPDES Permit AK-003865-2 (Minesite) (Cyanide Results) [exceedence of permit limit on May 25], May 29, 1999.  003840

RESPONSE: Please see Response to Request for Admission #114.


REQUEST FOR ADMISSION NO. 157

Admit that the document attached hereto as Exhibit 157 is a true and correct copy of Fax from Maria Falutsu, Cominco Alaska, to Robert Grandinetti, EPA, re NPDES Permit # AK 003865-2 (Minesite)– Cyanide Results [re May 25 exceedence], June 9, 1999.  003841

RESPONSE: Admitted, however, the fax reporting the apparent violation was corrected by the revised DMR dated March 1, 2003 bates numbers TC 011200-11202 RD,

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

KRPC v. TCAK-Answers to Request for Admissions
A02-231 CV (JWS)
Page 3 of 18

Exh 7
3 of 6

previously provided in defendant's first supplemental disclosures.

REQUEST FOR ADMISSION NO. 158

Admit that the document attached hereto as Exhibit 158 is a true and correct copy of Email from Wayne Hall to Robert Grandinetti, re NPDES (Mine) Permit: AK-003865-2 WET Test Update, June 23, 1999. 003842

RESPONSE: Please see Response to Request for Admission #116.

REQUEST FOR ADMISSION NO. 159

Admit that the document attached hereto as Exhibit 159 is a true and correct copy of Letter from Lawrence Hartig, Hartig, Rhodes, et. al., to Robert Grandinetti, EPA, re NPDES Permit #AK003865-2 (Cominco Alaska Red Dog Mine) Reporting of TDS Data, July 1, 1999. 003843-44

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 160

Admit that the document attached hereto as Exhibit 160 is a true and correct copy of Letter from Wayne Hall, Cominco Alaska, to Robert Grandinetti, EPA, re NPDES (Mine) Permit: AK –003865-2 [July 16, 1999 exceedence, with table attached], July 21, 1999. 003845-58

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

KRPC v. TCAK-Answers to Request for Admissions
A02-231 CV (JWS)
Page 4 of 18

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 161

Admit that the document attached hereto as Exhibit 161 is a true and correct copy of Fax, from James Kulas, Cominco Alaska, to Robert Grandinetti, EPA, re NPDES Permit # AK 003865-2 (mine) – July WET Test Results [exceedence for July 1999], July 26, 1999. 003859-61

RESPONSE: Please see Response to Request for Admission #117.

REQUEST FOR ADMISSION NO. 162

Admit that the document attached hereto as Exhibit 162 is a true and correct copy of Letter from Wayne Hall, Cominco Alaska, to Randall Smith, EPA, re NPDES Permit AK-003865-2 (Mine)– WET Test Results [potential exceedence July 27, 28, 31], August 9, 1999. 003862

RESPONSE: Please see Response to Request for Admission #118.

REQUEST FOR ADMISSION NO. 163

Admit that the document attached hereto as Exhibit 163 is a true and correct copy of Letter from Wayne Hall, Cominco Alaska, to Robert Grandinetti, EPA, re NPDES (Mine)

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

KRPC v. TCAK-Answers to Request for Admissions
A02-231 CV (JWS)
Page 5 of 18

Exh 7
5 of 6

Permit: AK –003865-2, Outfall 002 Discharge [occupation of CONPAC], April 29, 2000. 003863

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 164

Admit that the document attached hereto as Exhibit 164 is a true and correct copy of Letter from Wayne Hall, Cominco Alaska, to Randall Smith, EPA, re NPDES Permit: AK-003865-2, Outfall 002 [May 8, 2000 exceedence], May 18, 2000. 003864

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 165

Admit that the document attached hereto as Exhibit 165 is a true and correct copy of Letter from Mark Thompson, Cominco Alaska, to Randall Smith, EPA, re NPDES Permit #AK –003865-2 (Mine Site) [May 25, 29 exceedences], June 16, 2000. 003866

RESPONSE: Please see Response to Request for Admission #121.

REQUEST FOR ADMISSION NO. 166

Admit that the document attached hereto as Exhibit 166 is a true and correct copy of Letter from Wayne Hall, Cominco Alaska, to Randall Smith, EPA, re NPDES Permit #AK –003865-2 (Mine Site)–Outfall 001 [July 13 exceedence], July 3, 2000. 003867

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

KRPC v. TCAK-Answers to Request for Admissions
A02-231 CV (JWS)
Page 6 of 18

Exh 7
6 of 6