## DOCUMENTS IN RESPONSE TO REQUEST FOR SUPPLEMENTAL DISCLOSURE 7A
### November 21, 2005

| Bates Range | Type | Year | Description |
|---|---|---|---|
| TC 034747-34761 RD | compliance report | | Teck Cominco Monthly Compliance Reports from January 2004 through March 2005 |
| TC 034762-34773 RD | compliance report | | Teck Cominco Monthly Compliance Reports from January 2003 through December 2003 |
| TC 034774-34817 RD | operating report | 2002 | Red Dog Mine 2002 Operating Monthly Reports (January through December) |
| TC 034818-34869 RD | summary | 2000 | Red Dog Mine Property Summary/Overview for January through December 2000 |
| TC 034870-34929 RD | summary | 1999 | Red Dog Mine Property Summary/Overview for January through December 1999 |
| TC 034930-35014 RD | summary | 2001 | Red Dog Mine Property Summary/Overview for January through December 2001 |
| TC 035015-35073 RD | summary | 1998 | Red Dog Mine Property Summary/Overview for January through December 1998 |
| TC 035074-35170 RD | report | | Red Dog Mine Quarterly Environmental Reports for 1998 through First Quarter 2005 |

1934



PLAINTIFF'S EXHIBIT
CASE NO. A04-049 CV (JWS)
EXHIBIT NO. ADM 122

| Red Dog Mine |
| :---: |
| **Environmental Report** |
| **First Quarter 1998** |

## Permit Compliance

**Air Permits**
Both Port and Mine permits are in compliance. Monthly opacity readings on all emission sources are now required under Title 5.

**NPDES Permit - Mine Site**
There was no discharge during the quarter. Discharge will resume in May, 1998.

**NPDES Permit - Port Site**
There were no exceedances during the quarter.

**Drinking Water**
Mine Site: In compliance.
Port Site: In compliance. One exceedance occurred due to construction debris in a pipe. As a multiple sample it did not cause a violation.
Construction Camp: In compliance.
Camp 4: In compliance.

**Landfill**
Landfill operations at the port and mine were in compliance. Incinerators are operating within air quality limits.

## Hazardous and Special Wastes

The EPA's Biennial Hazardous Waste Report is due in 1998 based upon hazardous waste generated in 1997. Red Dog is considered a large quantity generator because it exceeded 1000 kg during one month in 1997.

## Spills

All spills were reported and a list of spills is presented below.

| DATE | LOCATION | TYPE | QUANTITY | CAUSE |
|---|---|---|---|---|
| 1/4 | Port - near surge bin | Ethylene glycol | 3.8 liters | Hose failure (other than hyd) - radiator |
| 1/5 | Mine, Heavy equipment bull rail | Transmission fluid | 3.8 liters | unknown |
| 1/12 | Under PAC -- Main Module | Sewage water | 1893.0 liters | Human error - general |

TC 035074 RD