INSTRUCTIONS FOR USE OF EXHIBIT LABELS
PRIOR TO TRIAL OR EVIDENTIARY HEARING

1. It is the responsibility of the plaintiff to arrange a time for the exhibit review at which time <u>all</u> exhibits will be available for inspection. Any large exhibits or models that cannot be produced at this time must be accounted for in the exhibit list.

2. Plaintiff's pink labels are to be numbered.

3. Defendant's blue labels are to be lettered in sequence as follows: A through Z, AA through AZ, BA through BZ, etc..

4. Each label must have case number indicated as shown under the exhibit number line; and must bear "iden" to indicate the exhibit is submitted for identification and not yet admitted. Those exhibits that have been admitted shall be marked "adm."

5. As far as is possible, labels should be placed on the front of an exhibit in the lower right hand corner.

6. Original labels are to be attached to the original exhibits (remaining in the custody of counsel) and a <u>copy</u> of the <u>marked</u> exhibits shall be lodged for use by the Court.

7. For further information regarding exhibits counsel's attention is directed to D. Ak. LR 39.3



| PLAINTIFFS EXHIBIT | DEFENDANT'S EXHIBIT |
|---|---|
| 1 iden | A adm |
| A96-0485 CV(JWS) | A96-0485 CV (JWS) |