## DOCUMENTS IN RESPONSE TO REQUEST FOR SUPPLEMENTAL DISCLOSURE 7A
### November 21, 2005

| | | | |
|---|---|---|---|
| TC 034747-34761 RD | compliance report | | Teck Cominco Monthly Compliance Reports from January 2004 through March 2005 |
| TC 034762-34773 RD | compliance report | | Teck Cominco Monthly Compliance Reports from January 2003 through December 2003 |
| TC 034774-34817 RD | operating report | 2002 | Red Dog Mine 2002 Operating Monthly Reports (January through December) |
| TC 034818-34869 RD | summary | 2000 | Red Dog Mine Property Summary/Overview for January through December 2000 |
| TC 034870-34929 RD | summary | 1999 | Red Dog Mine Property Summary/Overview for January through December 1999 |
| TC 034930-35014 RD | summary | 2001 | Red Dog Mine Property Summary/Overview for January through December 2001 |
| TC 035015-35073 RD | summary | 1998 | Red Dog Mine Property Summary/Overview for January through December 1998 |
| TC 035074-35170 RD | report | | Red Dog Mine Quarterly Environmental Reports for 1998 through First Quarter 2005 |

1 of 60



PLAINTIFF'S EXHIBIT
CASE NO. A04-049 CV (JWS)
EXHIBIT NO. ADM 115

## DOCUMENTS IN RESPONSE TO REQUEST FOR SUPPLEMENTAL DISCLOSURE 7A
### November 21, 2005

| Bates Range | Type | Year | Description |
|---|---|---|---|
| TC 034747-34761 RD | compliance report | | Teck Cominco Monthly Compliance Reports from January 2004 through March 2005 |
| TC 034762-34773 RD | compliance report | | Teck Cominco Monthly Compliance Reports from January 2003 through December 2003 |
| TC 034774-34817 RD | operating report | 2002 | Red Dog Mine 2002 Operating Monthly Reports (January through December) |
| TC 034818-34869 RD | summary | 2000 | Red Dog Mine Property Summary/Overview for January through December 2000 |
| TC 034870-34929 RD | summary | 1999 | Red Dog Mine Property Summary/Overview for January through December 1999 |
| TC 034930-35014 RD | summary | 2001 | Red Dog Mine Property Summary/Overview for January through December 2001 |
| TC 035015-35073 RD | summary | 1998 | Red Dog Mine Property Summary/Overview for January through December 1998 |
| TC 035074-35170 RD | report | | Red Dog Mine Quarterly Environmental Reports for 1998 through First Quarter 2005 |



1462.

PLAINTIFF'S EXHIBIT
CASE NO. A04-049 CV (JWS)
EXHIBIT NO. ADM 116

## DOCUMENTS IN RESPONSE TO REQUEST FOR SUPPLEMENTAL DISCLOSURE 7A
### November 21, 2005

| Bates Range | Type | Year | Description |
|---|---|---|---|
| TC 034747-34761 RD | compliance report | | Teck Cominco Monthly Compliance Reports from January 2004 through March 2005 |
| TC 034762-34773 RD | compliance report | | Teck Cominco Monthly Compliance Reports from January 2003 through December 2003 |
| TC 034774-34817 RD | operating report | 2002 | Red Dog Mine 2002 Operating Monthly Reports (January through December) |
| TC 034818-34869 RD | summary | 2000 | Red Dog Mine Property Summary/Overview for January through December 2000 |
| TC 034870-34929 RD | summary | 1999 | Red Dog Mine Property Summary/Overview for January through December 1999 |
| TC 034930-35014 RD | summary | 2001 | Red Dog Mine Property Summary/Overview for January through December 2001 |
| TC 035015-35073 RD | summary | 1998 | Red Dog Mine Property Summary/Overview for January through December 1998 |
| TC 035074-35170 RD | report | | Red Dog Mine Quarterly Environmental Reports for 1998 through First Quarter 2005 |

1 of 63



PLAINTIFF'S EXHIBIT
CASE NO. A04-049 CV (JWS)
EXHIBIT NO. ADM 117

## DOCUMENTS IN RESPONSE TO REQUEST FOR SUPPLEMENTAL DISCLOSURE 7A
### November 21, 2005

| | | | |
|---|---|---|---|
| TC 034747-34761 RD | compliance report | | Teck Cominco Monthly Compliance Reports from January 2004 through March 2005 |
| TC 034762-34773 RD | compliance report | | Teck Cominco Monthly Compliance Reports from January 2003 through December 2003 |
| TC 034774-34817 RD | operating report | 2002 | Red Dog Mine 2002 Operating Monthly Reports (January through December) |
| TC 034818-34869 RD | summary | 2000 | Red Dog Mine Property Summary/Overview for January through December 2000 |
| TC 034870-34929 RD | summary | 1999 | Red Dog Mine Property Summary/Overview for January through December 1999 |
| TC 034930-35014 RD | summary | 2001 | Red Dog Mine Property Summary/Overview for January through December 2001 |
| TC 035015-35073 RD | summary | 1998 | Red Dog Mine Property Summary/Overview for January through December 1998 |
| TC 035074-35170 RD | report | | Red Dog Mine Quarterly Environmental Reports for 1998 through First Quarter 2005 |

1 of 85



PLAINTIFF'S EXHIBIT
A04-049 CV
CASE (JWS) NO.
EXHIBIT NO. ADM 118

## DOCUMENTS IN RESPONSE TO REQUEST FOR SUPPLEMENTAL DISCLOSURE 7A
### November 21, 2005

| | | | |
|---|---|---|---|
| TC 034747-34761 RD | compliance report | | Teck Cominco Monthly Compliance Reports from January 2004 through March 2005 |
| TC 034762-34773 RD | compliance report | | Teck Cominco Monthly Compliance Reports from January 2003 through December 2003 |
| TC 034774-34817 RD | operating report | 2002 | Red Dog Mine 2002 Operating Monthly Reports (January through December) |
| TC 034818-34869 RD | summary | 2000 | Red Dog Mine Property Summary/Overview for January through December 2000 |
| TC 034870-34929 RD | summary | 1999 | Red Dog Mine Property Summary/Overview for January through December 1999 |
| TC 034930-35014 RD | summary | 2001 | Red Dog Mine Property Summary/Overview for January through December 2001 |
| TC 035015-35073 RD | summary | 1998 | Red Dog Mine Property Summary/Overview for January through December 1998 |
| TC 035074-35170 RD | report | | Red Dog Mine Quarterly Environmental Reports for 1998 through First Quarter 2005 |

1 of 45



PLAINTIFF'S EXHIBIT
CASE NO. A04-049 CV (JWS)
EXHIBIT NO. ADM 119


**DOCUMENTS IN RESPONSE TO REQUEST FOR SUPPLEMENTAL DISCLOSURE 7A**
November 21, 2005

| Bates Range | Type | Year | Description |
|---|---|---|---|
| TC 034747-34761 RD | compliance report | | Teck Cominco Monthly Compliance Reports from January 2004 through March 2005 |
| TC 034762-34773 RD | compliance report | | Teck Cominco Monthly Compliance Reports from January 2003 through December 2003 |
| TC 034774-34817 RD | operating report | 2002 | Red Dog Mine 2002 Operating Monthly Reports (January through December) |
| TC 034818-34869 RD | summary | 2000 | Red Dog Mine Property Summary/Overview for January through December 2000 |
| TC 034870-34929 RD | summary | 1999 | Red Dog Mine Property Summary/Overview for January through December 1999 |
| TC 034930-35014 RD | summary | 2001 | Red Dog Mine Property Summary/Overview for January through December 2001 |
| TC 035015-35073 RD | summary | 1998 | Red Dog Mine Property Summary/Overview for January through December 1998 |
| TC 035074-35170 RD | report | | Red Dog Mine Quarterly Environmental Reports for 1998 through First Quarter 2005 |

1 of 13



PLAINTIFF'S EXHIBIT
CASE NO. A04-049 CV (JWS)
EXHIBIT NO. ADM 120

## DOCUMENTS IN RESPONSE TO REQUEST FOR SUPPLEMENTAL DISCLOSURE 7A
### November 21, 2005

| | | | |
|---|---|---|---|
| TC 034747-34761 RD | compliance report | | Teck Cominco Monthly Compliance Reports from January 2004 through March 2005 |
| TC 034762-34773 RD | compliance report | | Teck Cominco Monthly Compliance Reports from January 2003 through December 2003 |
| TC 034774-34817 RD | operating report | 2002 | Red Dog Mine 2002 Operating Monthly Reports (January through December) |
| TC 034818-34869 RD | summary | 2000 | Red Dog Mine Property Summary/Overview for January through December 2000 |
| TC 034870-34929 RD | summary | 1999 | Red Dog Mine Property Summary/Overview for January through December 1999 |
| TC 034930-35014 RD | summary | 2001 | Red Dog Mine Property Summary/Overview for January through December 2001 |
| TC 035015-35073 RD | summary | 1998 | Red Dog Mine Property Summary/Overview for January through December 1998 |
| TC 035074-35170 RD | report | | Red Dog Mine Quarterly Environmental Reports for 1998 through First Quarter 2005 |

1 of 16



PLAINTIFF'S EXHIBIT
CASE NO. A04-049 CV (JWS)
EXHIBIT NO. ADM 121

### RED DOG MINE
### Teck Cominco Limited
### Quarterly Environment, Health, Safety & Community Report
### Quarter 1, 2004

| | |
|---|---|
| TO: | Mike Filion, VP, Environment |
| Cc: | Rob Scott, General Manager |
| DATE: | April 5, 2004 |
| FROM: | Jim Kulas, Environmental Superintendent |

## Section 1 – Environment

**Permit & Regulatory Compliance**

**Permit Non-Compliance**

| Date | Location | Permit # | Criteria | Result / Permit Limit |
|---|---|---|---|---|
| 11-Jan-04 | Port Baghouse 29-629 | 289TVP01 | PM | Potential to exceed PM standard due to inoperable gauge |
| 15-Jan-04 | Mill Powerhouse (MG17) | 290TVP01 | $NH_3$ | Unknown / 30 ppm |
| 28-Jan-04 | Mill Powerhouse (MG17) | 290TVP01 | NOx | Failed $NH_3$ injection / 18.2 lbs/hr |
| 10-Feb-04 | Port Baghouse 29-175 | 289TVP01 | PM | Failure to operate control device |

**Other Regulatory Non-Compliance**

| Date | Location | Regulation | Clause/Issue |
|---|---|---|---|
| 03-Feb-04 | Mine Potable Water System | EMS management of change and drinking water regulations | Maintenance performed prior to approval |
| 09-Feb-04 | NANA/Lynden | Spill reporting | Contractor's failure to report monthly spills |
| 28-Feb-04 | Port Potable Water System | Drinking water regulation | Failure to have a Level 2 operator on site |
| 28-Feb-04 | Mine Powerhouse | RCRA | A 55 gallon drum contained unknown fluid |
| 29-Feb-04 | Mine waste accumulation area | RCRA | A drum did not have the start of its accumulation date |
| 22-Mar-04 | Mine dumpster | ADEC solid waste disposal | Food found in a landfill dumpster |

1 of 26



PLAINTIFF'S EXHIBIT
A04-049 CV
CASE NO. (JWS)
ADM
EXHIBIT NO. 124

**RED DOG MINE**
**Teck Cominco Limited**
**1st Quarter 2005 Environment, Health & Safety Report**

**TO:** Mike Filion, VP, Environment (enviro@teckcominco.com)

**Cc:** Rob Scott, General Manager

**DATE:** April 1, 2005

**FROM:** Jim Kulas, Environmental Superintendent

## Section 1 – Environment

### Permit & Regulatory Compliance

**Permit Non-Compliance**

| Date | Location | Permit # | Criteria | Result / Permit Limit |
|---|---|---|---|---|
| Jan 10 | Mine Gyratory Crusher Baghouse | 290TVP01 | Particulate Matter | Potential to exceed the particulate matter limit of 0.05 grains per cubic foot of exhaust. |
| Jan 28 | Mill Powerhouse (MG-3) | 290TVP01 | $NO_x$ | 39.8 tons $NO_x$ / 38.0 Tons $NO_x$ per month |
| Jan 30 | Port TT-2 P-23A Baghouse | 289TVP01 | Conduct weekly readings | Weekly pressure differential readings not recorded the week of July 26, 2004 |
| Jan 30 | Port TT-4 P-7/8 Baghouse | 289TVP01 | Differential pressure | Differential pressure limit of 6 inches of $H_2O$ exceeded in Aug 2004 |
| Jan 30 | Port Surge Bin Baghouse | 289TVP01 | Differential pressure | Differential pressure limit of 6 inches of $H_2O$ exceeded in July 2004 |
| Mar 21 | Mill Powerhouse (MG17) with SCR | 290TVP01 | $NO_x$ lbs/hr & SCR $NO_x$ Removal | Potential to exceed the $NO_x$ limit of 18.2 lb/hr. 81% / 85% control efficiency. |

**Other Regulatory Non-Compliance**

| Date | Location | Regulation | Clause/Issue |
|---|---|---|---|
| none | | | |

1 of 7



PLAINTIFF'S EXHIBIT
A04-049 CV
CASE NO. (JWS)
EXHIBIT NO. ADM 125

TC 035164 RD

---

# RED DOG MINE
## Teck Cominco Limited
## Quarterly Environment, Health, Safety & Community Report
## Quarter 3, 2005

TO: Mike Filion, VP, Environment, Health and Safety
SUBMITTED TO: enviro@teckcominco.com
Cc: Rob Scott, General Manager

DATE: October 20, 2005

FROM: Jim Kulas, Environmental Superintendent



PLAINTIFF'S EXHIBIT
CASE NO. A04-049 CV (JWS)
ADM EXHIBIT NO. 127

## Section 1 – Environment

### Permit & Regulatory Compliance    (Ref: sections 1.0, 2.0 and 3.0 of EHS Reporting Requirements)

**Permit Non-Compliance***

| Date | Location | Permit # | Criteria | Result / Permit Limit |
|---|---|---|---|---|
| 06-Jul-05 | Main Pit – Generator 94-30 | Mine Title V 290TVP01 | EPA Method 9 Visual Emission Evaluation | Visual emission evaluation not conducted in June as required. |
| 30-Aug-05 | Mine Site- Batch plant 76-06 | Mine Title V 290TVP01 | EPA Method 9 Visual Emission Evaluation | Visual emission evaluation not conducted in August as required. |

*\* Permit Non-compliance: any failure to meet specific permit requirements. Effluent TSS, dryer stack emissions (either particulate or flows), waste water quality (BOD / TSS), inspection / reporting requirements, hi-vols not calibrated, dryer stack sampling procedure not followed, sewage lagoon overflow resulting in bypass of works*

| Water Quality Non-Compliance* | Total for Quarter | Parameters | | |
|---|---|---|---|---|
| | | TSS | BOD | Flow |
| Count | 590 | 36 | 12 | 0 |
| Count Over Standard | 0[1] | 0 | 0 | 0 |
| % Over Standard | 0 | 0 | 0 | 0 |

---

[1] The result of a total cyanide analysis from a Mine Outfall 001 sample collected on September 05, 2005 was 10 ppb. The daily maximum limit is 9 ppb. However, as explained in the DMR and notification letter to EPA, we do not believe this to be an exceedance of the permit limits or State water quality standards.

189

TC 038028 RD

**RED DOG MINE**
Teck Cominco American
**Quarterly Safety, Health, Environment & Community Report**
Quarter 3, 2006

| | |
|---|---|
| **TO:** | Mike Filion, VP, Environment, Health and Safety |
| | SUBMITTED TO: enviro@teckcominco.com |
| **Cc:** | John Knapp, General Manager |
| | Rob Scott, Vice President - Base Metal Mining |
| **DATE:** | October 29, 2006 |
| **FROM:** | Wayne Hall (on behalf of Jim Kulas, Environmental Superintendent) and Jim Somers, HR Superintendent |

PLAINTIFF'S EXHIBIT
CASE NO. A04-049 CV (JWS)
EXHIBIT NO. ADM 13

# Section 1 – Safety and Health

### Overview

| Safety Statistics – Quarterly Results | | | | | | |
|---|---|---|---|---|---|---|
| | **First Aids** | | **Medical Aids** | | **Lost Time Incidents** | |
| | Current | YTD | Current | YTD | Current | YTD |
| Employees | 29 | 75 | 4 | 7 | 2 | 4 |
| Contractors | 8 | 31 | 2 | 5 | 0 | 2 |

- A Drill/Blast employee slipped off the back end of a truck tailgate while pulling on a hose section. In the process of falling, employee cut right thumb which later became infected resulting in an LTA after off site evaluation. The Mine group discussed the incident during morning safety meeting, stressing the importance of evaluating the work area for slip hazards and either getting additional help or removing hose properly.

- A Mill Operator tripped on a pump base pedestal and injured the right knee while rolling up a trash pump hose. The employee's supervisor discussed the importance of paying attention to the working area, keeping working area floor clear of hoses, and had the old pump base pedestal removed from working area.

### Enforcement Actions
*(Ref: Section 5.0 of EHS Reporting Requirements)*

- MSHA cited the company with four citations in the 2nd quarter. The citations were received and paid during the 3rd quarter, totaling $3,640.00:

1 of 14



# International Network for Acid Prevention

## *Treatment of Sulphate in Mine Effluents*

*October 2003*


PLAINTIFF'S EXHIBIT
CASE NO. A04-049 CV (JWS)
EXHIBIT NO. APM 138



LORAX
ENVIRONMENTAL

1 of 129
TC 027530
RD

# Cominco Alaska Incorporated and Subsidiary

## Consolidated Financial Statements
Years Ended December 31, 1998 and 1997



PLAINTIFF'S EXHIBIT
CASE NO. A04-049 CV (JWS)
EXHIBIT NO. ADM 151



BDO Seidman, LLP
Accountants and Consultants

1 of 20

TC 027767
RD

# Cominco Alaska Incorporated and Subsidiary

**Consolidated Financial Statements**
Years Ended December 31, 1999 and 1998



PLAINTIFF'S EXHIBIT
CASE NO. A04-049 CV (JWS)
EXHIBIT NO. ADM 152

**BDO.**

1 of 21

BDO Seidman, LLP
Accountants and Consultants

TC 027747
RD

# Cominco Alaska Incorporated

## Financial Statements
Years Ended December 31, 2000 and 1999

PLAINTIFF'S EXHIBIT
CASE NO. A04-049 CV (JWS)
EXHIBIT NO. ADM 153



WOLFPACK
Cooperation... Collaboration... Concentration... Communication



BDO
BDO Seidman, LLP
Accountants and Consultants

1 of 20

TC 027727
RD

# Teck Cominco Alaska Incorporated

**Financial Statements**

Years Ended December 31, 2001 and 2000



PLAINTIFF'S EXHIBIT
CASE NO. A04-049 CV (JWS)
EXHIBIT NO. APM 154



WOLFPACK
Cooperation... Collaboration... Concentration... Communication

**BDO** 1 of 21
BDO Seidman, LLP
Accountants and Consultants

TC 027706
RD

# Teck Cominco Alaska Incorporated

Financial Statements
**December 31, 2002**
(in thousands of dollars)

1 of 15


PLAINTIFF'S EXHIBIT
CASE NO. A04-049 CV (JWS)
EXHIBIT NO. ADM 155

TC 027803
RD

# Teck Cominco Alaska Incorporated

Financial Statements
**December 31, 2006**
(in thousands of U.S. dollars)



1 of 20

PLAINTIFF'S EXHIBIT
CASE NO. A04-049 CV (JWS)
EXHIBIT NO. ADM 159

TC050563 RD

Lawrence L. Hartig
Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
larry@hartig.com
mail@hartig.com

Attorneys for Defendant Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, JOSEPH SWAN, <br><br> Plaintiffs, <br><br> vs. <br><br> TECK COMINCO ALASKA INCORPORATED, NORTHWEST ARCTIC BOROUGH, NANA REGIONAL CORPORATION, <br><br> Defendants. | Case No: A04-00049 CV (JWS) <br><br> EXPERT REPORT OF GENE ANDREWS |

1 of 14



PLAINTIFF'S EXHIBIT
CASE NO. A04-049 CV (JWS)
EXHIBIT NO. IPEN 168

1