JAMES E. TORGERSON (Alaska Bar No. 8509120)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
jim.torgerson@hellerehrman.com

Attorneys for Intervenor
NANA REGIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>    Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>    Intervenor-Defendants. | Case No.: A:04-cv-0049 (JWS)<br><br>**ERRATA CONCERNING DOCKET 218** |

On January 29, 2008, Teck Cominco Alaska Incorporated and NANA Regional Corporation filed a Joint Motion and Memorandum in Support of Motion to Strike Plaintiffs' New Expert Reports at Docket 218. Yesterday afternoon an error was noticed regarding the citation in footnote 10 on page 3. The correct citation is *02 Micro Intern, Ltd. v. Monolithic Power Systems, Inc.*, 467 F.3d 1355, 1368-69 (Fed. Cir. 2006). Counsel apologizes for any inconvenience this error caused.

Dated: February 8, 2008     Respectfully submitted,

HELLER EHRMAN LLP
Intervenor-Defendant
NANA REGIONAL CORP.

By _____ */s/ James E. Torgerson* _____
JAMES E. TORGERSON (BAR NO. 8509120)
510 L Street, Suite 500
Anchorage, AK  99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
jim.torgerson@hellerehrman.com

Dated: February 8, 2008     Respectfully submitted,

HARTIG RHODES HOGE & LEKISCH
Defendant
TECK COMINCO ALASKA INCORPORATED

By _____ */s/ Sean Halloran* _____
SEAN HALLORAN (BAR NO. 9211080)

**ERRATA CONCERNING DOCKET 218**
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)**
PAGE 2 OF 3

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing ERRATA CONCERNING DOCKET 218 was served via the method indicated below this 8th day of February, 2008, on the following parties:

| | |
|---|---|
| Luke W. Cole<br>Center on Race, Poverty & the Environment<br>450 Geary Street, Suite 500<br>San Francisco, CA  94102 | Counsel for Plaintiffs<br>Served via:<br>☐ Facsimile  ☐ Regular U. S. Mail<br>☐ Hand Delivery  ☒ Electronic transmission |
| Nancy S. Wainwright<br>Law Offices of Nancy S. Wainwright<br>13030 Back Road, Suite 555<br>Anchorage, AK  99515-3538 | Counsel for Plaintiffs<br>Served via:<br>☐ Facsimile  ☒ Regular U. S. Mail<br>☐ Hand Delivery  ☒ Electronic transmission |
| Sean Halloran<br>Hartig Rhodes Hoge & Lekisch, P.C.<br>717 K Street<br>Anchorage, AK  99501 | Counsel for Defendant Teck Cominco<br>Served via:<br>☐ Facsimile  ☐ Regular U. S. Mail<br>☐ Hand Delivery  ☒ Electronic transmission |
| David S. Case<br>Landye Bennett Blumstein LLP<br>701 West 8th Avenue, Suite 1200<br>Anchorage, AK  99501 | Counsel for Intervenor-Defendant Northwest Arctic Borough<br>Served via:<br>☐ Facsimile  ☐ Regular U. S. Mail<br>☐ Hand Delivery  ☒ Electronic transmission |

    */S/ James E. Torgerson*
JAMES E. TORGERSON (BAR NO. 8509120)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK  99501
Telephone:  907-277-1900
Facsimile:  907-277-1920
james.torgerson@hellerehrman.com

SE 2241352 v1
2/8/08 8:50 AM (38576.0002)

**ERRATA CONCERNING DOCKET 218**
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)**
PAGE 3 OF 3