# 2007 NORTHWEST ARCTIC BOROUGH LEGISLATIVE PRIORITIES

## OUR MISSION ~
**The Northwest Arctic Borough shall aggressively strive to improve the quality of life for all our residents.**

1. **DMTS**
   Acquiring the Delong Mountain Transportation System (DMTS) will assist in building capacity for Northwest Alaska communities. With revenues generated from DMTS, we will be better equipped to provide basic services such as schools, transportation, law enforcement, employment, public safety and healthy communities. Acquiring DMTS will assist in achieving our 2007 priorities.

2. **NOATAK SCHOOL**
   The Northwest Arctic Borough (NAB) fully supports the Northwest Arctic Borough School Districts construction priority list. The Noatak School is number one in our district and number three in the State.

3. **PCE**
   Power Cost Equalization has the capacity to reduce the increasing fuel costs across the Northwest Arctic Borough and across rural Alaska. We are looking at every avenue to reduce the high cost of living for all residents.

4. **REVENUE SHARING**
   State funded Revenue Sharing has been crucial for survival of our local governments. Without these funds, daily functions of our City governments will minimize public services or cease to exist.

5. **LAW ENFORCEMENT**
   The NAB will work towards administration of law enforcement in the region. We will work towards acquisition of funding, administration, training, recruitment and housing for all aspects of law enforcement in the region.

6. **FIREFIGHTING**
   The NAB will acquire funding to provide equipment, facilities and training for all communities to successfully fight fires.

7. **KIVALINA SEAWALL**
   The NAB continues to support the residents of Kivalina for the repair of the existing seawall. Local, State and Federal entities are working together to provide a safe environment for residents of Kivalina until the community is successfully relocated.


Exhibit D
Page 1 of 2

NORTHWEST ARCTIC BOROUGH
RESOLUTION 07-10

A RESOLUTION OF THE NORTHWEST ARCTIC BOROUGH ASSEMBLY CONFIRMING ASSEMBLY GOALS AND FOR RELATED PURPOSES.

**WHEREAS:** the Northwest Arctic Borough Assembly recognizes the importance of establishing goals; and

**WHEREAS:** the Borough Assembly has met in a work session on January 30, 2007 to develop goals; and

**WHEREAS:** the purpose of these meetings was to review the current goals and to create a set of goals that will provide direction for borough administration over the next three years; and

**WHEREAS:** it is directed to the administration to establish strategic work plans consistent with the goals set forth in this resolution, including measurements of achievement.

**NOW THEREFORE BE IT RESOLVED** that the Northwest Arctic Borough Assembly adopts the following goals for the next three years:

1) Obtain new sources of revenue.
2) Revise borough's comprehensive plan.
3) Improve public safety.
4) Effect positive education, workforce development, and youth opportunities.
5) Improve facilities to efficiently provide community services.

Passed and adopted this __31st__ day of __January__, __2007__.

_____
Walter G. Sampson, Assembly President

Passed and approved this __31st__ day of __January__, __2007__.

_____
Siikauraq Whiting, Borough Mayor

Signed and attested this __31st__ day of __January__, __2007__.

_____
Helena Hildreth, Borough Clerk        ATTEST:

Exhibit __D__
Page __2__ of __2__