David S. Case, P.C.
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail: dcase@lbblawyers.com
Alaska Bar No. 7505010

Attorneys for Northwest Arctic Borough


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


ENOCH ADAMS, JR., LEROY ADAMS, ) Case No. A04-0049 CV (JWS)
ANDREW KOENIG, JERRY NORTON, )
DAVID SWAN and JOSEPH SWAN, )
                                                )
                              Plaintiff, )
                                                )
        v.                                   )
                                                )
TECK COMINCO ALASKA                )
INCORPORATED                            )
                                                )
                          Defendant. )  **[PROPOSED] ORDER DENYING**
_____ )  **PLAINTIFFS' MOTIONS IN LIMINE**
                                                )  **TO EXCLUDE EXHIBITS AND**
NANA REGIONAL CORPORATION and )  **WITNESS NOT TIMELY DISCLOSED**
NORTHWEST ARCTIC BOROUGH, )
                                                )
        Intervenor-Defendants.)
_____ )


        The Court has reviewed plaintiffs' motions in limine to

exclude a witness and evidence from the Northwest Arctic

Borough and NAB's opposition and reply thereto.

_Adams v. Teck Cominco,_ Case No. 3:04-cv-00049-JWS
(Proposed) ORDER DENYING PLAINTIFFS' MOTIONS IN LIMINE TO EXCLUDE EXHIBITS
AND WITNESS NOT TIMELY DISCLOSED
Page 1 of 3

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

BASED UPON THE COURT'S REVIEW,

**IT IS HEREBY ORDERED** that plaintiffs' motions in limine to exclude exhibits and witness is hereby **DENIED**.

DATED:_____        _____
                             HON. JOHN W. SEDWICK
                             Judge of the U. S. District Court

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

*Adams v. Teck Cominco,* Case No. 3:04-cv-00049-JWS
(Proposed) ORDER DENYING PLAINTIFFS' MOTIONS IN LIMINE TO EXCLUDE EXHIBITS
AND WITNESS NOT TIMELY DISCLOSED
Page 2 of 3

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Certificate of Service

I hereby certify that on February 5, 2008, a copy of the
foregoing DEFENDANT-INTERVENOR NORTHWEST ARCTIC BOROUGH'S
RESPONSE TO PLAINTIFFS' OBJECTION TO BOROUGH'S UNDISCLOSED
EXHIBITS AND MOTION IN LIMINE TO EXCLUDE EXHIBITS NOT TIMELY
DISCLOSED was served electronically on:

Sean Halloran
Hartig Rhodes Hoge & Lekisch
717 K Street
Anchorage, AK  99501
sean.halloran@hartig.com

Luke W. Cole
Center on Race, Poverty & the Environment
450 Geary Street, Suite 500
San Francisco, CA  94102
luke@igc.org

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, AK  99501
jim.torgerson@hellerhrman.com

and on the following by regular U.S. Mail:

Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK  99515-3538

s/David S. Case
David S. Case

*Adams v. Teck Cominco,* Case No. 3:04-cv-00049-JWS
(Proposed) ORDER DENYING PLAINTIFFS' MOTIONS IN LIMINE TO EXCLUDE EXHIBITS
AND WITNESS NOT TIMELY DISCLOSED
Page 3 of 3