1   LUKE W. COLE, California Bar No. 145,505
    CAROLINE FARRELL, California Bar No. 202,871
2   BRENT J. NEWELL, California Bar No. 210,312
    Center on Race, Poverty, & the Environment
3   47 Kearny Street, Suite 804
    San Francisco, CA, 94108
4   415/346-4179 • fax 415/346-8723

5   NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
    Law Offices of Nancy S. Wainwright
6   13030 Back Road, Suite 555
    Anchorage, AK 99515-3538
7   907/345-5595 • fax 907/345-3629

8   Attorneys for Plaintiffs Enoch Adams, Jr., Leroy
    Adams, Andrew Koenig, Jerry Norton and Joseph Swan
9

10              **IN THE UNITED STATES DISTRICT COURT**

11          **FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

12

13   ENOCH ADAMS, JR., LEROY ADAMS,          Case No. A04-49 (JWS)
     ANDREW KOENIG, JERRY NORTON
     DAVID SWAN and JOSEPH SWAN,             **[PROPOSED] ORDER**
14                                           **GRANTING SUMMARY**
                                             **JUDGMENT TO PLAINTIFFS**
         Plaintiffs,                         **ON FOUR LEGAL ISSUES**
15
         v.
16
     TECK COMINCO ALASKA INCORPORATED
17
         Defendant.
18   ────────────────────────────────────

19   NANA REGIONAL CORPORATION and
     NORTHWEST ARCTIC BOROUGH,
20
         Intervenors-Defendants.
21   ────────────────────────────────────

22
             At Docket 241, Plaintiffs Enoch Adams, Jr. *et al.* move for summary adjudication on four
23
     legal questions, prior to trial.  The Court having considered the arguments for and against
24
     Adams's position, and good cause appearing therefore, IT IS SO ORDERED THAT:
25
             1.  If Adams presents evidence proving that Teck Cominco has violated the monthly
26
     average total dissolved solids (TDS) permit limitation in the 1998 permit, currently in effect
27
     during the Arctic Grayling spawning season, then Teck Cominco is liable for all violations of the
28
     ORDER GRANTING ADAMS PLAINTIFFS'
     MOTION FOR SUMMARY JUDGMENT
     ON FOUR LEGAL ISSUES

1  monthly average permit limit for TDS noticed and proven by Adams.

2    2. If Adams presents evidence proving that Teck Cominco has violated the monthly

3  average cyanide permit limitation of 4 µg/ml found in Section I.A.1 of the permit and that those

4  violations are ongoing or capable of repetition, Teck Cominco will be liable for those violations.

5  Permit Section I.A.5.d is not relevant to Teck Cominco's liability for violations of Section I.A.1.

6    3. Teck Cominco is precluded from challenging the laboratory results reported in its

7  DMRs; if such laboratory results indicate a violation of a permit condition, Teck Cominco may

8  not evade liability by pointing to a contrary lab result from a different lab also reported in the

9  same DMR.

10    4. If any violations of monthly average permit limitations are proven at trial, each such

11  violation shall count as a violation for each day of that month in which the facility discharged.

12

13  Date:    _____
                    Judge of the District Court

14

15  CERTIFICATE OF SERVICE
   I hereby certify that on the 8th day of February 2008, a true and correct copy of the foregoing [Proposed] Order Granting Motion
16  for Summary Judgment  was served, via electronic mail, on the below identified parties of record:

17  Sean Halloran
   Hartig Rhodes
18  717 K Street
   Anchorage, AK 99501

19

   Nancy S. Wainwright
20  Law Offices of Nancy S. Wainwright
   13030 Back Road, Suite 555
21  Anchorage, Alaska 99515-3538

22  James E. Torgerson
   Heller Ehrman White & McAuliffe LLP
23  510 L Street, Suite 500
   Anchorage, Alaska 99501-1959

24

   David S. Case
25  Landye Bennett Blumstein LLP
   701 W. 8th Ave., Suite 1200
26  Anchorage, AK 99501

27    _____/S/ Luke Cole_____
   Luke Cole
28

   ORDER GRANTING ADAMS PLAINTIFFS'
   MOTION FOR SUMMARY JUDGMENT
   ON FOUR LEGAL ISSUES          - 1 -