LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty, & the Environment
47 Kearny Street, Suite 804
San Francisco, CA, 94108
415/346-4179 • fax 415/346-8723

NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3538
907/345-5595 • fax 907/345-3629

Attorneys for Plaintiffs Enoch Adams, Jr., Leroy
Adams, Andrew Koenig, Jerry Norton and Joseph Swan

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN,<br><br>Plaintiffs,<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED<br><br>Defendant.<br> | Case No. A04-49 (JWS)<br><br>**PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION OF FOUR LEGAL ISSUES** |
| NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH,<br><br>Intervenors-Defendants.<br> | |

DECLARATION OF LUKE COLE IN SUPPORT OF
ADAMS PLAINTIFFS' MOTION FOR SUMMARY
ADJUDICATION OF FOUR LEGAL ISSUES

I, Luke Cole, declare:

1. I am over 18 years of age and not a party to this action. I am lead counsel for plaintiffs.

2. Attached as Exhibit 1 is a ture and correct copy of a letter from Randall Smith, US EPA, to Robert Jacko, Teck Cominco, dated October 2, 2003, which is also Trial Exhibit 4.

3. Attached as Exhibit 2 is a true and correct copy of Pages 1-6 and page 39 of Teck Cominco's 1998 permit, Trial Exhibit 3000.

4. Attached as Exhibit 3 is a true and correct copy of Teck Cominco's Response to Request for Admission No. 223 in the *KRPC v. Teck Cominco* suit, stipulated for use in this suit.

5. Attached as Exhibit 4 are true and correct copies pages 55-57 of Teck Cominco's Opposition to Motion for Partial Summary Judgment and Cross Motion for Partial Summary Judgment in the *KRPC v. Teck Cominco* suit.

6. Attached as Exhibit 5 is a true and correct copy of page 1 of Teck Cominco's September 1999 Mine Site DMR, Bates Stamped 000776.

7. Attached as Exhibit 6 is a true and correct copy of page 2 of Teck Cominco's July 2001 Mine Site DMR, Bates Stamped 001614.

8. Attached as Exhibit 7 are true and correct copies of pages 1-2 of Teck Cominco's June 2002 Mine Site DMR, Bates stamped TC 001399-1400 RD.

9. Attached as Exhibit 8 is a true and correct copy of page 35 of the Deposition of Mark Thompson, which I took in Anchorage, AK on March 3, 2005.

10. EPA modified Teck Cominco's mine site permit in 2003, but chose not to address the cyanide permit limitation at that time.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 8th day of February and executed at San Francisco, California.

                                                                    /S/ Luke Cole
                                                                     Luke Cole

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February 2008, a true and correct copy of the foregoing Declaration of Luke Cole in Support of Motion for Summary Judgment on Four Legal Issues and Proposed Order was served, via electronic mail, on the below identified parties of record:

Sean Halloran
Hartig Rhodes
717 K Street
Anchorage, AK 99501

Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

_____/S/ Luke Cole_____

Luke Cole

DECLARATION OF LUKE COLE IN SUPPORT OF
ADAMS PLAINTIFFS' MOTION FOR SUMMARY
ADJUDICATION OF FOUR LEGAL ISSUES          ii