

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 10
1200 Sixth Avenue
Seattle, WA 98101

OCT 0 2 2003

Reply To
Attn Of:   OW-130

Robert M. Jacko, President
Teck Cominco Alaska Incorporated
Red Dog Mine
3105 Lakeshore Drive, Building A, Suite 101
Anchorage, Alaska 99517

Re:   Teck Cominco Alaska Incorporated, Red Dog Mine
      NPDES Permit No.:  AK-003865-2
      Appeal No.:  NPDES 03-09

Dear Mr. Jacko:

  A petition has been filed with the Environmental Appeals Board (EAB) requesting that the EAB review certain conditions in the above-referenced NPDES permit that were modified on July 17, 2003. The purpose of this letter is to identify the requirements of the permit that are stayed, pursuant to 40 C.F.R. §124.16, pending resolution of the appeal.

  The total dissolved solids (TDS) requirements in Parts I.A.8.a through k of the 2003 permit modification are stayed. The monitoring requirements for TDS and conductivity at Station 10, and all of the monitoring requirements for Station 150, as outlined in Part I.D. of the 2003 permit modification, are also stayed.

  Until the appeal has been resolved, all conditions of the unmodified 1998 NPDES permit referenced above remain in effect, including the TDS limits and monitoring requirements for Outfall 001 contained in Part I.A, the monitoring requirements for TDS and conductivity at Station 10, and all of the monitoring requirements for Station 73.

PLAINTIFF'S EXHIBIT A04-049 CV CASE(JWS) NO. EXHIBIT NO. 4 ADM

Exh 1
1 of 2

Printed on Recycled Paper

2

If you have any questions please contact Kathleen Collins at (206) 553-2108.

Sincerely,

*Randy Smith*

Randall F. Smith
Director
Office of Water

cc: Environmental Appeals Board
Jerry Norton, Kivalina IRA Council
Ernesta Ballard, Alaska Department of Environmental Conservation
Lawrence Hartig, Hartig, Rhodes, Hoge & Lekisch
Thomas Waldo, Earthjustice
Amy Crook, Center for Science in Public Participation
Luke Cole, Center on Race, Poverty and the Environment
John A. Rense, NANA Regional Corporation, Inc.
Steven C. Borell, Alaska Miners Association

Exh. No 2
2 of 2