Cominco Alaska Inc, ited/Red Dog Mine/P.O. Box 1230/Kotzel \laska 99752/Tel. (907) 426-2170

October 12, 1999



*A Subsidiary of Cominco American Incorporated*

Randall F. Smith
Director, Office of Water, Region 10
United States Environmental Protection Agency
1200 Sixth Avenue, OW-133
Seattle, WA 98101



ATTN:   Robert Grandinetti

Subject:   **NPDES Permit #AK-003865-2, Discharge Monitoring Report, September 1999**

Dear Mr. Smith:

Attached are the results of water monitoring as required by the NPDES Wastewater Discharge Permit #AK-003865-2 for the Cominco Alaska Incorporated Red Dog Mine.

The permit regulates Outfall 001, Industrial Treated Wastewater Effluent, and Outfall 002, Domestic Sewage Treatment Plant Effluent.

## OUTFALL 001

I.   INORGANIC PARAMETERS

All required monitoring for inorganic NPDES permit parameters were conducted for September 1999 and are contained in Attachment I, Discharge Monitoring Report (DMR). Please be advised that mercury values for September are below the Interim Compliance Levels listed under Stipulation I.A.5.d, and should not be considered a violation. The total cyanide value for October 4th was with in the daily permit limit, however due to this value the average for the month is above the monthly limit of 4.0 ppb. The analytical results for WAD cyanide conducted on a split of the October 4th sample was less than the detection limit.

AK-003865-2

000776

EXHIBIT 5
1 OF 1