*RED DOG MINE DISCHARGE MONITORING REPORT*

Outfall 001 samples collected on July 22nd and 30th were both analyzed by CT&E Analytical Laboratory to contain a concentration of 10 parts per billion (ppb; ug/l) total cyanide. The permit limits for total cyanide are 9 ppb for a daily maximum and 4 ppb for a monthly average. Samples collected on July 22nd and 30th exceed the daily maximum limit and the average of all of the monthly samples exceeded the monthly average limit.

An Outfall sample collected on July 30th was analyzed by CT&E Analytical Laboratory to contain a concentration of 4.2 ppb cadmium. The permit limits for cadmium are 3.4 ppb for a daily maximum and 2.0 ppb for a monthly average. The sample collected on July 30th exceeded the daily maximum limit and the average of all of the monthly samples exceeded the monthly average limit.

II.  ORGANIC PARAMETERS

An Organic Priority Pollutant Scan was conducted on a sample collected on July 05, 2001. All results were below the detection for each compound.

III. WHOLE EFFLUENT TOXICITY

A Whole Effluent Toxicity (WET) test was conducted on samples collected July 5, 7, and 9. Results for *Pimephales promelas* and *Ceriodaphnia dubia* were within permit limits and are contained in the DMR.

IV.  MINE DRAINAGE

Mine drainage is captured and pumped to the tailings impoundment. A daily log of water volumes pumped and the cumulative annual volume is included in Attachment II, Mine Sump Flow log.

V.   AMBIENT AND RECEIVING STREAM MONITORING

No exploratory work was conducted during July 2001, in the vicinity of the Clean Water Ditch tributaries.

A. Inorganic Parameters

Inorganic monitoring of ambient and receiving streams was conducted for July 2001. The results are contained in the attached DMR.