# teckcominco

July 15, 2002

Randall F. Smith
Director, Office of Water, Region 10
United States Environmental Protection Agency
1200 Sixth Avenue, OW-133
Seattle, WA 98101

ATTN:   Robert Grandinetti

Subject:   NPDES Permit #AK-003865-2 (Mine Site), Discharge Monitoring Report, June 2002

Dear Mr. Smith:

Attached are the results of water monitoring as required by the NPDES Wastewater Discharge Permit #AK-003865-2 for the Teck Cominco Alaska Incorporated (Teck Cominco) Red Dog Mine.

The permit regulates Outfall 001, Industrial Treated Wastewater Effluent, and Outfall 002, Domestic Sewage Treatment Plant Effluent.

## OUTFALL 001

I.   INORGANIC PARAMETERS

Inorganic monitoring for NPDES permit parameters was conducted for June 2002, and is contained in Attachment I: Discharge Monitoring Report (DMR).

Total Dissolved Solids (TDS) concentrations are reported for Outfall 001. All results are above the permit limit, however, TDS is currently being regulated by U.S. EPA Modified Compliance Order Docket No. CWA-10-99-0167 dated May 17, 2002.

A sample collected on June 10, 2002, from Outfall 001 was analyzed to contain 18 parts per billion (ppb, ug/l) total cyanide. The daily maximum permit limit concentration for total cyanide is 9 ppb. All other total cyanide analysis conducted during the month

Case 3:04-cv-00049-JWS   Document 242-8   Filed 02/08/2008   Page 2 of 2

RED DOG MINE DISCHARGE MONITORING REPORT

resulted in non-detectable concentrations (< 3 ppb). However, the actual monthly average exceeded the monthly average permit limit for total cyanide of 4 ppb.

II.   ORGANIC PARAMETERS

An Organic Priority Pollutant Scan was not conducted in June 2002.

III.   WHOLE EFFLUENT TOXICITY

A Whole Effluent Toxicity (WET) test was conducted in June 2002. Results for *Pimephales promelas* and *Ceriodaphnia dubia* were within permit limits and are contained in the DMR. A split sample for *Ceriodaphnia dubia* chronic testing was sent to a second laboratory for comparative analysis. The result of the split sample analysis was 19.27 $TU_c$.

IV.   MINE DRAINAGE

Mine drainage is captured and pumped to the tailings impoundment. A daily log of water volumes pumped during the reporting period and the cumulative annual volume is included in Attachment II, Mine Sump Flow log.

V.   AMBIENT AND RECEIVING STREAM MONITORING

No exploratory work was conducted in the vicinity of the Clean Water Ditch tributaries during June 2002.

A. Inorganic Parameters

Inorganic monitoring of ambient and receiving streams was conducted for June 2002. The results are contained in the attached DMR.

B. Whole Effluent Toxicity

WET tests were conducted on samples collected in June 2002. Results for *Pimephales promelas* and *Ceriodaphnia dubia* are contained in the DMR. WET testing for Station 9 was conducted using one aliquot of water due to logistical difficulties as per email dated June 21, 2001 from Modonna Narvaez to Robert Grandinetti and Mark Thompson.

C. Streamflow Measurements

Streamflow data for the end of May and all of June are contained in Attachment III, Hydrographs.

2

EXHIBIT 7   2 of 2

AK-003865-2

TC 001400 RD