Page 35

1   pretty solid.  Solid as you're going to get a total
2   cyanide result.
3       Q.   Okay.  Now, if you do a split sample and
4   another lab comes back with a value that is above
5   your permit parameter, what do you do with that
6   value?
7       A.   It's in the DMR.
8       Q.   So it's reported in the DMR?
9       A.   It's reported right here.  All values are
10  reported here.  We don't withhold any values.
11      Q.   When you're saying "here," what are you
12  referring to?
13      A.   The DMR.
14      Q.   The narrative portion?  The letter portion?
15      A.   Sometimes it's in what -- the portion of
16  the DMR we call the cover letter.  Sometimes it's in
17  tables as attachments.  Generally is here, but it can
18  vary.  All data is reported.  We don't hold back any
19  data.  We report it all.
20      Q.   Okay.  So the cover letter, the forms and
21  the attachments are all part of the DMR?
22      A.   Yes.
23      Q.   But I guess my question is:  You said
24  the -- since 2003, you were reporting in the forms
25  part the values from NCA.