**TECK COMINCO & NANA'S RESPONSE TO ADAMS EXHIBIT OBJECTION CHART**

| Exhibit No. | Title/Description | Bates No. | Objection | Response |
|---|---|---|---|---|
| 1000 | 2007 Permit (mislabeled as "1998 Permit but dated April 12, 2007) | TC 038037-38076 RD | Relevance: permit was never operative and is now withdrawn | Relevance to Penalty:<br>• seriousness (significance of violations; harm to health and environment; duration of non-compliance; history of violations)<br>• good faith efforts to comply;<br>• Such other matters as justice may require. |
| 1003 | ADEC COBC for TDS dated June 2, 2002 | TC 029771-29805 RD | Relevance: not relevant because this is an Alaska State permit compliance document. Teck Cominco's compliance with Alaska water quality standards is not at issue in this case. What is at issue is Teck Cominco's compliance with its federal permit. | Relevance to Penalty:<br>• seriousness (significance of violations; harm to health and environment; duration of non-compliance; history of violations)<br>• good faith efforts to comply;<br>• Such other matters as justice may require. |

EXHIBIT 1
Page 1 of 41

| 1004 | ADEC 2004 COBC dated May 10, 2004 | NA | Relevance: not relevant because this is an Alaska State permit compliance document. Teck Cominco's compliance with Alaska water quality standards is not at issue in this case. What is at issue is Teck Cominco's compliance with its federal permit. | Relevance to Penalty: <br> • seriousness (significance of violations; harm to health and environment; duration of non-compliance; history of violations) <br> • good faith efforts to comply; <br> • Such other matters as justice may require. |
| --- | --- | --- | --- | --- |
| 1005 | 1998 ADEC 401 Certification dated July 22, 1998 | NA | Authentication | Witness (McGee) will authenticate |
| 1006 | 2003 ADEC 401 Certification dated June 23 | NA | Relevance; not provided | Relevance to Penalty: <br> • seriousness (significance of violations; harm to health and environment; duration of non-compliance; history of violations) <br> • good faith efforts to comply; <br> • Such other matters as justice may require. <br> Not Provided: This document is publicly available and Plaintiffs do not assert any prejudice. |

EXHIBIT 1
Page 2 of 41

| 1007 | 2007 ADEC 401 Certification dated February 12, 2007 | TC 011191-11193 RD | Relevance: not relevant because ADEC has withdrawn this 401 certification. No longer operative. | Relevance to Penalty:<br>• seriousness (significance of violations; harm to health and environment; duration of non-compliance; history of violations)<br>• good faith efforts to comply;<br>• Such other matters as justice may require.<br>• The plaintiffs are still actively appealing from this certification. |
|------|------|------|------|------|
| 1008 | May 1999 Mine DMR | TC 038613-38661 RD | Relevance (subsequently amended), Authentication | Relevance:<br>• FRE 106<br>• Liability<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication:  Numerous witnesses can authenticate. |
| 1020 | June 1999 Mine DMR | TC 11203-11206 RD; TC 35171-35173 RD; TC 000234-279 RD | Relevance (subsequently amended), Authentication | Relevance:<br>• FRE 106<br>• liability<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication:  Numerous witnesses can authenticate. |

EXHIBIT  1
Page 3 of 41

| 1031 | July 1999 Mine DMR | TC 035171-35174; TC 24109-24111 RD; TC 11194-11199 RD; TC 000280-349 RD | Relevance (subsequently amended), Authentication | Relevance:<br>• FRE 106<br>• liability<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication: Numerous witnesses can authenticate. |
| --- | --- | --- | --- | --- |
| 1043 | August 1999 Mine DMR | TC 035171-35172, 35175; TC 000350-414 RD | Relevance (subsequently amended), Authentication | Relevance:<br>• FRE 106<br>• liability<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication: Numerous witnesses can authenticate. |
| 1055 | September 1999 Mine DMR | TC 035171-35172, 35176; TC 00419-477 RD | Relevance (subsequently amended), Authentication | Relevance:<br>• FRE 106<br>• liability<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication: Numerous witnesses can authenticate. |
| 1084 | June 2000 Mine DMR | TC 35171-35172, 35177 RD; TC 11207-11211 RD; TC 000645-702 RD | Relevance (subsequently amended), Authentication | Relevance:<br>• FRE 106<br>• liability<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication: Numerous witnesses can authenticate. |

EXHIBIT 1
Page 4 of 41

| 1099 | July 2000 Mine DMR | TC 035171-35172, 35178; 001082-1144 | Relevance (subsequently amended), Authentication | Relevance:<br>• FRE 106<br>• liability<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication: Numerous witnesses can authenticate. |
|---|---|---|---|---|
| 1100 | Corrected May 2000 and July 2000 DMR sheets | TC 000752-783 RD | Authentication | Authentication: Numerous witnesses can authenticate. |
| 1110 | August 2000 Mine DMR | TC 011212-11215; TC 000784-858 RD | Relevance (subsequently amended), Authentication | Relevance:<br>• FRE 106<br>• liability<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication: Numerous witnesses can authenticate. |
| 1116 | Final Report-Toxicity Evaluation of Outfall 001 to Ceriodaphnia by Parametrix dated August 2000 | TC 051054-51090 RD | Authentication, not timely provided | Authenticity: DeForest or Stubblefield can authenticate. Disclosed in Initial Disclosures. |
| 1117 | September 2000 Mine DMR | TC 035171-35172, 35179 RD; TC 00859-915 RD | Relevance (subsequently amended), Authentication | Relevance:<br>• FRE 106<br>• liability<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication: Numerous witnesses can authenticate |

EXHIBIT 1
Page 5 of 41

| 1125 | October 2000 Mine DMR | TC 035171-35172, 35180 RD; TC 00932-987 RD | Relevance (subsequently amended), Authentication | Relevance:<br>• FRE 106<br>• liability<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication: Numerous witnesses can authenticate |
| 1136 | June 2001 Mine DMR | TC 035171-35172, 35181; TC 000997-1077 RD | Relevance (subsequently amended), Authentication | Relevance:<br>• FRE 106<br>• liability<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication: Numerous witnesses can authenticate |
| 1149 | July 2001 Mine DMR | TC 035171-35712, 35182 RD; TC 011216-11218; TC 001078-1134 RD | Relevance (subsequently amended), Authentication | Relevance:<br>• FRE 106<br>• liability<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication: Numerous witnesses can authenticate |
| 1165 | August 2001 Mine DMR | TC 035171-35172, 35183 RD; TC 11219-11222 RD; TC 001135-1194 RD | Relevance (subsequently amended), Authentication | Relevance:<br>• FRE 106<br>• liability<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication: Numerous witnesses can authenticate |

EXHIBIT 1
Page 6 of 41

| 1172 | September 2001 Mine DMR | TC 035171-35172, 35184 RD; TC001197-1254 RD | Relevance (subsequently amended), Authentication | Relevance:<br>• FRE 106<br>• liability<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication: Numerous witnesses can authenticate |
| --- | --- | --- | --- | --- |
| 1193 | May 2002 Mine DMR | TC 35171-35172, 35185 RD; TC 005796-5799 RD; TC 001348-1398 RD | Relevance (subsequently amended), Authentication | Relevance:<br>• FRE 106<br>• liability<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication: Numerous witnesses can authenticate |
| 1202 | June 2002 Mine DMR | TC 035171-35172, 35186 RD; TC 001399-1451 RD | Relevance (subsequently amended), Authentication | Relevance:<br>• FRE 106<br>• liability<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication: Numerous witnesses can authenticate |
| 1217 | July 2002 Mine DMR | TC 011175-11178 RD; TC 006492-6540 RD | Relevance (subsequently amended), Authentication | Relevance:<br>• FRE 106<br>• liability<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication: Numerous witnesses can authenticate |

EXHIBIT 1
Page 7 of 41

| | | | | |
|---|---|---|---|---|
| 1218 | Short-Term Chronic Toxicity of Effluents from Red Dog Mine to Pinnephales promelas by ENSR dated July 2002 | TC 051134-51373 RD | Relevance, Authentication | Relevance:<br>• Explain DMR's<br>• Capable of repetition<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication:  Multiple witnesses can authenticate |
| 1229 | August 2002 Mine DMR | TC 011179-1182 RD; TC 6514-6589 RD | Relevance (subsequently amended), Authentication | Relevance:<br>• FRE 106<br>• liability<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication:  Numerous witnesses can authenticate |
| 1230 | Report of Short Term Chronic Toxicity Testing using Ceriodaphnia by ENSR dated September 6, 2002 | TC 051374-51444 RD | Relevance, Authentication | Relevance:<br>• Explain DMR's<br>• Capable of repetition<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication:  Multiple witnesses can authenticate |
| 1231 * labeled 2231 | Bioassay Report conducted August 7-14, 2002 by CH2MHi11 dated August 2002 | TC 051733-51766 RD | Authentication | Multiple witnesses can authenticate. |
| 1232 * labeled 2232 | Bioassay Report conducted August 30 through September 3, 2002 by CH2MHi11 dated September 4, 2002 | TC 051767-51798 RD | Relevance, Authentication | Relevance:<br>• Capable of repetition<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication:  Multiple witnesses can authenticate |

EXHIBIT  1
Page 8 of 41

| 1245 | September 2002 Mine DMR | TC 035171-35172, 35187 RD; TC 11183-11186 RD; TC 11223-11226 RD; TC 005747-5795 RD | Relevance (subsequently amended), Authentication | Relevance:<br>• FRE 106<br>• liability<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication: Numerous witnesses can authenticate |
|---|---|---|---|---|
| 1264 | Short-Term Chronic Toxicity of Effluents from Red Dog Mine to Ceriodaphnia by ENSR dated October 2002 | TC 051858-52087 RD | Relevance, Authentication | Relevance:<br>• Explain DMR's<br>• Capable of repetition<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication: Multiple witnesses can authenticate |
| 1275 | May 2003 Mine DMR | TC 13401-13405 RD; TC 12890-12896 RD; TC 012835-12889 RD | Relevance (subsequently amended), Authentication | Relevance:<br>• FRE 106<br>• liability<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication: Numerous witnesses can authenticate |
| 1339 | June 2004 Mine DMR | TC 31234-31252 RD; TC 13640-13698 RD | Relevance (subsequently amended), Authentication | Relevance:<br>• FRE 106<br>• liability<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication: Numerous witnesses can authenticate |

EXHIBIT 1
Page 9 of 41

| 1340 | July 2004 Mine DMR | TC 031335-31338 RD; TC 31253-31334 RD | Relevance (subsequently amended), Authentication | Relevance:<br>• FRE 106<br>• liability<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication: Numerous witnesses can authenticate |
|---|---|---|---|---|
| 1341 | Report of Short-Term Chronic Toxicity Testing using Ceriodaphnia by ENSR dated August 2004 | TC 051017-5105.3 RD | Relevance, Authentication | Relevance:<br>• Explain DMR's<br>• Capable of repetition<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication: Multiple witnesses can authenticate |
| 1394 | July 2005 Mine DMR | TC 35604-35606, 35611 RD; TC 35377-35458 RD | Relevance (subsequently amended), Authentication | Relevance:<br>• FRE 106<br>• liability<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication: Numerous witnesses can authenticate |
| 1418 | August 2005 Mine DMR | TC 35604-35608 RD; TC 35459-35515 RD | Relevance (subsequently amended), Authentication | Relevance:<br>• FRE 106<br>• liability<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication: Numerous witnesses can authenticate |

EXHIBIT 1
Page 10 of 41

| 1446 | September 2005 Mine DMR | TC 035604-35605; 35609-35619 RD; TC 35516-35603 RD | Relevance (subsequently amended), Authentication | Relevance: <br> • FRE 106 <br> • liability <br> • seriousness of violations <br> • history of violations <br> • good faith efforts to comply <br> Authentication: Numerous witnesses can authenticate |
|------|-------------------------|---------------------------------------------------|-------------------------------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1604 | May 2007 Mine DMR | TC 038199-38269 RD | Relevance (subsequently amended), Authentication | Relevance: <br> • FRE 106 <br> • liability <br> • seriousness of violations <br> • history of violations <br> • good faith efforts to comply <br> Authentication: Numerous witnesses can authenticate |
| 1639 | EPA Region 10 Guidance for WQBEL's Below Analytical Detection/Quantitation Level | TC 004872-4882 RD | Hearsay, Relevance, Authentication | Hearsay <br> • FRE 803(6) Business record; <br> • FRE 803(8) Public record; <br> • FRE 803(5)Recorded recollection <br> • FRE 803(18) Learned Treatise <br> • FRE 807 <br> Relevance <br> • Explain DMR's <br> • seriousness of violations <br> • history of violations <br> • good faith efforts to comply <br> Authentication <br> • FRE 902(5) <br> • Multiple witnesses can authenticate |

EXHIBIT 1
Page 11 of 41

| 1640 | EPA Quality Assurance Memorandum dated April 16, 1999 for TDS Project Samples Total Metals in Water; Total Hardness from Stephanie Le to Michael Letourneau | TC 004258-4285 RD | Hearsay, Authentication | Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5)Recorded recollection<br>• FRE 807<br>Authentication<br>• FRE 902(5)<br>• Multiple witnesses can authenticate |
|---|---|---|---|---|
| 1641 | EPA Memorandum dated June 9, 1999 from Dave Mount to Mike Letourneau re Results fo TDS Toxicity Testing | TC 004286-4294 RD | Hearsay, Relevance, Authentication | Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5)Recorded recollection<br>• FRE 807<br>Relevance<br>• Explain DMR's<br>• seriousness of violations<br>• history of violations<br>• good faith efforts to comply<br>Authentication<br>• FRE 902(5)<br>• Multiple witnesses can authenticate |

EXHIBIT  1
Page 12 of 41

| 1642 | EPA Guidance on Water quality Based Effluent Limits Set Below Analytical Detection/Quantitation Limits dated April 25, 2005 | TC 034652-34654 RD | Hearsay, Authentication | Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5)Recorded recollection<br>• FRE 807<br>• FRE 803(18) Learned Treatise<br>Authentication<br>• FRE 902(5)<br>• Multiple witnesses can authenticate |
| 1643 | April 21, 2002 letter from Micheal Gearhed, EPA to Lynn Kent, ADEC re EPA Review of Main Stem Red Dog Creek Site-Specific Criterion for Arctic Grayling spawning period | TC 037222-37224 RD | Hearsay, Authentication | Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5)Recorded recollection<br>• FRE 807<br>Authentication<br>• FRE 902(5)<br>• Multiple witnesses can authenticate |
| 1644 | Letter dated July 23, 1999 from ADF&G, Alvin Ott to Roger Mochnick, US EPA re TDS | TC 004318-4319 RD | Hearsay, Authentication | Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5)Recorded recollection<br>• FRE 807<br>Authentication<br>• FRE 902(5)<br>• Multiple witnesses can authenticate |

EXHIBIT 1<br>Page 13 of 41

| | | | | |
|---|---|---|---|---|
| 1645 | Public Health Evaluation of Exposure of Kivalina and Noatak Residents to Heavy Metals from Red Dog Mine dated October 25, 2001 by Division of Public Health Section of Epidemiology | NA | Hearsay, Relevance (don't need to show health impacts), Authentication | Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5)Recorded recollection<br>Relevance to Penalty:<br>• seriousness (significance of violations; harm to health and environment; duration of non-compliance; history of violations)<br>• good faith efforts to comply;<br>• Such other matters as justice may require.<br>Authentication:  Witnesses (Arnold and/or Middaugh) will authenticate. |
| 1646 | ADEC Decision Document for a TDS Site-Specific Criterion for Red Dog Creek dated January 12, 2006 | TC 037210-37221 RD | Hearsay, Authentication | Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5)Recorded recollection<br>Authentication:  Witnesses (McGee and/or Sonofrank) will authenticate. |

EXHIBIT  1<br>Page 14 of 41

| 1647 | Kivalina Sanitary Survey dated May 2004 by ASCG Incorporated | TC 030574-30694B RD | Relevance (don't need to show health impacts), Authentication | Relevance to Penalty:<br>• seriousness (significance of violations; harm to health and environment; duration of non-compliance; history of violations)<br>• good faith efforts to comply;<br>• Such other matters as justice may require.<br>Authentication:  Witness (Pannone) will authenticate. |
| --- | --- | --- | --- | --- |
| 1648 | Discharge TDS SOP | NA | Relevance, Authentication | Relevance:<br>• Capable of repetition<br>• seriousness of violation<br>• economic benefit<br>• history of violations<br>• good faith efforts to comply<br>• other matters as justice may require<br>Authentication:<br>Multiple witnesses can authenticate |
| 1649 | Sodium Sulfide Dosage Changes SOP dated 2003 | NA | Relevance, Authentication | Relevance:<br>• Capable of repetition<br>• seriousness of violation<br>• economic benefit<br>• history of violations<br>• good faith efforts to comply<br>• other matters as justice may require<br>Authentication:<br>Multiple witnesses can authenticate |

EXHIBIT  1
Page 15 of 41

| 1650 | Sodium Sulfide Dosage Changes SOP | TC 037880-37895 RD | Hearsay, Authentication | Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(5) Recorded recollection<br>• FRE 807<br>Authentication:<br>Multiple witnesses can authenticate |
|---|---|---|---|---|
| 1651 | Sodium Sulfide System Process Description | NA | Relevance, Authentication | Relevance:<br>• Capable of repetition<br>• seriousness of violation<br>• economic benefit<br>• history of violations<br>• good faith efforts to comply<br>• other matters as justice may require<br>Authentication:<br>Multiple witnesses can authenticate |
| 1652 | In-Stream Control of TDS at Red Dog Mine | NA | Relevance, Authentication | Relevance:<br>• Capable of repetition<br>• seriousness of violation<br>• economic benefit<br>• history of violations<br>• good faith efforts to comply<br>• other matters as justice may require<br>Authentication:<br>Multiple witnesses can authenticate |

EXHIBIT 1
Page 16 of 41

| 1653 | Toxicity Reduction Evaluation by EVS Environmental Consultants dated December 1999 | TC 004610-4654 RD | Hearsay, Authentication, Relevance | Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5) Recorded recollection;<br>• FRE 807<br>Relevance:<br>• Capable of repetition<br>• seriousness of violation<br>• economic benefit<br>• history of violations<br>• good faith efforts to comply<br>• other matters as justice may require<br>Authentication:<br>Multiple witnesses can authenticate |
| 1654 | Toxicity Identification for Red Dog Mine, Phase I, dated March 2000 EVS Environmental Consultants | TC 004655-4703 RD | Hearsay, Authentication, Relevance | Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5) Recorded recollection;<br>• FRE 807<br>Relevance:<br>• Capable of repetition<br>• seriousness of violation<br>• economic benefit<br>• history of violations<br>• good faith efforts to comply<br>• other matters as justice may require<br>Authentication:<br>Multiple witnesses can authenticate |

EXHIBIT  1
Page 17 of 41

| 1655 | Toxicity Reduction Evaluation Report dated August 2003 | TC 032586-32683 RD | Authentication | Authentication: Multiple witnesses can authenticate. |
|---|---|---|---|---|
| 1656 | 2000 Aquatic Biomonitoring at Red Dog Mine dated May 15, 2001 | NA | Relevance, Authentication | Relevance:<br>• seriousness of violation<br>• economic benefit<br>• history of violations<br>• good faith efforts to comply<br>• other matters as justice may require<br>Authentication:<br>Multiple witnesses can authenticate |
| 1657 | 2001 Aquatic Biomonitoring at Red Dog Mine dated May 2002, Report No. 02-04 | TC 004863 RD | Relevance, Authentication | Relevance:<br>• seriousness of violation<br>• economic benefit<br>• history of violations<br>• good faith efforts to comply<br>• other matters as justice may require<br>Authentication:<br>Multiple witnesses can authenticate |
| 1658 | 2002 Aquatic Biomonitoring at Red Dog Mine dated 2003, Report No. 03-03 | NA | Relevance, Authentication | Relevance:<br>• seriousness of violation<br>• economic benefit<br>• history of violations<br>• good faith efforts to comply<br>• other matters as justice may require<br>Authentication:<br>Multiple witnesses can authenticate |

EXHIBIT 1
Page 18 of 41

| 1659 | 2003 Aquatic Biomonitoring at Red Dog Mine dated April 2004, Report No. 04-02 | TC 030695-30836B RD | Relevance, Authentication | Relevance:<br>• seriousness of violation<br>• economic benefit<br>• history of violations<br>• good faith efforts to comply<br>• other matters as justice may require<br>Authentication:<br>Multiple witnesses can authenticate |
| --- | --- | --- | --- | --- |
| 1661 | 2004 Aquatic Biomonitoring at Red Dog Mine dated May 2005, Report No. 05-03 | TC 035773 RD | Relevance, Authentication | Relevance:<br>• seriousness of violation<br>• economic benefit<br>• history of violations<br>• good faith efforts to comply<br>• other matters as justice may require<br>Authentication:<br>Multiple witnesses can authenticate |
| 1662 | 2005 Aquatic Biomonitoring at Red Dog Mine dated May 2006, Report No. 06-03 | TC 037323 RD | Relevance, Authentication | Relevance:<br>• seriousness of violation<br>• economic benefit<br>• history of violations<br>• good faith efforts to comply<br>• other matters as justice may require<br>Authentication:<br>Multiple witnesses can authenticate |

EXHIBIT 1
Page 19 of 41

| 1663 | 2006 Aquatic Biomonitoring at Red Dog Mine dated June 2007, Report No. 07-03 | NA | Relevance, Authentication | Relevance:<br>• seriousness of violation<br>• economic benefit<br>• history of violations<br>• good faith efforts to comply<br>• other matters as justice may require<br>Authentication:<br>Multiple witnesses can authenticate |
|---|---|---|---|---|
| 1664 | Chart: Sulfate & TDS at Station 1 and 2 | NA | Relevance, Authentication | Relevance and Authentication:<br>• Demonstrative Exhibit illustrating witness testimony<br>• FRE 1006 Summary |
| 1665 | Chart: Total Cyanide and WAD Cyanide at Station 2 | NA | Relevance, Authentication | Relevance and Authentication:<br>• Demonstrative Exhibit illustrating witness testimony<br>• FRE 1006 Summary |
| 1666 | Chart: Cadmium at Station 1 and 2 | NA | Relevance, Authentication | Relevance and Authentication:<br>• Demonstrative Exhibit illustrating witness testimony<br>• FRE 1006 Summary |
| 1667 | Graph: Comparison of Returns-Actual Dow Jones v. Kavanaugh Assumptions July 1, 1999 - January 11, 2008 | NA | Relevance, Authentication | Relevance and Authentication:<br>• Demonstrative Exhibit illustrating witness testimony<br>• FRE 1006 Summary |
| 1668 | Chart: Summary of Economic Benefit Results Using the Correct Financial Methodology | NA | Authentication | Relevance and Authentication:<br>• Demonstrative Exhibit illustrating witness testimony<br>• FRE 1006 Summary |
| 1669 | Chart: Methodology that disregards the Distinction Between Ex-Post and Ex-Ante Information | NA | Relevance, Authentication | Relevance and Authentication:<br>• Demonstrative Exhibit illustrating witness testimony<br>• FRE 1006 Summary |

EXHIBIT 1
Page 20 of 41

| 1670 | Chart: Economic Benefit Methodology Based on the distinction Between Ex-Post and Ex-Ante Information | NA | Relevance, Authentication | Relevance and Authentication:<br>• Demonstrative Exhibit illustrating witness testimony<br>• FRE 1006 Summary |
| --- | --- | --- | --- | --- |
| 1671 | Aerial view of Red Dog Creek premining | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1672 | Aerial view of Tailings pond | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1673 | Aerial view of Outfall 001 | NA | Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1674 | Side view of Outfall 001 | NA | Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1675 | Area map of Red Dog Mine | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |

EXHIBIT  1
Page 21 of 41

| 1676 | Red Dog Mine Mixing Zones: Sta. 150, 9 & 10 | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
|------|---------------------------------------------|----|---------------------------|-------------------------------------------------------------------------------------------------------------------------------|
| 1677 | Red Dog Mine Mixing Zones: Sta. 151, 20, 12 | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1678 | Origin of the Opportunity photograph | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1679 | Water Balance tailings pond diagram | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1680 | Map of TDS limits | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1681 | Graph: Impoundment of TDS 1998-2007 | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |

EXHIBIT 1
Page 22 of 41

| 1682 | Chart: Discharge Performance by Month to Red Dog Creek | NA | Relevance, Authentication | Relevance and Authentication:<br>• Demonstrative Exhibit illustrating witness testimony<br>• FRE 1006 Summary |
| 1683 | Pond Elevation Since 1998 | NA | Relevance, Authentication | Relevance and Authentication:<br>• Demonstrative Exhibit illustrating witness testimony<br>• FRE 1006 Summary |
| 1684 | Photograph of Red Dog Clean Water Bypass/Diversion System | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1685 | Photographs of Middle Fork- Before and After | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1686 | Red Dog Operations tailings impoundment photograph | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1687 | Photograph of Sulfur Creek, Pre-mining | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |

EXHIBIT  1<br>Page 23 of 41

| 1688 | Photograph of Alvinella Seep | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1689 | Photograph of Red Dog Diversion | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1690 | Photograph of Clean Water Bypass Upgrades | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1691 | Photograph of Clean Water Bypass Upgrades 4 | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1692 | Diversion Ditch 4 Construction | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1693 | Tailing Pond & Dam Locations Map | NA | Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |

EXHIBIT  1
Page 24 of 41

| 1694 | Back Dam diagram | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| --- | --- | --- | --- | --- |
| 1695 | Photograph of Water Treatment Plants | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1696 | Photograph of 4`h Sandfilter | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1697 | Photograph of new Sandfilter Building | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1698 | Photograph of Water Treatment Plant 3 | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1699 | Aerial photograph of Outfall 001 | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |

EXHIBIT  1
Page 25 of 41

| 1700 | Water Management diagram of tailings impoundment | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
|------|---------------------------------------------------|----|--------------------------|------------------------------------------------------------------------------------------------------------------------|
| 1701 | Map: Streams and Sample Locations in the Immediate vicinity of Red Dog Mine | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1702 | Map: Streams and Rivers Downstream of Red Dog Mine | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1703 | Photograph of Middle Fork Red Dog Creek at point where effluent enters creek dated July 1995 | NA | Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1704 | Map: Red Dog Creek identification of TDS zones | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1705 | Map: Red Dog Creek identification of spawning areas | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |

EXHIBIT  1<br>Page 26 of 41

| 1706 | Aerial photograph of Red Dog Creek pre-mining | TC 011462 RD | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
|------|-----------------------------------------------|--------------|---------------------------|-----------------------------------------------------------------------------------------------------------------------------|
| 1707 | Chart: Station 1 Average TDS 1991-2005 | NA | Relevance, Authentication | Relevance and Authentication:<br>• Demonstrative Exhibit illustrating witness testimony<br>• FRE 1006 Summary |
| 1708 | Chart: Station 1 Average TDS 1999-2005 | NA | Relevance, Authentication | Relevance and Authentication:<br>• Demonstrative Exhibit illustrating witness testimony<br>• FRE 1006 Summary |
| 1709 | Spreadsheet: TDS Data Station 10 for 2002 and 2003 | NA | Authentication | Relevance and Authentication:<br>• Demonstrative Exhibit illustrating witness testimony<br>• FRE 1006 Summary |
| 1710 | Spreadsheet: Estimated TDS Concentration at Station 10 on July 7, 1999 | NA | Relevance, Authentication | Relevance and Authentication:<br>• Demonstrative Exhibit illustrating witness testimony<br>• FRE 1006 Summary |
| 1711 | Figure 104: Dolly Varden Kidney Tissue, Cadmium | NA | Relevance, Authentication | Relevance and Authentication:<br>• Demonstrative Exhibit illustrating witness testimony<br>• FRE 1006 Summary |

EXHIBIT 1
Page 27 of 41

| 1712 | August 10, 2000 letter re Red Dog Mine: Request for Site-Specific Criteria, Authorization of Mixing Zones and Modification of 401 Certification | TC 003411-3418 RD | Relevance, Authentication | Relevance to Penalty:<br>• seriousness (significance of violations; harm to health and environment; duration of non-compliance; history of violations)<br>• good faith efforts to comply;<br>• Such other matters as justice may require;<br>• economic benefit, because shows no available technology to sufficiently reduce TDS in effluent.<br>Authentication:  Witnesses (Kulas and/or McGee) will authenticate |
| 1713 | January 9, 2001 letter re Red Dog Mine Revised Request for Site-Specific Criterion | TC 004921-4929 RD | Hearsay, Authentication, Relevance | Hearsay<br>• FRE 803(6) Business record;<br>  FRE 803(8) Public record;<br>Authentication: Witness (Kulas and/or McGee) will authenticate<br>Relevance to Penalty:<br>• seriousness (significance of violations; harm to health and environment; duration of non-compliance; history of violations)<br>• good faith efforts to comply;<br>• Such other matters as justice may require. |

EXHIBIT  1
Page 28 of 41

| 1714 | December 20, 2002 letter to Walter Sampson re sanitary water survey in Kivalina | TC 029902-29909 RD | Hearsay, Authentication, Relevance | Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(5) Recorded recollection;<br>Authentication: Witnesses (Kulas and/or Sampson) will authenticate<br>Relevance to Penalty:<br>• seriousness (significance of violations; harm to health and environment; duration of non-compliance; history of violations)<br>• good faith efforts to comply;<br>• Such other matters as justice may require. |
| 1715 | February 5, 2003 letter to Millie Hawley re fish tissues | TC 011329 RD | Hearsay, Authentication, Relevance | Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5) Recorded recollection;<br>Authentication: Witness (DeCicco) will authenticate<br>Relevance to Penalty:<br>• seriousness (significance of violations; harm to health and environment; duration of non-compliance; history of violations)<br>• good faith efforts to comply;<br>• Such other matters as justice may require. |

EXHIBIT 1<br>Page 29 of 41

| 1716 | March 4, 2003 letter to Craig Paulson re Village of Kivalina Drinking Water Sample Results | TC 031633-31639 RD | Hearsay, Authentication, Relevance | Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5) Recorded recollection;<br>Authentication: Witnesses (Scott and/or Paulsen) will authenticate<br>Relevance to Penalty:<br>• seriousness (significance of violations; harm to health and environment; duration of non-compliance; history of violations)<br>• good faith efforts to comply;<br>• Such other matters as justice may require. |
| 1717 | April 29, 2003 letter from ADF&G to Millie Hawley re fish samples | TC 031633-31639 RD | Hearsay, Authentication, Relevance | Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5) Recorded recollection;<br>Authentication: Witness (Ott) will authenticate<br>Relevance to Penalty:<br>• seriousness (significance of violations; harm to health and environment; duration of non-compliance; history of violations)<br>• good faith efforts to comply;<br>• Such other matters as justice may require. |

EXHIBIT 1
Page 30 of 41

| 1718 | **June 27, 2003\*** US EPA Memorandum to Craig Paulsen re Peer Review and Verification of the Total Metals, and Hardness Analyses for Kivalina Village<br><br>\*Incorrect date of June 27, 2004 on exhibit list and Plaintiffs' chart. | TC 012443-12456 RD | Hearsay, Authentication, Relevance | Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5) Recorded recollection;<br>Authentication: Witness (Paulsen) will authenticate<br>Relevance to Penalty:<br>• seriousness (significance of violations; harm to health and environment; duration of non-compliance; history of violations)<br>• good faith efforts to comply;<br>• Such other matters as justice may require. |
| 1719 | Drinking Water Sampling memo dated July 14, 2003 by Joe Wallace and Eva Chun | TC 012573-12589 RD | Hearsay, Authentication, Relevance | Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5) Recorded recollection;<br>Authentication: Witness (Chun) will authenticate<br>Relevance to Penalty:<br>• seriousness (significance of violations; harm to health and environment; duration of non-compliance; history of violations)<br>• good faith efforts to comply;<br>• Such other matters as justice may require. |

EXHIBIT  1
Page 31 of 41

| 1720 | **August 14, 2003**\* EPA Memorandum to Craig Paulsen re Data Verification Report of Volatile Organic Analyses' Results for the Kivalina Village Project Samples<br><br>\*Incorrect date of August 14, 2002 on Plaintiffs' chart. | TC 012601-12690 RD | Hearsay, Authentication, Relevance | Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5) Recorded recollection;<br>Authentication: Witnesses (Paulsen and/or Cohon) will authenticate<br>Relevance to Penalty:<br>• seriousness (significance of violations; harm to health and environment; duration of non-compliance; history of violations)<br>• good faith efforts to comply;<br>• Such other matters as justice may require. |
| 1721 | October 2, 2003 EPA Memorandum to Craig Paulsen re Case narrative with Peer Review Memo for Kivalina Water Sampling for Haloacetic Acids in Water | TC 012530-12538 RD | Hearsay, Authentication, Relevance | Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5) Recorded recollection;<br>Authentication: Witness (Paulsen) will authenticate<br>Relevance to Penalty:<br>• seriousness (significance of violations; harm to health and environment; duration of non-compliance; history of violations)<br>• good faith efforts to comply;<br>• Such other matters as justice may require. |

EXHIBIT 1
Page 32 of 41

| 1722 | June 10, 1999 email from Phyllis Scannell to EPA re effects of TDS in Red Dog Creek | TC 003447-3448 RD | Hearsay, Authentication, Relevance | Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5)Recorded recollection<br>• FRE 807<br>Relevance:<br>• seriousness of violation;<br>• history of violations<br>• good faith efforts to comply;<br>• other matters as justice may require<br>Authentication<br>Scannell can authenticate |
|---|---|---|---|---|
| 1723 | July 12, 1999 email from Mark Thompson to Bruce Woods/EPA re Cyanide Detection Limit | TC 004934-4938 RD | Hearsay, Authentication | Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5)Recorded recollection<br>• FRE 807<br>Authentication<br>Thompson can authenticate |
| 1724 | July 27, 2002 Memorandum from Al Ott to Pete McGee re Red Dog Mine - distribution of Spawning Fish, Mixing Zone Requests for TDS | TC 005198-5205 RD | Hearsay, Authentication | Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5)Recorded recollection<br>• FRE 807<br>Authentication<br>Ott and others can authenticate |
| 1725 | Topographical Map of Spawning Areas | TC 005206 RID | Authentication | Authentication<br>Ott, Scannell, and others can authenticate |

EXHIBIT 1<br>Page 33 of 41

| 1726 | February 24, 2005 Memorandum from Mark Thompson to Pete McGee re Cadmium Natural Background SSC, Red Dog Creek | TC 034627-34628 RD | Hearsay, Relevance, Authentication | Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5) Recorded recollection;<br>Relevance to Penalty:<br>• seriousness (significance of violations; harm to health and environment; duration of non-compliance; history of violations)<br>• good faith efforts to comply;<br>• Such other matters as justice may require.<br>Authentication: Witnesses (Thompson and/or McGee) will authenticate |
| --- | --- | --- | --- | --- |
| 1727 | Red Dog Spring Trip Report May 23 - June 9, 2004 | TC 035762-35764 RD | Relevance, Hearsay, Authentication | Relevance to Penalty:<br>• seriousness (significance of violations; harm to health and environment; duration of non-compliance; history of violations)<br>• good faith efforts to comply;<br>• Such other matters as justice may require.<br>Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5) Recorded recollection;<br>Authentication: Witnesses (Townsend) will authenticate |

EXHIBIT 1<br>Page 34 of 41

| 1728 | Red Dog Spring Trip Report June 10 - 17, 2006 | TC 037324-37331 RD | Relevance, Hearsay, Authentication | Relevance to Penalty:<br>• seriousness (significance of violations; harm to health and environment; duration of non-compliance; history of violations)<br>• good faith efforts to comply;<br>• Such other matters as justice may require.<br>Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5) Recorded recollection;<br>Authentication: Witnesses (Townsend) will authenticate |
| --- | --- | --- | --- | --- |
| 1733 | Alaska Miners Association Discussion: Environmental Permitting-Priorities & Approaches | TC 034544-34571 RD | Relevance, Hearsay, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>• seriousness of violation<br>• economic benefit<br>• history of violations<br>• good faith efforts to comply<br>• economic effect<br>• other matters as justice may require<br>Authentication:<br>Andrews can authenticate |
| 1734 | Red Dog Use Attainability Analysis Aquatic Life Component dated February 1996 by Phyllis Weber Scannell | TC 031166-31203A RD | Relevance, Hearsay, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>• seriousness of violation<br>• economic benefit<br>• history of violations<br>• good faith efforts to comply |

EXHIBIT  1
Page 35 of 41

| | | | | |
|---|---|---|---|---|
| | | | | • other matters as justice may require<br>Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5) Recorded recollection<br>• FRE 807<br>Authentication:<br>Scannell can authenticate<br>• FRE 1005<br>• FRE 902(5) |
| 1735 | Effects of Total Dissolved Solids on Aquatic Organisms dated June 2001 by Phyllis Weber Scannell | TC 004445-4481 RD | Relevance, Hearsay, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>• seriousness of violation<br>• economic benefit<br>• history of violations<br>• good faith efforts to comply<br>• other matters as justice may require<br>Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5) Recorded recollection<br>• FRE 807<br>Authentication:<br>Scannell can authenticate<br>• FRE 1005<br>• FRE 902(5) |

EXHIBIT 1<br>Page 36 of 41

| 1736 | Comparison of Mainstem Red Dog Creek premining and Current Conditions dated March 2005 by Phyllis Weber Scannell | TC 036809-36830 RD | Relevance, Hearsay, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>• seriousness of violation<br>• economic benefit<br>• history of violations<br>• good faith efforts to comply<br>• other matters as justice may require<br>Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5) Recorded recollection<br>• FRE 807<br>Authentication:<br>Scannell can authenticate<br>• FRE 1005<br>• FRE 902(5) |
| 1737 | November 28, 2005 letter from Phyllis Weber Scannell to Al Ott re Fish Tissue data from the Wulik and Kivalina Rivers | TC 035936-35954 RD | Relevance, Hearsay, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>• seriousness of violation<br>• economic benefit<br>• history of violations<br>• good faith efforts to comply<br>• other matters as justice may require<br>Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5) Recorded recollection<br>• FRE 807<br>Authentication: |

EXHIBIT  1
Page 37 of 41

| | | | | |
|---|---|---|---|---|
| | | | | Scannell, Ott and others can authenticate<br>• FRE 1005<br>• FRE 902(5) |
| 1738 | Aquatic Baselines Sampling, Wulik River Drainage Volume I: Summary of Biological and Water Quality Information dated April 2006 by Al Ott and Phyllis Weber Scannell | TC 037366 RD | Relevance, Hearsay, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>• seriousness of violation<br>• economic benefit<br>• history of violations<br>• good faith efforts to comply<br>• other matters as justice may require<br>Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5) Recorded recollection<br>• FRE 807<br>Authentication:<br>Scannell, Ott and others can authenticate<br>• FRE 1005<br>• FRE 902(5) |

EXHIBIT 1
Page 38 of 41

| 1738B | Aquatic Baselines Sampling, Wulik River Drainage Volume II: Appendices of Tabulated Data dated April 2006 by All Ott and Phyllis Weber Scannell | TC 037367 RD | Relevance, Hearsay, Authentication | Relevance: Demonstrative Exhibit illustrating witness testimony<br>• seriousness of violation<br>• economic benefit<br>• history of violations<br>• good faith efforts to comply<br>• other matters as justice may require<br>Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5) Recorded recollection<br>• FRE 807<br>Authentication:<br>Scannell, Ott and others can authenticate<br>• FRE 1005<br>• FRE 902(5) |

EXHIBIT 1
Page 39 of 41

| 1740 | Juvenile Dolly Varden Whole Body Metals Analyses, Red Dog Mine (2002) dated May 2004 by Al Ott and William Morrise | TC 03174 RD | Relevance, Hearsay, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>• seriousness of violation<br>• economic benefit<br>• history of violations<br>• good faith efforts to comply<br>• other matters as justice may require<br>Hearsay<br>• FRE 803(6) Business record;<br>• FRE 803(8) Public record;<br>• FRE 803(5) Recorded recollection<br>• FRE 807<br>Authentication:<br>Ott and others can authenticate<br>• FRE 1005<br>• FRE 902(5) |
| 1741 | Oversize Map of Red Dog Mine Environmental Stations | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |
| 1742 | Oversize Map of Red Dog Mine Environmental Stations including Station 1 and Chukchi Sea | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate |

EXHIBIT 1<br>Page 40 of 41

| 1743 | Oversize Map of Kivalina Area Use | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate<br>• FRE 902(5)<br>• FRE 803(8) |
|---|---|---|---|---|
| 1744 | Oversize Map of Kivalina Community | NA | Relevance, Authentication | Relevance:<br>• Demonstrative Exhibit illustrating witness testimony<br>Authentication:<br>Multiple witnesses can authenticate<br>• FRE 902(5)<br>• FRE 803(8) |

EXHIBIT  1
Page 41 of 41