Lawrence L. Hartig
Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
larry@hartig.com

Attorneys for Defendant Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, JOSEPH SWAN, <br><br> Plaintiffs, <br><br> vs. <br><br> TECK COMINCO ALASKA INCORPORATED, NORTHWEST ARCTIC BOROUGH, NANA REGIONAL CORPORATION, <br><br> Defendants. | Case No: A04-00049 CV (JWS) |

**STIPULATION ON WRITTEN DISCOVERY IN
KRPC v. TECK COMINCO ALASKA INCORPORATED**

BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, the plaintiffs Enoch Adams, Jr., *et al.*, the defendant Teck Cominco Alaska Incorporated, and the defendant-intervenors NANA Regional Corporation and the Northwest Arctic Borough,

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

STIPULATION
Page 1 of 5

*Adams et. al. v. Teck Cominco*
Case No: A04-00049 CV (JWS)

Exh 1    1 of 6

enter into the following stipulation in the interests of justice and judicial economy. Given that extensive written discovery was propounded in the case of *Kivalina Relocation Planning Committee v. Teck Cominco Alaska Incorporated*, No. A02-231 CV(JWS) ("KRPC litigation"), the parties hereby stipulate as follows:

1. The written discovery enumerated below, propounded in the KRPC litigation, shall be deemed discovery propounded and produced in this case, subject to the following three limitations:

   a. Each objection to a discovery request which is the subject of this stipulation, and which objection was raised in the KRPC litigation, shall be deemed to have also been raised and not waived in this litigation.

   b. The parties are not assuming any duty to supplement any responses to the Requests for Production in the KRPC litigation with additional documents that have been generated or discovered after the date of the original response to the Request for Production in the KRPC litigation. If any party wants a Request for Production updated with newly discovered or generated documents, it would need to propound the Request for Production again in this litigation.

   c. The number of interrogatories or other discovery requests propounded in the KRPC litigation will not be included in the total number of discovery requests allowed to each party in this suit.

2. Subject to the limitations in paragraph 1, the following prior discovery by KRPC of Teck Cominco is deemed discovery propounded and produced in this case: Request for Admission Nos. 1-10, 15-20, 26-33, 37-38, 40, 42-49, 54-61, 63-65, 88, 89-106, 108-113, 200-219, 221-222; Request for Production Nos. 1-122, 124, 128, 131 and 134-135.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

3. Subject to the limitations in paragraph 1, the following prior discovery by KRPC of Teck Cominco is deemed discovery propounded and produced in this case, subject to the further limitation that, because these requests for admissions pertain to DMRs that were supplemented or amended after they were originally submitted to EPA, any use of these admissions in any motion or argument to the Court shall include Teck Cominco's full response (i.e. acknowledge that the Discharge Monitoring Report for that month includes the information in the supplemented or amended DMR): Request for Admission Nos. 11-13, 21, 36 and 107.

4. The following prior discovery by KRPC of Teck Cominco is deemed discovery propounded in this case and the attached responses (Attachment "A" to this stipulation) are deemed Teck Cominco's responses to these requests in this case. Request for Admission Nos. 22-25, 34-35, 39, 41, 50-53, 62, 83 and 86.

5. Subject to the limitations in paragraph 1, the following prior discovery by KRPC of Teck Cominco is deemed discovery propounded and produced in this case, subject to the further limitation that the admissions may only be used to show the authenticity of the copy of the document that was admitted and no other inference shall be drawn from the Request for Admission itself or from Teck Cominco's response to it: Request for Admission Nos. 76-82 and 114-199.

6. Subject to the limitations in paragraph 1, the following prior discovery by Teck Cominco of KRPC is deemed discovery propounded and produced in this case, subject to the further stipulation that the plaintiffs in this litigation adopt KRPC's responses as their own: Request for Admission Nos. 3 and 12-105; Requests for Production Nos. 7, 10-69.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

IT IS SO STIPULATED:

June ___, 2005                                CENTER ON RACE, POVERTY
                                              & THE ENVIRONMENT

                                              _____
                                              Luke W. Cole
                                              Attorneys for Plaintiffs Enoch Adams et al.

June 10, 2005                                 HARTIG RHODES HOGE & LEKISCH

                                              _/s/ Larry Hartig_____
                                              Larry Hartig
                                              Attorneys for Defendant Teck Cominco Alaska Inc.

June 14, 2005                                 LANDYE BENNETT BLUMSTEIN LLP

                                              _/s/ David S. Case_____
                                              David S. Case
                                              Attorneys for Northwest Arctic Borough

June 14, 2005                                 HELLER EHRMAN WHITE & MCAULIFFE LLP

                                              _/s/ James Torgerson_____
                                              James Torgerson
                                              Attorneys for NANA Regional Corporation

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

                                              _____
                                              JUDGE OF THE DISTRICT COURT

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

June 8, 2005          CENTER ON RACE, POVERTY
                                          & THE ENVIRONMENT

                                          _/s/ Luke W. Cole_
                                          Luke W. Cole
                                          Attorneys for Plaintiffs Enoch Adams et al.

June __, 2005         HARTIG RHODES HOGE & LEKISCH


                                          Larry Hartig
                                          Attorneys for Defendant Teck Cominco Alaska Inc.

June __, 2005         LANDYE BENNETT BLUMSTEIN LLP


                                          David S. Case
                                          Attorneys for Northwest Arctic Borough

June __, 2005         HELLER EHRMAN WHITE & MCAULIFFE LLP


                                          James Torgerson
                                          Attorneys for NANA Regional Corporation


GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

                                          JUDGE OF THE DISTRICT COURT

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2005, a true and correct copy of the foregoing was served, via First Class Mail, on the below identified parties of record:

Luke W. Cole
Center on Race, Poverty, & the Environment
450 Geary Street, Suite 500
San Francisco, California 94102

Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

_____
Hartig Rhodes Hoge & Lekisch PC

F:\Docs\62880\184\PLEADINGS\Stipulation on discovery.doc

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

STIPULATION
Page 5 of 5

*Adams et. al. v. Teck Cominco*
Case No: A04-00049 CV (JWS)

Exh 1 6of6