JAMES E. TORGERSON (Alaska Bar No. 8509120)
YVONNE LAMOUREUX (Alaska Bar No. 0512124)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
Jim.torgerson@hellerehrman.com
Yvonne.lamoureux@hellerehrman.com

Attorneys for Intervenor-Defendant
NANA REGIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>　　　　　　　Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>　　　　　　　Intervenor-Defendants. | Case No.: A:04-cv-0049 (JWS)<br><br>**JOINT MOTION TO STRIKE PLAINTIFFS' REPLIES AT DOCKETS 246 AND 248 OR, IN THE ALTERNATIVE, REQUEST TO FILE REPLIES** |

　　　Teck Cominco Alaska Incorporated, NANA Regional Corporation, and Northwest Arctic Borough (collectively, Defendants) ask the Court to strike Plaintiffs' reply briefs at dockets 246 and 248 or, in the alternative request that Defendants also be allowed to file replies in support of their objections to the Plaintiffs' exhibits. The Order for Pre-Trial Proceedings and Final Pre-Trial Conference required that (1) all objections to exhibits be filed by January 29, 2008; and (2) the offering party's arguments and

**JOINT MOTION TO STRIKE PLAINTIFFS' REPLIES AT DOCKETS 246 AND 248**
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)**
PAGE 1 OF 5

authorities in favor of admission be filed by February 5, 2008.[1]  The Order requires that the objections "be concise."[2]  The Order does not indicate that any reply briefs are allowed to be filed, nor is there a deadline set for any reply briefs.

The parties', including the Plaintiffs', understanding that no reply briefs would be filed regarding the admissibility of exhibits is demonstrated and bolstered by the parties' Joint Request for Scheduling Order, seeking clarification of deadlines for responding to then pending motions.[3]  In their Joint Request, the parties all asked the Court to set a deadline for replies in support of motions regarding *witnesses,* but did not ask for a deadline for replies in support of motions regarding *exhibits*.  The reason the Defendants treated the two subjects differently is because they understood that no replies regarding exhibits were allowed.[4]  The Court, in turn, granted the parties' request and issued a Scheduling Order.[5]  It set the deadline for responding to Plaintiffs' motions regarding exhibits but provided no deadline for replies to objections to exhibits.  As to motions regarding witnesses, however, it set deadlines for responses, or oppositions, and for replies.[6]  The absence of a reply deadline for briefing regarding exhibits further demonstrates that reply briefs are not permitted.

Plaintiffs filed three separate pleadings objecting to Defendants' exhibits[7] even though Defendants only filed two exhibit lists.[8]  Plaintiffs titled two of those pleadings as Objections and Motions in Limine to Exclude the exhibits.[9]  Defendants filed their arguments and authorities in favor of admission of the exhibits by February 5, 2008.[10]  On February 12 and 13, 2008, Plaintiffs filed two reply briefs.[11]

---

[1] Doc. 177 at 3-4.
[2] Doc. 177 at 4.
[3] Doc. 229.
[4] Doc. 229 at 2.
[5] Doc. 230.
[6] Doc. 230 at 2.
[7] Doc. 208, 215, 220.
[8] Doc. 191, 194.
[9] Doc. 208, 220.
[10] Doc. 232, 236, 237, 240.
[11] Doc. 246, 248.

**JOINT MOTION TO STRIKE PLAINTIFFS' REPLIES AT DOCKETS 246 AND 248**
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)**
PAGE 2 OF 5

Plaintiffs' reply briefs are not permitted under the Court's Order. The Plaintiffs titled two of their briefs objecting to Defendants' exhibits as Objections *and Motions in Limine*, apparently hoping that by so doing they could escape the limits the Court set on briefing regarding exhibits.[12] But the titles Plaintiffs give their briefs should make no difference regarding the application of the Court's briefing schedule.

Based on the Court's Order, the Defendants have not filed any replies regarding the admissibility of exhibits. Plaintiffs also should be required to comply with the Order. Plaintiffs' Replies at Docket 246 and 248 should be struck.

Alternatively, if Plaintiffs' replies are permitted, Defendants respectfully request that they also be allowed to file replies in support of their objections to the Plaintiffs' exhibits. Defendants ask that they be given seven (7) calendars days from the date of the Court's Order, which is the amount of time Plaintiffs took before filing their first reply.

Dated: February 14, 2008           Respectfully submitted,

                                   Attorneys for Intervenor-Defendant
                                   NANA REGIONAL CORP.


                                   By     */s/ James e. Torgerson*
                                   JAMES E. TORGERSON (BAR NO. 8509120)
                                   YVONNE LAMOUREUX (BAR NO. 0512124)
                                   Heller Ehrman LLP
                                   510 L Street, Suite 500
                                   Anchorage, AK  99501
                                   Telephone:  907-277-1900
                                   Jim.torgerson@hellerehrman.com
                                   Yvonne.lamoureux@hellerehrman.com

Dated: February 14, 2008           Respectfully submitted,

---

[12] Yet, it is the Plaintiffs who make accusations of "litigation gamemanship." Doc. 246 at 5.

HARTIG RHODES HOGE & LEKISCH
Defendant
TECK COMINCO ALASKA INCORPORATED

By  */s/ Sean Halloran*
   SEAN HALLORAN (BAR NO. 9211080)

Dated: February 14, 2008   Respectfully submitted,

LANDYE BENNETT BLUMSTEIN, LLP
Intervenor-Defendant
NORTHWEST ARCTIC BOROUGH

By  */s/ Thane W. Tienson*
   THANE W. TIENSON  (PRO HAC VICE)

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900

**JOINT MOTION TO STRIKE PLAINTIFFS' REPLIES AT DOCKETS 246 AND 248**
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)**
PAGE 4 OF 5

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing JOINT MOTION TO STRIKE PLAINTIFFS' REPLIES AT DOCKETS 246 AND 248 was served via the method indicated below this 14th day of February, 2008, on the following parties:

| | |
|---|---|
| Luke W. Cole<br>Center on Race, Poverty & the Environment<br>47 Kearny Street, Suite 804<br>San Francisco, CA  94108<br>luke@igc.org | Counsel for Plaintiffs<br><br>Served via:  Electronic transmission |
| Nancy S. Wainwright<br>Law Offices of Nancy S. Wainwright<br>13030 Back Road, Suite 555<br>Anchorage, AK  99515-3538 | Counsel for Plaintiffs<br><br>Served via:  U.S. Mail only |
| Sean Halloran<br>Hartig Rhodes Hoge & Lekisch, P.C.<br>717 K Street<br>Anchorage, AK  99501<br>sean.halloran@hartig.com | Counsel for Defendant Teck Cominco<br><br>Served via:  Electronic transmission |
| David S. Case<br>Landye Bennett Blumstein LLP<br>701 West 8th Avenue, Suite 1200<br>Anchorage, AK  99501<br>dcase@lbblawyers.com | Counsel for Intervenor-Defendant<br>Northwest Arctic Borough<br><br>Served via:  Electronic transmission |

        */S/ James E. Torgerson*
JAMES E. TORGERSON (BAR NO. 8509120)
YVONNE LAMOUREUX (BAR NO. 0512124)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK  99501
Telephone:  907-277-1900
Jim.torgerson@hellerehrman.com
Yvonne.lamoureux@hellerehrman.com

SE 2242310 v1
2/14/08 5:02 PM (38576.0002)

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900