JAMES E. TORGERSON (Alaska Bar No. 8509120)
YVONNE LAMOUREUX (Alaska Bar No. 0512124)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
Jim.torgerson@hellerehrman.com
Yvonne.lamoureux@hellerehrman.com

Attorneys for Intervenor-Defendant
NANA REGIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>Plaintiffs,<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>Intervenor-Defendants. | Case No.: A:04-cv-0049 (JWS)<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO STRIKE PLAINTIFFS' REPLIES AT DOCKETS 246 AND 248 OR, IN THE ALTERNATIVE, REQUEST TO FILE REPLIES** |

The Court has reviewed the Joint Motion to Strike Plaintiffs' Replies at Docket 246 and 248 Or, In the Alternative, Request to File Replies and any response thereto.

Because Plaintiffs' replies are not allowed under the Court's Orders at dockets 177 and 230, the Joint Motion to Strike Plaintiffs' Replies at Dockets 246 and 248 Or, in the Alternative, Request to File Replies is **GRANTED** as follows**:**

_____ Plaintiffs' replies at dockets 246 and 248 are struck;

or

_____ Defendants may file replies in support of their objections to the

Plaintiffs' exhibits.  Defendants' replies must be filed within seven (7) calendar days from the date of this Order.

DATED at Anchorage, Alaska this ____ day of _____ 2008:

                                                _____
                                                JOHN W. SEDWICK
                                        UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**
This is to certify that a true and correct copy of the foregoing [PROPOSED] ORDER GRANTING JOINT MOTION TO STRIKE PLAINTIFFS' REPLIES AT DOCKETS 246 AND 248 was served via the method indicated below this 14th day of February, 2008, on the following parties:

| | |
|---|---|
| Luke W. Cole<br>Center on Race, Poverty & the Environment<br>47 Kearny Street, Suite 804<br>San Francisco, CA  94108<br>luke@igc.org | Counsel for Plaintiffs<br><br>Served via:  Electronic transmission |
| Nancy S. Wainwright<br>Law Offices of Nancy S. Wainwright<br>13030 Back Road, Suite 555<br>Anchorage, AK  99515-3538 | Counsel for Plaintiffs<br><br>Served via:  U.S. Mail only |
| Sean Halloran<br>Hartig Rhodes Hoge & Lekisch, P.C.<br>717 K Street<br>Anchorage, AK  99501<br>sean.halloran@hartig.com | Counsel for Defendant Teck Cominco<br>Served via:  Electronic transmission |
| David S. Case<br>Landye Bennett Blumstein LLP<br>701 West 8th Avenue, Suite 1200<br>Anchorage, AK  99501<br>dcase@lbblawyers.com | Counsel for Intervenor-Defendant<br>Northwest Arctic Borough<br><br>Served via:  Electronic transmission |

      */S/ James E. Torgerson*
JAMES E. TORGERSON (BAR NO. 8509120)
YVONNE LAMOUREUX (BAR NO. 0512124)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK  99501
Telephone:  907-277-1900
james.torgerson@hellerehrman.com
Yvonne.lamoureux@hellerehrman.com

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900