LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty & the Environment
47 Kearny St, Suite 804
San Francisco, CA 94108
415/346-4179 • fax 415/346-8723

NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3358
907/345-5595 • fax 907/345-3629

Attorneys for Plaintiffs Enoch Adams, Jr., Leroy Adams, Andrew Koenig, Jerry Norton, David Swan and Joseph Swan

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN, <br><br> Plaintiffs, <br><br> v. <br><br> TECK COMINCO ALASKA INCORPORATED <br><br> Defendant. <br> _____ <br> NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH, <br><br> Intervenors-Defendants. <br> _____ | Case No. A04-49 (JWS) <br><br> PLAINTIFFS' REQUEST FOR SCHEDULING ORDER REGARDING TRIAL BRIEFS |

Plaintiffs Enoch Adams, et al., respectfully request some clarification, and modification, of the Court-set briefing schedule for the trial briefs in this case. On September 21, 2007, this Court entered a pre-trial Order setting February 26, 2008 as the date for filing of all parties' trial briefs.

PLAINTIFFS' REQUEST FOR SCHEDULING
ORDER REGARDING TRIAL BRIEFS

1  Docket 177. "Such brief will contain a short, plain, and candid statement of the party's position and
2  authorities as to each contested issue of law. It will disclose and brief those theories of the case
3  which a party will urge at trial." Docket 177 at 4.
4       On January 25, 2008, the Court granted Adams's request to file a motion for summary
5  judgment on four legal questions. Docket 206. As instructed by the Court, that motion was timely
6  filed on February 8, 2008. Docket 241. The Response is due on February 18, and any reply due on
7  February 21. Docket 206. That motion concerns arguments on four contested issues of law which
8  directly relate to Adams's (and, presumably, defendants') positions at trial. Although the briefing
9  will be done by February 21 on this motion, all parties' trial briefs – which are supposed to address
10 "contested issues of law" – are due just five days later. Even were the Court to rule on the summary
11 judgment motion within those five days (not an expectation Adams holds), it would be difficult to
12 reflect the resolution of the four contested issues in a cogent and trenchant trial brief filed on
13 February 26.
14      To resolve this situation, and to obviate the need for all parties to include the same issues in
15 their trial briefs that are included in their summary judgment filings in the event that the Court does
16 not resolve the motion by February 26, Adams respectfully requests that the Court issue a
17 scheduling order setting the due date for the trial briefs 14 days from the Court's ruling on the
18 summary judgment motion at 241. This will allow the parties to brief only those legal issues
19 remaining after summary judgment, a time savings to both the litigants and the Court. Adams
20 reflects this request in an attached [Proposed] Order. Adams is informed that NANA will not
21 oppose this request as long as the date set is in March.
22      Respectfully submitted this 15th day of February, 2008.
23
24                                                              /S/ Luke Cole
                                                            Luke Cole
25                                                             Attorney for Plaintiffs
26
27
28

PLAINTIFFS' REQUEST FOR SCHEDULING
ORDER REGARDING TRIAL BRIEFS        2

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February 2008, a true and correct copy of the foregoing Request for Scheduling Order was served, via electronic mail, on the below identified parties of record:

Sean Halloran
Hartig Rhodes
717 K Street
Anchorage, AK 99501

Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

Thane Tienson
Landye Bennet Blumstein
1300 Southwest Fifth Ave, Suite 3500
Portland, OR 97201

_____
       /S/ Luke Cole

Luke Cole

PLAINTIFFS' REQUEST FOR SCHEDULING
ORDER REGARDING TRIAL BRIEFS                     3