LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty & the Environment
47 Kearny St, Suite 804
San Francisco, CA 94108
415/346-4179 • fax 415/346-8723

NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3358
907/345-5595 • fax 907/345-3629

Attorneys for Plaintiffs Enoch Adams, Jr., Leroy Adams, Andrew Koenig, Jerry Norton, David Swan and Joseph Swan

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN,<br><br>        Plaintiffs,<br><br>    v.<br><br>TECK COMINCO ALASKA INCORPORATED<br><br>        Defendant.<br>_____<br>NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH,<br><br>        Intervenors-Defendants.<br>_____ | Case No. A04-49 (JWS)<br><br>[PROPOSED]<br>SCHEDULING ORDER<br>REGARDING TRIAL BRIEFS |

1  Plaintiffs Enoch Adams, et al., request some clarification, and modification, of the Court-set
2  briefing schedule for the trial briefs in this case. Good cause appearing therefore, IT IS SO
3  ORDERED that trial briefs in this case shall be filed and served within 14 days of the Court's ruling
4  on Plaintiffs' Motion for Summary Judgment on Four Legal Issues at Docket 241.

Date:

_____
Judge of the District Court

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February 2008, a true and correct copy of the foregoing [Proposed] Scheduling Order was served, via electronic mail, on the below identified parties of record:

Sean Halloran
Hartig Rhodes
717 K Street
Anchorage, AK 99501

Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

Thane Tienson
Landye Bennet Blumstein
1300 Southwest Fifth Ave, Suite 3500
Portland, OR 97201

_____
    /S/ Luke Cole

Luke Cole

[PROPOSED] SCHEDULING
ORDER REGARDING TRIAL BRIEFS                  3