**EXHIBIT 1 TO OPPOSITION TO MOTIONS AT
DOCKETS 211, 221, 225 AND 227**

| Witness | Objection | Response/Statutory Factor |
|---|---|---|
| Adams, Sr., Bert | • No statutory penalty factor<br>• Conditions at Kivalina and near Mine Not Relevant<br>• Subsistence resources & drinking water at Kivalina Not Relevant to liability | Seriousness (significance of violations; harm to health and environment);<br>Such other matters as justice may require<br>Rebut Plaintiffs' liability testimony |
| Andrews, Gene | • No statutory penalty factor | Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Such other matters as justice may require |
| Arnold, Scott | • No statutory penalty factor<br>• Conditions at Kivalina and near Mine Not Relevant | Seriousness (significance of violations; harm to health and environment);<br>Good-faith efforts to comply;<br>Such other matters as justice may require |
| Barkey, Sue | • No statutory penalty factor<br>• Lab Personnel Testimony Not Relevant<br>• Lab protocols Not Relevant under strict liability regime<br>• Explanation of effluent analysis etc Not Relevant-reports speak for selves | Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Such other matters as justice may require<br>Whether ongoing<br>Alleged exceedances<br>Explain DMR's and supporting documents |
| Barr, Rose | • No statutory penalty factor<br>• Conditions at Kivalina and near Mine Not Relevant | Seriousness (significance of violations; harm to health and environment);<br>Good-faith efforts to comply;<br>Economic impact of penalty;<br>Such other matters as justice may require |

| Witness | Objection | Response/Statutory Factor |
|---|---|---|
| Booth, Gerry | <ul><li>No statutory penalty factor</li><li>Conditions at Kivalina and near Mine Not Relevant</li></ul> | Seriousness (significance of violations; harm to health and environment); <br><br> Such other matters as justice may require |
| Booth, Roland | <ul><li>No statutory penalty factor</li><li>Conditions at Kivalina and near Mine Not Relevant</li><li>Subsistence resources & drinking water at Kivalina and NANA's work Not Relevant to liability</li></ul> | Seriousness (significance of violations; harm to health and environment); <br><br> Good-faith efforts to comply; <br><br> Economic impact of penalty; <br><br> Such other matters as justice may require <br><br> Rebut Plaintiffs' liability testimony |
| Booth, Theodore | <ul><li>No statutory penalty factor</li><li>Conditions at Kivalina and near Mine Not Relevant</li></ul> | Seriousness (significance of violations; harm to health and environment); <br><br> Such other matters as justice may require <br><br> Rebut Plaintiffs' liability testimony |
| Botz, Mike | <ul><li>No statutory penalty factor</li><li>WAD cyanide testimony is Not Relevant</li><li>Explanation of permit violations is Not Relevant due to strict liability</li><li>Teck Cominco not appeal Total Cyanide method so invalidity or inferiority Not Relevant</li></ul> | Seriousness of the violation <br><br> Economic benefit <br><br> History of violations <br><br> The good faith efforts to comply with permit requirements <br><br> Such other matters as justice may require <br><br> Compliance standards <br><br> Permit requirements |
| Bozek, JoAnne | <ul><li>No statutory penalty factor</li></ul> | Financial impact of penalty <br><br> Economic Benefit <br><br> The good faith efforts to comply with permit requirements <br><br> Such other matters as justice may require |
| Brix, Kevin | <ul><li>No statutory penalty factor</li><li>Water quality assessments & toxicological issues re effluent Not Relevant to liability phase</li></ul> | Seriousness of the violation <br><br> History of violations <br><br> The good faith efforts to comply with permit requirements <br><br> Such other matters as justice may require <br><br> Compliance with permit |

| Witness | Objection | Response/Statutory Factor |
|---|---|---|
| Brown, Gerry | • No statutory penalty factor<br>• Conditions at Kivalina and near Mine Not Relevant | Seriousness of the violation<br>History of violations<br>The good faith efforts to comply with permit requirements<br>Such other matters as justice may require |
| Brown, Richard | • Not sufficiently specific<br>• Lab Personnel Testimony Not Relevant<br>• No violations involve auto-monitoring equipment or in-stream conductivity<br>• Not Relevant | Subjects properly disclosed<br>Seriousness of the violation<br>Economic benefit<br>History of violations<br>The good faith efforts to comply with permit requirements<br>Such other matters as justice may require<br>Alleged exceedances<br>Excused non-compliance<br>Compliance with permit |
| Capps, Stan | • No statutory penalty factor<br>• Lab Personnel Testimony Not Relevant<br>• Testing methodology & lab procedures Not Relevant due to strict liability<br>• Labs are evidence & speak to selves | Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Such other matters as justice may require<br>Whether ongoing<br>Alleged exceedances<br>Explain DMR's and supporting documents |
| Chapman, Peter | • Not sufficiently specific<br>• Lab Personnel Testimony Not Relevant<br>• Vague<br>• Test results are best evidence<br>• No place for testimony re toxicology or effect of effluent on fish in liability phase | Subjects properly disclosed<br>Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Such other matters as justice may require |

| Witness | Objection | Response/Statutory Factor |
|---|---|---|
| Chun, Eva | <ul><li>Regulatory action and information re mine operations Not Relevant to liability</li><li>Opinions re regulatory standards Not Relevant</li><li>COBC's speak for selves in proving violations</li><li>Evaluation of CWA is w/in ambit of court</li></ul> | Seriousness of the violation<br>History of violations<br>Such other matters as justice may require<br>Compliance standards<br>Permit & COBC requirements<br>Whether ongoing |
| Clark, Jeffrey | <ul><li>Environmental management, mineralization or water balance not at issue, Not Relevant</li></ul> | Whether ongoing<br>Permit compliance |
| Cohon, Keith | <ul><li>Regulatory action and information re mine operations Not Relevant to liability</li><li>COBC's speak for selves in proving violations</li><li>Evaluation of CWA is w/in ambit of court</li></ul> | Seriousness of the violation<br>History of violations<br>Such other matters as justice may require<br>Compliance standards<br>Permit & COBC requirements<br>Whether ongoing |
| Collins, Kathleen | <ul><li>No statutory penalty factor</li></ul> | Seriousness (significance of violations; harm to health and environment; duration of non-compliance; history of violations);<br>Good-faith efforts to comply;<br>Such other matters as justice may require |
| Coulter, Gary | <ul><li>Environmental management, mineralization or water balance not at issue, Not Relevant</li></ul> | Whether ongoing<br>Permit compliance |
| Dau, Jim | <ul><li>No statutory penalty factor</li><li>Conditions at Kivalina and near Mine Not Relevant</li></ul> | Seriousness (significance of violations; harm to health and environment);<br>Good-faith efforts to comply;<br>Such other matters as justice may require |

| Witness | Objection | Response/Statutory Factor |
|---|---|---|
| Day, Steven | • No statutory penalty factor<br>• Mine Processes and Water Treatment Systems Not Relevant | Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Such other matters as justice may require |
| DeCicco, Fred | • No statutory penalty factor<br>• Conditions at Kivalina and near Mine Not Relevant | Seriousness (significance of violations; harm to health and environment);<br>Good-faith efforts to comply;<br>Such other matters as justice may require |
| DeForest, David | • No statutory penalty factor<br>• Lab Personnel Testimony Not Relevant<br>• History of WET testing & excursions of parameters Not Relevant to liability | Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Such other matters as justice may require |
| Driver, Philip | • No statutory penalty factor<br>• Conditions at Kivalina and near Mine Not Relevant | Seriousness (significance of violations; harm to health and environment);<br>Good-faith efforts to comply;<br>Such other matters as justice may require |
| Dryden, James | • No violations involve field monitoring equipment (rather effluent) so Not Relevant<br>• Testimony re Teck Cominco's commitment is Not Relevant | Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Such other matters as justice may require<br>Whether ongoing<br>Permit compliance |

| Witness | Objection | Response/Statutory Factor |
|---|---|---|
| Echter, Anna | <ul><li>No statutory penalty factor</li><li>No claims involve conductivity testing, Not Relevant</li><li>WET reports in evidence are best evidence</li></ul> | Seriousness of the violation<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Such other matters as justice may require<br>Alleged exceedances<br>Permit compliance<br>Whether ongoing |
| Eide, Steven | <ul><li>No statutory penalty factor</li><li>Lab Personnel Testimony Not Relevant</li><li>Test protocols, hold time logistics, etc. Not Relevant to liability</li></ul> | Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Such other matters as justice may require<br>Whether ongoing<br>Alleged exceedances<br>Explain DMR's and supporting documents |
| Greene, Chuck | <ul><li>No statutory penalty factor</li><li>Conditions at Kivalina and near Mine Not Relevant</li></ul> | Seriousness (significance of violations; harm to health and environment);<br>Good-faith efforts to comply;<br>Economic impact of penalty;<br>Such other matters as justice may require |
| Hall, Wayne | <ul><li>No statutory penalty factor</li><li>Mine Processes and Water Treatment Systems Not Relevant</li><li>Reasons or explanations for violations are Not Relevant to Liability</li><li>Red Dog policies & procedures Not Relevant to Liability</li></ul> | Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Economic effect of penalty<br>Such other matters as justice may require<br>Alleged exceedances<br>Permit compliance |

| Witness | Objection | Response/Statutory Factor |
|---|---|---|
| Hawley, Raymond | - No statutory penalty factor<br>- Conditions at Kivalina and near Mine Not Relevant | Seriousness (significance of violations; harm to health and environment);<br>Such other matters as justice may require |
| Hingsbergen, Chuck | - No statutory penalty factor<br>- Mine Processes and Water Treatment Systems Not Relevant<br>- Explanations of issues involving port have no bearing on strict liability<br>- TSS testimony not relevant as SJ previously granted | Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Economic effect of penalty<br>Such other matters as justice may require<br>Alleged port exceedances<br>Permit compliance |
| Horner, Greg | - Not sufficiently specific<br>- Lab Personnel Testimony Not Relevant<br>- No E&E studies in evidence<br>- Testimony Not Relevant | Subjects properly disclosed<br>Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Such other matters as justice may require |
| Houghton, Jon | - No statutory penalty factor<br>- Conditions at Kivalina and near Mine Not Relevant | Seriousness (significance of violations; harm to health and environment);<br>Such other matters as justice may require |
| Huckstein, Lynda | - No statutory penalty factor | Seriousness of the violation<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Such other matters as justice may require |
| Johnson, Lee | - No statutory penalty factor<br>- Conditions at Kivalina and near Mine Not Relevant | Seriousness (significance of violations; harm to health and environment);<br>Good-faith efforts to comply;<br>Such other matters as justice may require |

| Witness | Objection | Response/Statutory Factor |
|---|---|---|
| Kelly, Karen | <ul><li>No statutory penalty factor</li><li>Conditions at Kivalina and near Mine Not Relevant</li></ul> | Seriousness (significance of violations; harm to health and environment);<br>Good-faith efforts to comply;<br>Such other matters as justice may require |
| Key, John | <ul><li>No statutory penalty factor</li><li>Mine Processes and Water Treatment Systems Not Relevant</li><li>Feasability of treatment options Not Relevant</li></ul> | Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Economic effect of penalty<br>Such other matters as justice may require |
| Koon, Ed | <ul><li>No statutory penalty factor</li><li>Mine Processes and Water Treatment Systems Not Relevant</li><li>Explanations have no bearing on strict liability and are Not Relevant</li></ul> | Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Economic effect of penalty<br>Such other matters as justice may require<br>Alleged port exceedances<br>Permit compliance |
| Kuit, Walter | <ul><li>No statutory penalty factor</li><li>Mine Processes and Water Treatment Systems Not Relevant</li></ul> | Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Such other matters as justice may require<br>Impact of remedy |

| Witness | Objection | Response/Statutory Factor |
|---|---|---|
| Kulas, Jim | <ul><li>No statutory penalty factor</li><li>Limit testimony re maintenance of water balance, policies & procedures, history of waste water permitting & efforts to comply as Not Relevant to liability</li></ul> | Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Economic effect of penalty<br>Such other matters as justice may require<br>Procedures incorporated in permit<br>Permit compliance<br>Whether ongoing<br>Alleged exceedances |
| Lackey, Kevin | <ul><li>Not sufficiently specific</li><li>Lab Personnel Testimony Not Relevant</li><li>Not show how relate to actual issues of liability</li><li>Issues re lab no bearing on liability, Not Relevant</li></ul> | Subjects properly disclosed<br>Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Such other matters as justice may require<br>Permit compliance<br>Alleged exceedances |
| Lacouture, Brigitte | <ul><li>No statutory penalty factor</li><li>Mine Processes and Water Treatment Systems Not Relevant</li></ul> | Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Such other matters as justice may require |

| Witness | Objection | Response/Statutory Factor |
|---|---|---|
| Lundberg, Jackie | - Not sufficiently specific<br>- Mine Processes and Water Treatment Systems Not Relevant<br>- Vague description<br>- TIE/TRE Not Relevant to proving violation<br>- Explanations have no bearing on strict liability, Not Relevant | Subjects properly disclosed<br>Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Economic effect of penalty<br>Such other matters as justice may require<br>Alleged port exceedances<br>Permit compliance |
| Malone, Keith | - No statutory penalty factor<br>- Mine Processes and Water Treatment Systems Not Relevant<br>- Explanations of involvement in violations have not bearing on strict liability, Not Relevant | Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Economic effect of penalty<br>Such other matters as justice may require<br>Alleged exceedances<br>Permit compliance<br>Procedures incorporated in permit |
| Martinisko, John | - No statutory penalty factor<br>- Mine Processes and Water Treatment Systems Not Relevant<br>- Explanations have no bearing on strict liability, Not Relevant | Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Economic effect of penalty<br>Such other matters as justice may require<br>Permit compliance<br>Procedures incorporated in permit<br>Alleged exceedances |

| Witness | Objection | Response/Statutory Factor |
|---|---|---|
| Middaugh, John | • No statutory penalty factor<br>• Conditions at Kivalina and near Mine Not Relevant | Seriousness (significance of violations; harm to health and environment);<br>Good-faith efforts to comply;<br>Such other matters as justice may require |
| Mitchell, Gretchen | • No statutory penalty factor<br>• No claims involve conductivity testing, Not Relevant<br>• WET reports in evidence are best evidence | Seriousness of the violation<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Such other matters as justice may require<br>Alleged exceedances<br>Permit compliance<br>Whether ongoing |
| Napier, Robert | • No statutory penalty factor<br>• Mine Processes and Water Treatment Systems Not Relevant<br>• Explanations of factual events has no bearing on strict liability, Not Relevant | Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Economic effect of penalty<br>Such other matters as justice may require<br>Permit compliance<br>Alleged exceedances |
| Ott, Alvin | • No statutory penalty factor<br>• Conditions at Kivalina and near Mine Not Relevant<br>• Not Relevant to liability phase | Seriousness (significance of violations; harm to health and environment);<br>Good-faith efforts to comply;<br>Such other matters as justice may require<br>Rebut Plaintiffs' liability testimony |
| Overpeck, Carl | • No statutory penalty factor | Seriousness of the violation<br>Such other matters as justice may require |
| Pannone, Steven | • No statutory penalty factor<br>• Conditions at Kivalina and near Mine Not Relevant | Seriousness (significance of violations; harm to health and environment); |

| Witness | Objection | Response/Statutory Factor |
|---|---|---|
| Patton, Kent | • No statutory penalty factor<br>• Lab Personnel Testimony Not Relevant<br>• Lab reports themselves best evidence, testimony Not Relevant to liability | Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Such other matters as justice may require<br>Whether ongoing<br>Alleged exceedances<br>Explain DMR's and supporting documents |
| Paulsen, Craig | • No statutory penalty factor<br>• Conditions at Kivalina and near Mine Not Relevant | Seriousness (significance of violations; harm to health and environment);<br>Good-faith efforts to comply;<br>Such other matters as justice may require |
| Peterson, Larry | • No statutory penalty factor<br>• Conditions at Kivalina and near Mine Not Relevant | Seriousness (significance of violations; harm to health and environment); |
| Pillard, David | • No statutory penalty factor<br>• Lab Personnel Testimony Not Relevant<br>• Test result best evidence in & of itself<br>• Methodologies & procedures Not Relevant to liability once violation reported in DMR | Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Such other matters as justice may require<br>Permit compliance<br>Alleged exceedances<br>Explain DMR's and supporting documents |

| Witness | Objection | Response/Statutory Factor |
|---|---|---|
| Prieve, Mike | <ul><li>No statutory penalty factor</li><li>Lab Personnel Testimony Not Relevant</li><li>Lab procedures Not Relevant to liability once violation reported in DMR</li></ul> | Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Such other matters as justice may require<br>Whether ongoing<br>Alleged exceedances<br>Explain DMR's and supporting documents |
| Rense, John | <ul><li>No statutory penalty factor</li><li>Conditions at Kivalina and near Mine Not Relevant</li></ul> | Seriousness (significance of violations; harm to health and environment);<br>Good-faith efforts to comply;<br>Economic impact of penalty;<br>Such other matters as justice may require |
| Sampson, Walter | <ul><li>No statutory penalty factor</li><li>Conditions at Kivalina and near Mine Not Relevant</li></ul> | Seriousness (significance of violations; harm to health and environment);<br>Good-faith efforts to comply;<br>Economic impact of penalty;<br>Such other matters as justice may require |
| Sandvik, Helvi | <ul><li>No statutory penalty factor</li></ul> | Seriousness (significance of violations; harm to health and environment);<br>Good-faith efforts to comply;<br>Economic impact of penalty;<br>Such other matters as justice may require |

| Witness | Objection | Response/Statutory Factor |
|---|---|---|
| Schierman, Mike | <ul><li>Not sufficiently specific</li><li>Mine Processes and Water Treatment Systems Not Relevant</li><li>Weather conditions Not Relevant to liability, permit violations or question of ongoing</li></ul> | Subjects properly disclosed<br>Seriousness of the violation<br>Economic benefit<br>History of violations<br>The good faith efforts to comply with permit requirements<br>Such other matters as justice may require<br>Alleged exceedances<br>Permit compliance<br>Legally excused non-compliance |
| Sheldon, Robert | <ul><li>No statutory penalty factor</li><li>Conditions at Kivalina and near Mine Not Relevant</li></ul> | Seriousness (significance of violations; harm to health and environment; duration of non-compliance; history of violations);<br>Good-faith efforts to comply;<br>Economic benefit;<br>Economic impact of penalty;<br>Such other matters as justice may require |
| Shock, Scott | <ul><li>No statutory penalty factor</li><li>Conditions at Kivalina and near Mine Not Relevant</li></ul> | Seriousness (significance of violations; harm to health and environment); |
| Sonafrank, Nancy | <ul><li>Testimony re water quality standards & aquatic life criteria & use of WAD is Not Relevant</li><li>Opinions of state official on contents or requirements of federal permit is Not Relevant to Liability</li></ul> | Seriousness of the violation<br>Good faith efforts to comply with permit requirements<br>Permit requirements<br>Permit compliance |
| Stambaugh, Sharmon | <ul><li>Opinions of state official on contents or requirements of federal permit & compliance is Not Relevant to Liability</li></ul> | Seriousness of the violation<br>Good faith efforts to comply with permit requirements<br>Permit requirements<br>Permit compliance |

| Witness | Objection | Response/Statutory Factor |
|---|---|---|
| Stanoway, Mike | <ul><li>Not sufficiently specific</li><li>Lab Personnel Testimony Not Relevant</li><li>Testimony re surveys Not Relevant to liability</li><li>Test reports serve as best evidence</li></ul> | Subjects properly disclosed<br>Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Such other matters as justice may require<br>Whether ongoing<br>Alleged exceedances<br>Explain DMR's and supporting documents |
| Stubblefield, William | <ul><li>Not sufficiently specific</li><li>Lab Personnel Testimony Not Relevant</li><li>WET broad topic</li><li>Test reports serve as best evidence</li><li>Testimony re tests Not Relevant</li></ul> | Subjects properly disclosed<br>Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Such other matters as justice may require<br>Whether ongoing<br>Alleged exceedances<br>Explain DMR's and supporting documents |
| Thomas, Kevin | <ul><li>No statutory penalty factor</li></ul> | Economic impact of penalty;<br>Such other matters as justice may require |
| Thompson, Mark | <ul><li>Limit testimony re maintenance of water balance, policies & procedures, history of waste water permitting & efforts to comply as Not Relevant to liability</li></ul> | Testify on challenged subjects will be offered only at liability phase only to extent necessary to explain liability issues |
| Thorton, George | <ul><li>No statutory penalty factor</li><li>Mine Processes and Water Treatment Systems Not Relevant</li></ul> | Economic impact of penalty<br>Good-faith efforts to comply;<br>Such other matters as justice may require |

| Witness | Objection | Response/Statutory Factor |
|---|---|---|
| Townsend, Al | - No statutory penalty factor<br>- Conditions at Kivalina and near Mine Not Relevant | Seriousness (significance of violations; harm to health and environment);<br>Good-faith efforts to comply;<br>Such other matters as justice may require |
| Tsuji, Joyce | - Not sufficiently specific<br>- Conditions at Kivalina and near Mine Not Relevant<br>- Not adequately specific<br>- Human health & drinking water in Wulik River Not Relevant to Liability phase<br>- No showing Relevance of work performed by Exponent<br>- Expert reports not discussion violations or their ongoing nature | Subjects properly disclosed<br>Seriousness (significance of violations; harm to health and environment);<br>Lack of cyanide in Teck Cominco's effluent<br>Permit compliance<br>Rebut Plaintiffs' liability testimony |
| Weakley, Jason | - Not sufficiently specific<br>- Lab Personnel Testimony Not Relevant<br>- General and broad description<br>- Testimony re chemistry & treatment of water Not Relevant to ongoing nature of violations | Subjects properly disclosed<br>Seriousness of the violation<br>Economic Benefit<br>History of violations<br>Good faith efforts to comply with permit requirements<br>Such other matters as justice may require<br>Permit compliance |
| Weaver, Jeff | - No statutory penalty factor<br>- Mine Processes and Water Treatment Systems Not Relevant | Economic Benefit<br>Good faith efforts to comply with permit requirements<br>Such other matters as justice may require<br>Impact of remedy |
| Weber-Scannell, Phyllis | - Conditions at Kivalina and near Mine Not Relevant | Seriousness (significance of violations; harm to health and environment);<br>Good-faith efforts to comply;<br>Such other matters as justice may require |

| Witness | Objection | Response/Statutory Factor |
|---|---|---|
| Willman, Kathleen | <ul><li>Not sufficiently specific</li><li>Unaware of definition of "water balance issues"</li><li>Water balance issues Not Relevant to liability</li></ul> | Subjects properly disclosed<br>Seriousness of the violation<br>Good faith efforts to comply with permit requirements<br>Such other matters as justice may require<br>Impact of remedy |
| Zigarlick, Ted | <ul><li>No statutory penalty factor</li><li>Mine Processes and Water Treatment Systems Not Relevant</li></ul> | Economic benefit<br>Good faith efforts to comply with permit requirements<br>Such other matters as justice may require<br>Impact of remedy |