Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
Firm email: mail@hartig.law.pro
Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, JOSEPH SWAN, <br>     Plaintiffs, <br><br> vs. <br><br> TECK COMINCO ALASKA INCORPORATED, <br>     Defendant, <br><br> NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH, <br>     Intervenor-Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: A04-00049 CV (JWS) |

### DECLARATION OF RACHEL DAVIS

I, Rachel Davis, depose and aver as follows:

1. I have personal knowledge of and am competent to testify to all facts set forth in this declaration.

2. I am employed by Hartig Rhodes Hoge & Lekisch, PC as a paralegal. Hartig Rhodes serves as counsel for Teck Cominco Alaska Incorporated in the above

captioned matter. I am familiar with this case and disclosures made by Teck Cominco to the plaintiffs.

3. Attached as Attachment 1 to my declaration is a true and correct copy of pages 002489 and 002490 produced in Plaintiff's Initial Disclosures.

4. Attached as Attachment 2 to my declaration is a true and correct copy of excerpts from the deposition of Mark Thompson dated March 3, 2005.

5. Attached as Attachment 3 to my declaration is a true and correct copy of excerpts of the Affidavit of Mark Thompson Regarding TDS dated October 3, 2005 filed with this court at Docket 100.

6. Attached as Attachment 4 to my declaration is a true and correct copy of a Memorandum from Jeff Weaver to Mark Thompson dated March 23, 2006 re Red Dog Water Balance Considerations, Bates numbers TC 037778-037783 RD produced in Teck Cominco's Supplemental Disclosures dated November 16, 2006.

7. Attached as Attachment 5 to my declaration is a true and correct copy of excerpts from Teck Cominco's Permitee's Petition for Review filed with the Environmental Appeals Board on April 11, 2007.

8. The work performed by Ecology and Environment was produced to the plaintiffs as bates numbers TC 31640 RD to TC 31744 RD in Teck Cominco's Supplemental Disclosures dated December 6, 2004.

9. Ms. Tsuji was asked numerous questions about the work of Exponent in her deposition of February 1, 2005, including testimony at pages 14:8-16; 121:11-124.

　　　　I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Rachel K. Davis

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February, 2008, a true and correct copy of the foregoing was served, via electronic service, on the below identified parties of record:

Luke W. Cole
Center on Race, Poverty, & the Environment
47 Kearny Street, Suite 804
San Francisco, California 94108

Nancy S. Wainwright (via U.S. Mail only)
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

   s/Sean Halloran
Hartig Rhodes Hoge & Lekisch PC