Geomatrix

# Memorandum

| | | | |
|---|---|---|---|
| **TO:** | Mark Thompson | **DATE:** | March 23, 2006 |
| **FROM:** | Jeff Weaver | **PROJ. NO.:** | 7753 |
| **CC:** | | **PROJ. NAME:** | Red Dog Water Balance Study |
| **SUBJECT:** | Red Dog Water Balance Considerations | | |

Appendix C, Section I, Part A of the EPA Fact Sheet on the Red Dog Mine NPDES permit presents an estimate of the general water balance related to the tailings impoundment and discharge from the impoundment, and concludes that "there is some flow into the impoundment that is unaccounted for in attempting to explain the rise in water level in the impoundment" (page 44). Geomatrix Consultants, Inc. developed a detailed water balance model for the impoundment beginning in 2002. The model uses daily measurements of all water balance inflow and outflow components to estimate the water level in the impoundment. The model includes both climate variables (precipitation, evaporation, and temperature) along with measured flows from tailing production to estimate pond stage with a high degree of accuracy. Based on data and analysis performed during development of the detailed daily water balance model, all inflow and outflow components to the impoundment are considered well known and well characterized.

A key consideration for development of the daily water balance model was the understanding that daily measurements of both precipitation and evaporation included bias and needed to be corrected for actual site conditions. Measurement bias is a basic and common consideration when analyzing meteorological data, as discussed in the following sections.

*Precipitation*

Biases in precipitation measurements occur due to both the methodology used to measure precipitation (i.e. precipitation gauges) and the spatial location of the recording station. Based on an assessment of data available at Red Dog, biases due to both of these conditions is evident in the data.

*Measurement biases*

Precipitation measurements using standard gauging approaches are subject to various errors, with a general tendency toward measurements that under-record actual precipitation (Linsley, et al,

1401 Seventeenth Street, Suite 600    Tel 303.534.8722    www.geomatrix.com
Denver, Colorado 80202-1495    Fax 303.534.8733

Red Dog Water Balance Considerations
March 23, 2006
Page 2

1982). This is especially true in windy environments and in areas with significant snow fall (Larson and Peck, 1974). Under-measurement of precipitation in general and snow in particular at meteorological stations in Alaska has been widely studied for many years (Black, 1954, Benson, 1982, and Yang, et. al. 1998). A recent study by Benning and Yang (2004) was focused on developing daily adjustments of measured precipitation data for the National Weather Service (NWS) stations at Barrow and Nome, Alaska, over a 7-year study period, from 1995 through 2001. The results of this study indicate that the bias adjustments increase the average monthly gage-measured precipitation by approximately 20%–180% for Barrow and 30%–380% for Nome, with the larger percentages occurring in winter months. Calibration of the Red Dog daily water balance suggest that gauge measurements may under-measure snow fall by up to 40 %.

*Spatial location biases*

In mountainous terrain, precipitation and snow fall is generally higher at higher elevations (Chua and Bras, 1982). In general, meteorological stations that are located in the valley areas likely do not produce measurements that can be accurately applied at a watershed scale. This phenomenon has been widely studied, and several methods for assessing watershed-scale precipitation totals based on limited station measurements have been developed (Chua and Bras, 1982, Day, 1990, Phillips et al., 1992, Daly and Neilson, 1992, McManamon, et al., 1993, Hartman, et al., 1995, and Hartman, et. al, undated). At Red Dog, manual measurements of snow pack depth at various areas in the watershed indicate that snow fall may be under-measured at the meteorological station by 10 to 30 %.

Calibration of the daily water balance for the Red Dog tailing impoundment shows that snow precipitation is under-measured by approximately 40 %, while rainfall during summer months measured with reasonable accuracy. Thus a snow-undercatch factor of 1.4 is applied to all precipitation measured during the winter months. As noted, the under-measurement of snow precipitation is attributed to a mixture of both gauge and spatial biases when applied at the scale of the watershed. Table 1 presents a summary of both measured annual precipitation values and estimated actual precipitation.

1401 Seventeenth Street, Suite 600    Tel 303.534.8722    www.geomatrix.com
Denver, Colorado 80202-1485    Fax 303.534.8733

Red Dog Water Balance Considerations
March 23, 2006
Page 3

Table 1 – Annual Precipitation at Red Dog Mine, 1992 - 2004

| Year | Measured Precipitation (inches) | Estimated Actual Precipitation (inches) |
|---|---|---|
| 1992 | 14.8 | 17.2 |
| 1993 | 19.7 | 22.7 |
| 1994 | 26.3 | 28.4 |
| 1995 | 14.8 | 16.8 |
| 1996 | 16.9 | 18.6 |
| 1997 | 16.2 | 18.0 |
| 1998 | 20.4 | 22.1 |
| 1999 | 11.5 | 12.6 |
| 2000 | 21.7 | 23.4 |
| 2001 | 19.0 | 20.6 |
| 2002 | 20.7 | 23.6 |
| 2003 | 19.3 | 22.0 |
| 2004 | 20.3 | 22.4 |

*Evaporation*

Evaporation is measured at Red Dog using a standard pan approach, in which total monthly evaporation is estimated based on the amount of water evaporated from a large pan at the Bons Creek meteorological station. Significant evaporation only occurs during the summer months. Water in the pan will evaporate at a greater rate than from the surface of tailing impoundment. This is because the pan will be warmed much more readily by solar radiation than the surface water in the impoundment (Fetter, 1994). The main reason for this discrepancy is the difference between the water depth in the pan versus depth of water in the impoundment. The pan can also gain or lose heat through the sides and bottom, a process that does not occur in the impoundment. Therefore, a pan coefficient factor of less than one is applied to the pan data to estimate the amount actual evaporation from open water in the impoundment (Fetter, 1994). Pan coefficients vary widely based on local geography, temperature, and wind conditions. Estimated values across the United States vary from 0.13 to close to 1.0 (Houman, 1973). At Red Dog, calibration assessments using the daily water balance model suggest a pan coefficient of approximately 0.50 is appropriate for the tailing impoundment. Estimated annual evaporation totals are provided in Table 2.

1401 Seventeenth Street, Suite 600   Tel 303.534.8722
Denver, Colorado 80202-1495   Fax 303.534.8733   www.geomatrix.com

Red Dog Water Balance Considerations
March 23, 2006
Page 4

Table 2 – Annual Evaporation for the Red Dog Mine, 1992 through 2004

| Year | Estimated Evaporation (inches) |
|---|---|
| 1992 | 7.84 |
| 1993 | 8.29 |
| 1994 | 5.675 |
| 1995 | 6.215 |
| 1996 | Not Measured |
| 1997 | 5.84 |
| 1998 | 7.245 |
| 1999 | 7.405 |
| 2000 | 7.535 |
| 2001 | 6.015 |
| 2002 | 5.6575 |
| 2003 | 5.734 |
| 2004 | 6.7435 |

Because the drainage areas providing water to both the tailing pond and mine areas (feeding the mine sump) are known with great accuracy, the amount of water entering the pond from precipitation runoff and discharging via evaporation can be calculated with great accuracy. Therefore, all inflows and outflows from the impoundment are well known, and there are no "unknown" sources of water as stated on page 44 of Appendix C.

*Groundwater Conditions*

It is important to note that no significant groundwater inflows occur into the impoundment, and that impoundment inflows are derived primarily from and are thus proportional to precipitation falling on the tailing and mine drainages. The assumption of 100 % runoff of estimated actual precipitation is sufficient to account for all inflows into the impoundment. The absence of a significant shallow groundwater flow system was a key finding of a seven year $3.5 million dollar Supplement Environmental Program (SEP) study performed at Red Dog under a Consent Decree with the EPA. The groundwater and permafrost environment at Red Dog was characterized through data collected from over 50 thermistors and 25 piezometers installed around the tailing impoundment and throughout the mine during 1995 through 1999. Results of this program were presented in numerous reports (Water Management Consultants, 1997, 1999, and 2001) to EPA. The findings of the studies were approved by EPA in 2001, resulting in an ongoing program of permafrost and groundwater monitoring that continues to collect and analyze subsurface temperature and deep groundwater level data (Geomatrix Consultants, 2003, 2004, and 2005).

1401 Seventeenth Street, Suite 600    Tel 303.534.8722    www.geomatrix.com
Denver, Colorado 80202-1489    Fax 303.534.8733

TC 037781 RD
Attachment 4

Red Dog Water Balance Considerations
March 23, 2006
Page 5

The results of these studies showed that the active layer at Red Dog is generally less that 15 feet thick and thaw occurs only during July, August, and September. Since the ground is frozen to the surface most of the year, shallow groundwater flow can only occur during the short period of thaw during the summer. Because of the shallow thaw depths and small saturated thicknesses, there is little active groundwater flow at a regional scale (Water Management Consultants, 1997, 1999, and 2001).

Please call me at (303) 534-8722 if you have any questions or comments.

References:

Black, R.F., Precipitation at Barrow, Alaska, greater than recorded, American Geophysical Union Transactions, 35(2), 203-206, 1954.

Benson, C.S., Reassessment of winter precipitation on Alaska's Arctic slope and measurement on the flux of wind blown snow, Geophysical Institute, University of Alaska, Fairbanks, Alaska, 26pp, 1982.

Yang, D., Goodison, B.E., Benson, C.B. and Ishida, S., Adjustment of daily precipitation at 10 climate stations in Alaska: application of WMO Intercomparison results. Water Resources Research, 34(2), 241-256, 1998.

Benning, J, and D. Yang, 2004 Adjustment of Daily Precipitation Data at Barrow and Nome Alaska for 1995–2001, Arctic, Antarctic, and Alpine Research Volume: 37 Issue: 3 Pages: 276-283

Robert K. Hartman, Andrew A. Rost, Donald M. Anderson, Spatial Distribution of Snow Water Equivalent Observations in Mountainous Terrain, 1http://www.ncgia.ucsb.edu/conf/SANTA_FE_CD-ROM/sf_papers/hartman_rob/spatial.html

Chua, S., and R.L. Bras, "Optimal Estimators of Mean Areal Precipitation in Regions of Orographic Influence", Journal of Hydrology 57:23-48, 1982.
Daly, C., and R.P. Neilson, "Digital Topographic Approach to Modeling the Distribution of Precipitation in Mountainous Terrain", In: Interdisciplinary Approaches in Hydrology and Hydrogeology, American Institute of Hydrology, pp. 437-454, 1992.

Day, G.N., "A Methodology for Updating a Conceptual Snow Model With Snow Measurements", NOAA Technical Report NWS 43, National Weather Service, Silver Spring, Maryland, 1990.

Hartman, R.K., A.A. Rost, and D.M. Anderson, "Operational Processing of Multi-Source Snow Data", Proceedings of the Western Snow Conference, pp. 147-151, 1995.

1401 Seventeenth Street, Suite 600      Tel 303.534.8722      www.geomatrix.com
Denver, Colorado 80202-1495             Fax 303.534.8723

Red Dog Water Balance Considerations
March 23, 2006
Page 6

McManamon, A., T.L. Szeliga, R.K. Hartman, G.N. Day, and T.R. Carroll, "Gridded Snow Water Equivalent Estimation Using Ground-Based and Airborne Snow Data", Proceedings of the Eastern Snow Conference, Quebec, Canada, pp. 75-81, 1993.

Phillips, D.L., J. Dolph, and D. Marks, "A Comparison of Geospatial Procedures for Spatial Analysis of Precipitation in Mountainous Terrain", Agricultural and Forest Meteorology, 58, pp. 119-141, 1992

Hounam, C.E., Comparison Between Pan and Lake Evaporation, WMO Technical Note 126, Publication number 354, 1973.

Fetter, C.W., Applied Hydrogeology, 3rd Edition, Prentice Hall, 1994

Linsley, R.K, M. Kohler, and J. Paulhus, Hydrology for Engineers, 3rd Addition, McGraw-Hill, 1982

Water Management Consultants, Results of the Phase I Hydrologic Characterization of the Tailing Impoundment, Report to EPA, 1997

Water Management Consultants, Results of the Phase II Hydrologic Characterization of the Tailing Impoundment, Report to EPA, 1999

Water Management Consultants, Results of the Phase III Hydrologic Characterization of the Tailing Impoundment, Report to EPA, 2001

Geomatrix Consultants, Long-Term Permafrost and Groundwater Monitoring Program for the Tailing Impoundment, 2002 Annual Report, Report to EPA, 2003

Geomatrix Consultants, Long-Term Permafrost and Groundwater Monitoring Program for the Tailing Impoundment, 2003 Annual Report, Report to EPA, 2004

Geomatrix Consultants, Long-Term Permafrost and Groundwater Monitoring Program for the Tailing Impoundment, 2004 Annual Report, Report to EPA, 2005

1401 Seventeenth Street, Suite 600       Tel 303.534.8722
Denver, Colorado 80202-1485              Fax 303.534.8723       www.geomatrix.com