Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
Firm email: mail@hartig.law.pro
Attorney for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, JOSEPH SWAN,<br>　　　　Plaintiffs,<br><br>vs.<br><br>TECK COMINCO ALASKA INCORPORATED,<br>　　　　Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br>　　　　Intervenor-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: A04-00049 CV (JWS)<br>) |

## NOTICE

Teck Cominco and NANA filed their opposition to the plaintiffs' motion for summary judgment at Docket 254. At the insistence of plaintiffs' counsel, a second copy is filed herewith. This copy differs from the one originally filed in the following ways: (1) citations have been moved from footnotes to the text, and (2) the document no longer uses greater line spacing that is easier to read than the minimum

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

specified by Local Rule 10.1. The text, other than the addition of citations formerly in the footnotes, remains identical in content.

DATED at Anchorage, Alaska, this 19th day of February, 2008.

HARTIG RHODES HOGE & LEKISCH, P.C.
Attorneys for Teck Cominco Alaska, Inc.

By: _____
Sean Halloran

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of March, 2007,
a true and correct copy of the foregoing was served
electronically on:

Luke W. Cole
Center on Race, Poverty, & the Environment
450 Geary Street, Suite 500
San Francisco, California 94102

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

**And via First Class Mail**
Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

_____
Becky Lewis

F:\Docs\62880\184\PLEADINGS\Notice

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352