JAMES E. TORGERSON (Alaska Bar No. 8509120)
YVONNE LAMOUREUX (Alaska Bar No. 0512124)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
Jim.torgerson@hellerehrman.com
Yvonne.lamoureux@hellerehrman.com

Attorneys for Intervenor-Defendant
NANA REGIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>　　　　　　　　　Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>　　　　　　　　　Intervenor-Defendants. | Case No.: A:04-cv-0049 (JWS)<br><br><br><br><br>**NOTICE OF WITHDRAWAL OF SECTION C OF DOCKET 218** |

On January 29, 2008, Teck Cominco Alaska Incorporated (Teck Cominco) and NANA Regional Corporation (NANA) filed a Joint Motion and Memorandum in Support of Motion to Strike Plaintiffs' New Expert Reports.[1] Section C asserted that certain

---

[1] Doc. 218.

expert reports failed to meet Rule 26(a)(2)(B) requirements.  Teck Cominco and NANA now withdraw Section C of the Joint Motion at Docket 218.[2]

Dated:  February 20, 2008          Respectfully submitted,

                                      Attorneys for Intervenor-Defendant
                                      NANA REGIONAL CORP.

                                      By _____*/s/ James e. Torgerson*_____
                                      JAMES E. TORGERSON (BAR NO. 8509120)
                                      YVONNE LAMOUREUX (BAR NO. 0512124)
                                      Heller Ehrman LLP
                                      510 L Street, Suite 500
                                      Anchorage, AK  99501
                                      Telephone:  907-277-1900
                                      Jim.torgerson@hellerehrman.com
                                      Yvonne.lamoureux@hellerehrman.com

Dated:  February 20, 2008          Respectfully submitted,

                                      HARTIG RHODES HOGE & LEKISCH
                                      Defendant
                                      TECK COMINCO ALASKA INCORPORATED

                                      By _____*/s/ Sean Halloran*_____
                                      SEAN HALLORAN (BAR NO. 9211080)

---

[2] Although Teck Cominco and NANA withdraw Section C of the Joint Motion, Teck Cominco and NANA each reserve the right to renew their motion as to the Rule 26 argument with respect to Mr. Fucik in the event that his newly disclosed testimony should have been included in his initial report.

**NOTICE OF WITHDRAWAL OF SECTION C OF DOCKET 218**
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)**
PAGE 2 OF 3

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF SECTION C OF DOCKET 218 was served via the method indicated below this 20th day of February, 2008, on the following parties:

| | |
|---|---|
| Luke W. Cole<br>Center on Race, Poverty & the Environment<br>47 Kearny Street, Suite 804<br>San Francisco, CA  94108<br>luke@igc.org | Counsel for Plaintiffs<br><br>Served via:  Electronic transmission |
| Nancy S. Wainwright<br>Law Offices of Nancy S. Wainwright<br>13030 Back Road, Suite 555<br>Anchorage, AK  99515-3538 | Counsel for Plaintiffs<br><br>Served via:  U.S. Mail only |
| Sean Halloran<br>Hartig Rhodes Hoge & Lekisch, P.C.<br>717 K Street<br>Anchorage, AK  99501<br>sean.halloran@hartig.com | Counsel for Defendant Teck Cominco<br>Served via:  Electronic transmission |
| David S. Case<br>Landye Bennett Blumstein LLP<br>701 West 8th Avenue, Suite 1200<br>Anchorage, AK  99501<br>dcase@lbblawyers.com | Counsel for Intervenor-Defendant<br>Northwest Arctic Borough<br><br>Served via:  Electronic transmission |

          */S/ James E. Torgerson*
JAMES E. TORGERSON (BAR NO. 8509120)
YVONNE LAMOUREUX (BAR NO. 0512124)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK  99501
Telephone:  907-277-1900
Jim.torgerson@hellerehrman.com
Yvonne.lamoureux@hellerehrman.com

SE 2242736 v1
2/20/08 4:34 PM (38576.0002)

**NOTICE OF WITHDRAWAL OF SECTION C OF DOCKET 218**
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)**
PAGE 3 OF 3