1   LUKE W. COLE, California Bar No. 145,505
    CAROLINE FARRELL, California Bar No. 202,871
2   BRENT J. NEWELL, California Bar No. 210,312
    Center on Race, Poverty, & the Environment
3   47 Kearny Street, Suite 804
    San Francisco, CA, 94108
4   415/346-4179  •  fax 415/346-8723

5   NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
    Law Offices of Nancy S. Wainwright
6   13030 Back Road, Suite 555
    Anchorage, AK 99515-3538
7   907/345-5595  •  fax 907/345-3629

8   Attorneys for Plaintiffs Enoch Adams, Jr., Leroy
    Adams, Andrew Koenig, Jerry Norton and Joseph Swan
9

10              **IN THE UNITED STATES DISTRICT COURT**

11           **FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

12

13  ENOCH ADAMS, JR., LEROY ADAMS,            Case No. A04-49 (JWS)
    ANDREW KOENIG, JERRY NORTON
    DAVID SWAN and JOSEPH SWAN,               **PLAINTIFFS' UNOPPOSED**
14                                            **MOTION TO RESET**
                                              **TRIAL BRIEF DEADLINE**
15          Plaintiffs,

16          v.

17  TECK COMINCO ALASKA INCORPORATED

18          Defendant.
    _____

19  NANA REGIONAL CORPORATION and
    NORTHWEST ARCTIC BOROUGH,
20
            Intervenors-Defendants.
21  _____

22

23          Plaintiffs Enoch Adams, et al., respectfully file this unopposed motion to reset the trial

24  brief deadline in this case.  On September 21, 2007, this Court entered a pre-trial Order setting

25  February 26, 2008 as the date for filing of all parties' trial briefs.  Docket 177.  "Such brief will

26  contain a short, plain, and candid statement of the party's position and authorities as to each

27  contested issue of law.  It will disclose and brief those theories of the case which a party will urge

28

PLAINTIFFS' UNOPPOSED MOTION
TO RESET TRIAL BRIEF DEADLINE

1    at trial." Docket 177 at 4.

2         Subsequently, on January 25, 2008, the Court granted Adams's request to file a motion

3    for summary judgment on four legal questions.  Docket 206.  As instructed by the Court, that

4    motion was timely filed on February 8, 2008.  Docket 241.  The Response was filed on February

5    19, 2008.  Docket 257.  The Reply is due today, February 21, 2008.  Docket 206.  That motion

6    concerns arguments on four contested issues of law which directly relate to Adams's (and

7    presumably defendants') positions at trial.  Although the briefing will be concluded by February

8    21, all parties' trial briefs – which are supposed to address "contested issues of law" – are due

9    just five days later.  Even were the Court to rule on the summary judgment motion within those

10   five days (not an expectation Adams holds), it would be difficult to reflect the resolution of the

11   four contested issues in a cogent and trenchant trial brief filed on February 26.

12        To resolve this situation, and to obviate the need for all parties to include the same issues

13   in their trial briefs that are included in their summary judgment filing in the event the Court does

14   not resolve the motion by February 26, Adams respectfully requests that the Court reset the trial

15   brief deadline so that the due date for the trial briefs is 14 days after the entry of the order on

16   summary judgment motion at Docket 241.  This will allow the parties to brief only those legal

17   issues remaining after summary judgment, a time saving for both the litigants and the Court.

18   Adams reflects this request in the attached Proposed Order.  Adams is authorized to represent

19   that this motion is unopposed.

20        Respectfully submitted this 21st day of February, 2008.

21

22                          /S/ Luke Cole
                            Luke Cole
23                          Attorney for Plaintiffs

24

25

26   CERTIFICATE OF SERVICE
     I hereby certify that on the 21st day of February 2008, a true and correct copy of the foregoing Unopposed Motion to Reset Trial
     Brief Deadline and Proposed Order  was served, via electronic mail, on the below identified parties of record:

27
     Sean Halloran
28   Hartig Rhodes

     PLAINTIFFS' UNOPPOSED MOTION
     TO RESET TRIAL BRIEF DEADLINE          i

717 K Street
Anchorage, AK 99501

Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

_____

        /S/ Luke Cole

Luke Cole