LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty, & the Environment
47 Kearny Street, Suite 804
San Francisco, CA, 94108
415/346-4179 • fax 415/346-8723

NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3538
907/345-5595 • fax 907/345-3629

Attorneys for Plaintiffs Enoch Adams, Jr., Leroy Adams, Andrew Koenig, Jerry Norton and Joseph Swan

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN,<br><br>Plaintiffs,<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED<br><br>Defendant. | Case No. A04-49 (JWS)<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO RESET TRIAL BRIEF DEADLINE** |
| NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH,<br><br>Intervenors-Defendants. | |

[PROPOSED] ORDER GRANTING
PLAINTIFFS' UNOPPOSED MOTION
TO RESET TRIAL BRIEF DEADLINE

1 | Plaintiffs Enoch Adams, et al., filed an unopposed motion to reset the trial brief deadline in this case. Docket 269. Good causing appearing therefore, IT IS SO ORDERED that trial briefs in this case shall be filed and served within 14 days of the Court's ruling on Plaintiffs' Motion for Summary Judgment on Four Legal Issues at Docket 241.

Date: _____

Judge of the District Court

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February 2008, a true and correct copy of the foregoing Proposed Order on Unopposed Motion to Reset Trial Brief Deadline and Proposed Order was served, via electronic mail, on the below identified parties of record:

Sean Halloran
Hartig Rhodes
717 K Street
Anchorage, AK 99501

Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

_____/S/ Luke Cole_____

Luke Cole

[PROPOSED] ORDER GRANTING
PLAINTIFFS' UNOPPOSED MOTION
TO RESET TRIAL BRIEF DEADLINE        i