JAMES E. TORGERSON (Alaska Bar No. 8509120)
YVONNE LAMOUREUX (Alaska Bar No. 0512124)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
Jim.torgerson@hellerehrman.com
Yvonne.lamoureux@hellerehrman.com

Attorneys for Intervenor-Defendant
NANA REGIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ENOCH ADAMS, JR., LEROY ADAMS,
ANDREW KOENIG, JERRY NORTON,
DAVID SWAN and JOSEPH SWAN,

                        Plaintiffs,

     v.

TECK COMINCO ALASKA
INCORPORATED,

                        Defendant,

NANA REGIONAL CORPORATION, and
NORTHWEST ARCTIC BOROUGH,

                 Intervenor-Defendants.

Case No.: A:04-cv-0049 (JWS)

**JOINT REQUEST FOR STATUS CONFERENCE**

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900

      All parties to this matter ask the Court to schedule a status conference for the Court's first available date after March 17, 2008.

      The parties request the status conference to discuss trial scheduling because having firm dates for all phases of the trial is important in scheduling witnesses, especially those who will be traveling to Anchorage to testify.

      The undersigned is authorized to represent that counsel for Plaintiffs, Teck Cominco Alaska Incorporated, and Northwest Arctic Borough join in this motion.

Dated:  February 22, 2008          Respectfully submitted,

Attorneys for Intervenor-Defendant
NANA REGIONAL CORP.

By _____ */s/ James E. Torgerson* _____
    JAMES E. TORGERSON (BAR NO. 8509120)
    YVONNE LAMOUREUX (BAR NO. 0512124)
    Heller Ehrman LLP
    510 L Street, Suite 500
    Anchorage, AK  99501
    Telephone:  907-277-1900
    Jim.torgerson@hellerehrman.com
    Yvonne.lamoureux@hellerehrman.com

**CERTIFICATE OF SERVICE**
This is to certify that a true and correct copy of the foregoing JOINT REQUEST FOR STATUS CONFERENCE was served via the method indicated below this 22nd day of February, 2008, on the following parties:

Luke W. Cole                                              Counsel for Plaintiffs
Center on Race, Poverty & the Environment
47 Kearny Street, Suite 804                     Served via:  Electronic transmission
San Francisco, CA  94108
luke@igc.org

Nancy S. Wainwright                               Counsel for Plaintiffs
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555                    Served via:  U.S. Mail only
Anchorage, AK  99515-3538

Sean Halloran                                            Counsel for Defendant Teck Cominco
Hartig Rhodes Hoge & Lekisch, P.C.        Served via:  Electronic transmission
717 K Street
Anchorage, AK  99501
sean.halloran@hartig.com

David S. Case                                            Counsel for Intervenor-Defendant
Landye Bennett Blumstein LLP                Northwest Arctic Borough
701 West 8th Avenue, Suite 1200
Anchorage, AK  99501                             Served via:  Electronic transmission
dcase@lbblawyers.com

_____ */S/ James E. Torgerson* _____
JAMES E. TORGERSON (BAR NO. 8509120)
YVONNE LAMOUREUX (BAR NO. 0512124)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK  99501
Telephone:  907-277-1900

**JOINT REQUEST FOR STATUS CONFERENCE**
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)**
PAGE 2 OF 3

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900

1    Jim.torgerson@hellerehrman.com
     Yvonne.lamoureux@hellerehrman.com

2

3    SE 2242742 v2
     2/22/08 8:49 AM (38576.0002)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900

**JOINT REQUEST FOR STATUS CONFERENCE**
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)**
PAGE 3 OF 3