JAMES E. TORGERSON (Alaska Bar No. 8509120)
YVONNE LAMOUREUX (Alaska Bar No. 0512124)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
Jim.torgerson@hellerehrman.com
Yvonne.lamoureux@hellerehrman.com

Attorneys for Intervenor-Defendant
NANA REGIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>　　　　　　　　Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>　　　　　　　　Intervenor-Defendants. | Case No.: A:04-cv-0049 (JWS)<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR STATUS CONFERENCE** |

The Court has reviewed the Joint Request for Status Conference. The Joint Request for Status Conference is **GRANTED**. A status conference will be held on _____, 2008 at _____ a.m./p.m. at Anchorage, Alaska.

DATED at Anchorage, Alaska this ____ day of _____ 2008:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JOHN W. SEDWICK
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing [PROPOSED] ORDER GRANTING REQUEST FOR STATUS CONFERENCE was served via the method indicated below this 22nd day of February, 2008, on the following parties:

| | |
|---|---|
| Luke W. Cole<br>Center on Race, Poverty & the Environment<br>47 Kearny Street, Suite 804<br>San Francisco, CA 94108<br>luke@igc.org | Counsel for Plaintiffs<br><br>Served via: Electronic transmission |
| Nancy S. Wainwright<br>Law Offices of Nancy S. Wainwright<br>13030 Back Road, Suite 555<br>Anchorage, AK 99515-3538 | Counsel for Plaintiffs<br><br>Served via: U.S. Mail only |
| Sean Halloran<br>Hartig Rhodes Hoge & Lekisch, P.C.<br>717 K Street<br>Anchorage, AK 99501<br>sean.halloran@hartig.com | Counsel for Defendant Teck Cominco<br>Served via: Electronic transmission |
| David S. Case<br>Landye Bennett Blumstein LLP<br>701 West 8th Avenue, Suite 1200<br>Anchorage, AK 99501<br>dcase@lbblawyers.com | Counsel for Intervenor-Defendant<br>Northwest Arctic Borough<br><br>Served via: Electronic transmission |

    */S/ James E. Torgerson*
JAMES E. TORGERSON (BAR NO. 8509120)
YVONNE LAMOUREUX (BAR NO. 0512124)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907-277-1900
Jim.torgerson@hellerehrman.com
Yvonne.lamoureux@hellerehrman.com

SE 2242752 v2
2/22/08 8:57 AM (38576.0002)