MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*Adams, et al. v. Teck Cominco*

THE HONORABLE JOHN W. SEDWICK         3:04-cv-00049 JWS

PROCEEDINGS:        **ORDER FROM CHAMBERS**        February 21, 2008

By order dated September 21, 2007, the court set February 26, 2008, as the deadline for filing the parties' trial briefs. At docket 253, plaintiffs now request the court to enter an order extending the deadline for the parties' trial briefs to fourteen days after the date of the court's ruling on plaintiff's motion at docket 241 for summary judgment on four legal questions. Defendant does not oppose the requested extension of time. The court having reviewed plaintiff's request and good cause appearing, it is hereby **ORDERED** that the parties shall file and serve their respective trial briefs within fourteen days of the date the court files its ruling on Plaintiffs' Motion for Summary Judgment on Four Legal Issues at docket 241.