IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>　　　　　　　　　　Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>　　　　　　　　　　Intervenor-Defendants. | Case No.: 3:04-cv-00049 (JWS)<br><br><br>**ORDER GRANTING REQUEST FOR STATUS CONFERENCE** |

(Heller Ehrman LLP, 510 L Street, Suite 500, Anchorage, AK 99501-1959, Telephone (907) 277-1900)

The Court has reviewed the Joint Request for Status Conference. The Joint Request for Status Conference is **GRANTED**. A status conference will be held on March 21, 2008, at 8:30 a.m. in Courtroom 3.

DATED this 25th day of February 2008.

　　　　　　　　　　/s/　JOHN W. SEDWICK
　　　　　　　　　　UNITED STATES DISTRICT JUDGE