MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*Adams, et al. v. Teck Cominco*

THE HONORABLE JOHN W. SEDWICK          3:04-cv-00049 JWS

PROCEEDINGS:          **ORDER FROM CHAMBERS**          February 28, 2008

At docket 269, plaintiffs Enoch Adams, *et al.*, request the court to reset the trial brief deadline in this case to fourteen days after the court enters its ruling on the motion at docket 241. By minute order dated February 22, 2008, the court ordered that "the parties shall file and serve their respective trial briefs within fourteen days of the date the court files its ruling on Plaintiff's Motion for Summary Judgment on Four Legal Issues at docket 241."[1] Accordingly, plaintiff's motion at docket 269 is **DENIED** as moot because the relief requested has already been granted.

---

[1] Doc. 272.