Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska  99501
Phone:  (907) 276-1592
Fax:     (907) 277-4352
Firm email:  mail@hartig.law.pro
Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, JOSEPH SWAN,<br>    Plaintiffs,<br><br>vs.<br><br>TECK COMINCO ALASKA INCORPORATED,<br>    Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br>    Intervenor-Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No.: A04-00049 CV (JWS) |

MOTION FOR LEAVE TO FILE LATE

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE
(907) 276-1592
FAX
(907) 277-4352

Teck Cominco asks that the court accept the late filing of Teck Cominco and NANA's opposition to the Docket 210 Motion to strike expert testimony.  The opposition was timely prepared and Teck Cominco believed that it had been timely filed.  The apparent omission was not discovered until today, when the undersigned read the plaintiffs "reply" asserting that no opposition was filed.  Teck Cominco is checking to see if the document was mistakenly filed in some other case or if the attempted filing did not work for some

other reason, but at this time has no explanation for why the Opposition does not appear in the court's docket for this case. In light of the fact that trial is still months away, there is no prejudice to the plaintiffs from allowing the Opposition to be filed late, and Teck Cominco requests that the court accept it accordingly.

DATED at Anchorage, Alaska, this 29th day of February, 2008.

HARTIG RHODES HOGE & LEKISCH, P.C.
Attorneys for Teck Cominco Alaska, Inc.

By: /s/ Sean Halloran
      Sean Halloran

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of February, 2008,
a true and correct copy of the foregoing was served,
via electronic service, on the below identified parties of
record:

Luke W. Cole
Center on Race, Poverty, & the Environment
47 Kearny Street, Suite 804
San Francisco, California 94108

Nancy S. Wainwright (via U.S. Mail only)
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

/s/ Sean Halloran
Hartig Rhodes Hoge & Lekisch PC

F:\Docs\62880\184\PLEADINGS\Mtn for Leave to file Opp late.doc

**HARTIG RHODES HOGE & LEKISCH, P.C.**
**ATTORNEYS AT LAW**
**717 K STREET**
**ANCHORAGE, ALASKA**
**99501-3397**
**TELEPHONE**
**(907) 276-1592**
**FAX**
**(907) 277-4352**

Motion for Leave to File Late
Adams et al. v. Teck Cominco/A04-00049 CV (JWS)                               Page 2 of 2