Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax:    (907) 277-4352
Firm email: mail@hartig.law.pro
Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, JOSEPH SWAN,<br>  Plaintiffs,<br><br>vs.<br><br>TECK COMINCO ALASKA INCORPORATED,<br>  Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br>  Intervenor-Defendants. | Case No.: A04-00049 CV (JWS)<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE LATE OPPOSITION |

Teck Cominco Alaska Incorporated asks that the court accept the late filing of its and NANA Regional Corporation's Opposition to the Plaintiffs' Motion at Docket 210. IT IS HEREBY ORDERED that Teck Cominco's and NANA's Opposition to Plaintiff's Motion at Docket 210 is accepted late. The Plaintiffs shall file any Reply within ten days.

DATED:_____        _____
                             JOHN W. SEDWICK
                             UNITED STATES DISTRICT JUDGE

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE
(907) 276-1592
FAX
(907) 277-4352

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of February, 2008,
a true and correct copy of the foregoing was served,
via electronic service, on the below identified parties of
record:

Luke W. Cole
Center on Race, Poverty, & the Environment
47 Kearny Street, Suite 804
San Francisco, California 94108

Nancy S. Wainwright (via U.S. Mail only)
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

　/s/ Sean Halloran
Hartig Rhodes Hoge & Lekisch PC

F:\Docs\62880\184\PLEADINGS\Prop order re late filing.doc

**HARTIG RHODES
HOGE &
LEKISCH, P.C.**
**ATTORNEYS AT LAW**
**717 K STREET
ANCHORAGE,
ALASKA
99501-3397**
**TELEPHONE
(907) 276-1592**
**FAX
(907) 277-4352**

Order Granting Leave to File Late Opposition
Adams et al. v. Teck Cominco/ A04-00049 CV (JWS)                                                    Page 2 of 2