Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska  99501
Phone:  (907) 276-1592
Fax:     (907) 277-4352
Firm email:  mail@hartig.law.pro
Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, JOSEPH SWAN,       Plaintiffs,<br><br>vs.<br><br>TECK COMINCO ALASKA INCORPORATED,       Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,       Intervenor-Defendants. | Case No.: A04-00049 CV (JWS)<br><br>ERRATA |

Teck Cominco inadvertently did not attach the Declaration of Rachel Davis to Exhibit 1 attached to its Motion for Leave to File Late at Docket 283. Therefore Teck Cominco attaches the Declaration to accompany its Opposition to Docket 210.

DATED at Anchorage, Alaska, this 29th day of February, 2008.

HARTIG RHODES HOGE & LEKISCH, P.C.
Attorneys for Teck Cominco Alaska, Inc.

By:  /s/  Sean Halloran
       Sean Halloran

**HARTIG RHODES HOGE & LEKISCH, P.C.**
**ATTORNEYS AT LAW**
**717 K STREET**
**ANCHORAGE, ALASKA 99501-3397**
**TELEPHONE (907) 276-1592**
**FAX (907) 277-4352**

Errata
Adams et al. v. Teck Cominco/A04-00049 CV (JWS)                                              Page 1 of 2

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of February, 2008, a true and correct copy of the foregoing was served, via electronic service, on the below identified parties of record:

Luke W. Cole
Center on Race, Poverty, & the Environment
47 Kearny Street, Suite 804
San Francisco, California 94108

Nancy S. Wainwright (via U.S. Mail only)
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

  /s/  Sean Halloran
Hartig Rhodes Hoge & Lekisch PC

F:\Docs\62880\184\PLEADINGS\Errata re Decl.doc

**HARTIG RHODES HOGE & LEKISCH, P.C.**
**ATTORNEYS AT LAW**
**717 K STREET**
**ANCHORAGE, ALASKA**
**99501-3397**
**TELEPHONE**
**(907) 276-1592**
**FAX**
**(907) 277-4352**