LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty & the Environment
47 Kearny St, Suite 804
San Francisco, CA 94108
415/346-4179 • fax 415/346-8723

NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3358
907/345-5595 • fax 907/345-3629

Attorneys for Plaintiffs Enoch Adams, Jr., Leroy Adams, Andrew Koenig, Jerry Norton, David Swan and Joseph Swan

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>TECK COMINCO ALASKA INCORPORATED<br><br>    Defendant.<br>_____<br><br>NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH,<br><br>    Intervenors-Defendants.<br>_____ | Case No. A04-49 (JWS)<br><br>**REPLY WITHDRAWING OBJECTIONS TO PENALTY PHASE WITNESS LIST & MOTIONS IN LIMINE TO EXCLUDE WITNESSES AND EVIDENCE THAT IS NOT RELEVANT**<br>(Evidence Code §402) |

ADAMS PLAINTIFFS' REPLY WITHDRAWING
OBJECTIONS TO PENALTY PHASE WITNESS
LIST AND MOTIONS TO EXCLUDE WITNESSES

## I. TECK COMINCO HAS LARGELY CURED ADAMS'S OBJECTIONS.

Adams moved to exclude the testimony of 56 of Teck Cominco's witnesses on grounds of relevance, as nothing in Teck Cominco's description of their testimony indicated how that testimony would be relevant to the issues to be determined at the penalty phase of trial – the application of the six penalty factors to the maximum penalty that could be assessed. Docket 227.

In Response, Teck Cominco – through its Opposition at Docket 261 and its witness chart at 261-2 – has largely cured Adams's objections.  Many of Teck Cominco's assertions about the scope of testimony – listing all six penalty factors for almost every witness, for example – are grossly overbroad, but Teck Cominco's responses and witness list demonstrate the relevance of its witnesses at the penalty phase.  Adams thus withdraws its motion *in limine* as to the relevance of Teck Cominco's penalty phase witnesses, Docket 227.

Adams withdrawing this particular challenge to Teck Cominco's penalty phase witnesses does not affect its ongoing challenge to many of these same witnesses on other grounds.  Adams action here does not affect its motions challenging Teck Cominco's lack of specificity about its witnesses's testimony (Dockets 225 and 286), its motions with respect to the relevance and specificity of Teck Cominco's liability phase witnesses (Dockets 211 and 221), and its motion to exclude the testimony of expert witnesses for whom Teck Cominco did not provide summaries of qualifications (Docket 210).

Respectfully submitted this 29th day of February, 2008.

_____/S/ Luke Cole_____
Luke Cole
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of February 2008, a true and correct copy of the foregoing Reply Withdrawing Plaintiffs' Objections to Penalty Phase Witness List and Motions to Exclude Witnesses was served, via electronic mail, on the below identified parties of record:

Sean Halloran
Hartig Rhodes
717 K Street
Anchorage, AK 99501

Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

Thane Tienson
Landye Bennet Blumstein
1300 Southwest Fifth Ave, Suite 3500
Portland, OR 97201

_____
  /S/ Luke Cole

Luke Cole

ADAMS PLAINTIFFS' REPLY WITHDRAWING
OBJECTIONS TO PENALTY PHASE WITNESS
LIST AND MOTIONS TO EXCLUDE WITNESSES       3