Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF ALASKA

 3
     ENOCH ADAMS, JR., LEROY           )
 4   ADAMS, ANDREW KOENIG, JERRY       )
     NORTON, DAVID SWAN and JOSEPH     )
 5   SWAN,                             )
                                       )
 6                                     )
            Plaintiffs,                )
 7                                     )
       vs.                             )
 8                                     )
     TECK COMINCO ALASKA               )
 9   INCORPORATED,                     )
                                       )
10                                     )
            Defendant,                 )
11                                     )
     NANA REGIONAL CORPORATION,        )
12   and NORTHWEST ARCTIC BOROUGH,     )
                                       )
13                                     )
            Intervenor-Defendants.     )
14                                     )
     Case No. A:04-CV-0049 (JWS)
15

16

17

18
     TRANSCRIPT OF EXCERPTS OF PLANNING CONFERENCE HEARING
19
         BEFORE THE HONORABLE JOHN W. SEDWICK
20
                              Anchorage, Alaska
21                            AUGUST 9, 2007

22

23

24

25
```

Stamps: COPY; RECEIVED FEB 2 7 2008 HellerEhrman LLP; Wed. 12:15 pm. KP (+ Original)

ADAMS v. TECK COMINCO   EXCERPTS OF PLANNING CONFERENCE HEARING
8/9/2007

### Page 2

```
 1            P-R-O-C-E-E-D-I-N-G-S
 2   9:11:16
 3         MR. COLE: This is Mr. Cole on the phone.
 4         The defendants and I have had a conversation
 5   about updating expert reports, because they were filed
 6   at this point I think almost a year and a half ago.
 7         And in terms of the economics, there
 8   obviously -- the length of time that has -- that the
 9   experts would be considering in terms of economic
10   benefit in this case is obviously longer than they had
11   considered.
12         So I am wondering if we want to just
13   stipulate to updating expert reports or if we want to
14   go into the penalty phase and just know that
15   obviously, the January 1st or January 15th, 2006
16   cut-off date when the expert reports were done is not
17   going to be the realistic time or number that the
18   experts are going to come in with at trial.
19         THE COURT: The -- let me ask Mr. Halloran,
20   and if he agrees that the expert reports need to be
21   updated.
22         MR. HALLORAN: I'm not sure that they do,
23   Your Honor. I mean, if it's just a matter of
24   supplying new numbers, I mean, we don't have a problem
25   with that.
```

### Page 3

```
 1         If it's a matter of substantially changing
 2   the testimony that the experts are providing, we would
 3   have a need then to do additional depositions and
 4   everything else.
 5         THE COURT: Well, let me ask Mr. Cole. Did
 6   you have anything in mind other than bringing
 7   calculations and opinions forward based on the passage
 8   of time?
 9         MR. COLE: Well, Your Honor had stricken part
10   of our expert economist testimony. And if Your Honor
11   is amenable to it, we would like to address that
12   stricken piece of testimony in a final expert report.
13         THE COURT: Well, what do you mean? You'd
14   like to regurgitate what I struck?
15         MR. COLE: No. We would like to provide
16   expert opinion on that issue that has a proper
17   foundation. Your Honor deemed that the expert opinion
18   did not have a proper foundation on one particular
19   issue. And --
20         THE COURT: That does sound like, Mr. Cole,
21   that would open things up for some additional
22   discovery.
23         If you'd provide -- if the court permits you
24   to provide additional expert testimony with the proper
25   foundation, and I suppose we need to afford the others
```

### Page 4

```
 1   the opportunity to test the adequacy of that
 2   foundation and other things contained in it.
 3         MR. COLE: We don't have a problem with that,
 4   Your Honor.
 5         THE COURT: Well, Mr. Halloran, what's your
 6   view?
 7         MR. HALLORAN: It seems to us that, I mean,
 8   they had the opportunity to provide testimony that had
 9   a foundation. They didn't do it; it was stricken. I
10   mean, they should just live with the status of this
11   case.
12         I mean, discovery has closed quite a long
13   time ago. And to reopen it at this point in time just
14   seems to me to be opening Pandora's box.
15         THE COURT: All right. I'm not prepared to
16   resolve this this morning. If you want to file a
17   motion to reopen the matter, then, Mr. Cole, you can
18   do that.
19         Otherwise, unless you succeed with such a
20   motion, the only thing I will direct the parties to do
21   is to update the existing admissible experts' reports
22   to take into account the passage of time.
23         And I'll ask that you have that information
24   exchanged with one another. It seems to me a
25   reasonable date would be to do that by the -- by
```

### Page 5

```
 1   the -- I'm looking for a sensible cut-off date. A
 2   sensible cut-off date might be the end of this
 3   calendar year.
 4         And if that were the date, Mr. Halloran,
 5   could your experts provide their reports updated
 6   through the end of the year by January 18?
 7         MR. HALLORAN: Yes, Your Honor.
 8         THE COURT: Mr. Cole, could yours?
 9         MR. COLE: Absolutely, Your Honor.
10         THE COURT: All right. I'm going to direct
11   that the parties update the existing admissible
12   experts' opinions and reports on January 18 with their
13   views through the end of the calendar year, on
14   December 31, 2007.
15         With respect to any additional expert
16   testimony, I'll simply have to await further motion
17   practice.
18         Now, then, the last thing, Mr. Cole, that you
19   wanted to bring up.
20   9:16:00
21         (This portion not requested.)
22   9:17:40
23         THE COURT: Similarly, Mr. Cole, let's set
24   August 31st as the deadline for any motion you wish to
25   bring that would reopen discovery.
```

2 (Pages 2 to 5)

Page 6

1  MR. COLE: Okay.
2  9:17:51
3       (End of requested portions.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1              TRANSCRIBER'S CERTIFICATE
2       I, Jeanette Blalock, hereby certify that the
3  foregoing pages numbered 1 through 6 are a true,
4  accurate, and complete transcript of excerpts of the
5  proceedings held in Case No. A:04-CV-0049 (JWS), Enoch
6  Adams, Jr., et al. versus Teck Cominco Alaska,
7  Incorporated, held on August 9, 2007, before the
8  Honorable John W. Sedwick, transcribed by me from a
9  copy of the electronic sound recording, to the best of
10 my knowledge and ability.
11
12
13  _____    _____
    Date              Jeanette Blalock, Transcriber
14
15
16
17
18
19
20
21
22
23
24
25

3 (Pages 6 to 7)