JAMES E. TORGERSON (Alaska Bar No. 8509120)
YVONNE LAMOUREUX (Alaska Bar No. 0512124)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK  99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
Jim.torgerson@hellerehrman.com
Yvonne.lamoureux@hellerehrman.com

Attorneys for Intervenor-Defendant
NANA REGIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>                    Plaintiffs,<br><br>        v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>                    Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>                    Intervenor-Defendants. | Case No.: A:04-cv-0049 (JWS)<br><br>**DECLARATION OF JOSEPH DIEHL IN SUPPORT OF REPLY TO MOTION TO STRIKE PLAINTIFFS' NEW EXPERT REPORTS** |

I, Joseph Diehl, make my sworn declaration as follows:

1. I have personal knowledge of and am competent to testify to all facts set forth in this declaration.

2. I am an Environmental Coordinator at the Red Dog Mine for Teck Cominco Alaska Incorporated (Teck Cominco).

3. One of my current duties is to maintain Teck Cominco's environmental sample database.

**DECLARATION OF JOSEPH DIEHL IN SUPPORT OF REPLY TO MOTION TO STRIKE PLAINTIFFS' NEW EXPERT REPORTS**
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)**
PAGE 1 OF 3

EXHIBIT P, PAGE 1 OF 3

4.  I have reviewed the spreadsheets marked as Plaintiffs' Exhibits 71 and 72. The spreadsheets reflect data from a Teck Cominco Alaska, Inc. environmental sample database I maintain (Database).

5.  The Database is called Envista. It is a front end interface for an Oracle database. It has a scheduling function that allows us to schedule samples and required parameters. Samples collected are logged into the database. The database will then generate a chain of custody and request for analyses form. When the laboratory reports results, we can either import these results using the importing function that works well for multiple parameters, or we can manually enter results. Typically bioassays, including ceriodaphnia toxicity, are entered manually and inorganic results, including cyanide and TDS, are imported. My duties include inputting that data and supervising others who input such data into the Database. In the course of my duties, I also from time to time prepare spreadsheets like those marked as Plaintiffs' Exhibits 71 and 72 based on data in the Database.

6.  I have reviewed the Declaration of Rachel Davis in Support of Reply to Motion to Strike Plaintiffs' Expert Reports, including Attachments A and B to the Declaration.

7.  In the usual course of Teck Cominco's business, the information in most of the documents listed in Attachment A was input into the Database. We began using Envista in 2000 and lab reports prior to using Envista were imported by consultants helping us bring Envista online. The information in the Database is also used to create the DMRs listed in Attachment B.

8.  Based on my review of Attachments A and B and Plaintiffs' Exhibits 71 and 72, I believe all the data in Plaintiffs' Exhibits 71 and 72 relevant to (1) cyanide values for May 1999 through August 2003, (2) ceriodaphnia toxicity levels for May 2000 through October 2002, and (3) Outfall 001 TDS concentrations for May 1999 through August 2003 was included in either the lab reports and results listed in Attachment A, or the DMRs listed in Attachment B, or both.

DECLARATION OF JOSEPH DIEHL IN SUPPORT OF REPLY TO MOTION TO STRIKE PLAINTIFFS' NEW EXPERT REPORTS
ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)
PAGE 2 OF 3

EXHIBIT P, PAGE 2 OF 3

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29 day of February, 2008, at Vancouver, Washington.

_/s/ Joseph H. Diehl III_
Joseph H. Diehl III

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing DECLARATION OF JOSEPH DIEHL IN SUPPORT OF REPLY TO MOTION TO STRIKE PLAINTIFFS' NEW EXPERT REPORTS was served via the method indicated below this 29th day of February, 2008, on the following parties:

| | |
|---|---|
| Luke W. Cole<br>Center on Race, Poverty & the Environment<br>47 Kearny Street, Suite 804<br>San Francisco, CA 94108<br>luke@igc.org | Counsel for Plaintiffs<br><br>Served via: Electronic transmission |
| Nancy S. Wainwright<br>Law Offices of Nancy S. Wainwright<br>13030 Back Road, Suite 555<br>Anchorage, AK 99515-3538 | Counsel for Plaintiffs<br><br>Served via: U.S. Mail only |
| Sean Halloran<br>Hartig Rhodes Hoge & Lekisch, P.C.<br>717 K Street<br>Anchorage, AK 99501<br>sean.halloran@hartig.com | Counsel for Defendant Teck Cominco<br>Served via: Electronic transmission |
| David S. Case<br>Landye Bennett Blumstein LLP<br>701 West 8th Avenue, Suite 1200<br>Anchorage, AK 99501<br>dcase@lbblawyers.com | Counsel for Intervenor-Defendant<br>Northwest Arctic Borough<br><br>Served via: Electronic transmission |

_/S/ James E. Torgerson_
JAMES E. TORGERSON (BAR NO. 8509120)
YVONNE LAMOUREUX (BAR NO. 0512124)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907-277-1900
Jim.torgerson@hellerehrman.com
Yvonne.lamoureux@hellerehrman.com

**DECLARATION OF JOSEPH DIEHL IN SUPPORT OF REPLY TO MOTION TO STRIKE PLAINTIFFS' NEW EXPERT REPORTS**
ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)
PAGE 3 OF 3

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900