JAMES E. TORGERSON (Alaska Bar No. 8509120)
YVONNE LAMOUREUX (Alaska Bar No. 0512124)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
Jim.torgerson@hellerehrman.com
Yvonne.lamoureux@hellerehrman.com

Attorneys for Intervenor-Defendant
NANA REGIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>　　　　　Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>　　　　　Intervenor-Defendants. | Case No.: A:04-cv-0049 (JWS)<br><br>**DECLARATION OF JAMES E. TORGERSON IN SUPPORT OF REPLY TO MOTION TO STRIKE PLAINTIFFS' NEW EXPERT REPORTS** |

I, James E. Torgerson, declare as follows:

　　1.　　I am an attorney for Defendant-Intervenor NANA Regional Corp., Inc. in the above-entitled case.

　　2.　　Attached as Exhibit O is a true and correct copy of the transcript of excerpts of the August 9, 2007 planning conference.

　　3.　　Attached as Exhibit P is a true and correct copy of the Declaration of Joseph Diehl.

**DECLARATION OF JIM TORGERSON IN SUPPORT OF REPLY TO MOTION TO STRIKE PLAINTIFFS' NEW EXPERT REPORTS**
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)**
PAGE 1 OF 2

4. Attached as Exhibit Q is a true and correct copy of the Declaration of Rachel Davis.

5. I have reviewed the updated expert reports submitted by Teck Cominco's experts on January 18, 2008. There are two of them. They total about 20 pages in length.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29th day of February, 2008, at Anchorage, Alaska.

*/S/ James E. Torgerson*
James E. Torgerson

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing DECLARATION OF JIM TORGERSON IN SUPPORT OF REPLY TO MOTION TO STRIKE PLAINTIFFS' NEW EXPERT REPORTS was served via the method indicated below this 29th day of February, 2008, on the following parties:

| | |
|---|---|
| Luke W. Cole<br>Center on Race, Poverty & the Environment<br>47 Kearny Street, Suite 804<br>San Francisco, CA 94108<br>luke@igc.org | Counsel for Plaintiffs<br><br>Served via: Electronic transmission |
| Nancy S. Wainwright<br>Law Offices of Nancy S. Wainwright<br>13030 Back Road, Suite 555<br>Anchorage, AK 99515-3538 | Counsel for Plaintiffs<br><br>Served via: U.S. Mail only |
| Sean Halloran<br>Hartig Rhodes Hoge & Lekisch, P.C.<br>717 K Street<br>Anchorage, AK 99501<br>sean.halloran@hartig.com | Counsel for Defendant Teck Cominco<br>Served via: Electronic transmission |
| David S. Case<br>Landye Bennett Blumstein LLP<br>701 West 8th Avenue, Suite 1200<br>Anchorage, AK 99501<br>dcase@lbblawyers.com | Counsel for Intervenor-Defendant<br>Northwest Arctic Borough<br><br>Served via: Electronic transmission |

*/S/ James E. Torgerson*
JAMES E. TORGERSON (BAR NO. 8509120)
YVONNE LAMOUREUX (BAR NO. 0512124)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907-277-1900
Jim.torgerson@hellerehrman.com
Yvonne.lamoureux@hellerehrman.com

SE 2243730 v1
2/29/08 4:25 PM (38576.0002)
**DECLARATION OF JIM TORGERSON IN SUPPORT OF REPLY TO MOTION TO STRIKE PLAINTIFFS' NEW EXPERT REPORTS**
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)**
PAGE 2 OF 2

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900