David S. Case, P.C.
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail: dcase@lbblawyers.com
Alaska Bar No. 7505010

Attorneys for Northwest Arctic Borough

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>　　　　Defendant.<br>_____<br><br>NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH,<br><br>　　　　Intervenor-Defendants.<br>_____ | Case No. A04-0049 CV (JWS)<br><br>**DEFENDANT-INTERVENOR NORTHWEST ARCTIC BOROUGH'S NOTICE TO WAIVE DISCOVERY DEADLINE FOR PURPOSE OF DEPOSING MAYOR SIIKAURAQ WHITING** |

Please take notice that defendant-intervenor Northwest Arctic Borough hereby waives the discovery deadline for purposes of facilitating the deposition of Mayor Siikauraq

Whiting and resolving Plaintiffs' objections to Mayor Whiting's testimony. NAB hereby agrees to the deposition of Mayor Whiting in person in Anchorage or by telephone any time up to and including the penalty phase of the trial.

> LANDYE BENNETT BLUMSTEIN LLP
> Attorneys for Northwest Arctic Borough
>
> s/David S. Case
> David S. Case
> Landye Bennett Blumstein LLP
> 701 West Eighth Avenue, Suite 1200
> Anchorage, Alaska 99501
> Telephone (907) 276-5152
> Facsimile (907) 276-8433
> E-mail: dcase@lbblawyers.com
> Alaska Bar No. 7505010

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Certificate of Service

I hereby certify that on March 3, 2008, a copy of the foregoing **DEFENDANT-INTERVENOR NORTHWEST ARCTIC BOROUGH'S NOTICE TO WAIVE DISCOVERY DEADLINE FOR PURPOSE OF DEPOSING MAYOR SIIKAURAQ WHITING** was served electronically on:

Sean Halloran
Hartig Rhodes Hoge & Lekisch
717 K Street
Anchorage, AK  99501
sean.halloran@hartig.com

Luke W. Cole
Center on Race, Poverty & the Environment
450 Geary Street, Suite 500
San Francisco, CA  94102
luke@igc.org

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, AK  99501
jim.torgerson@hellerhrman.com

and on the following by regular U.S. Mail:

Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK  99515-3538


s/David S. Case
David S. Case

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433