1    LUKE W. COLE, California Bar No. 145,505
     CAROLINE FARRELL, California Bar No. 202,871
2    BRENT J. NEWELL, California Bar No. 210,312
     Center on Race, Poverty, & the Environment
3    47 Kearny Street, Suite 804
     San Francisco, CA, 94108
4    415/346-4179  •  fax 415/346-8723

5    NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
     Law Offices of Nancy S. Wainwright
6    13030 Back Road, Suite 555
     Anchorage, AK 99515-3538
7    907/345-5595  • fax 907/345-3629

8    Attorneys for Plaintiffs Enoch Adams, Jr., Leroy
     Adams, Andrew Koenig, Jerry Norton and Joseph Swan
9

10              **IN THE UNITED STATES DISTRICT COURT**

11           **FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

12
     ENOCH ADAMS, JR., LEROY ADAMS,          Case No. A04-49 (JWS)
13   ANDREW KOENIG, JERRY NORTON
     DAVID SWAN and JOSEPH SWAN,
14                                           **PLAINTIFFS' REQUEST
                                             FOR ORAL ARGUMENT**
15        Plaintiffs,                        **ON DEFENDANTS' MOTION
                                             AT DOCKET 218**
16        v.

17   TECK COMINCO ALASKA INCORPORATED

18        Defendant.

19   ───────────────────────────────
     NANA REGIONAL CORPORATION and
20   NORTHWEST ARCTIC BOROUGH,

21        Intervenors-Defendants.

22   ───────────────────────────────

23

24

25

26

27

28

PLAINTIFFS' MOTION FOR ORAL ARGUMENT

1    Plaintiffs Enoch Adams et al. respectfully request oral argument on Defendants'

2  Motion to Strike Plaintiffs' New Expert Reports, Docket 218.  Adams has responded to that

3  motion (at Docket 258), and Defendants have replied at Docket 288.

4    Defendants' reply includes a number of misleading arguments and also includes three

5  new declarations, a highly truncated excerpt of the August 2007 status conference and a 37-page

6  table that misrepresent central facts relevant to the Court's determination of the motion,

7  including which laboratory reports were available to plaintiffs and when, what Dr. Michael

8  Kavanaugh reported in his expert reports, and what updates the Court specifically requested.  All

9  of these new facts and arguments are raised in reply, so that Adams is not able to respond to them

10  and point out the inaccuracies and misrepresentations.

11    All parties will be at Court on Friday, March 21, at 8:30 a.m. for a status conference, and

12  Adams requests oral argument on this motion at that time.  In the alternative, Adams requests the

13  opportunity to file a brief (five page or less) sur-reply to point out the misleading nature of the

14  charts, the Defendants' use of Dr. Kavanaugh's reports, and other misrepresentations in

15  Defendants' reply.

16  Date: March 7, 2008                    Respectfully submitted,

17

18                                             /s/ Luke Cole
                                         Luke Cole
                                         Attorney for Plaintiffs
19

20

21

22  CERTIFICATE OF SERVICE
   I hereby certify that on the 7th Day of March 2008, a true and correct copy of the foregoing Motion for Oral Argument was
23  served, via electronic mail, on the below identified parties of record:

24  Sean Halloran
   Hartig Rhodes
25  717 K Street
   Anchorage, AK 99501
26
   Nancy S. Wainwright
27  Law Offices of Nancy S. Wainwright
   13030 Back Road, Suite 555
28  Anchorage, Alaska 99515-3538

PLAINTIFFS' MOTION FOR ORAL ARGUMENT      1

1  James E. Torgerson
   Heller Ehrman White & McAuliffe LLP
2  510 L Street, Suite 500
   Anchorage, Alaska 99501-1959

3
   David S. Case
4  Landye Bennett Blumstein LLP
   701 W. 8th Ave., Suite 1200
5  Anchorage, AK 99501

6  _____

           /S/ Luke Cole
7  _____

8  Luke Cole