LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty, & the Environment
47 Kearny Street, Suite 804
San Francisco, CA, 94108
415/346-4179 • fax 415/346-8723

NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3538
907/345-5595 • fax 907/345-3629

Attorneys for Plaintiffs Enoch Adams, Jr., Leroy Adams, Andrew Koenig, Jerry Norton and Joseph Swan

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>TECK COMINCO ALASKA INCORPORATED<br><br>    Defendant.<br><br>NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH,<br><br>    Intervenors-Defendants. | Case No. A04-49 (JWS)<br><br>**[PROPOSED ] ORDER GRANTING REQUEST FOR ORAL ARGUMENT** |

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR ORAL ARGUMENT

At Docket 296, Plaintiffs Enoch Adams, et al., filed a motion requesting oral argument on Defendants' Motion to Strike Plaintiffs' New Expert Reports (Docket 218). Good causing appearing therefore, IT IS SO ORDERED that oral argument shall be held on Friday, March 21, at 8:30 a.m.

Date: _____
Judge of the District Court

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March 2008, a true and correct copy of the foregoing Proposed Order was served, via electronic mail, on the below identified parties of record:

Sean Halloran
Hartig Rhodes
717 K Street
Anchorage, AK 99501

Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

_____/S/ Luke Cole_____

Luke Cole

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR ORAL ARGUMENT        i