JAMES E. TORGERSON (Alaska Bar No. 8509120)
YVONNE LAMOUREUX (Alaska Bar No. 0512124)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK  99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
Jim.torgerson@hellerehrman.com
Yvonne.lamoureux@hellerehrman.com

Attorneys for Intervenor-Defendant
NANA REGIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>Plaintiffs,<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>Intervenor-Defendants. | Case No.: A:04-cv-0049 (JWS)<br><br>**JOINT REPLY TO JOINT MOTION TO STRIKE PLAINTIFFS' REPLIES AT DOCKETS 246 AND 248 OR, IN THE ALTERNATIVE, REQUEST TO FILE REPLIES [RE: DOCKET 252]** |

Plaintiffs assert mistakenly that Defendants claim not to have understood the Court's Order.[1] Rather, Defendants believe the Court's Orders were clear and that they correctly understand them.

The Court ordered that :

    1.    Motions as to known, difficult evidentiary matters were to be filed by January 22, 2008;[2]

---

[1] Doc. 277 at 2.

**JOINT REPLY TO JOINT MOTION TO STRIKE PLAINTIFFS' REPLIES AT DOCKETS 246 AND 248 OR, IN THE ALTERNATIVE, REQUEST TO FILE REPLIES [RE: DOCKET 252
ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)
PAGE 1 OF 5**

2. Objections to exhibits were to be filed by January 29, 2008, with responses to be filed by February 5, 2008;[3]

3. Objections to (1) statements of qualifications of experts and (2) deposition designations were to be filed by January 29, 2008;[4] and

4. Deadlines may be changed "only by order of the court for good cause shown."[5]

Accordingly, when the applicable deadlines for responding to some of the Plaintiff's motions objecting to exhibits and witnesses were not evident, Defendants, along with Plaintiffs, asked the Court to set the deadlines for responding to the motions.[6] The Court then set the deadlines for responding to Plaintiffs' objections, but did not set a deadline for replies to the exhibit objections even though it set a deadline for replies to the witness objections.[7]

Likewise, if Plaintiffs sought to file a motion in limine after the deadline of January 22, 2008, set by the Court, or sought to file replies to their exhibit objections, they should have asked the Court's permission to do so. Defendants understood that this is what the Court required with its Order for Pre-Trial Proceedings and Final Pre-Trial Conference. What Defendants did not understand is that a party could unilaterally revise the Court's schedule to secure for themselves the right to file an additional brief simply by choosing a different title for their brief.

Plaintiffs, by contrast, appear to take a more "pick and choose" approach to the Court's Orders. They chose to follow the deadline for filing their objections to exhibits

---

[2] Doc. 177 at 4.
[3] Doc. 177 at 3-4.
[4] Doc. 177 at 3.
[5] Doc. 177 at 5.
[6] Doc. 229.
[7] Doc. 230.

**JOINT REPLY TO JOINT MOTION TO STRIKE PLAINTIFFS' REPLIES AT DOCKETS 246 AND 248 OR, IN THE ALTERNATIVE, REQUEST TO FILE REPLIES [RE: DOCKET 252**
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)**
PAGE 2 OF 5

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900

and responses to the same. They also chose to interpret the Court's Order as eliminating the right to file a reply in support of objections to exhibits.[8] But they then chose to interpret the Court's Order as having nothing to say about whether they could file a reply in support of those same objections if the objections were raised in a pleading styled a motion in limine.[9]

Plaintiffs attempt to justify this double standard by arguing that they objected for two different kinds of reasons, implying that one set of reasons was so compelling – alleged discovery violations – that somehow they could not adequately raise those reasons in the objections briefing the Court afforded all parties. Why Plaintiffs could not have made the same arguments in their Objections is not clear. Plaintiffs certainly never attempt to explain why doing so was not possible.

What Plaintiffs transparently are trying to do is win for themselves an opportunity to have one more bite at the apple than what the Court provided for in its Orders. If the parties in fact can file motions in limine after January 22 without leave of the Court, then Defendants concede that Plaintiffs may be entitled to that extra bite. If not, Plaintiffs' replies in support of their objections to Defendants' exhibits should be struck.

---

[8] Doc. 277 at 5.
[9] Doc. 277 at 2-4.

**JOINT REPLY TO JOINT MOTION TO STRIKE PLAINTIFFS' REPLIES AT DOCKETS 246 AND 248 OR, IN THE ALTERNATIVE, REQUEST TO FILE REPLIES [RE: DOCKET 252**
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)**
PAGE 3 OF 5

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900

Dated: March 7, 2008                Respectfully submitted,

                                      Attorneys for Intervenor-Defendant
                                      NANA REGIONAL CORP.

                                      By       */s/ James E. Torgerson*
                                      JAMES E. TORGERSON (BAR NO. 8509120)
                                      YVONNE LAMOUREUX (BAR NO. 0512124)
                                      Heller Ehrman LLP
                                      510 L Street, Suite 500
                                      Anchorage, AK 99501
                                      Telephone: 907-277-1900
                                      Jim.torgerson@hellerehrman.com
                                      Yvonne.lamoureux@hellerehrman.com

                                      Attorneys for Defendant
                                      TECK COMINCO ALASKA
                                      INCORPORATED

                                      By       */s/ Sean Halloran*
                                      SEAN HALLORAN (BAR NO. 9211080)

                                      LANDYE BENNETT BLUMSTEIN, LLP
                                      Intervenor-Defendant
                                      NORTHWEST ARCTIC BOROUGH
                                      By       */s/ Thane W. Tienson*
                                      THANE W. TIENSON (PRO HAC VICE)

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing JOINT REPLY TO JOINT MOTION TO STRIKE PLAINTIFFS' REPLIES AT DOCKETS 246 AND 248 OR, IN THE ALTERNATIVE, REQUEST TO FILE REPLIES [RE: DOCKET 252] was served via the method indicated below this 7th day of March, 2008, on the following parties:

| | |
|---|---|
| Luke W. Cole<br>Center on Race, Poverty & the Environment<br>47 Kearny Street, Suite 804<br>San Francisco, CA 94108<br>luke@igc.org | Counsel for Plaintiffs<br><br>Served via: Electronic transmission |
| Nancy S. Wainwright<br>Law Offices of Nancy S. Wainwright<br>13030 Back Road, Suite 555<br>Anchorage, AK 99515-3538 | Counsel for Plaintiffs<br><br>Served via: U.S. Mail only |

**JOINT REPLY TO JOINT MOTION TO STRIKE PLAINTIFFS' REPLIES AT DOCKETS 246 AND 248 OR, IN THE ALTERNATIVE, REQUEST TO FILE REPLIES [RE: DOCKET 252**
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)**
PAGE 4 OF 5

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900

| | |
|---|---|
| Sean Halloran<br>Hartig Rhodes Hoge & Lekisch, P.C.<br>717 K Street<br>Anchorage, AK 99501<br>sean.halloran@hartig.com | Counsel for Defendant Teck Cominco<br>Served via: Electronic transmission |
| David S. Case<br>Landye Bennett Blumstein LLP<br>701 West 8th Avenue, Suite 1200<br>Anchorage, AK 99501<br>dcase@lbblawyers.com | Counsel for Intervenor-Defendant<br>Northwest Arctic Borough<br><br>Served via: Electronic transmission |

    */S/ James E. Torgerson*
JAMES E. TORGERSON (BAR NO. 8509120)
YVONNE LAMOUREUX (BAR NO. 0512124)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907-277-1900
Jim.torgerson@hellerehrman.com
Yvonne.lamoureux@hellerehrman.com

SE 2244448 v4
3/7/08 1:43 PM (38576.0002)

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900

**JOINT REPLY TO JOINT MOTION TO STRIKE PLAINTIFFS' REPLIES AT DOCKETS 246 AND 248
OR, IN THE ALTERNATIVE, REQUEST TO FILE REPLIES [RE: DOCKET 252
ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)
PAGE 5 OF 5**