David S. Case, P.C.
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail: dcase@lbblawyers.com
Alaska Bar No. 7505010

Attorneys for Northwest Arctic Borough

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN, | ) Case No. A04-0049 CV (JWS) )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)<br>) |
| TECK COMINCO ALASKA INCORPORATED, | )<br>) |
| Defendant. | ) **DEFENDANT-INTERVENOR**<br>) **NORTHWEST ARCTIC BOROUGH'S**<br>) **NOTICE OF RE-FILING TRIAL**<br>) **MEMORANDUM** |
| _____ | ) |
| NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH, | )<br>)<br>) |
| Intervenor-Defendants. | ) |
| _____ | ) |

**Landye Bennett Blumstein LLP**
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152, Fax (907) 276-8433

Please take notice that defendant-intervenor Northwest Arctic Borough hereby re-files its previously submitted Trial Memorandum at Docket number 299 to comply with this Court's 15-page limit.  The latter filed copy differs from the one originally field in the following ways: (1) spacing has been decreased from two to one-and-a-half; (2) the font was changed from 12 point Courier New to 12 point proportionally-spaced font (Times New Roman); and (3) Exhibit

A (Title 9 of NAB Code – previously produced as exhibit) was removed. Please disregard

Memorandum at docket 299 and accept the latter filed Trial Memorandum.

      Dated this 7th day of March, 2008, Anchorage, Alaska.

LANDYE BENNETT BLUMSTEIN LLP
Attorneys for Northwest Arctic Borough

s/David S. Case
David S. Case
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail: dcase@lbblawyers.com
Alaska Bar No. 7505010

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Certificate of Service

I hereby certify that on March 7, 2008, a copy of the foregoing **DEFENDANT-INTERVENOR NORTHWEST ARCTIC BOROUGH'S NOTICE OF RE-FILING TRIAL MEMORANDUM** was served electronically on:

Sean Halloran
Hartig Rhodes Hoge & Lekisch
717 K Street
Anchorage, AK 99501
sean.halloran@hartig.com

Luke W. Cole
Center on Race, Poverty & the Environment
450 Geary Street, Suite 500
San Francisco, CA 94102
luke@igc.org

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, AK 99501
jim.torgerson@hellerhrman.com

and on the following by regular U.S. Mail:

Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3538

s/David S. Case
David S. Case

<div style="writing-mode:vertical">LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433</div>