MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*ENOCH ADAMS JR., et al.*     v.     *TECK COMINCO ALASKA INC.*

THE HONORABLE JOHN W. SEDWICK     CASE NO. 3:04-cv-00049-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**     Date: March 10, 2008

At docket 208, plaintiffs move for an order excluding numerous exhibits offered by defendant Teck Cominco Alaska Incorporated. The motion has been fully briefed. Because the court finds that numerous of the exhibits were not timely disclosed and the failure to timely disclose them prejudices plaintiffs, the motion at docket 208 is **GRANTED in part** as follows:

Exhibits 1116, 1218, 1230, 1231, 1232, 1264, 1341, 1635 thru 1638, 1648, 1649, 1651, 1663, 1671 thru 1675, and 1678 thru 1698 are excluded.

The court reserves a ruling on the request to exclude exhibits 1664 thru 1670, 1704, 1705, and 1741 thru 1744 until they are offered at trial.