1  LUKE W. COLE, California Bar No. 145,505
   CAROLINE FARRELL, California Bar No. 202,871
2  BRENT J. NEWELL, California Bar No. 210,312
   Center on Race, Poverty & the Environment
3  47 Kearny St, Suite 804
   San Francisco, CA 94108
4  415/346-4179 • fax 415/346-8723

5  NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
   Law Offices of Nancy S. Wainwright
6  13030 Back Road, Suite 555
   Anchorage, AK 99515-3358
7  907/345-5595 • fax 907/345-3629

8  Attorneys for Plaintiffs Enoch Adams, Jr., Leroy
   Adams, Andrew Koenig, Jerry Norton, David
9  Swan and Joseph Swan

10

11

12              **IN THE UNITED STATES DISTRICT COURT**

13          **FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

14

15  ENOCH ADAMS, JR., LEROY ADAMS,          Case No. A04-49 (JWS)
    ANDREW KOENIG, JERRY NORTON
    DAVID SWAN and JOSEPH SWAN,
16
            Plaintiffs,                      **ERRATA REGARDING**
17                                           **PLAINTIFFS' TRIAL BRIEF**
            v.
18
    TECK COMINCO ALASKA INCORPORATED
19
            Defendant.
20  _____

21  NANA REGIONAL CORPORATION and
    NORTHWEST ARCTIC BOROUGH,
22
            Intervenors-Defendants.
23  _____

24

25

26

27

28

    **ERRATA REGARDING**
    **PLAINTIFFS' TRIAL BRIEF**

1    Due to an editing error by counsel, the full name of the case cited on page 12 at line 17 of

2    Plaintiffs' Trial Brief (Docket 308) was inadvertently elided.  The full name and citation is

3    *United States v. Gulf Park Water Co.*, 14 F. Supp. 2d 854, 864 (S.D. Miss. 1998).  Counsel

4    regrets and apologizes for this error.

5    Respectfully submitted this 13th day of March, 2008.

6

7    _____/S/ Luke Cole_____
          Luke Cole

8          Attorney for Plaintiffs

9

10

11    CERTIFICATE OF SERVICE
      I hereby certify that on the 13th day of March 2008, a true and correct copy of the foregoing Plaintiffs' Trial Brief was served,

12    via electronic mail, on the below identified parties of record:

13    Sean Halloran
      Hartig Rhodes

14    717 K Street
      Anchorage, AK 99501

15

      Nancy S. Wainwright

16    Law Offices of Nancy S. Wainwright
      13030 Back Road, Suite 555

17    Anchorage, Alaska 99515-3538

18    James E. Torgerson
      Heller Ehrman White & McAuliffe LLP

19    510 L Street, Suite 500
      Anchorage, Alaska 99501-1959

20

      David S. Case

21    Landye Bennett Blumstein LLP
      701 W. 8th Ave., Suite 1200

22    Anchorage, AK 99501

23    Thane Tienson
      Landye Bennet Blumstein

24    1300 Southwest Fifth Ave, Suite 3500
      Portland, OR 97201

25

      _____
26        /S/ Luke Cole

27    Luke Cole

28

**ERRATA REGARDING
PLAINTIFFS' TRIAL BRIEF**                    1