| Analyte Code | Amf | Result | Reporting Result | Unit | Analysis Qualifier | Location | Sample No | Sample Start Date | Sample Finish Date | St Name | St Code | AQ Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ag | v | 0.046 | < 0.05 | µg/L | | Outfall 001 | 03-1806 | 5/9/2003 | 5/10/2003 | Composite | CW | |
| Ag | v | 0.04 | < 0.04 | µg/L | | Outfall 001 | 03-1800 | 5/10/2003 | 5/10/2003 | Composite | CW | |
| Ag | v | 0.04 | < 0.04 | µg/L | | Outfall 001 | 03-1831 | 5/13/2003 | 5/13/2003 | Composite | CW | |
| Ag | v | 1 | < 1.0 | µg/L | | Outfall 001 | 03-2061 | 5/26/2003 | 5/27/2003 | Composite | CW | |
| Ag | | 0.04 | < 0.04 | µg/L | | Outfall 001 | 03-2128 | 6/3/2003 | 6/3/2003 | Composite | CW | |
| Ag | | 0.046 | < 0.05 | µg/L | Undetect (NCA) | Outfall 001 | 03-2132 | 6/3/2003 | 6/3/2003 | Composite | CW | U |
| Ag | | 1 | < 1.0 | µg/L | | Outfall 001 | 03-2677 | 6/23/2003 | 6/24/2003 | Composite | CW | |
| Ag | v | 0.124 | | 0.1 µg/L | Analysis from Dilution (NCA) | Outfall 001 | 03-3142 | 7/7/2003 | 7/8/2003 | Composite | CW | D |
| Ag | | 0.15 | | 0.2 µg/L | | Outfall 001 | 03-3263 CN St | 7/13/2003 | 7/13/2003 | Grab | GW | |
| Ag | v | 1 | < 1.0 | µg/L | | Outfall 001 | 03-3400 EPA | 7/17/2003 | 7/17/2003 | Composite | CW | |
| Ag | v | 1 | < 1.0 | µg/L | | Outfall 001 | 03-3504 | 7/21/2003 | 7/21/2003 | Composite | CW | |
| Ag | v | 1 | < 1.0 | µg/L | | Outfall 001 | 03-3590 | 7/29/2003 | 7/29/2003 | Composite | CW | |
| Ag | v | 0.046 | < 0.05 | µg/L | Undetect (NCA) | Outfall 001 | 03-3715 | 8/4/2003 | 8/5/2003 | Composite | CW | U |
| Ag | v | 0.046 | < 0.05 | µg/L | Undetect (NCA) | Outfall 001 | 04-1934 | 5/18/2004 | 5/18/2004 | Composite | CW | U |
| Ag | v | 0.046 | < 0.05 | µg/L | Undetect (NCA) | Outfall 001 | 04-2032 | 5/24/2004 | 5/24/2004 | Composite | CW | U |
| Ag | v | 0.3 | < 0.3 | µg/L | Undetect (NCA) | Outfall 001 | 04-2161 | 6/9/2004 | 6/10/2004 | Composite | CW | U |
| Ag | v | 0.046 | < 0.05 | µg/L | Undetect (NCA) | Outfall 001 | 04-2300 | 6/14/2004 | 6/15/2004 | Composite | CW | U |
| Ag | v | 0.3 | < 0.3 | µg/L | Undetect (NCA) | Outfall 001 | 04-2702 | 7/12/2004 | 7/13/2004 | Composite | CW | U |
| Ag | v | 0.0198 | < 0.02 | µg/L | Undetect (NCA) | Outfall 001 | 04-2852 | 7/20/2004 | 7/21/2004 | Composite | CW | U |
| Ag | v | 0.3 | < 0.3 | µg/L | Undetect (NCA) | Outfall 001 | 04-2927 | 8/2/2004 | 8/3/2004 | Composite | CW | U |
| Ag | v | 0.0198 | < 0.02 | µg/L | Undetect (NCA) | Outfall 001 | 04-3101 | 8/16/2004 | 8/17/2004 | Composite | CW | U |
| Ag | v | 1 | < 1.0 | µg/L | Undetect (NCA) | Outfall 001 | 04-3354 | 9/19/2004 | 9/20/2004 | Composite | CW | U |
| Ag | v | 0.0198 | < 0.02 | µg/L | Undetect (NCA) | Outfall 001 | 04-3549 | 9/21/2004 | 9/22/2004 | Composite | CW | U |
| Ag-d | v | 0.046 | < 0.05 | µg/L | | Outfall 001 | 03-1805 - Diss | 5/9/2003 | 5/10/2003 | Composite | CW | |
| Ag-d | v | 0.04 | < 0.04 | µg/L | | Outfall 001 | 03-1797 - Diss | 5/10/2003 | 5/10/2003 | Grab | GW | |
| Ag-d | v | 1 | < 1.0 | µg/L | | Outfall 001 | 03-2054 - Diss | 5/26/2003 | 5/27/2003 | Composite | CW | |
| Ag-d | | 0.04 | < 0.04 | µg/L | | Outfall 001 | 03-2136 - Diss | 6/3/2003 | 6/3/2003 | Composite | CW | |
| Ag-d | v | 0.046 | < 0.05 | µg/L | Undetect (NCA) | Outfall 001 | 03-2137 - Diss | 6/3/2003 | 6/3/2003 | Composite | CW | U |
| Ag-d | | 1 | < 1.0 | µg/L | | Outfall 001 | 03-2678 - Diss | 6/23/2003 | 6/24/2003 | Composite | CW | |
| Ag-d | | 0.13 | | 0.1 µg/L | | Outfall 001 | 03-3143 - Diss | 7/7/2003 | 7/8/2003 | Composite | CW | |
| Ag-d | | 0.17 | | 0.2 µg/L | | Outfall 001 | 03-3262 CN St | 7/13/2003 | 7/13/2003 | Grab | GW | |
| Ag-d | v | 1 | < 1.0 | µg/L | | Outfall 001 | 03-3398 - Diss | 7/17/2003 | 7/17/2003 | Composite | CW | |
| Ag-d | v | 1 | < 1.0 | µg/L | | Outfall 001 | 03-3505 - Diss | 7/21/2003 | 7/21/2003 | Composite | CW | |
| Ag-d | v | 0.024 | < 0.02 | µg/L | Undetect (NCA) | Outfall 001 | 04-1933 | 5/18/2004 | 5/18/2004 | Composite | CW | U |
| Ag-d | v | 0.04 | < 0.04 | µg/L | Undetect (NCA) | Outfall 001 | 04-2031 | 5/24/2004 | 5/24/2004 | Composite | CW | U |
| Ag-d | v | 0.046 | < 0.05 | µg/L | Undetect (NCA) | Outfall 001 | 04-2160 | 6/9/2004 | 6/10/2004 | Composite | CW | U |
| Ag-d | v | 0.05 | < 0.05 | µg/L | Undetect (NCA) | Outfall 001 | 04-2299 | 6/14/2004 | 6/15/2004 | Composite | CW | U |
| Ag-d | v | 0.0198 | < 0.02 | µg/L | Undetect (NCA) | Outfall 001 | 04-2701 | 7/13/2004 | 7/13/2004 | Composite | CW | U |
| Ag-d | v | 0.05 | < 0.05 | µg/L | Undetect (NCA) | Outfall 001 | 04-2851 | 7/20/2004 | 7/21/2004 | Composite | CW | U |
| Ag-d | v | 0.0198 | < 0.02 | µg/L | Undetect (NCA) | Outfall 001 | 04-2928 | 8/2/2004 | 8/3/2004 | Composite | CW | U |
| Ag-d | v | 0.1 | < 0.1 | µg/L | Undetect (NCA) | Outfall 001 | 04-3099 | 8/16/2004 | 8/17/2004 | Composite | CW | U |
| Ag-d | v | 0.0198 | < 0.02 | µg/L | Undetect (NCA) | Outfall 001 | 04-3352 | 9/19/2004 | 9/20/2004 | Composite | CW | U |
| Ag-d | v | 0.05 | < 0.05 | µg/L | Undetect (NCA) | Outfall 001 | 04-3548 | 9/21/2004 | 9/22/2004 | Composite | CW | U |
| Ag-d | v | 0.0198 | < 0.02 | µg/L | Undetect (NCA) | Outfall 001 | 03-1806 | 5/9/2003 | 5/10/2003 | Composite | CW | U |
| Al | | 11 | | 11 µg/L | | Outfall 001 | 03-1800 | 5/10/2003 | 5/10/2003 | Composite | CW | |
| Al | | 14.1 | | 14.1 µg/L | | Outfall 001 | 03-1831 | 5/13/2003 | 5/13/2003 | Composite | CW | |
| Al | v | 20 | < 20.0 | µg/L | | Outfall 001 | 03-2061 | 5/26/2003 | 5/27/2003 | Composite | CW | |
| Al | | 11 | | 11 µg/L | | Outfall 001 | 03-2128 | 6/3/2003 | 6/3/2003 | Composite | CW | |
| Al | v | 10 | < 10.0 | µg/L | EPA 200.8/6020 Used, Undetect | Outfall 001 | 03-2132 | 6/3/2003 | 6/3/2003 | Composite | CW | M-01, U |
| Al | v | 20 | < 20.0 | µg/L | | Outfall 001 | 03-2677 | 6/23/2003 | 6/24/2003 | Composite | CW | |
| Al | | 148 | | 148 µg/L | | Outfall 001 | 03-3142 | 7/7/2003 | 7/8/2003 | Composite | CW | |
| Al | v | 5.04 | < 5.0 | µg/L | Undetect (NCA) | Outfall 001 | 03-3263 CN St | 7/13/2003 | 7/13/2003 | Grab | GW | U |

1 of 41

Exhibit A 1 of 2

21 of 41

| Parameter | Value | Units | Notes | Outfall | Sample ID | Date | Date2 | Type | Location |
|---|---|---|---|---|---|---|---|---|---|
| Flea | 8.58 | 8.6 | TUc | | Outfall 001 | 04-2169 | 6/9/2004 | 6/10/2004 Composite | CW |
| Flea | 6.99 | 7 | TUc | | Outfall 001 | 04-2636 | 6/14/2004 | 6/15/2004 Composite | CW |
| Flea | 7.25 | 7.3 | TUc | | Outfall 001 | 04-2636 | 6/14/2004 | 6/15/2004 Composite | CW |
| Flea | 5.62 | 5.6 | TUc | | Outfall 001 | 04-2711 | 7/12/2004 | 7/13/2004 Composite | CW |
| Flea | 8.72 | 8.7 | TUc | | Outfall 001 | 04-2711 | 7/12/2004 | 7/13/2004 Composite | CW |
| Flea | 9.28 | 9.3 | TUc | | Outfall 001 | 04-2934 | 8/2/2004 | 8/3/2004 Composite | CW |
| Flea | 13.6 | 13.6 | TUc | | Outfall 001 | 04-2934 | 8/2/2004 | 8/3/2004 Composite | CW |
| Flea | 4.93 | 4.9 | TUc | | Outfall 001 | 04-3363 | 9/21/2004 | 9/22/2004 Composite | CW |
| Flea | 7.51 | 7.5 | TUc | | Outfall 001 | 04-3363 | 9/21/2004 | 9/22/2004 Composite | CW |
| Hardness | 2180 | 2,180 | mg/L | | Outfall 001 | 03-1606 | 5/9/2003 | 5/10/2003 Composite | CW |
| Hardness | 2130 | 2,130 | mg/L | | Outfall 001 | 03-1606 | 5/10/2003 | 5/10/2003 Composite | CW |
| Hardness | 2020 | 2,020 | mg/L | | Outfall 001 | 03-1831 | 5/13/2003 | 5/13/2003 Composite | CW |
| Hardness | 2270 | 2,270 | mg/L | | Outfall 001 | 03-1832 | 5/13/2003 | 5/13/2003 Composite | CW |
| Hardness | 2150 | 2,150 | mg/L | | Outfall 001 | 03-2061 | 5/26/2003 | 5/27/2003 Composite | CW |
| Hardness | 1830 | 1,830 | mg/L | | Outfall 001 | 03-2128 | 6/3/2003 | 6/3/2003 Composite | CW |
| Hardness | 2330 | 2,330 | mg/L | | Outfall 001 | 03-2132 | 6/3/2003 | 6/3/2003 Composite | CW |
| Hardness | 1960 | 1,960 | mg/L | | Outfall 001 | 03-2392 | 6/10/2003 | 6/10/2003 Composite | CW |
| Hardness | 1990 | 1,990 | mg/L | | Outfall 001 | 03-2397 | 6/10/2003 | 6/10/2003 Composite | CW |
| Hardness | 1870 | 1,870 | mg/L | | Outfall 001 | 03-2582 | 6/16/2003 | 6/17/2003 Composite | CW |
| Hardness | 2060 | 2,060 | mg/L | | Outfall 001 | 03-2677 | 6/23/2003 | 6/24/2003 Composite | CW |
| Hardness | 2200 | 2,200 | mg/L | | Outfall 001 | 03-2987 | 7/1/2003 | 7/1/2003 Composite | CW |
| Hardness | 2120 | 2,120 | mg/L | | Outfall 001 | 03-3142 | 7/7/2003 | 7/8/2003 Composite | CW |
| Hardness | 2180 | 2,180 | mg/L | | Outfall 001 | 03-3263 CN St | 7/13/2003 | 7/13/2003 Grab | GW |
| Hardness | 2150 | 2,150 | mg/L | | Outfall 001 | 03-3307 | 7/14/2003 | 7/15/2003 Composite | CW |
| Hardness | 2160 | 2,160 | mg/L | | Outfall 001 | 03-3400 EPA | 7/17/2003 | 7/17/2003 Composite | CW |
| Hardness | 1890 | 1,890 | mg/L | | Outfall 001 | 03-3504 | 7/21/2003 | 7/21/2003 Composite | CW |
| Hardness | 2050 | 2,050 | mg/L | | Outfall 001 | 03-3590 | 7/29/2003 | 7/29/2003 Composite | CW |
| Hardness | 2320 | 2,320 | mg/L | | Outfall 001 | 03-3715 | 8/4/2003 | 8/5/2003 Composite | CW |
| Hardness | 2470 | 2,470 | mg/L | | Outfall 001 | 03-3914 | 8/12/2003 | 8/12/2003 Composite | CW |
| Hardness | 888 | 888 | mg/L | | Outfall 001 | 04-1826 | 5/13/2004 | 5/14/2004 Composite | CW |
| Hardness | 3690 | 3,690 | mg/L | | Outfall 001 | 04-1822 | 5/15/2004 | 5/15/2004 Grab | GW |
| Hardness | 1670 | 1,670 | mg/L | | Outfall 001 | 04-1934 | 5/18/2004 | 5/18/2004 Composite | CW |
| Hardness | 1810 | 1,810 | mg/L | | Outfall 001 | 04-2032 | 5/24/2004 | 5/24/2004 Composite | CW |
| Hardness | 1670 | 1,670 | mg/L | Analysis from Dilution (NCA) | Outfall 001 | 04-2105 | 6/1/2004 | 6/1/2004 Composite | CW | D |
| Hardness | 2100 | 2,100 | mg/L | | Outfall 001 | 04-2160 | 6/9/2004 | 6/10/2004 Composite | CW |
| Hardness | 2030 | 2,030 | mg/L | | Outfall 001 | 04-2161 | 6/9/2004 | 6/10/2004 Composite | CW |
| Hardness | 2070 | 2,070 | mg/L | | Outfall 001 | 04-2162 | 6/10/2004 | 6/10/2004 Grab | GW |
| Hardness | 2510 | 2,510 | mg/L | Analysis from Dilution (NCA) | Outfall 001 | 04-2300 | 6/14/2004 | 6/15/2004 Composite | CW | D |
| Hardness | 2200 | 2,200 | mg/L | | Outfall 001 | 04-2425 | 6/21/2004 | 6/22/2004 Composite | CW |
| Hardness | 2360 | 2,360 | mg/L | Analysis from Dilution (NCA) | Outfall 001 | 04-2499 | 6/28/2004 | 6/29/2004 Composite | CW | D |
| Hardness | 2200 | 2,200 | mg/L | | Outfall 001 | 04-2633 | 7/8/2004 | 7/9/2004 Composite | CW |
| Hardness | 2260 | 2,260 | mg/L | | Outfall 001 | 04-2702 | 7/12/2004 | 7/13/2004 Composite | CW |
| Hardness | 2330 | 2,330 | mg/L | | Outfall 001 | 04-2701 | 7/13/2004 | 7/13/2004 Composite | CW |
| Hardness | 2380 | 2,380 | mg/L | Analysis from Dilution (NCA) | Outfall 001 | 04-2852 | 7/20/2004 | 7/21/2004 Composite | CW | D |
| Hardness | 2430 | 2,430 | mg/L | Analysis from Dilution (NCA) | Outfall 001 | 04-2898 | 7/26/2004 | 7/27/2004 Composite | CW | D |
| Hardness | 2360 | 2,360 | mg/L | Analysis from Dilution (NCA) | Outfall 001 | 04-2927 | 8/2/2004 | 8/3/2004 Composite | CW | D |
| Hardness | 2160 | 2,160 | mg/L | | Outfall 001 | 04-3009 | 8/9/2004 | 8/10/2004 Composite | CW |
| Hardness | 2440 | 2,440 | mg/L | Analysis from Dilution (NCA) | Outfall 001 | 04-3101 | 8/16/2004 | 8/17/2004 Composite | CW | D |
| Hardness | 2320 | 2,320 | mg/L | Analysis from Dilution (NCA) | Outfall 001 | 04-3189 | 8/22/2004 | 8/23/2004 Composite | CW | D |
| Hardness | 1800 | 1,800 | mg/L | Analysis from Dilution (NCA) | Outfall 001 | 04-3262 | 8/30/2004 | 8/31/2004 Composite | CW | D |
| Hardness | 2470 | 2,470 | mg/L | | Outfall 001 | 04-3408 | 9/9/2004 | 9/10/2004 Composite | CW |
| Hardness | 2470 | 2,470 | mg/L | Analysis from Dilution (NCA) | Outfall 001 | 04-3519 | 9/18/2004 | 9/18/2004 Composite | CW | D |
| Hardness | 2090 | 2,090 | mg/L | | Outfall 001 | 04-3352 | 9/19/2004 | 9/20/2004 Composite | CW |
| Hardness | 2390 | 2,390 | mg/L | | Outfall 001 | 04-3354 | 9/19/2004 | 9/20/2004 Composite | CW |

Exh. A 2 of 2