| 1333 | October 15, 2003 NCA Analytical Report for 8/10/03 samples | TC 020221-20250 RD | ADM |
|---|---|---|---|
| 1334 | August 27, 2003 CAS Analytical Report for 8/12/03 samples | TC 020328-20350 RD | ADM |
| 1335 | September 10, 2003 NCA Analytical Report for 8/12/03 samples | TC 020351-20374 RD | ADM |
| 1336 | September 3, 2003 SGS Analytical Report for 8/18/03 samples | TC 020303-20327 RD | ADM |
| **SEE VOLUME 18** | | | |
| 1337 | September 11, 2003 SGS Analytical Report for 8/20/03 samples | TC 020251-20275 RD | ADM |
| 1338 | September 10, 2003 NCA Analytical Report for 8/20/03 samples | TC 020276-20302 RD | ADM |
| 1339 | June 2004 Mine DMR | TC 031234-31252 RD; TC 13640-13698 RD | ID |
| 1340 | July 2004 Mine DMR | TC 031335-31338 RD; TC 31253-31334 RD | ID |
| 1341 | Report of Short-Term Chronic Toxicity Testing using Ceriodaphnia by ENSR dated August 2004 | TC 051017-51053 RD | ID |
| 1342 | Bioassay Report conducted August 4 through August 11, 2004 by CH2MHill dated August 27, 2004 | TC 050928-51016 RD | ID |
| 1343 | May 24, 2005 ACZ Analytical Report for 5/14/05 samples | TC 042904-42913 RD | ADM |
| 1344 | May 25, 2005 ACZ Analytical Report for 5/19/05 samples | TC 045991-45999 RD | ADM |
| 1345 | May 26, 2005 NCA Analytical Report for 5/19/05 samples | TC 046214-46218 RD | ADM |
| 1346 | June 2, 2005 ACZ Analytical Report for 5/23/05 samples | TC 046051-46060 RD | ADM |
| 1347 | June 3, 2005 ACZ Analytical Report for 5/14/05 samples | TC 045887-45897 RD | ADM |
| 1348 | June 7, 2005 ACZ Analytical Report for 5/13/05 samples | TC 042914-42940 RD | ADM |
| 1349 | June 7, 2005 ACZ Analytical Report for 5/12/05 samples | TC 045898-45923 RD | ADM |
| 1350 | June 7, 2005 ACZ Revised Analytical Report for 5/14/05 samples | TC 045924-45933 RD | ADM |
| 1351 | June 8, 2005 ACZ Analytical Report for 5/23/05 samples | TC 046149-46158 RD | ADM |
| 1352 | June 8, 2005 NCA Analytical Report for 5/14/05 samples | TC 046194-46199 RD | ADM |

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352



Exhibit B
1 of 1