LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty & the Environment
47 Kearny St, Suite 804
San Francisco, CA 94108
415/346-4179 • fax 415/346-8723

NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3538
907/345-5595• fax 907/345-3629

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, and JOSEPH SWAN,<br><br>Plaintiffs<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>Defendant. | Case No. A04-49 (JWS)<br><br>PLAINTIFFS' MOTION OF NON RESIDENT ATTORNEY TO APPEAR ON BEHALF OF PLAINTIFFS *PRO HAC VICE* |

Pursuant to District Court of Alaska Local Rules, Rule 83.1(c)(2), Enoch Adams, Jr., Leroy Adams, Andrew Koenig, Jerry Norton, and Joseph Swan file this Motion to request the ability of their counsel, Caroline Farrell of Bakersfield, California, to appear and participate on their behalf in this case *pro hac vice*.

Ms. Farrell is a member in good standing of the California Bar, and has been since 1999. Declaration of Luke W. Cole in Support of Motion of Non-resident Attorney to Appear and Participate on Behalf of Plaintiffs ("Cole dec."), ¶ 2. Ms. Farrell is admitted to the Federal District Courts for the Central District of California, the Eastern District of California, and the

1  Northern District of California.  Cole dec. ¶ 4.  Ms. Farrell is admitted to the Federal Court of
2  Appeal for the Ninth Circuit.  Cole dec. ¶ 5.
3      Plaintiffs retained Ms. Farrell because of her expertise on environmental justice matters
4  and her many years of experience with federal environmental statutes such as the Clean Water
5  Act, the statute governing this case.  Cole dec. ¶ 6.
6      Plaintiffs request that this Court permit Ms. Farrell to appear and participate on their
7  behalf in this case.
8  Dated this 5th day of April 2008.

9                              Respectfully submitted,

10                             CENTER ON RACE, POVERTY
                                & THE ENVIRONMENT
11

12
                                ____/S/ LUKE COLE_____
13                              Luke W. Cole

14
CERTIFICATE OF SERVICE
15 I hereby certify that on the 5th day of April 2008, a true and correct copy of the foregoing Motion to Appear Pro Hac Vice was
served, via the Court's electronic mail distribution system, on the below identified parties of record:
16

| Sean Halloran | Nancy Wainwright | Thane Tienson |
|---|---|---|
| Hartig Rhodes | 13030 Back Road, Suite 555 | Landye Bennet Blumstein |
| 717 K Street | Anchorage, AK 99501 | 1300 SW Fifth Ave, Suite 3500 |
| Anchorage, AK 99501 | | Portland, OR 97201 |

| James E. Torgerson | David S. Case |
|---|---|
| Heller Ehrman White & McAuliffe LLP | Landye Bennett |
| 510 L Street, Suite 500 | 701 W. 8th Avenue, Suite 1200 |
| Anchorage, Alaska 99501-1959 | Anchorage, AK 99501 |

_____/S/ Luke Cole_____
22  Luke Cole

23

24

25

26

27

28

Motion of Non-Resident Attorney
to Appear on Behalf of Plaintiffs           - 1 -