1  LUKE W. COLE, California Bar No. 145,505
   CAROLINE FARRELL, California Bar No. 202,871
2  BRENT J. NEWELL, California Bar No. 210,312
   Center on Race, Poverty & the Environment
3  47 Kearny St, Suite 804
   San Francisco, CA 94108
4  415/346-4179 • fax 415/346-8723

5  NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
   Law Offices of Nancy S. Wainwright
6  13030 Back Road, Suite 555
   Anchorage, AK 99515-3538
7  907/345-5595• fax 907/345-3629

8  Attorneys for Plaintiff

9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE DISTRICT OF ALASKA AT ANCHORAGE
11

12  ENOCH ADAMS, JR., LEROY ADAMS,              Case No. A04-49 (JWS)
    ANDREW KOENIG, JERRY NORTON,
13  DAVID SWAN, JOSEPH SWAN                     [PROPOSED]
                                               ORDER GRANTING
14       Plaintiff                             PLAINTIFF'S MOTION
                                               TO APPEAR PRO HAC VICE
15       v.

16  TECK COMINCO ALASKA INCORPORATED,

17       Defendant.

18  _____

19                              ORDER

20       Good cause appearing therefore, **IT IS ORDERED** that Caroline Farrell may appear for

21  plaintiffs in this case.

22       Dated this _____ day of _____ 2008.
23

24

25                              _____
                                U.S. District Court Judge
26

27

28

ORDER GRANTING PRO HAC VICE MOTION