LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty & the Environment
47 Kearny St, Suite 804
San Francisco, CA 94108
415/346-4179 • fax 415/346-8723

NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3538
907/345-5595• fax 907/345-3629

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, and JOSEPH SWAN,<br><br>Plaintiffs<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>Defendant. | Case No.<br><br>DECLARATION OF LUKE W. COLE IN SUPPORT OF PLAINTIFFS' MOTION OF NON-RESIDENT ATTORNEY TO APPEAR ON BEHALF OF PLAINTIFFS |

I, LUKE W. COLE, hereby declare:

1. I am over 18 years of age and not a party to this case.

2. Caroline Farrell is a member in good standing of the California Bar, and has been since 1999.

3. I am lead counsel in this case. Ms. Farrell is a senior attorney in my firm who will assist in trial.

4. Ms. Farrell is admitted to the Federal District Courts for the Central District of

1  California, the Eastern District of California, and the Northern District of California.

2      5. Ms. Farrell is admitted to the Federal Court of Appeal for the Ninth Circuit.

3      6. Ms. Farrell has practiced environmental law for over 8 years, specialized in

4  environmental justice claims for that entire time, and participated in numerous environmental

5  cases in federal and state courts.

6      I declare under penalty of perjury that the foregoing is true and correct. Signed this 5th

7  day of April 2008 at San Francisco, California.

                                                             /S/ Luke Cole  
                                                             Luke W. Cole