LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty & the Environment
47 Kearny St, Suite 804
San Francisco, CA 94108
415/346-4179 • fax 415/346-8723

NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3358
907/345-5595 • fax 907/345-3629

Attorneys for Plaintiffs Enoch Adams, Jr., Leroy Adams, Andrew Koenig, Jerry Norton, David Swan and Joseph Swan

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN,<br><br>Plaintiffs,<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED<br><br>Defendant.<br><br>NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH,<br><br>Intervenors-Defendants. | Case No. A04-49 (JWS)<br><br>**DECLARATION OF LUKE COLE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR RECONSIDERATION** |

**DECLARATION OF LUKE COLE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR RECONSIDERATION**

I, Luke Cole, declare:

1. I am over 18 years of age and not a party to this action.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the Declaration of Michael Kavanaugh taken by Teck Cominco's attorney in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of April.

                                                                                                /S/ Luke Cole

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April 2008, a true and correct copy of the foregoing Declaration of Luke Cole was served, via the Court's electronic mail distribution system, on the below identified parties of record:

| | | |
|---|---|---|
| Sean Halloran<br>Hartig Rhodes<br>717 K Street<br>Anchorage, AK 99501 | Nancy Wainwright<br>13030 Back Road, Suite 555<br>Anchorage, AK 99501 | Thane Tienson<br>Landye Bennet Blumstein<br>1300 SW Fifth Ave, Suite 3500<br>Portland, OR 97201 |
| James E. Torgerson<br>Heller Ehrman White & McAuliffe LLP<br>510 L Street, Suite 500<br>Anchorage, Alaska 99501-1959 | David S. Case<br>Landye Bennett<br>701 W. 8th Avenue, Suite 1200<br>Anchorage, AK 99501 | |

   /S/ Luke Cole
Luke Cole

DECLARATION OF LUKE COLE IN SUPPORT
OF PLAINTIFFS' OPPOSITION TO
MOTION FOR RECONSIDERATION        1