JAMES E. TORGERSON (Alaska Bar No. 8509120)
YVONNE LAMOUREUX (Alaska Bar No. 0512124)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK  99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
Jim.torgerson@hellerehrman.com
Yvonne.lamoureux@hellerehrman.com

Attorneys for Intervenor-Defendant
NANA REGIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>    Plaintiffs,<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>    Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>    Intervenor-Defendants. | Case No.: A:04-cv-0049 (JWS)<br><br>**JOINT NOTICE OF INTENT TO USE DIGITAL EVIDENCE PRESENTATION SYSTEM** |

Pursuant to Alaska Local Rule 39.3(c), Teck Cominco Alaska Incorporated and NANA Regional Corporation hereby submit this Joint Notice of Intent to Use the Digital Evidence Presentation System during both phases of trial.  The first phase of trial is scheduled to begin May 19, 2008.  The second phase of trial is scheduled to begin August 11, 2008.  Both phases of trial will be conducted before Judge John W. Sedwick in Anchorage, Alaska.

Dated:  April 11, 2008         Respectfully submitted,

                                    Attorneys for Defendant
                                    TECK COMINCO ALASKA INCORPORATED

By         */s/ Sean Halloran*
    SEAN HALLORAN (BAR NO. 9211080)
    Hartig Rhodes Hoge & Lekisch, P.C.
    717 K Street
    Anchorage, AK  99501
    Telephone:  907-276-1592
    sean.halloran@hartig.com

Dated:  April 11, 2008         Respectfully submitted,

    Attorneys for Intervenor-Defendant
    NANA REGIONAL CORP.

By         */s/ James E. Torgerson*
    JAMES E. TORGERSON (BAR NO. 8509120)
    YVONNE LAMOUREUX (BAR NO. 0512124)
    Heller Ehrman LLP
    510 L Street, Suite 500
    Anchorage, AK  99501
    Telephone:  907-277-1900
    Jim.torgerson@hellerehrman.com
    Yvonne.lamoureux@hellerehrman.com

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing JOINT NOTICE OF INTENT TO USE DIGITAL EVIDENCE PRESENTATION SYSTEM was served via the method indicated below this 11th day of April, 2008, on the following parties:

| | |
|---|---|
| Luke W. Cole<br>Center on Race, Poverty & the Environment<br>47 Kearny Street, Suite 804<br>San Francisco, CA  94108<br>luke@igc.org | Counsel for Plaintiffs<br><br>Served via:  Electronic transmission |
| Nancy S. Wainwright<br>Law Offices of Nancy S. Wainwright<br>13030 Back Road, Suite 555<br>Anchorage, AK  99515-3538 | Counsel for Plaintiffs<br><br>Served via:  U.S. Mail only |
| Sean Halloran<br>Hartig Rhodes Hoge & Lekisch, P.C.<br>717 K Street<br>Anchorage, AK  99501<br>sean.halloran@hartig.com | Counsel for Defendant Teck Cominco<br>Served via:  Electronic transmission |

**JOINT NOTICE OF INTENT TO USE DIGITAL EVIDENCE PRESENTATION SYSTEM**
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)**
PAGE 2 OF 3

1  David S. Case                        Counsel for Intervenor-Defendant
   Landye Bennett Blumstein LLP         Northwest Arctic Borough
2  701 West 8th Avenue, Suite 1200
   Anchorage, AK 99501                  Served via: Electronic transmission
3  dcase@lbblawyers.com

4

        /S/ James E. Torgerson
5  JAMES E. TORGERSON (BAR NO. 8509120)
   YVONNE LAMOUREUX (BAR NO. 0512124)
6  HELLER EHRMAN LLP
   510 L Street, Suite 500
7  Anchorage, AK 99501
   Telephone: 907-277-1900
8  Jim.torgerson@hellerehrman.com
   Yvonne.lamoureux@hellerehrman.com
9

10 SE 2247456 v2
   4/11/08 9:12 AM (38576.0002)
11

**JOINT NOTICE OF INTENT TO USE DIGITAL EVIDENCE PRESENTATION SYSTEM**
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)**
PAGE 3 OF 3