# In the Matter of:

# Enoch Adams, Jr., et al. v. Teck Cominco Alaska, Inc., et al.

*February 23, 2005*
*Michael Kavanaugh*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1  A. I use it. I'm not going to say that
2  everything in Brealey and Myers is
3  uncontroversial.
4  Q. Can you identify something for me that
5  you think is controversial?
6  A. I haven't been through the entire book
7  in a while, but certainly as a text, it presents
8  the basics and takes you out to the edge of the
9  envelope.
10      So when you get to that edge, I would
11 imagine that there are others that have other
12 opinions about parts of it.
13 Q. During the last six months, have you
14 read any professional journals that cover topics
15 and developments in the academic field of
16 corporate finance?
17 A. Six months?
18 Q. Yes.
19 A. Maybe not, no. Probably not.
20 Q. I would like to go to page 5 of your
21 expert report. Looking in Section 3,
22 "Application of Economic Benefit Model," after

1  the series of four bullet points, there is a
2  statement, "The benefit is calculated using an
3  equity cost of capital and, alternatively, a
4  weighted average cost of capital."  Do you see
5  that?
6      A.   Yes.
7      Q.   I'm not an economist.  You will have to
8  explain this to me in layman's terms.  The
9  benefit here, we are talking about economic
10 benefit; is that correct?
11     A.   That's correct.
12     Q.   And can you tell me what you mean by
13 economic benefit in the context of this case?
14     A.   Yes.
15     Q.   Would you do that, please.
16     A.   The economic benefit is a term that is
17 a shorthand for a sum of money that if you would
18 remove from the defendant today would put it in
19 the same financial position as if it had
20 complied in the past.
21     Q.   You say this benefit is calculated
22 using an equity cost of capital.  What is equity

1 cost of capital?  Can you give that to me in
2 layman's terms?
3    A.   That would be the return on an
4 investment that could be earned in a project of
5 average risk using equity as a way of paying for
6 the project.
7    Q.   So normally when I think of equity, I
8 think of some shareholder coming in or potential
9 shareholder and putting down money to buy shares
10 in a corporation with some expectation of
11 return.  Is that what we are talking about here?
12    A.   That would be a fair characterization.
13    Q.   Is there a better characterization?
14    A.   Well, why don't we talk about what it
15 is not.  It is not borrowing money.  It is
16 issuing an equity instead of a debenture for
17 that money.
18    Q.   So when you are looking at equity cost
19 of capital, is it correct that you are looking
20 at it from the standpoint of whoever that
21 investor is that is putting up the capital?
22    A.   The shareholder, from the owner's point

1  of view.
2  Q. So if it is a corporation, it would be
3  a shareholder?
4  A. Yes.
5  Q. You say "alternatively, a weighted
6  average cost of capital." Could you explain
7  what weighted average cost of capital is in
8  layman's terms?
9  A. Yes. Where before we were talking
10 about funding the project with just shareholder
11 or owner dollars, now we are bringing in money
12 that can be borrowed. So we have two sources of
13 the funds, the equity and the debt, and the
14 proportions are weighted.
15 In other words, by looking and
16 evaluating what should have been spent for
17 pollution control, I am looking at it as some
18 equity and some debt, and the proportions of
19 equity and debt I'm referring to as a weighted
20 average.
21 Q. How do you decide how to weight that,
22 how much you put to equity and how much you put

1  to debt?
2     A.   Yes.  I look at the proportions of debt
3  and equity, in this instance, the proportions of
4  debt and equity on the parent's balance sheet.
5     Q.   So you didn't look at Teck Cominco
6  Alaska, Incorporated's balance sheet; you looked
7  at some other balance sheet for that?
8     A.   I looked at Teck Cominco Alaska's
9  parent's balance sheet.
10    Q.   Whose balance sheet is that when you
11 say "parent"?
12    A.   This is the problem I was anticipating
13 when we began this.  This would be Teck Cominco
14 Limited, if I understood our definitions at the
15 beginning.
16    Q.   Don't go back to the definitions at
17 this point.  I am just trying to figure out what
18 information you looked at.
19         So if it is easier, we can turn back to
20 page 11.
21    A.   Let me go to page 12.
22    Q.   Yes.

1    A.   That's where I'm talking in the middle
2  of the page about the publicly available
3  financial records of Cominco Limited and Teck
4  Cominco.
5    Q.   There you say "Teck Cominco." You mean
6  Cominco Limited and Teck Cominco. What does
7  "Teck Cominco" mean there on page 12?
8    A.   That's what I call the parent of Teck
9  Cominco Alaska, Incorporated. That's the entity
10 that owns the Red Dog Mine and other mines and
11 businesses around the world.
12        Teck Cominco is the one that's
13 headquartered in Vancouver and has among its
14 properties the Red Dog Mine, which I see as the
15 same as Teck Cominco Alaska, Incorporated.
16   Q.   Why do you see them as the same? Isn't
17 a parent and a subsidiary separate corporations?
18   A.   Wait a minute. Red Dog Mine is Teck
19 Cominco Alaska, Incorporated. Teck Cominco
20 Alaska, Incorporated has no other entities but
21 Red Dog Mine. Isn't that correct?
22        It is my understanding that Teck

1   Cominco Alaska, Incorporated's only asset is the
2   Red Dog Mine.
3       Q.   And what is the relevance of that in
4   this case?
5       A.   Well, none. I thought you were
6   challenging or saying that --
7       Q.   No. What I'm asking is -- let's go
8   back to square 1. I'm sorry to confuse you.
9            Page 12, "Publicly available financial
10  records of Cominco Limited and Teck Cominco."
11  Do you see that?
12      A.   Right.
13      Q.   When you say "Teck Cominco" in this
14  sentence here, are we referring to the parent
15  corporation that you were describing or are we
16  referring to Teck Cominco Alaska, Incorporated?
17      A.   The parent corporation.
18      Q.   My next question was is the parent
19  corporation you are referring to, is that Teck
20  Cominco Limited, the Vancouver corporation?
21      A.   Yes.
22      Q.   And then my next question, which I

1 think we were sort of there, but maybe not --
2 maybe it wasn't clear enough -- is why were you
3 looking at the financial records of Teck Cominco
4 Limited to get this weighting that you were
5 using -- I guess call it WACC for short -- for
6 this calculation?
7    A.   I understand the question now.  I
8 looked at the parent because I thought that the
9 parent was the better entity to use to value the
10 funds because the parent had the use of the
11 funds, that the funds made available by avoiding
12 and delaying compliance with the TDS weren't
13 simply at the disposal of Teck Cominco Alaska,
14 Incorporated but were available to the parent.
15    Q.   Were those funds used by the parent?
16    A.   I would assume so.
17    Q.   Do you know?
18    A.   Well, with money being fungible, you
19 just can't know these things.
20         Had Teck Cominco Alaska, Incorporated
21 complied with the permit, it might have had to
22 go to Teck Cominco to get funding.  Those funds

1   then remained with Teck Cominco to go and
2   conduct operations and buy things throughout the
3   world.
4       Q.   Would that economic benefit then have
5   been enjoyed by Teck Cominco Limited?
6       A.   Yes.
7       Q.   Did you review responses to discovery
8   from Teck Cominco in this case pertaining to the
9   financing between Teck Cominco Alaska and Teck
10  Cominco Limited?
11      A.   I don't recall that, unless it's in the
12  Teck Cominco Alaska, Incorporated consolidated
13  financial statements.  But that would be a
14  document.  So I think the answer is no.
15      Q.   Going back to page 5.  We were talking
16  about this equity cost of capital and the WACC
17  alternatives.  Is that proper to call it WACC?
18      A.   That's proper.
19      Q.   Between those two options, I guess you
20  discussed those as alternatives.
21      A.   Yes.
22      Q.   Then I can't point to it, but somewhere

1       You could certainly use it to stand in
2  1920 and look forward.  It would be an
3  interesting historical project.  But that's not
4  an interesting question to a lot of academic
5  economists.  So they don't ask it.
6       Q.   My understanding of the way you are
7  using the CAPM here is you are taking us back in
8  time and saying if Teck Cominco Limited, the
9  parent, had this money, this is what they could
10 have earned on it?
11      A.   Yes.  Basically, going back to June 1,
12 1998, by not spending the money for a
13 feasibility study, a pilot plant and a suite of
14 projects, they made available to them a sum of
15 money that they could then use in other
16 remunerative projects.
17      Q.   What is confusing me is why do you have
18 to go back in time and use a model that I
19 understand to be predictive to give you what you
20 already know?
21      A.   You don't already know it.
22      Q.   Don't you know what the tax rates were