Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
Firm email: mail@hartig.com
Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, JOSEPH SWAN,<br>　　　　Plaintiffs,<br><br>vs.<br><br>TECK COMINCO ALASKA INCORPORATED,<br>　　　　Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br>　　　　Intervenor-Defendants. | Case No.: A04-00049 CV (JWS) |

## NOTICE OF FILING PROPOSED ORDER

An incorrect document was inadvertently filed in place of the proposed order at Docket 326. Attached is the correct Proposed Order Dismissing Claims and Establishing Liability for the Motion for Entry of Order Dismissing Conceded Claims and Establishing Liability for Conceded Claims

at Docket 326. Any copies of the incorrect document should be disregarded and destroyed.

DATED at Anchorage, Alaska, this 22nd day of April, 2008.

> HARTIG RHODES HOGE & LEKISCH, P.C.
> Attorneys for Teck Cominco Alaska, Inc.
>
> By: _____
> Sean Halloran

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of April, 2008,
a true and correct copy of the foregoing was served,
via electronic service, on the below identified parties of
record:

Luke W. Cole
Center on Race, Poverty, & the Environment
47 Kearny Street, Suite 804
San Francisco, California 94108

Nancy S. Wainwright (via U.S. Mail only)
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

_____
Hartig Rhodes Hoge & Lekisch PC
F:\Docs\62880\184\PLEADINGS\Concede liability

TECK COMINCO'S MOTION FOR ORDER DISMISSING CONCEDED CLAIMS AND
ESTABLISHING LIABILITY FOR CONCEDED CLAIMS                                      Page 2 of 2
*Adams et. al. v. Teck Cominco Alaska*, A04-00049 CV (JWS)