Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
Firm email: mail@hartig.COM
Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, JOSEPH SWAN, <br>　　　　Plaintiffs, <br><br>vs. <br><br>TECK COMINCO ALASKA INCORPORATED, <br>　　　　Defendant, <br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH, <br>　　　　Intervenor-Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: A04-00049 CV (JWS) <br> ) |

## (PROPOSED) ORDER DISMISSING CLAIMS AND ESTABLISHING LIABILITY

In accordance with the concessions made by the plaintiffs in their trial brief, the following claims are hereby dismissed:

> Third Claim for Relief: All WET Reporting claims
> Fourth Claim for Relief: All claims
> Fifth Claim for Relief: All claims

    Sixth Claim for Relief:  All claims not previously dismissed
    Ninth Claim for Relief:  All claims not previously dismissed
    Tenth Claim for Relief:  All claims not previously dismissed

In accordance with Teck Cominco's concession that it will no longer defend the following claims as to liability at trial, without prejudice to Teck Cominco's right of appeal, liability is established as to the following alleged violations, which shall be tried as to remedy only:

1.    One hundred sixty one daily violations of TDS end of pipe limitations encompassing the following dates: May 25-29, 2004, May 30-31, 2004, August 29-Sept. 4, 2004, May 25-28, 2005, May 29-June 4, 2005, June 5-6 2005, June 19-25, 2005, June 26-July 2, 2005, July 3-9, 2005, July 17-23, 2005, July 24-30, 2005, July 31-August 6, 2005, August 7-13, 2005, August 14-20, 2005, August 21- 27, 2005, August 28-September 3, 2005, September 18-24, 2005, September 25-October 1, 2005, October 2-6, 2005, May 9-13, 2006, May 14-16, 2006, September 3-9, 2006, September 10-16, 2006, October 1-2, 2006, June 10-16, 2007, June 17-23, 2007, and June 24-30, 2007.

2.    Thirty four cyanide daily violations encompassing the following dates: May 25, 2000, May 29, 2000, June 10, 2000, June 13, 2000, June 24, 2000, June 14, 2001, June 18, 2001, July 22, 2001, July 30, 2001, August 13, 2001, August 16, 2001, August 20, 2001, August 27, 2001, June 10, 2002, September 30, 2002, May 10, 2003, May 13, 2003, June 17, 2003, June 24, 2003, July 1, 2003, July 15, 2003, July 21, 2003, July 29, 2003, August 12, 2003, May 23, 2005, August 9, 2005, September 5, 2005, September 12, 2005, September 19, 2005, October 3, 2005, May 11, 2006, May 15, 2006, June 5, 2006, and October 1, 2006.

3.    Eleven WET daily violations identified in the Complaint as follows: May 1999 (1), June 1999 (1), July 1999 (1), August 2000 (1), August 16, 2001, August 18, 2001, August 20, 2001, August 2002 (1), September 4, 2002, September 24, 2002, and August 3, 2004.

DATED:_____    _____
                                            JOHN W. SEDWICK
                                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of April, 2008,
a true and correct copy of the foregoing was served,
via electronic service, on the below identified parties of
record:

Luke W. Cole
Center on Race, Poverty, & the Environment
47 Kearny Street, Suite 804
San Francisco, California 94108

Nancy S. Wainwright (via U.S. Mail only)
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

_____
Hartig Rhodes Hoge & Lekisch PC

F:\Docs\62880\184\PLEADINGS\Prop order re concede liability.doc