1  LUKE W. COLE, California Bar No. 145,505
   CAROLINE FARRELL, California Bar No. 202,871
2  BRENT J. NEWELL, California Bar No. 210,312
   Center on Race, Poverty & the Environment
3  47 Kearny St, Suite 804
   San Francisco, CA 94108
4  415/346-4179 • fax 415/346-8723

5  NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
   Law Offices of Nancy S. Wainwright
6  13030 Back Road, Suite 555
   Anchorage, AK 99515-3538
7  907/345-5595• fax 907/345-3629

8  Attorneys for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, and JOSEPH SWAN,<br><br>Plaintiffs<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>Defendant. | Case No. A04-49 (JWS)<br><br>PLAINTIFFS' MOTION OF NON RESIDENT ATTORNEY TO APPEAR ON BEHALF OF PLAINTIFFS *PRO HAC VICE* |

Pursuant to District Court of Alaska Local Rules, Rule 83.1(d)), Enoch Adams, Jr., Leroy Adams, Andrew Koenig, Jerry Norton, and Joseph Swan file this Motion to request the ability of their counsel, Caroline Farrell of Bakersfield, California, to appear and participate on their behalf in this case *pro hac vice*.

Ms. Farrell is a member in good standing of the California Bar, and has been since 1999. Declaration of Caroline Farrell ("Farrell dec."), ¶¶ 1, 3.  Ms. Farrell is admitted to the Federal District Court the Eastern District of California.  Farrell dec. ¶ 3.  Ms. Farrell's declaration sets forth all names by which she is known, her office and residence address, the name and address of

1  each jurisdiction to which she has been admitted to practice, a statement that she is not the
2  subject of any pending or prior disciplinary action, and her certification that she has read the
3  Local Rules of Court.  D.Ak. L.R. 83.1(d)(4)[A]; Farrell dec. ¶¶ 2-5.
4      Plaintiffs retained Ms. Farrell because of her expertise on environmental justice matters
5  and her many years of experience with federal environmental statutes such as the Clean Water
6  Act, the statute governing this case.  Plaintiffs request that this Court permit Ms. Farrell to appear
7  and participate on their behalf in this case.
8  Dated this 24th day of April 2008.

9      Respectfully submitted,

10      CENTER ON RACE, POVERTY
        & THE ENVIRONMENT
11

12
        ____/S/ LUKE COLE_____
13      Luke W. Cole

14
CERTIFICATE OF SERVICE
15  I hereby certify that on the 24th day of April 2008, a true and correct copy of the foregoing Motion to Appear Pro Hac Vice and Declaration of Caroline Farrell was served, via the Court's electronic mail distribution system, on the below identified parties of
16  record:

17  Sean Halloran              Nancy Wainwright              Thane Tienson
    Hartig Rhodes              13030 Back Road, Suite 555    Landye Bennet Blumstein
18  717 K Street               Anchorage, AK 99501           1300 SW Fifth Ave, Suite 3500
    Anchorage, AK 99501                                      Portland, OR 97201
19
    James E. Torgerson                        David S. Case
20  Heller Ehrman White & McAuliffe LLP       Landye Bennett
    510 L Street, Suite 500                   701 W. 8th Avenue, Suite 1200
21  Anchorage, Alaska 99501-1959              Anchorage, AK 99501

22  _____/S/ Luke Cole_____
    Luke Cole
23

24

25

26

27

28
Motion of Non-Resident Attorney
to Appear on Behalf of Plaintiffs        - 1 -