LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty & the Environment
47 Kearny St, Suite 804
San Francisco, CA 94108
415/346-4179 • fax 415/346-8723

NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3538
907/345-5595• fax 907/345-3629

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, and JOSEPH SWAN, <br><br>     Plaintiffs <br><br> v. <br><br> TECK COMINCO ALASKA INCORPORATED, <br><br>     Defendant. | Case No. A04-49 (JWS) <br><br> DECLARATION OF CAROLINE FARRELL |

I, CAROLINE FARRELL, declare:

1. I am an attorney in good standing licensed to practice in the State of California. A true and correct copy of my California State Bar Certificate of Standing is attached as Appendix A.

DECLARATION OF CAROLINE FARRELL
IN SUPPORT OF PRO HAC VICE MOTION

2. I am the Directing Attorney at the Center on Race, Poverty & the Environment's office in Delano, California. My business address is 1302 Jefferson Street, Suite 2, Delano, CA 93215. My personal address is 3006 Park Way, Bakersfield, CA 93304.

3. The Center on Race, Poverty & the Environment has associated Nancy Wainwright as local counsel in this case.

3. I was admitted to practice law in the State Courts of California in 1999. I was also admitted to practice in the U.S. District Court for the Eastern District of California in 2005.

4. I am not the subject of any past or pending disciplinary action in any jurisdiction or before any court to which I have been admitted to practice.

5. I have read the local rules of the U.S. District Court for the District of Alaska.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge and that this declaration was executed on April 24, 2008 in Delano, California.

<u>s/ Caroline Farrell</u>

CAROLINE FARRELL