LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty & the Environment
47 Kearny St, Suite 804
San Francisco, CA 94108
415/346-4179 • fax 415/346-8723

NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3358
907/345-5595 • fax 907/345-3629

Attorneys for Plaintiffs Enoch Adams, Jr., Leroy Adams, Andrew Koenig, Jerry Norton, David Swan and Joseph Swan

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN,<br><br>  Plaintiffs,<br><br>  v.<br><br>TECK COMINCO ALASKA INCORPORATED<br><br>  Defendant.<br>_____<br>NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH,<br><br>  Intervenors-Defendants.<br>_____ | Case No. A04-49 (JWS)<br><br><br>**PLAINTIFFS' OBJECTION TO MULTIPLE REPLY BRIEFS AND REQUEST FOR ORAL ARGUMENT ON MOTION FOR RECONSIDERATION** |

**PLAINTIFFS' OBJECTION TO TWO REPLY BRIEFS ON MOTION FOR RECONSIDERATION**

Teck Cominco and NANA filed a Joint Motion for Reconsideration of Order at Docket 311, at Docket 314. The Adams plaintiffs responded, at Docket 320. Teck Cominco and NANA have now, in an apparent attempt to skirt the Court's strict five-page limit, filed two separate replies (Docket 324, Teck Cominco; Docket 325, NANA) to their "joint" motion. Adams objects.

Rather than seeking a sur-reply, Adams again asks that if the Court is seriously considering granting this motion, that it allow oral argument on the Motion on May 9 at the pre-trial conference. If the Court denies the motion, no oral argument would be necessary. The Adams plaintiffs have attempted in good faith to comply with the Court's instructions on updating expert reports, and the Kavanaugh updated report should be allowed.

Respectfully submitted, 27 April 2008.

/S/ Luke Cole

Luke Cole

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April 2008, a true and correct copy of the foregoing Plaintiffs' Objection to Two Briefs was served, via the Court's electronic mail distribution system, on the below identified parties of record:

| | | |
|---|---|---|
| Sean Halloran | Nancy Wainwright | Thane Tienson |
| Hartig Rhodes | 13030 Back Road, Suite 555 | Landye Bennet Blumstein |
| 717 K Street | Anchorage, AK 99501 | 1300 SW Fifth Ave, Suite 3500 |
| Anchorage, AK 99501 | | Portland, OR 97201 |
| | | |
| James E. Torgerson | David S. Case | |
| Heller Ehrman White & McAuliffe LLP | Landye Bennett | |
| 510 L Street, Suite 500 | 701 W. 8th Avenue, Suite 1200 | |
| Anchorage, Alaska 99501-1959 | Anchorage, AK 99501 | |

/S/ Luke Cole
Luke Cole

**PLAINTIFFS' OBJECTION TO TWO REPLY BRIEFS ON MOTION FOR RECONSIDERATION**   1