1  LUKE W. COLE, California Bar No. 145,505
   CAROLINE FARRELL, California Bar No. 202,871
2  BRENT J. NEWELL, California Bar No. 210,312
   Center on Race, Poverty & the Environment
3  47 Kearny St, Suite 804
   San Francisco, CA 94108
4  415/346-4179 • fax 415/346-8723

5  NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
   Law Offices of Nancy S. Wainwright
6  13030 Back Road, Suite 555
   Anchorage, AK 99515-3358
7  907/345-5595 • fax 907/345-3629

8  Attorneys for Plaintiffs Enoch Adams, Jr., Leroy
   Adams, Andrew Koenig, Jerry Norton, David
9  Swan and Joseph Swan

10

11             IN THE UNITED STATES DISTRICT COURT

12         FOR THE DISTRICT OF ALASKA AT ANCHORAGE

13  ENOCH ADAMS, JR., LEROY ADAMS,              Case No. A04-49 (JWS)
    ANDREW KOENIG, JERRY NORTON
14  DAVID SWAN and JOSEPH SWAN,

15          Plaintiffs,

16      v.                                      **PLAINTIFFS' NOTICE
                                                OF NON-OPPOSITION
17  TECK COMINCO ALASKA INCORPORATED            TO PROPOSED ORDER
                                                DISMISSING CLAIMS
18      Defendant.                              AND ESTABLISHING
   _____      LIABILITY**

19
20  NANA REGIONAL CORPORATION and
    NORTHWEST ARCTIC BOROUGH,
21
          Intervenors-Defendants.
22  _____

23

24

25

26

27

28

PLAINTIFFS' NOTICE OF NON-OPPOSITION
TO PROPOSED ORDER DISMISSING CLAIMS

Teck Cominco has filed a proposed order Dismissing Claims and Establishing Liability, at Docket 327-2.  With one minor condition, plaintiffs do not oppose the entry of this order, which will focus trial on the remaining claims.  The proposed order on page two in its first full paragraph contains the clause "without prejudice to Teck Cominco's right of appeal."  For parallelism, that phrase should be either struck, or a parallel phrase such as "without prejudice to plaintiffs' right of appeal" inserted above on page one after the phrase "In accordance with the concessions made by the plaintiffs in their trial brief" and before the phrase "the following claims are hereby dismissed."  It is plaintiffs' position that the phrase is unnecessary and should be struck, but if it is to remain, it should be in both places in the order.

Respectfully submitted, 27 April 2008.

/S/ Luke Cole

Luke Cole

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April 2008, a true and correct copy of the foregoing Plaintiffs' Notice of Non-Opposition to Proposed Order was served, via the Court's electronic mail distribution system, on the below identified parties of record:

| | | |
|---|---|---|
| Sean Halloran | Nancy Wainwright | Thane Tienson |
| Hartig Rhodes | 13030 Back Road, Suite 555 | Landye Bennet Blumstein |
| 717 K Street | Anchorage, AK 99501 | 1300 SW Fifth Ave, Suite 3500 |
| Anchorage, AK 99501 | | Portland, OR 97201 |
| | | |
| James E. Torgerson | David S. Case | |
| Heller Ehrman White & McAuliffe LLP | Landye Bennett | |
| 510 L Street, Suite 500 | 701 W. 8th Avenue, Suite 1200 | |
| Anchorage, Alaska 99501-1959 | Anchorage, AK 99501 | |

/S/ Luke Cole

Luke Cole

**PLAINTIFFS' NOTICE OF NON-OPPOSITION**
**TO PROPOSED ORDER DISMISSING CLAIMS**    1