1  LUKE W. COLE, California Bar No. 145,505
   CAROLINE FARRELL, California Bar No. 202,871
2  BRENT J. NEWELL, California Bar No. 210,312
   Center on Race, Poverty, & the Environment
3  47 Kearny Street, Suite 804
   San Francisco, CA, 94108
4  415/346-4179 • fax 415/346-8723

5  NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
   Law Offices of Nancy S. Wainwright
6  13030 Back Road, Suite 555
   Anchorage, AK 99515-3538
7  907/345-5595 • fax 907/345-3629

8  Attorneys for Plaintiffs Enoch Adams, Jr., Leroy
   Adams, Andrew Koenig, Jerry Norton and Joseph Swan
9

10                    **IN THE UNITED STATES DISTRICT COURT**

11                    **FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

12

13  ENOCH ADAMS, JR., LEROY ADAMS,                    Case No. A04-49 (JWS)
    ANDREW KOENIG, JERRY NORTON
    DAVID SWAN and JOSEPH SWAN,
14
                                                     NOTICE OF LODGING
15          Plaintiffs,                              PROPOSED TRIAL
                                                     CHART
16          v.

17  TECK COMINCO ALASKA INCORPORATED

18          Defendant.
    _____
19  NANA REGIONAL CORPORATION and
    NORTHWEST ARCTIC BOROUGH,
20
            Intervenors-Defendants.
21  _____

22

23          In accordance with plaintiffs' request and the Court's instruction during the last status

24  conference, plaintiffs lodge the attached spreadsheet as a proposed trial chart. As an example,

25  plaintiffs have chosen monthly total dissolved solids (TDS). The chart is offered as a proposal; a

26  final chart would be fully populated with all the exhibits that are relevant to each monthly

27  violation, while this example merely lists several such exhibits; the gray areas are days of no

28

NOTICE OF LODGING PROPOSED TRIAL CHART

discharge or days that don't exist (June 31, e.g.). Similar charts can be created for the other permit parameters at issue (monthly cyanide violations, monthly whole effluent toxicity violations).

While the lodged attachment is, owing to the filing requirements, a PDF, the original chart is an Excel spreadsheet, and can be shared among counsel and the Court for individual use. It is more easily viewed when printed in legal size (8.5 x 14 inches). Counsel will bring hard copies to Court for the pre-trial conference on Friday, May 9.

Respectfully submitted, May 7, 2008.

          /S/ Luke Cole
          Luke Cole

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May 2008, a true and correct copy of the foregoing Plaintiffs' Notice of Lodging Proposed Trial Chart was served, via the Court's electronic mail distribution system, on the below identified parties of record:

| Sean Halloran | Nancy Wainwright | Thane Tienson |
| Hartig Rhodes | 13030 Back Road, Suite 555 | Landye Bennet Blumstein |
| 717 K Street | Anchorage, AK 99501 | 1300 SW Fifth Ave, Suite 3500 |
| Anchorage, AK 99501 | | Portland, OR 97201 |

| James E. Torgerson | David S. Case |
| Heller Ehrman White & McAuliffe LLP | Landye Bennett |
| 510 L Street, Suite 500 | 701 W. 8th Avenue, Suite 1200 |
| Anchorage, Alaska 99501-1959 | Anchorage, AK 99501 |

    /S/ Luke Cole
Luke Cole

NOTICE OF LODGING PROPOSED TRIAL CHART - 1 -