Adams v. Teck Cominco
Proposed Trial Chart
Monthly TDS

[Docket 184 ¶73]

| Date | Admitted in Answer? | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Total Violations | DMR Exhibit | DMR Adm2 | DMR Exhibit | Adm2 | Lab Result Exhibit | Lab Result Adm2 | Adm2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| May 1999 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| June 1999 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 9 | | 1020 | | | | |
| August 1999 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 11 | | 1031 | | | | |
| September 1999 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 12 | | 1043 | | | | |
| October 1999 | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 3010 | Y | | | | | |
| May 2000 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 3011 | Y | | | | | |
| June 2000 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 13 | | | | | | |
| July 2000 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 14 | | | | | | |
| August 2000 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 15 | | | | | | |
| September 2000 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 16 | | | | | | |
| October 2000 | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 17 | | | | | | |
| May 2001 | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 3012 | Y | | | | | |
| June 2001 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 18 | | | | | | |
| July 2001 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 19 | | | | | | |
| August 2001 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 20 | | | | | | |
| September 2001 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 21 | | | | | | |
| October 2001 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 3013 | Y | | | | | |
| May 2002 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 22 | | | | | | |
| June 2002 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 23 | | | | | | |
| July 2002 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 24 | | | | | | |
| August 2002 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 25 | | | | | | |
| September 2002 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 26 | | | | | | |
| October 2002 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 27 | | | | | | |
| May 2003 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 28 | | | | | | |
| June 2003 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 3014 | Y | | | | | |
| July 2003 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 30 | | | | | | |
| August 2003 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 3015 | Y | | | | | |
| May 2004 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 32 | | | | | | |
| June 2004 | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 33 | | | | | | |
| May 2005 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 3018 | Y | | | 45 | Y | |
| June 2005 | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 3019 | Y | | | 46 | Y | |
| May 2006 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 38 | | | | 61 | Y | |
| June 2006 | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 3021 | Y | | | 62 | Y | |
| May 2007 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 39 | | | | 65 | Y | |
| June 2007 | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 40 | | | | 66 | Y | |