JAMES E. TORGERSON (Alaska Bar No. 8509120)
YVONNE LAMOUREUX (Alaska Bar No. 0512124)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK  99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
Jim.torgerson@hellerehrman.com
Yvonne.lamoureux@hellerehrman.com

Attorneys for Intervenor-Defendant
NANA REGIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>　　　　　　　　Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>　　　　　　　　Intervenor-Defendants. | Case No.: A:04-cv-0049 (JWS)<br><br>**REQUEST FOR RULING** |

　　　　Teck Cominco Alaska Incorporated (Teck Cominco) and NANA Regional Corporation (NANA) are unaware of a Court ruling on (1) Teck Cominco's Objections to Plaintiffs' Exhibits at Docket 214 or (2) NANA's Objections to Plaintiffs' Exhibits at Docket 217.[1]  Teck Cominco and NANA request the Court to rule on the pending objections.

---

[1] To clarify the status of paragraph 2 of NANA's objections, Plaintiffs have forwarded the underlying documents for Exhibits 13-21, 24, 25, 27, and 32-34.  NANA withdraws the objections in paragraph 2.

Dated: May 9, 2008                    Respectfully submitted,

                                      HARTIG RHODES HOGE & LEKISCH
                                      Defendant
                                        TECK COMINCO ALASKA INCORPORATED

By       */s/ Sean Halloran*
     SEAN HALLORAN (BAR NO. 9211080)

Dated: May 9, 2008                    Respectfully submitted,

                                      Attorneys for Intervenor-Defendant
                                      NANA REGIONAL CORP.

By       */s/ James e. Torgerson*
     JAMES E. TORGERSON (BAR NO. 8509120)
     YVONNE LAMOUREUX (BAR NO. 0512124)
     Heller Ehrman LLP
     510 L Street, Suite 500
     Anchorage, AK  99501
     Telephone:  907-277-1900
     Jim.torgerson@hellerehrman.com
     Yvonne.lamoureux@hellerehrman.com

**CERTIFICATE OF SERVICE**
This is to certify that a true and correct copy of the foregoing REQUEST FOR RULING was served via the method indicated below this 9th day of May, 2008, on the following parties:

| | |
|---|---|
| Luke W. Cole | Counsel for Plaintiffs |
| Center on Race, Poverty & the Environment | |
| 47 Kearny Street, Suite 804 | Served via:  Electronic transmission |
| San Francisco, CA  94108 | |
| luke@igc.org | |
| | |
| Nancy S. Wainwright | Counsel for Plaintiffs |
| Law Offices of Nancy S. Wainwright | |
| 13030 Back Road, Suite 555 | Served via:  U.S. Mail only |
| Anchorage, AK  99515-3538 | |

**REQUEST FOR RULING**
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)**
PAGE 2 OF 3

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900

| | |
|---|---|
| Sean Halloran<br>Hartig Rhodes Hoge & Lekisch, P.C.<br>717 K Street<br>Anchorage, AK  99501<br>sean.halloran@hartig.com | Counsel for Defendant Teck Cominco<br>Served via:  Electronic transmission |
| David S. Case<br>Landye Bennett Blumstein LLP<br>701 West 8th Avenue, Suite 1200<br>Anchorage, AK  99501<br>dcase@lbblawyers.com | Counsel for Intervenor-Defendant<br>Northwest Arctic Borough<br><br>Served via:  Electronic transmission |

　　　　/S/ James E. Torgerson
JAMES E. TORGERSON (BAR NO. 8509120)
YVONNE LAMOUREUX (BAR NO. 0512124)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK  99501
Telephone:  907-277-1900
Jim.torgerson@hellerehrman.com
Yvonne.lamoureux@hellerehrman.com

SE 2251384 v1
5/9/08 3:06 PM (38576.0002)

**REQUEST FOR RULING**
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)**
PAGE 3 OF 3