Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
Firm email: mail@hartig.law.pro
Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, JOSEPH SWAN, Plaintiffs, vs. TECK COMINCO ALASKA INCORPORATED, Defendant, NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH, Intervenor-Defendants. | Case No.: A04-00049 CV (JWS) |

ORDER GRANTING MOTION FOR EXTENSION OF TIME

Teck Cominco Alaska Incorporated has requested a one day extension in which to outline the dispute remaining between the parties concerning exhibits and objections thereto. The motion is GRANTED. The parties shall file the necessary information by 4:30 p.m. on May 13, 2008.

DATED: _____     _____
                                                                    Honorable Judge Sedwick