```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 ENOCH ADAMS JR.,ET AL          vs.  TECK COMINCO ALASKA INC, ET AL

BEFORE THE HONORABLE JOHN W. SEDWICK   CASE NO. 3:04-CV-00049-JWS

DEPUTY CLERK/RECORDER:         SAMANTHA LARK

APPEARANCES:    PLAINTIFF:     LUKE COLE
                               NANCY WAINWRIGHT


                DEFENDANT:     SEAN HALLORAN
                               JAMES TORGERSON
                               DAVID CASE


PROCEEDINGS: FINAL PRETRIAL CONFERENCE HELD MAY 9, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:35 a.m. court convened.

Court and counsel heard re possible Settlement, Rule 615 Exclusionary Witnesses, length of trial days, trial procedures, all motions re Liability ruled on and Docket 317 re Charts.

Parties to file final charts on first day of trial.

Court and counsel heard re plaintiff's Pro Hac Vice (DKT 318), Deps, Supplemental Disclosure, Penalty Phase, Possible Pipeline, Evidence Rule 48, exhibits, witness testimony, witnesses list and storage for exhibits.

Court and counsel heard re objections to plaintiff's admitted exhibits; Court ordered parties to file notice if hearing is needed re dispute of plaintiff's admitted exhibits by **Monday, May 12, 2008.**

Court ordered clerk to make courtroom 3 available at 8:00 a.m. beginning Wednesday May 14, 2008 through the end of trial. All scheduled proceedings that are scheduled the week of May 19, 2008 in front of Judge Sedwick to be moved to courtroom 4, except for the trial.

Court ordered that the parties may store exhibits in courtroom during the trial, the first row of jury chairs to be moved from the jury box to make room available for parties exhibits, parties may also bring in shelves to store exhibits.

At 9:40 a.m. court adjourned.

DATE:     May 9, 2008              DEPUTY CLERK'S INITIALS:  sal

Revised 6/18/07