IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS,<br>ANDREW KOENIG, JERRY NORTON,<br>DAVID SWAN, JOSEPH SWAN,<br>      Plaintiffs,<br><br>vs.<br><br>TECK COMINCO ALASKA<br>INCORPORATED,<br>      Defendant,<br><br>NANA REGIONAL CORPORATION, and<br>NORTHWEST ARCTIC BOROUGH,<br>      Intervenor-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: A04-00049 CV (JWS) |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Teck Cominco Alaska Incorporated has requested a one-day extension in which to outline the dispute remaining between the parties concerning exhibits and objections thereto. The motion is GRANTED. The parties shall file the necessary information by 4:30 p.m. on May 13, 2008.

DATED:  May 13, 2008        /s/ Honorable Judge Sedwick
                              United States District Judge