LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty & the Environment
47 Kearny St, Suite 804
San Francisco, CA 94108
415/346-4179 • fax 415/346-8723

NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3358
907/345-5595 • fax 907/345-3629

Attorneys for Plaintiffs Enoch Adams, Jr., Leroy Adams, Andrew Koenig, Jerry Norton, David Swan and Joseph Swan

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN,<br><br>  Plaintiffs,<br><br>  v.<br><br>TECK COMINCO ALASKA INCORPORATED<br><br>  Defendant.<br>_____<br>NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH,<br><br>  Intervenors-Defendants.<br>_____ | Case No. A04-49 (JWS)<br><br>JOINT NOTICE OF SETTLEMENT |

Subject to formal approval, the parties have reached agreement on the terms of settlement of all issues presented in this litigation. They are still drafting certain of the documents necessary to effectuate their agreement, and it is still necessary to obtain signatures of the parties and the consent of certain non-parties to the litigation (for example the City of Kivalina and the Native Village of

JOINT NOTICE OF SETTLEMENT

Kivalina are beneficiaries of the agreement and must consent to receive funds and materials to be furnished to them).

The parties respectfully request the Court to remove from its calendar the May 15, 2008 hearing before Judge Burgess and the trial scheduled to commence on May 19, 2008 before Judge Sedwick.

The parties will file formal settlement documents as soon as possible.

_____/S/ Luke Cole_____
Luke Cole
Attorney for Plaintiffs

_____/S/ Sean Halloran_____
Sean Halloran
Attorney for Defendant Teck Cominco Alaska Inc.

_____/S/ James Torgerson_____
James Torgerson
Attorney for Intervenor NANA Regional Corporation, Inc.

_____/S/ David S. Case, P.C._____
David Case
Attorney for Intervenor Northwest Arctic Borough

CERTIFICATE OF SERVICE
I hereby certify that on the 14th day of May 2008, a true and correct copy of the foregoing Joint Notice of Settlement was served, via electronic mail, on the below identified parties of record:

Sean Halloran
Hartig Rhodes
717 K Street
Anchorage, AK 99501

Nancy S. Wainwright
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

JOINT NOTICE OF SETTLEMENT               1

1  James E. Torgerson
   Heller Ehrman White & McAuliffe LLP
2  510 L Street, Suite 500
   Anchorage, Alaska 99501-1959
3
   David S. Case
4  Landye Bennett Blumstein LLP
   701 W. 8th Ave., Suite 1200
5  Anchorage, AK 99501

6  Thane Tienson
   Landye Bennet Blumstein
7  1300 Southwest Fifth Ave, Suite 3500
   Portland, OR 97201
8
            /S/
9
   Luke Cole
10

JOINT NOTICE OF SETTLEMENT            2