JAMES E. TORGERSON (Alaska Bar No. 8509120)
YVONNE LAMOUREUX (Alaska Bar No. 0512124)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
Jim.torgerson@hellerehrman.com
Yvonne.lamoureux@hellerehrman.com

Attorneys for Intervenor-Defendant
NANA REGIONAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>    Plaintiffs,<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>    Defendant,<br><br>NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH,<br><br>    Intervenor-Defendants. | Case No.: A:04-cv-0049 (JWS)<br><br>**JOINT REQUEST FOR STATUS CONFERENCE** |

    Teck Cominco Alaska Incorporated (Teck Cominco), NANA Regional Corporation, Inc., and Northwest Arctic Borough (Borough) ask the Court to schedule a status conference. The dates most convenient in the immediate future for counsel are June 6 and 9, 2008.

    The Joint Notice of Settlement filed May 14, 2008, at docket 347, refers to contingencies that had not occurred at the time the Joint Notice was filed. Those contingencies have not yet occurred and the parties need to continue their negotiations.

A status conference is requested to seek the Court's guidance should the parties' tentative settlement agreement not be finalized and it becomes necessary to request that the Court return this matter to the Court's trial calendar.

Dated: June 3, 2008   Respectfully submitted,

Attorneys for Intervenor-Defendant
NANA REGIONAL CORP.

By ____*/s/ James E. Torgerson*____
JAMES E. TORGERSON (BAR NO. 8509120)
YVONNE LAMOUREUX (BAR NO. 0512124)
Heller Ehrman LLP
510 L Street, Suite 500
Anchorage, AK  99501
Telephone:  907-277-1900
Jim.torgerson@hellerehrman.com
Yvonne.lamoureux@hellerehrman.com

Dated: June 3, 2008   Respectfully submitted,

HARTIG RHODES HOGE & LEKISCH
Defendant
TECK COMINCO ALASKA INCORPORATED

By ____*/s/ Sean Halloran*____
SEAN HALLORAN (BAR NO. 9211080)

Dated: June 3, 2008   Respectfully submitted,

LANDYE BENNETT BLUMSTEIN, LLP
Intervenor-Defendant
NORTHWEST ARCTIC BOROUGH

By ____*/s/ David S. Case*____
DAVID S. CASE, P.C. (BAR NO. 7505010)

**JOINT REQUEST FOR STATUS CONFERENCE**
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)**
PAGE 2 OF 3

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing JOINT REQUEST FOR STATUS CONFERENCE was served via the method indicated below this 3rd day of June, 2008, on the following parties:

| | |
|---|---|
| Luke W. Cole<br>Center on Race, Poverty & the Environment<br>47 Kearny Street, Suite 804<br>San Francisco, CA  94108<br>luke@igc.org | Counsel for Plaintiffs<br><br>Served via:  Electronic transmission |
| Nancy S. Wainwright<br>Law Offices of Nancy S. Wainwright<br>13030 Back Road, Suite 555<br>Anchorage, AK  99515-3538 | Counsel for Plaintiffs<br><br>Served via:  U.S. Mail only |
| Sean Halloran<br>Hartig Rhodes Hoge & Lekisch, P.C.<br>717 K Street<br>Anchorage, AK  99501<br>sean.halloran@hartig.com | Counsel for Defendant Teck Cominco<br>Served via:  Electronic transmission |
| David S. Case, P.C.<br>Landye Bennett Blumstein LLP<br>701 West 8th Avenue, Suite 1200<br>Anchorage, AK  99501<br>dcase@lbblawyers.com | Counsel for Intervenor-Defendant<br>Northwest Arctic Borough<br><br>Served via:  Electronic transmission |

　　　*/S/ James E. Torgerson*
JAMES E. TORGERSON (BAR NO. 8509120)
YVONNE LAMOUREUX (BAR NO. 0512124)
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK  99501
Telephone:  907-277-1900
Jim.torgerson@hellerehrman.com
Yvonne.lamoureux@hellerehrman.com

SE 2254316 v1
6/3/08 4:34 PM (38576.0002)

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900

**JOINT REQUEST FOR STATUS CONFERENCE**
**ENOCH ADAMS V. TECK COMINCO ALASKA INCORPORATED, CASE NO.: A:04-CV-0049 (JWS)**
PAGE 3 OF 3