1  LUKE W. COLE, California Bar No. 145,505
   CAROLINE FARRELL, California Bar No. 202,871
2  BRENT J. NEWELL, California Bar No. 210,312
   Center on Race, Poverty, & the Environment
3  47 Kearny Street, Suite 804
   San Francisco, CA, 94108
4  415/346-4179 • fax 415/346-8723

5  NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
   Law Offices of Nancy S. Wainwright
6  13030 Back Road, Suite 555
   Anchorage, AK 99515-3538
7  907/345-5595 • fax 907/345-3629

8  Attorneys for Plaintiffs Enoch Adams, Jr., Leroy
   Adams, Andrew Koenig, Jerry Norton and Joseph Swan
9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE DISTRICT OF ALASKA AT ANCHORAGE

12

13  ENOCH ADAMS, JR., LEROY ADAMS,            Case No. A04-49 (JWS)
    ANDREW KOENIG, JERRY NORTON
    DAVID SWAN and JOSEPH SWAN,
14
                                              NOTICE OF WITHDRAWAL
        Plaintiffs,                           OF MOTION TO APPEAR
15                                            PRO HAC VICE
        v.
16
    TECK COMINCO ALASKA INCORPORATED
17
        Defendant.
18  _____

19  NANA REGIONAL CORPORATION and
    NORTHWEST ARCTIC BOROUGH,
20
        Intervenors-Defendants.
21  _____

22

23      In anticipation of the May 19, 2008 trial in this matter, plaintiffs moved on April 24, 2008

24  for the admission of their attorney Caroline Farrell to this District *pro hac vice* to allow her to

25  participate as part of plaintiffs' trial team. Docket 328, 329. In light of the Notice of Settlement

26  filed by all parties on May 14, 2008 (Docket 347), it appears at this time that the motion is

27  unnecessary and plaintiffs hereby withdraw it.

28
    NOTICE OF WITHDRAWAL OF MOTION
    TO APPEAR PRO HAC VICE

Respectfully submitted, June 6, 2008.

        /S/ Luke Cole
Luke Cole

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June 2008, a true and correct copy of the foregoing Plaintiffs' Notice of Withdrawal of Pro Hac Vice Motion was served, via the Court's electronic mail distribution system, on the below identified counsel of record:

| | | |
|---|---|---|
| Sean Halloran | Nancy Wainwright | Thane Tienson |
| Hartig Rhodes | 13030 Back Road, Suite 555 | Landye Bennet Blumstein |
| 717 K Street | Anchorage, AK 99501 | 1300 SW Fifth Ave, Suite 3500 |
| Anchorage, AK 99501 | | Portland, OR 97201 |
| | | |
| James E. Torgerson | | David S. Case |
| Heller Ehrman White & McAuliffe LLP | | Landye Bennett |
| 510 L Street, Suite 500 | | 701 W. 8th Avenue, Suite 1200 |
| Anchorage, Alaska 99501-1959 | | Anchorage, AK 99501 |

        /S/ Luke Cole
Luke Cole

NOTICE OF WITHDRAWAL OF MOTION
TO APPEAR PRO HAC VICE     - 1 -