```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

 ENOCH ADAMS, JR., et al      vs.   TECK COMINCO ALASKA INC

BEFORE THE HONORABLE JOHN W. SEDWICK   CASE NO. 3:04-CV-00049-JWS

DEPUTY CLERK/RECORDER:        SAMANTHA LARK

APPEARANCES:    PLAINTIFF:    LUKE COLE / NANCY WAINWRIGHT

                DEFENDANT:    SEAN HALLORAN / DAVID CASE /
                              JAMES TORGERSON

PROCEEDINGS: STATUS CONFERENCE HELD JUNE 9, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:59 a.m. court convened.

Court and counsel heard re Notice of Settlement and status of Settlement.

Court and counsel heard re Status Report; Previous order to file Status Report on or before June 16, 2008 **VACATED.**

Court ordered parties to file a Status Report on or before **August 4, 2008.**

At 10:03 a.m. court adjourned.

DATE:   June 9, 2008           DEPUTY CLERK'S INITIALS:   sal

Revised 6/18/07