LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty, & the Environment
47 Kearny Street, Suite 804
San Francisco, CA, 94108
415/346-4179 • fax 415/346-8723

NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3538
907/345-5595 • fax 907/345-3629

Attorneys for Plaintiffs Enoch Adams, Jr., Leroy Adams, Andrew Koenig, Jerry Norton and Joseph Swan

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN,<br><br>Plaintiffs,<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED<br><br>Defendant. | Case No. A04-49 (JWS)<br><br>DECLARATION OF LUKE COLE IN PLAINTIFFS' EMERGENCY MOTION FOR PROTECTIVE ORDER |
| NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH,<br><br>Intervenors-Defendants. | |

I, Luke W. Cole, declare:

    1. I am over 18 years of age and not a party to this action. I am lead counsel for plaintiffs and led the negotiating team for plaintiffs in achieving settlement in this case. I was involved in every negotiation and have ultimate responsibility to the plaintiffs for the negotiations.

DECLARATION OF LUKE COLE IN SUPPORT
OF PLAINTIFFS' EMERGENCY MOTION FOR
PROTECTIVE ORDER

1. Approximately 45 minutes ago, plaintiffs counsel became aware of a filing by defendant Teck Cominco that plaintiffs believe is a serious breach of the confidentiality of settlement negotiations and defendant's counsel's ethical obligations.

2. The dispute in this case is only about the Consent Decree. The disclosure of other terms and conditions of the settlement agreement is wholly unnecessary and verges on bad faith behavior by defendant's counsel. The disclosure of plaintiffs' settlement positions is necessarily prejudicial to the plaintiffs.

3. Allowing the public – including the press, which has been closely following this dispute, apparently through PACER[1] – access to the plaintiffs' internal communications with the mediator, as well as versions of the Settlement Agreement that were later superseded, is prejudicial to the plaintiffs, is unnecessary for the resolution of the current dispute before this Court, and can only have been done to create mischief by Teck Cominco.

4. The harm to the plaintiffs of having their internal deliberations published for anyone to read – particularly in the close-knit community of Kivalina – is considerable.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of August at San Francisco, California.

       /S/ Luke Cole

       Luke Cole

---

[1] See, e.g., Tony Hopfinger and Joe Schneider, "Teck Cominco proposes $120 million pipeline to end Alaska suit," Bloomberg.com (August 2, 2008) (quoting Teck Cominco's court filing of the previous day).

DECLARATION OF LUKE COLE IN SUPPORT
OF PLAINTIFFS' EMERGENCY MOTION FOR
PROTECTIVE ORDER     - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August 2008, a true and correct copy of the foregoing Plaintiffs' Declaration of Luke Cole in Support of Emergency Motion for Protective Order was served, via the Court's electronic mail distribution system, on the below identified counsel of record:

| | | |
|---|---|---|
| Sean Halloran | Nancy Wainwright | Thane Tienson |
| Hartig Rhodes | 13030 Back Road, Suite 555 | Landye Bennet Blumstein |
| 717 K Street | Anchorage, AK 99501 | 1300 SW Fifth Ave, Suite 3500 |
| Anchorage, AK 99501 | | Portland, OR 97201 |
| | | |
| James E. Torgerson | David S. Case | |
| Heller Ehrman White & McAuliffe LLP | Landye Bennett | |
| 510 L Street, Suite 500 | 701 W. 8th Avenue, Suite 1200 | |
| Anchorage, Alaska 99501-1959 | Anchorage, AK 99501 | |

_____/S/ Luke Cole_____
Luke Cole

DECLARATION OF LUKE COLE IN SUPPORT
OF PLAINTIFFS' EMERGENCY MOTION FOR
PROTECTIVE ORDER                                - 2 -