1 | LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
2 | BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty, & the Environment
3 | 47 Kearny Street, Suite 804
San Francisco, CA, 94108
4 | 415/346-4179 • fax 415/346-8723

5 | NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
6 | 13030 Back Road, Suite 555
Anchorage, AK 99515-3538
7 | 907/345-5595 • fax 907/345-3629

8 | Attorneys for Plaintiffs Enoch Adams, Jr., Leroy
Adams, Andrew Koenig, Jerry Norton and Joseph Swan

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>TECK COMINCO ALASKA INCORPORATED<br><br>　　Defendant. | Case No. A04-49 (JWS)<br><br>PLAINTIFFS' NOTICE CORRECTING DOCKET 360 |
| NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH,<br><br>　　Intervenors-Defendants. | |

PLAINTIFFS' NOTICE CORRECTING
DOCKET 360

In accordance with the Court's docket annotation of August 7, 2008, plaintiffs attach the correctly-formatted signature page of Docket 360.

Respectfully submitted, August 6, 2008.

/S/ Luke Cole

Luke Cole
Center on Race, Poverty & the Environment
47 Kearny Street, Suite 804
San Francisco, CA 94108
415-346-4179 x2
Fax: 415-346-8723
Email: luke@igc.org
CA Bar No. 145505 (appearing *pro hac vice*)

CERTIFICATE OF SERVICE
I hereby certify that on the 7th day of August 2008, a true and correct copy of the foregoing Plaintiffs' Notice of Correcting Docket 360 was served, via the Court's electronic mail distribution system, on the below identified counsel of record:

| | | |
|---|---|---|
| Sean Halloran | Nancy Wainwright | Thane Tienson |
| Hartig Rhodes | 13030 Back Road, Suite 555 | Landye Bennet Blumstein |
| 717 K Street | Anchorage, AK 99501 | 1300 SW Fifth Ave, Suite 3500 |
| Anchorage, AK 99501 | | Portland, OR 97201 |
| | | |
| James E. Torgerson | David S. Case | |
| Heller Ehrman White & McAuliffe LLP | Landye Bennett | |
| 510 L Street, Suite 500 | 701 W. 8th Avenue, Suite 1200 | |
| Anchorage, Alaska 99501-1959 | Anchorage, AK 99501 | |

/S/ Luke Cole
Luke Cole

PLAINTIFFS' NOTICE CORRECTING
DOCKET 360                                   - 1 -