1  LUKE W. COLE, California Bar No. 145,505
   CAROLINE FARRELL, California Bar No. 202,871
2  BRENT J. NEWELL, California Bar No. 210,312
   Center on Race, Poverty, & the Environment
3  47 Kearny Street, Suite 804
   San Francisco, CA, 94108
4  415/346-4179 • fax 415/346-8723

5  NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
   Law Offices of Nancy S. Wainwright
6  13030 Back Road, Suite 555
   Anchorage, AK 99515-3538
7  907/345-5595 • fax 907/345-3629

8  Attorneys for Plaintiffs Enoch Adams, Jr., Leroy
   Adams, Andrew Koenig, Jerry Norton and Joseph Swan
9

10            **IN THE UNITED STATES DISTRICT COURT**

11            **FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

12

| | |
|---|---|
| 13  ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN, | Case No. A04-49 (JWS) |
| 14       Plaintiffs, | PLAINTIFFS' NOTICE CORRECTING DOCKET 362 |
| 15       v. | |
| 16  TECK COMINCO ALASKA INCORPORATED | |
| 17       Defendant. | |
| 18 | |
| 19  NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH, | |
| 20       Intervenors-Defendants. | |
| 21 | |

22

23

24

25

26

27

28

PLAINTIFFS' NOTICE CORRECTING
DOCKET 362

1 | In accordance with the Court's docket annotation of August 7, 2008, plaintiffs attach the correctly-formatted signature page of Docket 362.

Respectfully submitted, August 6, 2008.

/S/ Luke Cole

Luke Cole
Center on Race, Poverty & the Environment
47 Kearny Street, Suite 804
San Francisco, CA 94108
415-346-4179 x2
Fax: 415-346-8723
Email: luke@igc.org
CA Bar No. 145505 (appearing *pro hac vice*)

CERTIFICATE OF SERVICE
I hereby certify that on the 7th day of August 2008, a true and correct copy of the foregoing Plaintiffs' Notice of Correcting Docket 362 was served, via the Court's electronic mail distribution system, on the below identified counsel of record:

| Sean Halloran | Nancy Wainwright | Thane Tienson |
| Hartig Rhodes | 13030 Back Road, Suite 555 | Landye Bennet Blumstein |
| 717 K Street | Anchorage, AK 99501 | 1300 SW Fifth Ave, Suite 3500 |
| Anchorage, AK 99501 | | Portland, OR 97201 |

| James E. Torgerson | David S. Case |
| Heller Ehrman White & McAuliffe LLP | Landye Bennett |
| 510 L Street, Suite 500 | 701 W. 8th Avenue, Suite 1200 |
| Anchorage, Alaska 99501-1959 | Anchorage, AK 99501 |

/S/ Luke Cole
Luke Cole

PLAINTIFFS' NOTICE CORRECTING
DOCKET 362               - 1 -