1    Plaintiffs will request leave to file a sur-reply to address significant factual inaccuracies in

2   Teck Cominco's filing at Docket 361, but at this time request that the Court maintain the

3   confidentiality of the parties' (including plaintiffs') positions during the settlement negotiations that

4   resulted in the Settlement Agreement.

5                                    Respectfully submitted, August 6, 2008.

6                          _____/S/ Luke Cole_____
                                 Luke Cole
7                                Center on Race, Poverty & the Environment
                                 47 Kearny Street, Suite 804
8                                San Francisco, CA 94108
                                 415-346-4179 x2
9                                Fax: 415-346-8723
                                 Email: luke@igc.org
10                               CA Bar No. 145505 (appearing *pro hac vice*)

11

12   CERTIFICATE OF SERVICE
     I hereby certify that on the 6th day of August 2008, a true and correct copy of the foregoing Plaintiffs' Emergency Motion for
     Protective Order was served, via the Court's electronic mail distribution system, on the below identified counsel of record:

13

14   Sean Halloran                Nancy Wainwright              Thane Tienson
     Hartig Rhodes                13030 Back Road, Suite 555    Landye Bennet Blumstein
15   717 K Street                 Anchorage, AK 99501           1300 SW Fifth Ave, Suite 3500
     Anchorage, AK 99501                                        Portland, OR 97201

16   James E. Torgerson           David S. Case
     Heller Ehrman White & McAuliffe LLP   Landye Bennett
17   510 L Street, Suite 500      701 W. 8th Avenue, Suite 1200
     Anchorage, Alaska 99501-1959 Anchorage, AK 99501

18        _____/S/ Luke Cole_____
19   Luke Cole

20

21

22

23

24

25

26

27

28

     PLAINTIFFS' EMERGENCY MOTION FOR
     PROTECTIVE ORDER