LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty, & the Environment
47 Kearny Street, Suite 804
San Francisco, CA, 94108
415/346-4179 • fax 415/346-8723

NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3538
907/345-5595 • fax 907/345-3629

Attorneys for Plaintiffs Enoch Adams, Jr., Leroy Adams, Andrew Koenig, Jerry Norton and Joseph Swan

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN, <br><br> Plaintiffs, <br><br> v. <br><br> TECK COMINCO ALASKA INCORPORATED <br><br> Defendant. | Case No. A04-49 (JWS) <br><br> PLAINTIFFS' NOTICE CORRECTING DOCKET 363 |
| NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH, <br><br> Intervenors-Defendants. | |

PLAINTIFFS' NOTICE CORRECTING
DOCKET 363

1   In accordance with the Court's docket annotation of August 7, 2008, plaintiffs attach the
2   correctly-formatted signature page of Docket 363.

3   Respectfully submitted, August 6, 2008.

5   /S/ Luke Cole

6   Luke Cole
    Center on Race, Poverty & the Environment
7   47 Kearny Street, Suite 804
    San Francisco, CA 94108
8   415-346-4179 x2
    Fax: 415-346-8723
9   Email: luke@igc.org
    CA Bar No. 145505 (appearing *pro hac vice*)

12  CERTIFICATE OF SERVICE
    I hereby certify that on the 7th day of August 2008, a true and correct copy of the foregoing Plaintiffs' Notice of Correcting
13  Docket 363 was served, via the Court's electronic mail distribution system, on the below identified counsel of record:

14  Sean Halloran                Nancy Wainwright                Thane Tienson
    Hartig Rhodes                13030 Back Road, Suite 555      Landye Bennet Blumstein
15  717 K Street                 Anchorage, AK 99501             1300 SW Fifth Ave, Suite 3500
    Anchorage, AK 99501                                          Portland, OR 97201

17  James E. Torgerson           David S. Case
    Heller Ehrman White & McAuliffe LLP   Landye Bennett
    510 L Street, Suite 500      701 W. 8th Avenue, Suite 1200
18  Anchorage, Alaska 99501-1959  Anchorage, AK 99501

19  /S/ Luke Cole
    Luke Cole

PLAINTIFFS' NOTICE CORRECTING
DOCKET 363                    - 1 -