1. Approximately 45 minutes ago, plaintiffs counsel became aware of a filing by defendant Teck Cominco that plaintiffs believe is a serious breach of the confidentiality of settlement negotiations and defendant's counsel's ethical obligations.

2. The dispute in this case is only about the Consent Decree. The disclosure of other terms and conditions of the settlement agreement is wholly unnecessary and verges on bad faith behavior by defendant's counsel. The disclosure of plaintiffs' settlement positions is necessarily prejudicial to the plaintiffs.

3. Allowing the public – including the press, which has been closely following this dispute, apparently through PACER[1] – access to the plaintiffs' internal communications with the mediator, as well as versions of the Settlement Agreement that were later superseded, is prejudicial to the plaintiffs, is unnecessary for the resolution of the current dispute before this Court, and can only have been done to create mischief by Teck Cominco.

4. The harm to the plaintiffs of having their internal deliberations published for anyone to read – particularly in the close-knit community of Kivalina – is considerable.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of August at San Francisco, California.

/S/ Luke Cole
Luke Cole
Center on Race, Poverty & the Environment
47 Kearny Street, Suite 804
San Francisco, CA 94108
415-346-4179 x2
Fax: 415-346-8723
Email: luke@igc.org
CA Bar No. 145505 (appearing *pro hac vice*)

---

[1] See, e.g., Tony Hopfinger and Joe Schneider, "Teck Cominco proposes $120 million pipeline to end Alaska suit," Bloomberg.com (August 2, 2008) (quoting Teck Cominco's court filing of the previous day).

DECLARATION OF LUKE COLE IN SUPPORT
OF PLAINTIFFS' EMERGENCY MOTION FOR
PROTECTIVE ORDER