Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax:   (907) 277-4352
Firm email: mail@hartig.com
Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN, JOSEPH SWAN, Plaintiffs, vs. TECK COMINCO ALASKA INCORPORATED, Defendant, NANA REGIONAL CORPORATION, and NORTHWEST ARCTIC BOROUGH, Intervenor-Defendants. | Case No.: A04-00049 CV (JWS) |

**ORDER**

Teck Cominco moved at Docket 355 to enforce settlement, which the plaintiffs opposed. Neither NANA nor the Borough had responded by the time that the parties met with Judge Burgess in a settlement conference. It has been reported to the court that the parties resolved their remaining differences in that conference, and the motion at docket 355 was mooted accordingly. As part of their agreement to finalize the settlement in this case, the parties have asked that the motion and all documents filed in support or

opposition be stricken from the record. In light of the motion having become moot, such that no issue was ultimately presented to the court for resolution, and in light of the parties' stated desire to keep confidential the settlement negotiations that were revealed in the documents filed with the court, the motion is granted. The clerk is directed to strike from the record the following docket entries: 355, 355-2, 355-3, 355-4, 356, 357, 358, 358-2, 358-3, 361, 361-2, 361-3, 361-4, and 361-5.

DATED: _____

_____
Honorable Judge Sedwick