LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty, & the Environment
47 Kearny Street, Suite 804
San Francisco, CA, 94108
415/346-4179 • fax 415/346-8723

NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, AK 99515-3538
907/345-5595 • fax 907/345-3629

Attorneys for Plaintiffs Enoch Adams, Jr., Leroy Adams, Andrew Koenig, Jerry Norton and Joseph Swan

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TECK COMINCO ALASKA INCORPORATED<br><br>　　　　Defendant.<br>_____<br>NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH,<br><br>　　　　Intervenors-Defendants.<br>_____ | Case No. A04-49 (JWS)<br><br>JOINT MOTION FOR LEAVE TO FILE FIRST AMENDED SUPPLEMENTAL REVISED COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF AND CIVIL PENALTIES<br><br><br>Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1287 |

As this court is aware, the parties have reached a settlement. In order to make clear to all concerned that the settlement extends to all claims that might be asserted for alleged violations of Teck Cominco's NPDES permits through to the date of settlement, the parties have agreed to allow the plaintiffs to amend their Supplemental Revised Complaint to assert additional claims as might be alleged for the period of July 1, 2007 (following the period encompassed by the

Joint Motion for Leave to File
First Amended Supplemental Revised Complaint

1  existing amended complaint) through May 13, 2008 (immediately prior to the date of settlement).
2  Teck Cominco and NANA dispute liability for the claims to be added by amendment, and all
3  defendants dispute that any penalty would be warranted if the claims were to proceed to trial.  A
4  copy of the proposed amended complaint is lodged herewith.  The parties intend to submit a
5  proposed consent decree to the court following its ruling on the instant motion.

    Dated this 28th day of August 2008.

                                    Respectfully submitted,

                                    CENTER ON RACE, POVERTY
                                    & THE ENVIRONMENT


                                    _____/S/ Luke Cole_____
                                    Luke Cole
                                    Center on Race, Poverty & the Environment
                                    47 Kearny Street, Suite 804
                                    San Francisco, CA 94108
                                    415-346-4179 x2
                                    Fax: 415-346-8723
                                    Email: luke@igc.org
                                    CA Bar No. 145505 (appearing *pro hac vice*)

                                    LAW OFFICES OF NANCY S. WAINWRIGHT


                                    _____/S/ Nancy Wainwright_____
                                    Nancy S. Wainwright
                                    Law Offices of Nancy S. Wainwright
                                    13030 Back Road, Suite 555
                                    Anchorage, AK 99515-3538
                                    907/345-5595 • fax 907/345-3629
                                    Alaska Bar No. 8711071

                                    Attorneys for Plaintiffs
                                    Enoch Adams, Jr., Leroy Adams, Andrew Koenig,
                                    Jerry Norton, David Swan and Joseph Swan


                                    HELLER EHRMAN WHITE & MCAULIFFE
                                    Attorneys for Nana Regional Corporation


                                     /S/ James E. Torgerson (consent)
                                    James E. Torgerson

Joint Motion for Leave to File
First Amended Supplemental Revised Complaint          - 1 -

|  | HARTIG RHODES HOGE & LEKISCH, P.C.<br>Attorneys for Teck Cominco Alaska Incorporated |
|---|---|
|  | /S/ Sean Halloran (consent) |
|  | LANDYE BENNETT BLUMSTEIN LLP<br>Attorney for Northwest Arctic Borough |
|  | /S/ David S. Case (consent) |

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August 2008, a true and correct copy of the foregoing Joint Motion for Leave to File First Amended Supplemental Revised Complaint, along withe the Proposed First Amended Supplmental Revised Complaint, was served, via the Court's electronic mail distribution system, on the below identified counsel of record:

| Sean Halloran | Nancy Wainwright | Thane Tienson |
|---|---|---|
| Hartig Rhodes | 13030 Back Road, Suite 555 | Landye Bennet Blumstein |
| 717 K Street | Anchorage, AK 99501 | 1300 SW Fifth Ave, Suite 3500 |
| Anchorage, AK 99501 |  | Portland, OR 97201 |
| James E. Torgerson |  | David S. Case |
| Heller Ehrman White & McAuliffe LLP |  | Landye Bennett |
| 510 L Street, Suite 500 |  | 701 W. 8th Avenue, Suite 1200 |
| Anchorage, Alaska 99501-1959 |  | Anchorage, AK 99501 |

/S/ Luke Cole
Luke Cole

Joint Motion for Leave to File
First Amended Supplemental Revised Complaint    - 2 -