1 | LUKE W. COLE, California Bar No. 145,505
CAROLINE FARRELL, California Bar No. 202,871
2 | BRENT J. NEWELL, California Bar No. 210,312
Center on Race, Poverty, & the Environment
3 | 47 Kearny Street, Suite 804
San Francisco, CA, 94108
4 | 415/346-4179 • fax 415/346-8723

5 | NANCY S. WAINWRIGHT, Alaska Bar No. 8711071
Law Offices of Nancy S. Wainwright
6 | 13030 Back Road, Suite 555
Anchorage, AK 99515-3538
7 | 907/345-5595 • fax 907/345-3629

8 | Attorneys for Plaintiffs Enoch Adams, Jr., Leroy
Adams, Andrew Koenig, Jerry Norton and Joseph Swan

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON DAVID SWAN and JOSEPH SWAN,<br><br>Plaintiffs,<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED<br><br>Defendant. | Case No. A04-49 (JWS)<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE FIRST AMENDED SUPPLEMENTAL REVISED COMPLAINT** |
| NANA REGIONAL CORPORATION and NORTHWEST ARCTIC BOROUGH,<br><br>Intervenors-Defendants. | F.R.C.P. Rule 15(d) |

All parties jointly moved for leave to file a First Amended Supplemental Complaint in order to add additional violations of the Clean Water Act by the Defendant Teck Cominco Alaska Incorporated as part of the settlement agreement reached among the parties. Good

1  causing appearing therefore, this Court hereby ORDERS that plaintiffs are granted leave to file a
2  First Amended Supplemental Revised Complaint.
3       IT IS SO ORDERED.
4
   Date: _____
5                                        Judge of the District Court

Order Granting Motion for Leave
to File Supplemental Complaint         - 1 -