IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENOCH ADAMS, JR., LEROY ADAMS, ANDREW KOENIG, JERRY NORTON, DAVID SWAN and JOSEPH SWAN,<br><br>         Plaintiffs,<br><br>v.<br><br>TECK COMINCO ALASKA INCORPORATED,<br><br>         Defendant,<br><br>NANA REGIONAL CORPORATION, and<br><br>NORTHWEST ARCTIC BOROUGH,<br><br>         Intervenor-Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No.: A:04-cv-0049 (JWS) |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE EFFECTUATING SETTLEMENT

Having reached a settlement of all issues in the above captioned matter, each and all of the parties request that the court enter a consent decree, in the form lodged herewith, following a comment period of not less than 45 days. The parties certify that a copy of the consent decree has been served on the U.S. Attorney General and the Administrator of the U.S. Environmental Protection Agency to enable them to each

comment pursuant to 33 U.S.C. § 1365(c)(3). The consent decree disposes of all issues in this matter.

Dated this 3rd day of Sept 2008.

/s/ Luke Cole (by consent)
---
Luke Cole
Attorney for Enoch Adams, Jr., Leroy Adams, Andrew Koenig, Jerry Norton, David Swan and Joseph Swan


Hartig Rhodes Hoge Lekisch, PC
Attorneys for Teck Cominco Alaska Incorporated


By: _____
    Sean Halloran


Heller Ehrman LLP
Attorneys for NANA Regional Corp.


By:   /s/ James Torgerson (by consent)
      James Torgerson


Landye Bennett Blumstein, LLP
Attorneys for Northwest Arctic Borough


By:   /s/ David Case (by consent)
      David Case

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2008, a true and correct copy of the Joint Motion for Entry of Consent Decree Effectuating Settlement; Exhibit 1, and Proposed Consent Decree, was served via electronic service, on the below identified parties of record:

Luke W. Cole
Center on Race, Poverty, & the Environment
47 Kearny Street, Suite 804
San Francisco, California 94108

Nancy S. Wainwright (via U.S. Mail only)
Law Offices of Nancy S. Wainwright
13030 Back Road, Suite 555
Anchorage, Alaska 99515-3538

James E. Torgerson
Heller Ehrman White & McAuliffe LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

David S. Case
Landye Bennett Blumstein LLP
701 W. 8th Ave., Suite 1200
Anchorage, AK 99501

By: /s/ Becky Lewis
    Becky Lewis

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

Adams v. TCAK, A04-00049 CV (JWS)
Motion for Entry of Consent Decree